UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
December 26, 2023
Nathan Ochsner, Clerk

|  |  |  |
|---|---|---|
|  | § § | |
| *versus* | § | Civil Action 4:23–cv–04787 |
|  | § § | |
| Jackson Walker L.L.P. | § | |

# Recusal Order

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Court settings are vacated.

Signed on December 26, 2023, at Houston, Texas.

_____
Keith P. Ellison
United States District Judge