United States District Court
Southern District of Texas
**ENTERED**
July 31, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 7,<br><br>　　　Movant,<br><br>VS.<br><br>JACKSON WALKER L.L.P.,<br><br>　　　Respondent. | §<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 4:23-CV-4787<br>§<br>§<br>§ |

## ORDER

It is hereby **ORDERED** that the above-styled case shall be **REMOVED** from the undersigned Chief Judge's docket and **TRANSFERRED** immediately to the docket of the Honorable Alia Moses, Chief United States District Judge for the Western District of Texas. Chief Judge Moses has consented to the transfer of this case.

SO ORDERED July 31, 2024, at McAllen, Texas.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Randy Crane
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge