United States District Court
Southern District of Texas
**ENTERED**
August 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 7, | § § § | |
| Movant, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:23-CV-4787 |
| JACKSON WALKER L.L.P., | § § § | |
| Respondent. | | |

## **ORDER**

The Order transferring the above-styled case to the docket of the Honorable Alia Moses, Chief United States District Judge for the Western District of Texas [Dkt. No. 18] is hereby VACATED. The Court did not intend to remove the case from the Southern District of Texas. A clarifying order will be entered.

SO ORDERED August 8, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge