United States District Court
Southern District of Texas
**ENTERED**
August 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 7, | § § § | |
| Movant, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:23-CV-4787 |
| JACKSON WALKER L.L.P., | § § § | |
| Respondent. | | |

## ORDER

It is hereby **ORDERED** that the above-styled case shall be **REMOVED** from the undersigned Chief Judge's docket as presiding judge and **REASSIGNED** to the docket of the Honorable Alia Moses, Chief United States District Judge for the Western District of Texas, as presiding judge over this case.

It is further ORDERED that the case shall **REMAIN** in the Southern District of Texas.

SO ORDERED August 8, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge