United States District Court
Southern District of Texas
**ENTERED**
August 23, 2024
Nathan Ochsner, Clerk

FILED
AUG 23 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE, § § § § | |
| *Movant,* § | |
| v. § | Civil Action No. 4:23-CV-4787-AM |
| JACKSON WALKER LLP, § § § | |
| *Respondent.* § | |

## ORDER TO FILE ADVISORY NOTICE

The Court has become aware that one or more of the parties in this litigation are considering naming individuals as potential witnesses who may pose recusal or appearance-of-impropriety concern.[1] The Court requires additional information on this matter as a prophylactic against any such issues that may arise later in action.

The Court therefore **ORDERS** the parties to file **under seal** a list of all potential witnesses in this or any underlying bankruptcy proceedings[2] within **seven (7)** days of the entry of this Order.

IT IS SO ORDERED.

SIGNED and ENTERED on this 23rd day of August, 2024.

_____
ALIA MOSES
Chief United States District Judge

---

[1] Andrew Scurria and Alexander Gladstone, *Houston Judges Handling Fallout From Ex-Colleague's Ethics Scandal Named as Potential Witnesses*, WALL STREET J., Aug. 22, 2024, https://www.wsj.com/articles/houston-judges-handling-fallout-from-ex-colleagues-ethics-scandal-named-as-potential-witnesses-c206bdaa.

[2] These include the potential witness lists in Bankr. S.D. Tex. Case Nos. 18-35672 (*In re Westmoreland Coal Company*), 20-20184 (*In re JC Penny Company Direct Marketing Services LLC*), 20-32021 (*In re Whiting Petroleum Corporation*), 20-32519 (*In re Neiman Marcus Group LTD LLC*), 20-32564 (*In re Stage Stores, Inc.*), 20-33233 (*In re Chesapeake Energy Corporation*), 20-33295 (*In re Covia Holdings Corporation*), 20-34758 (*In re Tug Robert J. Bouchard Corporation*), 20-35561 (*In re Mule Sky LLC*), 20-35740 (*In re Seadrill Partners LLC*), 21-30427 (*In re Seadrill Limited*), 21-30936 (*In re Brilliant Energy, LLC*), 21-31861 (*In re Katerra Inc.*), 21-90002 (*In re Basic Energy Services Inc.*), 21-90054 (*In re Strike LLC*), 22-50009 (*In re 4E Brands Northamerica LLC*), 22-90018 (*In re Sungard AS New Holdings, LLC*).