**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Professional Fee Matters Concerning | § | Civil Action No. 4:23-cv-04787 |
| the Jackson Walker Law Firm. | § | |
| | § | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| BRILLIANT ENERGY, LLC, | § | Case No. 21-30936 (EVR) |
| | § | |
| DEBTOR. | § | |

**If you object to the relief requested, you must respond in writing. Unless otherwise directed by the Court, you must file your response electronically at https://ecf.txsb.uscourts.gov/ within twenty-one days from the date this motion was filed. If you do not have electronic filing privileges, you must file a written objection that is actually received by the clerk within twenty-one days from the date this motion was filed. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.**

**MOTION FOR ORDER APPROVING COMPROMISE AND SETTLEMENT**
**PURSUANT TO BANKRUPTCY RULE 9019**

TO THE HONORABLE ALIA MOSES
CHIEF UNITED STATES DISTRICT JUDGE:

NOW COMES, Randy W. Williams, Chapter 7 trustee for Brilliant Energy, LLC (the "Trustee") and files this *Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019* (the "Motion"), and in support thereof, respectfully shows the Court as follows:

**RELIEF REQUESTED**

1.    By this Motion, and in accordance with Bankruptcy Rule 9019(a), the Trustee

1

requests that the Court enter an order approving the Settlement Agreement and Release (the "Settlement") between Jackson Walker LLP ("JW") and the Trustee that would resolve any and all claims and causes of action of any kind held by the Trustee and the Debtor's estate against JW arising out of or related to *In re Brilliant Energy, LLC*, Case No. 21-30936 pending in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Case"), Case No. 23-00645, and the relationship between Elizabeth Freeman and former Bankruptcy Judge David R. Jones. A copy of the Settlement Agreement is attached as **Exhibit A** to the proposed order attached to this Motion. In exchange for the releases set forth in the Settlement Agreement, JW shall pay the Trustee $100,000.00, which will be distributed by the Trustee in accordance with the final orders entered in this case and the Bankruptcy Code.

## JURISDICTION AND VENUE

2.       This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding under 28 U.S.C. § 157. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.       The basis for the relief requested herein is Rule 9019 of the Federal Rules of Bankruptcy Procedure.

## BACKGROUND

4.       On March 16, 2021 (the "Petition Date"), Brilliant Energy, LLC (the "Debtor") filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The Bankruptcy Case was pending before former Judge Jones.

5.       On April 13, 2021, the Trustee filed its *Application to Employ Jackson Walker LLP as Special Counsel Pursuant to 11 U.S.C. § 327* [Dkt. No. 68]. JW's employment application was

297532909.4

approved by former Judge Jones on June 4, 2021.  *See* Dkt. No. 131.

6.      On October 19, 2022, the Trustee filed its *Motion for Miscellaneous Relief in Aid of Case Conclusion* [Dkt. No. 230], which was granted by the Court on December 4, 2022.  *See* Dkt. No. 233.

7.      On December 5, 2022, JW filed its *Final Fee Application for Compensation of Fees and Reimbursement of Expenses as Special Counsel for Randy W. Williams, Chapter 7 Trustee for the Period from March 16, 2021 Through November 28, 2022* [Dkt. No. 234] (the "Fee Application").  JW's Fee Application was approved by the Court on December 30, 2022, awarding compensation and reimbursement of expenses in the amount of $188,609.13.  *See* Dkt. No. 241.

8.      On or about November 2, 2023, Keven M. Epstein, the United States Trustee for Region 7 (the "U.S. Trustee"), filed a motion that sought, among other relief, the vacatur of orders approving JW's retention as counsel and/or JW's fee applications pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure.  *See* Dkt. No. 254.  An amended Rule 60(b) motion was filed on February 29, 2024 [Dkt. No. 284] (the "Rule 60(b) Motion").  The basis of the Rule 60(b) Motion was the undisclosed relationship between former Judge Jones and JW's former partner, Elizabeth Freeman.

9.      On December 9, 2023, an Order was entered commencing a miscellaneous proceeding styled *In re Professional Fee Matters Concerning the Jackson Walker Law Firm*, Case No. 23-00645, pending before Chief Bankruptcy Judge Eduardo V. Rodriguez (the "Misc. Proceeding") .

10.     On March 12, 2024, the Trustee filed a *Notice of Standing and Indispensable Party Status* [Dkt. No. 285] (the "Notice of Standing"), stating, among other things, that the Trustee "adopts and agrees with the allegations and arguments put forth by the U.S. Trustee in [its

pleadings]."

11.     On May 22, 2024, JW filed its response in opposition to the Rule 60(b) Motion. *See* Dkt. No. 286.

12.     On July 1, 2024, the U.S. Trustee filed its reply, and on August 12, 2024, JW filed its sur-reply.  *See* Dkt. Nos. 287 & 289.

13.     The parties to Misc. Proceeding engaged in discovery from May 2024 through December 2024, and a trial on the issue of vacatur of JW's final fee application as raised in the Rule 60(b) Motion was previously set before the Chief Judge Rodriguez in May 2025.

14.     In or around February and March of 2025, the parties began discussions regarding the possibility of settlement.  Those efforts were successful, with the parties reaching a settlement in principle on March 12, 2025, which fully and completely settles and resolves the disputes between them on the terms and conditions set forth in the Settlement Agreement.

15.     On April 9, 2025, the Honorable Chief United States District Judge Alia Moses entered a Memorandum Opinion and Order withdrawing the reference of this Bankruptcy Case, among others.  See Civil Action No. 4:23-CV-4787-AM at Dkt. No. 31; see also Misc. Proc. No. 23-00645, at Dkt. No. 623

## SUMMARY OF SETTLEMENT AGREEMENT[1]

16.     The Settlement Agreement is straightforward.  Within five business days of entry of an Order granting this Motion and such Approval Order becoming a Final Order (as defined therein), JW will pay to the Trustee $100,000.00, which settlement payment will be distributed pursuant to orders entered in the Bankruptcy Case and any applicable provisions of the Bankruptcy

---

[1]    The summary of the settlement terms is being provided herein for convenience only.  To the extent of any inconsistency between this summary and the Settlement Agreement attached hereto, the Settlement Agreement prevails.  Capitalized terms not otherwise defined in this section shall have the meanings ascribed to such terms in the Settlement Agreement.

297532909.4

Code.  The final fee order originally entered in the Bankruptcy Case will be vacated, and the Approval Order will approve JW's fees and expenses incurred in the Bankruptcy Case in a reduced amount taking into account the above-referenced settlement payment.  The Trustee intends to use the settlement payment, subject to further Bankruptcy Court approval, to pay the fees and expenses of Byman & Associates, PLLC for its work related to the Misc. Proceeding (anticipated to be approximately $56,000) and return the balance of the payment to DTE Energy Trading, Inc., the secured creditor who provided a carve out of its cash collateral to pay the JW fees and expenses ("DTE").

17.    In exchange for this settlement payment, JW and the Trustee are providing mutual releases.

## **ARGUMENTS AND AUTHORITIES**

18.    Rule 9019(a) states that "[o]n motion by the trustee and after notice and a hearing, the court may approve a compromise or settlement ... ."  Fed. R. Bankr. P. 9019(a).  "Bankruptcy Rule 9019, unique in that it does not have a parallel section in the Code, has a 'clear purpose…to prevent the making of concealed agreements which are unknown to the creditors and unevaluated by the court.'"  *Motorola, Inc. v. Official Comm. of Unsecured Creditors (In re Iridium Operating LLC)*, 478 F.3d 452, 461 (5th Cir. 2007)(quoting *In re Masters, Inc.*, 141 Bankr. E.D.N.Y. 1992)).

19.    "Courts have developed standards to evaluate if a settlement is fair and equitable, and, to that end, courts in [the Fifth] Circuit have set forth factors for approval of settlements based on the original framework announced in *TMT Trailer Ferry Protective Comm. for Indep. Stockholders of TMT Trailer Ferry, Inc. v. Anderson*…"  *Id*. at 462.  Those factors are:

    i.    The balance between the litigation's possibility of success and the settlement's future benefits;

    ii.    The likelihood of complex and protracted litigation, with its attendant expense, inconvenience, and delay, including the difficulty in collecting on the judgment;

5

iii.     The paramount interests of the creditors, including each affected class's relative benefits and the degree to which creditors either do not object to or affirmatively support the proposed settlement;

iv.     Whether other parties in interest support the settlement;

v.     The competency and experience of counsel supporting, and the experience and knowledge of the bankruptcy judge reviewing, the settlement;

vi.     The nature and breadth of releases to be obtained by [the settling party]; and

vii.     The extent to which the settlement is the product of arm's length bargaining.

*See Iridium*, 478 F.3d at 462 (citing *TMT Trailer Ferry*, 390 U.S. at 424; *In re WorldCom, Inc.*, 347 B.R. 123, 137 (Bankr. S.D.N.Y. 2006); *In re Drexel Burnham Lambert Group, Inc.*, 960 F.2d 285, 292 (2d Cir. 1992)).

20.     The Trustee contends that the terms of the Settlement Agreement are fair and equitable pursuant to the requirements established by the Supreme Court in *Anderson* and the Fifth Circuit in *Iridium*.  The Settlement Agreement gives the Trustee and the Debtor's estate the full benefit of the Settlement Amount without the time, expense and uncertainty of continued and protracted litigation.

**A.   The balance between the litigation's possibility of success and the settlement's future benefits**

21.     The Trustee contends that the possibility of success in the litigation against JW is high but there are significant legal issues and questions concerning: (a) the amount of time it will take to litigate and/or recover against JW (including any applicable appeals); and (b) the amount of recovery the Trustee will realize through litigation when balanced against the cost of continued litigation.  As the Court and parties in interest are aware, the Brilliant case is but one of a large number of matters related to the Rule 60 Motions filed by the U.S. Trustee, and the amount in controversy in the other cases is much larger than the fees and expenses awarded in this case.  The Settlement Amount provides a significant recovery for the Debtor's estate for payment to creditors

297532909.4

in accordance with existing orders entered in the Bankruptcy Case and applicable provisions of the Bankruptcy Code, and eliminates the litigation risk of continuing to litigate the claims against JW.

22.     The Trustee submits there is a significant likelihood that the orders approving JW's fee applications will be vacated, thus opening up the possibility that fees paid to JW will be clawed back to the Debtor's estate.  However, the Trustee acknowledges that case law does not necessarily mandate full disgorgement; thus, there is some litigation risk.  And in any event, appeals could also follow further extending the litigation timeline and increasing the costs, which is significant in the Bankruptcy Case given the relatively small amount of fees and expenses paid to JW.  The Trustee also believes that it is significant that in this case, Elizabeth Freeman not only did not appear in the case, but she did not bill any time on the matter.  Further, an issue presented in this fee dispute that the Trustee has not seen in any of the other reported cases involving lack of disclosure is the fact that the disclosure involved the trial judge.  Here, while still on the bench, David Jones took and maintains the position that he had no obligation to either recuse himself from sitting as Judge in cases where Ms. Freeman's firm was Debtor's counsel, or to disclose to parties in interest the nature and scope of the relationship.

23.     The Trustee retained Jackson Walker with Bankruptcy Court approval to represent him in other cases prior to the Brilliant case.  The Trustee began his career at a firm where Bruce Ruzinsky was at the time a senior associate and worked with him for approximately four (4) years. The Trustee has always respected Mr. Ruzinsky as an excellent attorney.  The Trustee and Mr. Ruzinsky have been in a number of other cases, where sometimes Mr. Ruzinsky represented the Trustee and in others where he represented creditors in cases where the Trustee also acted as a chapter 7 or chapter 11 Trustee.

24.     The Trustee also knew and worked with Matt Cavanaugh, although he has not known Mr. Cavanaugh as long as Mr. Ruzinsky.  Mr. Cavanaugh also represented the Trustee in other cases as well as represented creditors in cases where the Trustee acted as chapter 7 or chapter 11 trustee.

25.     The Trustee selected JW for the Brilliant case because he knew that both Messrs. Ruzinsky and Cavanaugh had extensive experience in complex cases and also routinely appeared before and had a good relationship with then Judge Jones.  Brilliant Energy was complex because it was a retail energy provider with thousands of customers, and the Trustee was required to obtain court approval to operate the business for a short time while in chapter 7 so as to minimize the disruption to commercial and residential retail customers who relied on Brilliant to provide them with electricity.

26.     While the Trustee has also known Ms. Freeman for a number of years, and she too has also represented the Trustee in other cases, he did not consider her at the time as someone who would work on the Brilliant case.   That said, the Trustee knew that Ms. Freeman had a long-standing association with then Judge Jones.  The Trustee had also known David Jones prior to his appointment as Bankruptcy Judge.  Jones and Freeman had been law partners and, as the Court knows, Freeman became then Judge Jones's law clerk.   Prior to his being appointed as a Bankruptcy Judge, the Trustee retained David Jones, and his partner Elizabeth Freeman, when they were at Porter Hedges, to represent him in a number of chapter 7 cases.  The Trustee was not aware until the article appeared in the Wall Street Journal that their relationship was anything more than a long-standing friendship and close working relationship.

**B. The likelihood of complex and protracted litigation, with its attendant expense, inconvenience, and delay, including the difficulty in collecting on the judgment**

27.     The litigation is complex, and it has been and will continue to be protracted

8

(litigation commenced over seventeen (17) months ago in November 2023).  Indeed, while trial was set to commence in May 2025, that trial date has now been abated in light of the withdrawal of the reference (a move supported by the Trustee); thus, continued monitoring costs will only continue to accrue.  More significantly, there are no other assets or matters to be dealt with in the Brillant case, the only reason it has not been closed and final distribution made is the fee dispute litigation being settled herein.

28.    Additionally, even if the order approving JW's final fee application is vacated in this case, such result may not necessarily result in disgorgement of 100% of fees given the case law and other considerations.  Again, here, Ms. Freeman did not work on the case.  This case was unique because although complex and initially fast moving, there were no unencumbered funds to pay administrative claims.  DTE granted a carve out that was subject to budgeting and Mr. Ruzinsky on his own having to do the vast majority of the legal work. A settlement now brings finality and eliminates any meaningful litigation and/or collection risk, and puts an end to litigation costs after over seventeen (17) months of litigation.

**C. The paramount interests of the creditors, including each affected class's relative benefits and the degree to which creditors either do not object to or affirmatively support the proposed settlement**

29.    The Trustee is of the firm belief that the Settlement Agreement is in the best interest of the creditors as the Settlement Agreement removes any uncertainty of litigation, stops the Debtor's estate from incurring further attorney's fees and expenses in connection with these disputes, and provides a recovery that will not dilute the carve out for unsecured creditors and will allow DTE to recoup some of its costs related to the case.   This matter also needs to be concluded in order to allow the Trustee to bring the administration of the Debtor's estate to an end.

**D.  The nature and breadth of releases to be obtained by JW and the Trustee**

30.     The Settlement Agreement contains customary mutual releases between JW and the Trustee on behalf of the bankruptcy estate.  This is to bring finality to the claims and disputes between the Trustee and JW.

**E.  The competency and experience of counsel supporting, and the experience and knowledge of the bankruptcy judge reviewing, the settlement; the Settlement Agreement was the result of arms-length negotiations**

31.     Counsel for the Trustee, the Trustee and JW, as well as Chief Judge Moses, are competent and experienced.  The Settlement Agreement was reached after seventeen (17) months of litigation and, over seven (7) months of discovery.  The settlement was reached following extensive arms-length negotiations.

32.     The Trustee recognizes that a degree of uncertainty and litigation risk exists with respect to continued litigation.  The Trustee believes that the Settlement Agreement fairly accounts for such risk and provides for the resolution of disputes without the need for continued litigation and its attendant costs and expenses.  The Trustee has attempted to achieve a resolution that maximizes value for the estate.  Consequently, the Trustee urges that the Settlement Agreement is fair, equitable, and in the best interest of the estate and all concerned parties.

WHEREFORE, the Trustee respectfully requests that the Court enter an order approving the Settlement Agreement and granting the Trustee such other legal or equitable relief as the Court may deem just and proper.

[*Remainder of the page intentionally left blank*]

DATED: May 13, 2025                    Respectfully submitted,

                                       **BYMAN & ASSOCIATES, PLLC**

                                       */s/ Randy W. Williams*
                                       Randy W. Williams (Texas State Bar No. 21566850)
                                       7924 Broadway, Suite 104
                                       Pearland, TX 77581
                                       281-884-9269 Office Phone
                                       281-884-9263 Fax
                                       rww@bymanlaw.com

                                       *Chapter 7 Trustee*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 13, 2025, a true and correct copy of the foregoing *Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019* was filed with the Court and served via the Court's CM/ECF notification system upon all parties registered to receive such electronic notices in this case and upon all entities listed on the court's mailing matrix attached hereto.


                                       */s/ Randy W. Williams*
                                       Randy W. Williams

Label Matrix for local noticing
0541-4
Case 21-30936
Southern District of Texas
Houston
Tue May 13 16:05:57 CDT 2025

AEP Texas Inc.
c/o Weldon L. Moore, III
Sussman & Moore, LLP
2911 Turtle Creek Blvd.
Ste. 1100
Dallas, TX 75219-7119

Brilliant Energy, LLC
800 Wilcrest Drive
Houston, TX 77042-1369

Byman & Associates PLLC
7924 Broadway, Ste 104
Pearland, TX 77581-7933

CenterPoint Energy Houston Electric LLC
c/o Weldon L. Moore, III
Sussman & Moore, LLP
2911 Turtle Creek Blvd.
Ste. 1100
Dallas, TX 75219-7119

Cyber Manufacturing, LLC
Bui & Nhan, PLLC
3921 OCEE ST
HOUSTON, TX 77063-5417

Frontera Materials, INC.
PO Box 1449
Elsa, TX 78543-1449

Harris County, et al.
Linebarger Goggan Blair & Sampson LLP
c/o John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064

MACCO Restructuring Group, LLC
Pennzoil Place
700 Milam Street, Suite 1300
Houston, TX 77002-2736

Public Utility Commission of Texas,
Office of the Attorney General of Texas
Attn: Jason Binford and Layla Milligan
P.O. Box 12548-MC008
Austin, TX 78711-2548

State of Texas
c/o Texas Attorney General's Office
Bankruptcy & Collections Division
P. O. Box 12548  MC-008
Austin, TX 78711-2548

TPS-West, LLC
12837 Louetta Rd.
Suite 201
Cypress, TX 77429-5611

Texas Comptroller of Public Accounts, Revenu
John Mark Stern
PO Box 12548
Austin, TX 78711-2548

William G. West, P.C., CPA
12837 Louetta Rd.
Suite 201
Cypress, TX 77429-5611

multiple injured and death case tort claiman
c/o Jordan Holzer & Ortiz
500 N Shoreline
Suite 900
Corpus Christi, TX 78401-0658

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

3SEnergy
10333 Harwin Drive Suite 425
Houston, TX 77036-1571

567 Energy LLC
3710 Rena Jane Ln
Pasadena, TX 77503-1817

A Mitchell Holdings LLC
Aaron Mitchell
1590 Edmondson Tr.
Rockwall, TX 75087-6022

A&E Natural Corp
4848 Lemmon Ave Suite 361
Dallas, TX 75219-1400

ADK Solutions LLC
4143 Abigail Dr
Highland Village, TX 75077-1872

AEP Texas Inc.
c/o Melissa A. Gage, Esq.
400 W. 15th St., Ste. 1500
Austin, TX 78701-1677

APRIL MCDOWELL
ROBINS CLOUD LLP
2000 WEST LOOP SOUTH SUITE 2200
HOUSTON, TX 77027-3511

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

AT&T Services
PO Box 5014
Carol Stream, IL 60197-5014

Abacus Power Broker LLC
381 Casa Linda Plaza # 238
Dallas, TX 75218-3471

Able Power Management
37 Lyerly St
Houston, TX 77022-3007

Abner Sales & Marketing LLC
6005 FM 1732
Brownsville, TX 78520-3704

Adjacent Energy
PO Box 330593
Houston, TX 77233-0593

Alan Lammey
7907 Oxfordshire Dr
Spring, TX 77379-4669

Alec Brooker
Attn: Sidney Robert
300 Fannin, Ste 200
Houston, TX 77002-2057

Alliance Energy Consulting
9600 Gulf Lakes Trl #3006
Dallas, TX 75231-5023

Alliance Power Group
2706 Chapel View
Corpus Christi, TX 78414-3410

Alpha Energy Group
1590 Edmondson Trail
Rockwall, TX 75087-6022

American Enerpower Inc
PO Box 941682
Houston, TX 77094-8682

American Express Merchant
2401 W Behrend Drive
#55
Phoenix, AZ 85027-4145

Angel Ortega
131 Iotanes
Laredo, TX 78046-8522

Applied Computer Technology
2712 Fallcreek Dr
Carrollton, TX 75006-2648

Argus Media
2929 Allen Parkway
Suite 700
Houston, TX 77019-7123

Aries Corporation
4420 High Mesa Dr
Plano, TX 75093-3255

Athar Amin
613 Waterchase
Fort Worth, TX 76120-2872

Axiom Power
363 N Sam Houston Pkwy E Suite 1100
Houston, TX 77060-2413

(p)BDO USA  LLP
4250 LANCASTER PIKE
SUITE 120
WILMINGTON DE 19805-1609

BH Energy Services
9140 Paluxy Dr
Tyler, TX 75703-7697

Bank of America Merchant Services
PO Box 15019
Wilmington, DE 19850-5019

Ben Graham
3131 Memorial Ct Apt 16113
Houston, TX 77007-6267

Best Energy
5850 Park Front Dr #110
Houston, TX 77036-2537

Bid Texas Online
PO Box 5370
McAllen, TX 78502-5370

Bottom Line Energy
13803 Wickersham
Houston, TX 77077-5434

Brazos Energy Solutions
2257 Ridgeway Dr
West Columbia, TX 77486

Brent Shellhorse
3112 Wild Plum
Fort Worth, TX 76109-2061

Business Energy Partners
3301 Hoover Dr
McKinney, TX 75071-2209

CDN Enterprises dba Bolt Energy Advisors
12103 Auburn Hills Dr
Tomball, TX 77377-8614

CM Energy
6200 Taprock Dr
McKinney, TX 75070-7968

CNZNet Inc
833 E Arapaho Rd
Richardson, TX 75081-2269

CPG Energy
5211 Birch Glen
Richmond, TX 77406-8634

CTBP Investments
4447 N Central Expy Suite 110-160
Dallas, TX 75205-4245

CV Premier Consultants
3926 Catania Bay Ct
Missouri City, TX 77459-0020

Camelot Integrated Solutions, Inc.
2000 S Dairy Ashford Road
Suite 265
Houston, TX 77077-5732

Capital Area Energy
14141 W Highway 290 Building 600
Austin, TX 78737-9340

CenterPoint Energy Houston Electric, LLC
c/o Douglas Darrow
1111 Louisiana St.
46th Floor, Office 4661
Houston, TX 77002-5230

Choice Energy Services
5151 San Felipe 22nd Floor
Houston, TX 77056-3726

Community Energy LP
1920 S College Ave
Tyler, TX 75701-4112

Competitive Assets
489 Alines St
Suite 112-104
Bastrop, TX 78602-2156

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX  78711-2548

Concord Energy Consultants
5623 Bear Meadow Ln
Katy, TX 77449-7576

Cybersource
PO Box 742842
Los Angeles, CA 90074-2842

Cybersource Corporation
Attn: Katie Todd
PO Box 947
American Fork, UT 84003-0947

DRF Industries
3600 Rosewood #503
Houston, TX 77004-5539

DTE Energy
414 S. Main
Ann Arbor, MI 48104-2398

DTE Energy Trading
414 S Main
Ann Arbor, MI 48104-2397

DTE Energy Trading, Inc.
c/o Hunton Andrews Kurth LLP
Attn: Robert A. Rich, Esq.
New York, New York 10166

Darcee Grice Consulting
PO Box 2471
Houston, TX 77252-2471

Data & Energy Solutions
5511 Trail Timbers Dr
Humble, TX 77346-3626

David Zdunkewicz
Hunton Andrews Kurth LLP
600 Travis Street, Suite 4200
Houston, TX 77002-2929

Diversegy LLC
520 Broad St
Newark, NJ 07102-3121

Diversified Energy Consultants
3123 Bammell Ln
Houston, TX 77098-2021

Do Nguyen
3767 Heritage Colony Dr
Missouri City, TX 77459-4054

Duon Int Resources
1415 S Voss Rd Bldg 110-470
Houston, TX 77057-1086

EBOA dba EnergyRateSaver.com
PO Box 690824
Houston, TX 77269-0824

ERBOA LLC dba Energybidz
PO Box 690824
Houston, TX 77269-0824

EZ Choice Energy LLC
3023 Routh St
Dallas, TX 75201

Eco-Power LLC
4848 Fairmont Pkwy # 265
Pasadena, TX 77505-3765

EcoEnergy Texas
3204 Trailblazer Ave
Edinburg, TX 78541-4412

Eisenbach Consulting
5759 Eagles Nest Blvd Suite 1
Tyler, TX 75703-6228

Elect Energy Inc
3225 Turtle Creek Blvd #948
Dallas, TX 75219-5466

Electric Connection
720 Montrose Trail
Desoto, TX 75115-1745

Electric Evolution
7505 Memorial Woods #60
Houston, TX 77024-3742

Electricity For Less
1109 Montego Rd
Fort Worth, TX 76116-1625

Elias Energy Group LLC
4295 San Felipe Ste 300
Houston, TX 77027-2958

Emex Consolidated Partners
11011 Richmond Ave Suite 500
Houston, TX 77042-4833

Enel North America Inc
One Marina Park Dr
Boston, MA 02210-2769

Enerconnex LLC
4140 Clark Shaw Rd
Powell, OH 43065-8086

Energy Auction House
44 Rte 6A
Sandwich, MA 02563-1863

Energy Ogre LLC
24 Greenway Plaza Ste 725
Houston, TX 77046-2446

Energy One Management
2429 Stone Creek Dr
Plano, TX 75075-2941

Energy Providers
20106 Tamerton Dr
Spring, TX 77388-3187

Energy Resources Alliance
9101 Saddle Hornet
Prosper, TX 75078-8826

Energy Services Group
141 Longwater Drive
Suite 113
Norwell, MA 02061-1620

Energy Utility Group LLC
1402 Clearview Loop
Round Rock, TX 78664-6989

Energy in Missions LLC
625 County Rd 2515
Bonham, TX 75418-6837

Entelergy LLC
PO Box 11627
Spring, TX 77391-1627

Equifax
PO Box 71221
Charlotte, NC 28272-1221

Ereica Jones
PO Box 140598
Dallas, TX 75214-0598

Ergos Technology Partners
2704 Timberloch Place
The Woodlands, TX 77380

Evolving Energy Solutions LLC
4848 Lemmon Ave Suite 100-337
Dallas, TX 75219-1401

Executive Portfolio Innovative Consultin
PO Box 822906
North Richland Hills, TX 76182-2906

Experian
Dept 881971
Los Angeles, CA 90068

Farzana LLC
7560 Tournament Rd
Frisco, TX 75035-7119

First Innovative Power
5810 Forest Land Dr
Houston, TX 77084-6736

Frontera Power Brokers LLC
711 W Nolana Suite 102-C
McAllen, TX 78504-3082

Genesis Power USA
1818 Westwood
Abilene, TX 79603-2456

Geovend International LLC
9668 Westheimer RD Suite 78
Houston, TX 77063-3241

Golden Utility Services
3526 Lakeview Pkwy Ste 8208
Rowlett, TX 75088-4176

Greentree Power LLC
2506 Trophy Club Dr
Trophy Club, TX 76262-3420

Guardian Electric and Gas
6619 Bradford Estates Dr
Sachse, TX 75048-3430

HL National Energy
519 College Ave
South Houston, TX 77587-4201

Harris County et al.
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

High Voltage Energy
401 Veatech St #20
Joshua, TX 76058-3067

Highpoint Electric Service
5802 Hamza Circle
Killeen, TX 76542-4802

Houston Energy Exchange
2518 Breaux Trace
Seabrook, TX 77586-3396

IGG Solutions Inc
3501 Ross Ave Suite 3012
Dallas, TX 75204-5484

Ice Data
1415 Louisiana
Suite 3350
Houston, TX 77002-7332

Ideal Energy Group
203 N 17th St
Hidalgo, TX 78557-3903

Imagenet Consulting
913 N Broadway Ave
Oklahoma City, OK 73102-5810

Imperial Utility & Sustainability
4545 Bissonnet St Suite 104
Bellaire, TX 77401-3008

Infiniti Energy Services
PO Box 5545
Round Rock, TX 78683-5545

Infiniti Power Partners LLC
2603 Augusta Dr Suite 450
Houston, TX 77057-5640

Infomax Aggregators LLC
4510 Connies Ct Ln
Missouri City, TX 77459-2936

Information Management Solutions
2416 Brockton St
Suite 105
San Antonio, TX 78217-4909

Innovative Utility Services
10051 Marsh Lane
Dallas, TX 75229

Insight Energy Advisors
7052 Briarmeadow Dr
Dallas, TX 75230-5329

Intellergy LLC
2429 Bissonnet St Suite 535
Houston, TX 77005-1451

International Business Machines
3039 Cornwall Road
Research Trail Park, NC 27709

J&H Energy Consultants
5811 Tidewater Dr
Houston, TX 77085-3357

JC Consultants
PO Box 1864
Cedar Hill, TX 75106-1864

Jan Ward
407 Clearview Ave
Friendswood, TX 77546-4005

Jeffrey Ritter
PO Box 222
Fulshear, TX 77441-0222

Jess Consulting Agency
2627 S Brompton
Pearland, TX 77584-2205

Jim Straker
5315 Green Ln
Houston, TX 77066-5101

John Grubbs
3504 Boxwood Dr
Grapevine, TX 76051-4224

John P Wack
851 White Marsh Circle
Cuyahoga Falls, OH 44223-3818

Jump Energy Solutions
10221 Centre Park #1725
Houston, TX 77043-1362

KWH Brokers LLC
PO Box 1522
Missouri City, TX 77459-8522

KWH Consulting Services LTD
435 S Stewart St
Azle, TX 76020-3014

Kamy Inc
1901 Drew Ln
Richardson, TX 75082-4825

Kathy Packer
5311 Sun Meadow Dr
Grapevine, TX 76051-8413

Kenneth Wilkinson Jr
3019 Redstone Dr
Arlington, TX 76001-5490

Kilowatt Partners Inc
PO Box 518
Kemah, TX 77565-0518

Kingdom Consulting Services
2009 Independence Dr Suite 105
Sherman, TX 75090-0216

Lantern Power
6711 Falling Waters Dr
Spring, TX 77379-4851

Lexis Nexis
9443 Springboro Pike
Miamisburg, OH 45342-5490

Linc Energy LP
1022 Glourie Circle
Houston, TX 77055-7504

Linda C Andress
841 Herberle Dr
Burleson, TX 76028-7417

Logix Communications LP
2950 North Loop West
8th Floor
Houston, TX 77092-8846

Logtx Fiber Networks
2950 N. Loop West 10th Floor
Houston, TX 77092-8891

M&S Services
1033 Garden Oaks St
Columbus, TX 78934-1688

MARENDRIA RASHALL
ROBINS CLOUD LLP
2000 WEST LOOP SOUTH SUITE 2200
HOUSTON, TX 77027-3511

MHSC Energy LLC
11990 Old Wellburn Rd St 6
College Station, TX 77845-7938

Matshead Energy Group
7907 Oxfordshire Dr
Spring, TX 77379-4669

Matthew Okin
Okin Adams LLP
1113 Vine St., Suite 240
Houston, TX 77002-1044

Michael A Work
4400 Santa Fe Ln
McKinney, TX 75070-4472

Michael Glenn Forrest
PO Box 503
Pottsboro, TX 75076-0503

Mike Pass Weather Services LLC
1603 Gingerleaf Lane
Houston, TX 77055-3409

Millenergy
6504 Barfield Dr
Dallas, TX 75252-2504

Mitterhofer@Wilcrest
800 Wilcrest Drive
Suite 160
Houston, TX 77042-1461

NRG SimplySmart Solutions LLC
211 Carnegie Center
Princeton, NJ 08540-6299

National Utility Consulting
5712 Garrett Dr
Plano, TX 75093-5929

Nationwide New Energy Management Group
4825 Fox Ridge Ln
McKinney, TX 75071-7884

Net-Zero Power
24 Greenwy Plaza Suite 1515
Houston, TX 77046-2452

Northeastern Energy Advisory Services
12001 Dessau Rd # 1935
Austin, TX 78754-1894

Odyssey Services
12303 Green Trails Dr
Stafford, TX 77477-2273

Oncor Electric Delivery Company LLC
1616 Woodall Rodgers Fwy, Ste 7A-002
Dallas, TX 75202-1234

Optimal Energy Consultants
39005 Shawntelle Dr
Penitas, TX 78576-5017

Option New Energy
PO Box 440625
Houston, TX 77244-0625

Orion Advisors Group LLC
1601 Las Palmas Circle
Beeville, TX 78102-2959

PES Brokers Inc
1305 FM 359 #H
Richmond, TX 77406-2024

PG&L LLC
1540 Superior Place
Flower Mound, TX 75028-2113

Pal Energy Smart LLC
PO Box 2046
Houston, TX 77252-2046

Pampas Life LLC
2303 Mid Lane #740
Houston, TX 77027-3819

Park Place Power Consulting LLC
2205 Egyptian Way
Grand Prairie, TX 75050-2838

Peter Partee, Sr.
Hunton Andrews Kurth LLP
200 Park Avenue
New York, NY 10166-4499

Pitney Bowes
PO Box 371887
Pittsburgh, PA 15250-7887

Pitney Bowes Inc
27 Waterview Dr, 3rd Fl
Shelton CT 06484-4361

Pods Energy
3911 Waterview Ct
Missouri City, TX 77459-2315

Power Enegy USA
4606 FM 1960 Rd W #400
Houston, TX 77069-4615

Power Experts LLC
13313 SW Fwy Suite 223
Sugar Land, TX 77478-3660

Power Pros
817 Monticello Dr
Burleson, TX 76028-8207

Power Rite Consulting LLC
5005 Still Meadow Ln
Celina, TX 75009-2843

PowerAuditors.com
5211 Westwind Ct
Sugar Land, TX 77479-4120

Prestige Energy Management LLC
PO Box 1422
Wylie, TX 75098-1422

Priority Power Management
5012 Portico Way
Midland, TX 79707-3102

Pro Energy Group Inc
14800 St Marys Ln #250
Houston, TX 77079-2943

Professional Electricity Management LLC
2 Donys Ct
Houston, TX 77040-1503

Prosource Power LLC
55 Possum Trot Hollow Rd
Whitewright, TX 75491-7307

Prudential Energy Services
2400 Augusta Dr Suite 352
Houston, TX 77057-5038

Quadrangle Energy LLC
1616 Wabash St
Fort Worth, TX 76107-6598

Quantum Gas & Power Services
12305 Old Huffmeister Rd
Cypress, TX 77429-3231

Quantum Spectrum Energy
950 E State Hwy 114 Suite 160 PMB 1612
Southlake, TX 76092-5261

QuoteEnergy LLC
99 W Mill Rd
Long Valley, NJ 07853-3465

RANDY ELWOOD
2000 WEST LOOP SOUTH SUITE 2200
HOUSTON, TX 77027-3511

Ray Hoppe
11757 Katy Fwy Suite 1300
Houston, TX 77079-1725

Raymond Energy Club LLC
4138 Kyndra Cir
Richardson, TX 75082-2761

Raynaldo Flores
6910 Renata Circle
Houston, TX 77084-1352

Real Corporation
1703 E Calle Cedro
Edinburg, TX 78541

Red Horse Energy Group LLC
PO Box 265
Desoto, TX 75123-0265

Revenue Stream
102 E Broadway PO Box 1282
Prosper, TX 75078-1282

Reynaldo C Velasquez
PO Box 722393
Houston, TX 77272-2393

Rhino Energy
4808 Fairmont Pkwy #265
Pasadena, TX 77505-3722

Rhino Gas & Electric
519 Birdsong
League City, TX 77573-2543

Ridgebrook Energy Group LLC
2311 Canyon Springs Dr
Pearland, TX 77584-3413

Rowe Energy
438 Oleander
Duncanville, TX 75137-3321

SFI Loans LLC
15741 Mapleview Circle
Dallas, TX 75248-4224

Servant Energy Partners
10 Winding Hollow
Coppell, TX 75019-6434

Seven Utility Management
21175 Tomball Pkwy Suite 216
Houston, TX 77070-1655

Shaachja Energy Company
9214 Bristlebrook Dr
Houston, TX 77083-5987

Simply Competitive Energy
PO Box 818
Sulphur Springs, TX 75483-0818

Smart Sales Solutions
8255 Sunbury Ln #1010
Houston, TX 77095-5910

Southern Star Utility
14006 Overbrook Lane
Houston, TX 77077-5318

Steven F. Trimarco
1703 W. Calle Cedro
Houston, Texas 77042

Stratis Energy Services LLC
17330 Preston Rd Ste 2000
Dallas, TX 75252-5728

Symbio Energy Partners LLC
1923 Washington Ave
Houston, TX 77007-6132

TES Energy Services LP
17480 Dallas Pkwy Suite 200
Dallas, TX 75287-7304

TEXAS WORKFORCE COMMISSION
REGULATORY INTEGRITY DIVISION - SAU
101 15TH STREET, ROOM 556
AUSTIN, TX 78778-0001

(c)TFS ENERGY SOLUTIONS
9 W BROAD ST STE 100
STAMFORD CT  06902-3764

TMS Services
1033 Garden Oaks St
Columbus, TX 78934-1688

TPL Energy
10700 Richmond Ave Suite 246
Houston, TX 77042-4926

(p)TELECHECK SERVICES INC
P O BOX 6806
HAGERSTOWN MD 21741-6806

Telvent DTN
26385 Network Place
Chicago, IL 60673-1263

Texa Energy Experts LLC
18207 Willow Ct
Spring, TX 77379-6168

Texas Energy Brokers
7215 Silver Meadow Ct
Houston, TX 77041-1700

Texas Energy Options Inc
3330 N Briarpark Ln
Sugar Land, TX 77479-2295

Texas Energy Services
9207 Buffalo Bend Ln
Houston, TX 77089-5912

Texas Power & Gas LLC
4800 Scottwood Dr
Waco, TX 76708-1247

Texas Utility Advisors
16602 Island Shore Ct
Houston, TX 77095-6563

Timothy Shields
2322 Royal Oaks
Garland, TX 75040-4145

Travis Quinn
14335 Heron Marsh Dr
Cypress, TX 77429-6854

TrueEnergy Services
8117 Preston Rd Suite 30
Dallas, TX 75225-6332

US Energy Experts
1501 San Jacinto Dr
Flower Mound, TX 75028-8293

US Energy Professionals
PO Box 595
Aledo, TX 76008-0595

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

USA Power & Lights
8618 Humphrey Dr
Houston, TX 77083-6033

USEC LLC
77 Sugar Creek Blvd Suite 501
Sugar Land, TX 77478

Unified Energy Services
3900 Essex Suite 750
Houston, TX 77027-5489

United Energy Group
2420 Brennan Dr
Plano, TX 75075-6620

United Power Consultants
2001 N Federal Hwy Suite 316
Pompano Beach, FL 33062-1019

United States Trustee's Office
515 Rusk St., Suite 3516
Houston, TX 77002-2604

Verdad Power LLC
15827 Roseview Ln
Cypress, TX 77429-6704

Verdigris Energy LLC
1711 Bur Oak Dr
Allen, TX 75002-6394

Vocalcom
PO Box 120842
Arlington, TX 76012-0842

Vocalcom LLC
c/o Jaimee La Tour
2221 East Lamar Blvd. Suite 225
Arlington, TX 76006-7490

VyBranze LLC
113 W Broadway PO Box 876
Prosper, TX 75078-0876

Watermark Power Soltions
9500 Ray White Suite 200
Keller, TX 76244-9105

Watts Your Rate
3103 Pecan St
Houston, TX 77087-1331

William Burgess
114 Diamond Back Ln
Montgomery, TX 77316-1583

Wizard Energy Savings LLC
3619 Robinson Rd
Missouri City, TX 77459-4313

Your Electric Broker
4607 Cypresswood Dr Apt 407
Spring, TX 77379-8350

Z Champion & Associates LLC
1310 Rayford Park Rd #216
Spring, TX 77386-4691

Zon Energy Inc
16146 Parish Hall Dr
Spring, TX 77379-6630

Matthew Scott Okin
Okin Adams LLP
1113 Vine Street, Suite 240
Houston, TX 77002-1044

Peter Nguyen
PO Box 682046
Houston, TX 77268-2046

Randy W Williams
Byman & Associates PLLC
7924 Broadway
Suite 104
Pearland, TX 77581-7933

Timothy L. Wentworth
Okin Adams, LLP
1113 Vine St., Suite 240
Houston, TX 77002-1044

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BDO USA, LLP
4250 Lancaster Pike, Suite 120
Wilmington, DE  19805

Telecheck
PO Box 60028
City of Industry, CA 91716

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

TFS Energy Solutions
9 W Broad 9th Floor
Stamford, CT 06902


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)DTE Energy Trading, Inc.                (u)ERCOT                              (u)Jackson Walker LLP


(u)Luminant Energy Company LLC             (u)Aqua Chill Gulf Coast             (d)Brilliant Energy, LLC
                                           PO Box 300964                         800 Wilcrest Drive
                                                                                 Houston, TX 77042-1369


(u)Energy Services Group, LLC              End of Label Matrix
                                           Mailable recipients    262
                                           Bypassed recipients      7
                                           Total                  269