IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In Re Professional Fee Matters Concerning the Jackson Walker Law Firm § § § § § § § | Civil Action No. 4:23-CV-4787-AM |

### ORDER

Before the Court is the Trustee's Motion for Order Approving Compromise and Settlement, pursuant to Federal Rule of Bankruptcy Procedure 9019. (ECF No. 57.) On the trustee's motion, the Court may approve a compromise or settlement only after giving notice and holding a hearing. FED. R. BANKR. P. 9019(a).

Accordingly, it is **ORDERED** that the parties appear in Courtroom 8C of the United States Courthouse in Houston, Texas, for a hearing on Thursday, May 22, 2025, at 9:00 A.M.

SIGNED and ENTERED on this 14th day of May 2025.

_____
ALIA MOSES
Chief United States District Judge