United States District Court
Southern District of Texas
**ENTERED**
May 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re Professional Fee Matters Concerning the Jackson Walker Law Firm | § § § § § § § Civil Action No. 4:23-CV-4787-AM |

### ORDER

Pending before the Court is the Motion for Continuance brought by David Dunn, in his capacity as the Plan Agent (the "4E Plan Agent") and sole manager, director, officer and representative of 4E Brands Northamerica LLC and in his capacity as the Liquidation Trustee (the "Basic Energy Liquidation Trustee") of the Basic Energy Liquidation Trust. (ECF No. 59.)

The Court is unpersuaded by the Motion. Accordingly, the Motion for Continuance is **DENIED**. (ECF No. 59.)

SIGNED and ENTERED on this 14th day of May 2025.

_____
ALIA MOSES
Chief United States District Judge