FILED
United States District Court
Southern District of Texas

ENTERED
May 14, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |  |
|---|---|---|
| **In Re Professional Fee Matters Concerning the Jackson Walker Law Firm** | § § § § § § | **Civil Action No. 4:23-CV-4787-AM** |

## ORDER

Before the Court is the Motion for Order Approving Compromise and Settlement, pursuant to Federal Rule of Bankruptcy Procedure 9019, brought by David Dunn, Liquidation Trustee for the Basic Energy Liquidation Trust filed in case number 4:21-bk-90002. (ECF No. 1884.) On the trustee's motion, the Court may approve a compromise or settlement only after giving notice and holding a hearing. FED. R. BANKR. P. 9019(a).

Accordingly, it is **ORDERED** that the parties appear in Courtroom 8C of the United States Courthouse in Houston, Texas, for a hearing on Thursday, May 22, 2025, at 9:00 A.M.

SIGNED and ENTERED on this 14th day of May 2025.

ALIA MOSES
Chief United States District Judge