IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **In re:** § | |
| § | |
| **Professional Fee Matters Concerning the** § | **Civil Action No. 4:23-CV-4787-AM** |
| **Jackson Walker Law Firm** § | |
| § | |

## JOINT ADVISORY NOTICE REGARDING MEDIATION

On May 22, 2025, the Court ordered the United States Trustee ("U.S. Trustee") and Jackson Walker LLP ("Jackson Walker" and with the U.S. Trustee, the "Parties") to file an advisory notice regarding mediation of the U.S. Trustee's Rule 60(b) Motions. The Parties state as follows:

1. The Parties intend to participate in an in-person mediation beginning on June 16, 2025, or such other mutually agreed upon date no later than July 1, 2025.

2. The mutually agreed mediator is the Hon. Joan N. Feeney (Ret.).

3. At the conclusion of mediation, the Parties will file a joint notice reporting the results of the mediation.

[*Signature Page Follows*]

| | |
|---|---|
| Date: May 30, 2025 | Respectfully Submitted, |
| **NORTON ROSE FULBRIGHT US LLP** | **KEVIN M. EPSTEIN**<br>**UNITED STATES TRUSTEE**<br>Region 7, Southern and Western Districts of Texas |
| By: */s/ Jason L. Boland (with permission)*<br>Jason L. Boland (SBT 24040542)<br>William R. Greendyke (SBT 08390450)<br>Julie Goodrich Harrison (SBT 24092434)<br>Maria Mokrzycka (SBT 24119994)<br>1550 Lamar Street, Suite 2000<br>Houston, Texas 77010<br>Telephone: (713) 651-5151<br>jason.boland@nortonrosefulbright.com<br>william.greendyke@nortonrosefulbright.com<br>julie.harrison@nortonrosefulbright.com<br>maria.mokrzycka@nortonrosefulbright.com | */s/ Alicia L. Barcomb*<br>Millie Aponte Sall, Assistant U.S. Trustee<br>Tex. Bar No. 01278050/Fed. ID No. 11271<br>Vianey Garza, Trial Attorney<br>Tex. Bar No. 24083057/Fed. ID No. 1812278<br>Alicia L. Barcomb, Trial Attorney<br>Tex. Bar No. 24106276/Fed. ID No. 3456397<br>515 Rusk, Suite 3516<br>Houston, Texas 77002<br>(713) 718-4650 – Telephone<br>(713) 718-4670 – Fax<br>Email: millie.sall@usdoj.gov<br>           vianey.garza@usdoj.gov<br>           alicia.barcomb@usdoj.gov |
| Paul Trahan (SBT 24003075)<br>98 San Jacinto Blvd., Suite 1100<br>Austin, Texas 78701<br>Telephone: (512) 474-5201<br>paul.trahan@nortonrosefulbright.com | |
| -and- | |
| **RUSTY HARDIN & ASSOCIATES, LLP** | |
| Russell Hardin, Jr. (SBT 08972800)<br>Leah M. Graham (SBT 24073454)<br>Emily Smith (SBT 24083876)<br>5 Houston Center<br>1401 McKinney, Suite 2250<br>Houston, Texas 77010<br>Telephone: (713) 652-9000<br>rhardin@rustyhardin.com<br>lgraham@rustyhardin.com<br>esmith@rustyhardin.com | |
| *Counsel for Jackson Walker LLP* | |