IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **In re:** § | |
| § | |
| **Professional Fee Matters Concerning the** § | **Civil Action No. 4:23-CV-4787-AM** |
| **Jackson Walker Law Firm** § | |
| § | |

**JOINT ADVISORY NOTICE REGARDING MEDIATION**

The United States Trustee ("U.S. Trustee") and Jackson Walker LLP ("Jackson Walker") (collectively, the "Parties") file this notice to apprise the Court of the Parties' mediation status. The Parties commenced mediation on June 16 and 17, 2025, before the Honorable Joan N. Feeney (Ret.). The Parties advise the Court that they intend to continue their mediation with Judge Feeney and have agreed to meet again on Tuesday, June 24. The Parties will provide a further update on the status of the mediation no later than July 1, 2025. Upon the conclusion of mediation, the Parties will file a joint notice informing the Court of the results as required by S.D. Tex. L. R. 16.4.J.

[*Signature Page Follows*]

| | |
|---|---|
| Date: June 18, 2025 | Respectfully Submitted, |

**NORTON ROSE FULBRIGHT US LLP**

By: /s/ *Jason L. Boland*
Jason L. Boland (SBT 24040542)
William R. Greendyke (SBT 08390450)
Julie Goodrich Harrison (SBT 24092434)
Maria Mokrzycka (SBT 24119994)
1550 Lamar Street, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
jason.boland@nortonrosefulbright.com
william.greendyke@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com
maria.mokrzycka@nortonrosefulbright.com

Paul Trahan (SBT 24003075)
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
paul.trahan@nortonrosefulbright.com

-and-

**RUSTY HARDIN & ASSOCIATES, LLP**

Russell Hardin, Jr. (SBT 08972800)
Leah M. Graham (SBT 24073454)
Emily Smith (SBT 24083876)
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
rhardin@rustyhardin.com
lgraham@rustyhardin.com
esmith@rustyhardin.com

*Counsel for Jackson Walker LLP*

**KEVIN M. EPSTEIN**
**UNITED STATES TRUSTEE**
Region 7, Southern and Western
Districts of Texas

*/s/ Alicia L. Barcomb*
Millie Aponte Sall, Assistant U.S. Trustee
Tex. Bar No. 01278050/Fed. ID No. 11271
Vianey Garza, Trial Attorney
Tex. Bar No. 24083057/Fed. ID No. 1812278
Alicia L. Barcomb, Trial Attorney
Tex. Bar No. 24106276/Fed. ID No. 3456397
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4650 – Telephone
(713) 718-4670 – Fax
Email: millie.sall@usdoj.gov
        vianey.garza@usdoj.gov
        alicia.barcomb@usdoj.gov