**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Professional Fee Matters Concerning | § | Civil Action No. 4:23-cv-04787 |
| the Jackson Walker Law Firm | § | |
| | § | |

**JACKSON WALKER LLP'S JURY DEMAND
<u>PURSUANT TO RULE 38 FED. R. CIV. P.</u>**

In response to the Court Clerk's notice of July 2, 2025, Jackson Walker LLP ("Jackson Walker") hereby requests a jury trial on any issue triable by a jury, pursuant to Rule 38 of the Federal Rules of Civil Procedure.  Jackson Walker makes this request for a jury trial in response to the Court Clerk's notice that if the case is not settled by July 15, 2025, the Court intends to set it for a jury trial.

Jackson Walker intends to continue mediation and hopes the case can be settled within the deadline set by the Court.  This request for a jury trial is intended not to replace mediation but only to inform the Court of Jackson Walker's desire for a jury trial if mediation is not successful.

*[Remainder of Page Intentionally Left Blank]*

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

Jason L. Boland (SBT 24040542)
William R. Greendyke (SBT 08390450)
Julie Harrison (SBT 24092434)
Maria Mokrzycka (SBT 24119994)
1550 Lamar, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
Email: jason.boland@nortonrosefulbright.com
Email:
william.greendyke@nortonrosefulbright.com
Email: julie.harrison@nortonrosefulbright.com
Email: maria.mokrzycka@nortonrosefulbright.com

-and-

Paul Trahan (SBT 24003075)
Emily D. Wolf (SBT 24106595)
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
Fax: (512) 536-4598
Email: paul.trahan@nortonrosefulbright.com
Email: emily.wolf@nortonrosefulbright.com

*Counsel for Jackson Walker LLP*

**RUSTY HARDIN & ASSOCIATES, LLP**

*/s/ Russell Hardin, Jr.*
Russell Hardin, Jr. (SBT 08972800)
Leah M. Graham (SBT 24073454)
Jennifer E. Brevorka (SBT 24082727)
Emily Smith (SBT 24083876)
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas  77010
Telephone: (713) 652-9000
Email: rhardin@rustyhardin.com
Email: lgraham@rustyhardin.com
Email: jbrevorka@rustyhardin.com
Email: esmith@rustyhardin.com

*Co-Counsel for Jackson Walker LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2025, a true and correct copy of the foregoing was filed via

the CM/ECF system which served the document on all counsel of record.

*/s/ Emily Smith*
Emily Smith