IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re Professional Fee Matters Concerning the Jackson Walker Law Firm | § § § § § § § Civil Action No. 4:23-CV-4787-AM |

## ORDER

On May 30, 2025, the parties filed a Joint Advisory Notice Regarding Mediation with the Court. (ECF No. 79.) In the Joint Notice, the parties informed the Court that they agreed to an in-person mediation beginning on June 16, 2025, with a mutually agreed-upon mediator, the Honorable Joan N. Feeney. (*Id.*) On June 18, 2025, the parties informed the Court that the mediation was still ongoing. (ECF No. 84.) The parties stated that upon the conclusion of mediation, they would file a joint notice informing the Court of the results of the mediation. (*Id.*)

On July 3, 2025, Jackson Walker filed a Jury Demand Pursuant to Rule 38 of the Federal Rules of Civil Procedure. (ECF No. 85.) Jackson Walker explains that the "request for a jury trial is intended not to replace mediation but only to inform the Court of Jackson Walker's desire for a jury trial if mediation is not successful." (*Id.*)

The Court **ORDERS** the parties to **complete mediation** by **5:00 P.M.** on **Tuesday, July 15, 2025**. Upon the conclusion of mediation, the parties are **ORDERED** to file a joint notice informing the Court of the results.

2

If a settlement is not reached by this deadline, the Court will set this case for trial.

**SIGNED** and **ENTERED** on this 7th day of July 2025.

_____
ALIA MOSES
Chief United States District Judge