IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **Professional Fee Matters Concerning the Jackson Walker Law Firm** | § § § | Civil Action No. 4:23-CV-4787-AM |
| | § | |

**JOINT ADVISORY NOTICE REGARDING MEDIATION**

The United States Trustee ("U.S. Trustee") and Jackson Walker LLP ("Jackson Walker" and with the U.S. Trustee, the "Parties") participated in multiple mediation sessions beginning on June 16, 2025, with the Honorable Joan N. Feeney (Ret.). The Court ordered that the Parties complete mediation by 5:00 p.m. on July 15, 2025, and, upon the conclusion of mediation, to file a joint notice informing the Court of the results. ECF No. 86. The Parties advise the Court that mediation concluded without a resolution of the Parties' disputes.

Pursuant to S.D. Tex. L. R. 16.4.J., the Parties provide the following additional information:

1. Jackson Walker agreed to pay the costs of mediation, totaling approximately $68,000.

2. In attendance for the U.S. Trustee –

**Kevin M. Epstein**,
United States Trustee
**Millie Aponte Sall**,
Assistant U.S. Trustee
**Alicia L. Barcomb**,
Trial Attorney
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4650

**Laura D. Steele**,
Trial Attorney
517 E. Wisconsin Ave.,
Suite 430
Milwaukee, Wisconsin 53202
(414) 297-1247

**Brian P. Thill**,
Trial Attorney
780 Regent Street, Suite 304
Madison, WI 53715
(608) 210-5646

**Diarmuid Gorham**,
Senior Counsel to the Deputy
Director/General Counsel
1501 N. 6th St.
Harrisburg, PA 17102
(202) 307-1385

**W. Joel Charboneau**,
Trial Attorney
210 First Street, S.W.,
Suite 505
Roanoke, Virginia 24011
(540) 857-2699

3. In attendance for Jackson Walker –

| | | |
|---|---|---|
| **Jason L. Boland** <br> **Julie Goodrich Harrison** <br> 1550 Lamar Street, <br> Suite 2000 <br> Houston, Texas 77010 <br> (713) 651-5151 | **Russell Hardin, Jr.** <br> **Emily Smith** <br> 5 Houston Center <br> 1401 McKinney, Suite 2250 <br> Houston, Texas 77010 <br> (713) 652-9000 | **William R. Jenkins** <br> 777 Main St., Suite 2100 <br> Fort Worth, Texas 76102 <br> (817) 334-7200 <br><br> **C. Wade Cooper** <br> 100 Congress Ave., <br> Suite 1100 <br> Austin, Texas 78701 <br> (512) 236-2000 |

[*Signature Page Follows*]

Date: July 15, 2025

**NORTON ROSE FULBRIGHT US LLP**

By: /s/ *Julie Harrison (with permission)*
Jason L. Boland (SBT 24040542)
Federal I.D. No. 37238
Attorney-in-charge
Julie Goodrich Harrison (SBT 24092434)
Federal I.D. No. 3017799
Maria Mokrzycka (SBT 24119994)
Federal I.D. No. 3610759
1550 Lamar Street, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
jason.boland@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com
maria.mokrzycka@nortonrosefulbright.com

-and-

**RUSTY HARDIN & ASSOCIATES, LLP**

Russell Hardin, Jr. (SBT 08972800)
Federal I.D. No. 19424
Leah M. Graham (SBT 24073454)
Federal I.D. No. 2192848
Emily Smith (SBT 24083876)
Federal I.D. No. 1890677
1401 McKinney, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
rhardin@rustyhardin.com
lgraham@rustyhardin.com
esmith@rustyhardin.com

*Counsel for Jackson Walker LLP*

Respectfully Submitted,

**KEVIN M. EPSTEIN**
**UNITED STATES TRUSTEE**
Region 7, Southern and Western
Districts of Texas

*/s/ Alicia L. Barcomb*
Millie Aponte Sall, Assistant U.S. Trustee
Tex. Bar No. 01278050/Fed. ID No. 11271
Vianey Garza, Trial Attorney
Tex. Bar No. 24083057/Fed. ID No. 1812278
Alicia L. Barcomb, Trial Attorney
Tex. Bar No. 24106276/Fed. ID No. 3456397
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4650 – Telephone
(713) 718-4670 – Fax
Email:millie.sall@usdoj.gov
          vianey.garza@usdoj.gov
          alicia.barcomb@usdoj.gov