United States District Court
Southern District of Texas

**FILED ENTERED**
August 15, 2025
Nathan Ochsner, Clerk

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re Professional Fee Matters Concerning the Jackson Walker Law Firm | Civil Action No. 4:23-CV-4787-AM |

### ORDER

Before the Court is a Motion for Admission Pro Hac Vice of attorney Marshall R. King, who seeks to enter this action on behalf of Mesquite Energy, Inc.. (ECF No. 47.) Because Mr. King is in good standing with the Bar of the State of New York and has paid the requisite filing fee, this Motion is hereby **GRANTED**. (ECF No. 47.)

It is **ORDERED** that Mr. King be permitted to appear before this Court pro hac vice for proceedings in this matter only. While representing his client in this case, Mr. King shall abide by all Local Rules for the United States District Court for the Southern District of Texas and shall be bound by said rules.

SIGNED and ENTERED on this 14th day of August 2025.

_____
ALIA MOSES
Chief United States District Judge

