IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| **Professional Fee Matters Concerning the** § | Civil Action No. 4:23-cv-04787-AM |
| **Jackson Walker Law Firm** § | |
| § | |

**U.S. TRUSTEE'S MOTION TO STAY
SETTLEMENT MOTIONS FOR AUTO PLUS (IEH), STRIKE, AND GWG BANKRUPTCIES
IN LIGHT OF LAPSE OF APPROPRIATIONS**

Kevin M. Epstein, United States Trustee for Region 7 ("U.S. Trustee"), moves under Fed. R. Bankr. P. 9013, and under all other applicable statutes and rules, for a stay of the time periods relating to the motions for entry of orders approving compromises under Fed. R. Bankr. P. 9019 in the *Auto Plus* (fka *IEH*) [ECF No. 97], *Strike* [ECF No. 98], and *GWG* [ECF No. 100] bankruptcies (collectively, the "Settlement Motions").

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation or continuing resolution, Department of Justice attorneys and employees, including the U.S. Trustee and his staff, are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice, through the U.S. Trustee, therefore requests a stay of the time periods for the U.S. Trustee to object, respond, or reply to the pending Settlement Motions until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department, including the U.S. Trustee Program.

The U.S. Trustee requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Counsel for IEH, Strike, and GWG have authorized counsel for the U.S. Trustee to state that they have no objection to this motion.

Therefore, although the U.S. Trustee greatly regrets any disruption caused to the Court and the other litigants, the U.S. Trustee hereby moves for a stay of the time periods for the U.S. Trustee to object, respond, or reply to the Settlement Motions in the above-captioned case until Department of Justice attorneys are permitted to resume their usual civil litigation functions and for such other and further relief as the Court deems just and necessary.

Date: October 8, 2025

Respectfully Submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN AND WESTERN
DISTRICTS OF TEXAS

By: */s/ Laura D. Steele*
Millie Aponte Sall, Assistant U.S. Trustee
Tex. Bar No. 01278050/Fed. ID No. 11271
Vianey Garza, Trial Attorney
Tex. Bar No. 24083057/Fed. ID No. 1812278
Laura D. Steele, Trial Attorney
Wis. Bar No. 1065702/Fed. ID No. 3878215
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4650 – Telephone
(713) 718-4670 – Fax
Email: millie.sall@usdoj.gov
vianey.garza@usdoj.gov
laura.steele@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on October 8, 2025, a copy of the foregoing Motion to Stay was served on all parties entitled to electronic notice through the Clerk of Court's CM/ECF system.

</p>*/s/ Laura D. Steele*  
Laura D. Steele

**CERTIFICATE OF CONFERENCE**

I certify that on October 8, 2025, I conferred with counsel for IEH, Strike and GWG.

*/s/ Laura D. Steele*  
Laura D. Steele