**FILED**
October 09, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JM_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| Professional Fee Matters Concerning the § | Civil Action No. 4:23-cv-04787-AM |
| Jackson Walker Law Firm § | |
| § | |

### ORDER

Pending before the Court is the U.S. Trustee's unopposed motion for entry of an order to stay pending Settlement Motions in the *Auto Plus* (fka *IEH*) [ECF No. 97], *Strike* [ECF No. 98], and *GWG* [ECF No. 100] bankruptcies (collectively, the "Settlement Motions"). Upon review of the motion, the motion is **GRANTED.**

It is **ORDERED** that the U.S. Trustee's deadline to object, respond, or reply to the pending Settlement Motions is stayed until Congress has restored appropriations to the Department of Justice. All current deadlines for the parties shall be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

It is further **ORDERED** that the U.S. Trustee shall notify the Court as soon as Congress has appropriated funds for the Department, including the U.S. Trustee Program.

SIGNED AND ENTERED on this 9th day of October 2025.

ALIA MOSES
Chief United States District Judge