**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **Professional Fee Matters Concerning the** | § | No. 4:23-cv-04787-AM |
| **Jackson Walker Law Firm** | § | |
| | § | |

**UNITED STATES TRUSTEE'S NOTICE OF RESTORATION OF APPROPRIATIONS**

Consistent with the Court's October 9, 2025, Order [Docket No. 103], Kevin M. Epstein,

United States Trustee for Region 7, notifies the Court that appropriations have been restored to the

Department of Justice including the U.S. Trustee Program.

Date: November 14, 2025                    Respectfully Submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN AND WESTERN
DISTRICTS OF TEXAS

By: */s/ Vianey Garza*
   Millie Aponte Sall, Assistant U.S. Trustee
   Tex. Bar No. 01278050/Fed. ID No. 11271
   Vianey Garza, Trial Attorney
   Tex. Bar No. 24083057/Fed. ID No. 1812278
   Laura D. Steele, Trial Attorney
   Wis. Bar No. 1065702/Fed. ID No. 3878215
   515 Rusk, Suite 3516
   Houston, Texas 77002
   (713) 718-4650 – Telephone
   (713) 718-4670 – Fax
   Email: millie.sall@usdoj.gov
          vianey.garza@usdoj.gov
          laura.steele@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on November 14, 2025, a copy of the foregoing notice was served on all
parties entitled to electronic notice through the Clerk of Court's CM/ECF system.

*/s/ Vianey Garza*
Vianey Garza