Case 4:23-cv-04787   Document 111   Filed on 11/21/25 in TXSD   Page 1 of 20

United States District Court
Southern District of Texas
**ENTERED**
November 24, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-645 |
| **Professional Fee Matters Concerning the** § | |
| **Jackson Walker Law Firm** § | |

### ORDER
### FOR AN IN-PERSON
### NON-EVIDENTIARY STATUS CONFERENCE

On Wednesday, November 12, 2025, the Honorable Chief United States District Judge Alia Moses for the Western District of Texas issued her order referring the United States Trustee's Vacatur Motions, the Miscellaneous Motions, and Adversary Proceeding No. 25-2002 (*Old Copper Company Inc. f/k/a JC Penney Company Inc. v. Jackson Walker L.L.P* to the undersigned for a report and further recommendations.[1] Accordingly, it is therefore:

**ORDERED**: that

#### I. GENERALLY

1. Upon entry of this Order, and pending further orders of this Court, all pleadings, documents, exhibits, motions and any other matters pertaining to In re Professional Fee Matters Concerning the Jackson Walker Law Firm, Case No. 23-645 (the "*Miscellaneous Proceeding*") and related matters must be filed in the United States Bankruptcy Court, Case No. 23-645.

2. **Any party-in-interest seeking affirmative relief or wishing to be heard in this Miscellaneous Proceeding must appear at this hearing and be heard. Failure to appear may result in denial of such relief without further notice or hearing.**

3. On **Tuesday, December 9, 2025 at 8:30 a.m. (Central Standard Time)**, an in-person non-evidentiary status conference on the matters contained within this Order shall be held before Chief United States Bankruptcy Judge Eduardo V. Rodriguez at the United States Bankruptcy Court, Bob Casey Federal Building, **Courtroom No. 401**, 515 Rusk, Houston Texas, 77002. Attendance by all parties is required, either in person (if not represented by counsel) or by an attorney who has authority to bind the Party.

---

[1] ECF No. 627.

4. **Primary counsel for the United States Trustee, Jackson Walker, LLP and Old Copper Company Inc. f/k/a JC Penney Company Inc. and Copper Sub Corporation Inc. f/k/a JC Penney Corporation Inc., as Wind Down Debtor in JC Penney Direct Marketing Services LLC must appear in person.**

5. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties, other than primary counsel for the United States Trustee, Jackson Walker, LLP, and Old Copper Company Inc. f/k/a JC Penney Company Inc. and Copper Sub Corporation Inc. f/k/a JC Penney Corporation Inc., as Wind Down Debtor in JC Penney Direct Marketing Services LLC may either appear electronically or in person unless otherwise ordered by this Court.

6. **Electronic Participation:** To participate electronically, parties must follow the instructions set forth on Chief Bankruptcy Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at 832-917-1510, conference room number 999276 and (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device must be used to log on to GoToMeeting and the other must be used to call in on the telephonic conference line.

7. **Public Hearing:** Any member of the public, including media, are permitted to attend in person or electronically and observe this hearing pursuant to Bankruptcy Local Rule 9017-1(a)(6)[2] however, those in attendance either in person or electronically will be bound by this Order.

8. **Seating Capacity:** This Court has broad discretion to admit non-parties to electronically observe Court proceedings pursuant to Bankruptcy Local Rule 9017-1(a)(6). Seating in Courtroom 401 is limited to 50 people and subject to space available on a first come first serve basis after the seating of parties, counsel and witnesses. Parties, counsel, and witnesses will be given priority seating in Courtroom 401.

9. **Press Room:** A press room will be available for the media on the 8th floor, Room No. 8212.

10. **Electronic Courtroom:** Parties, counsel, and witnesses have priority in appearing electronically on this Court's GoToMeeting and telephone call in. Attendance electronically on

---

[2] Bankruptcy Local Rule 90174-1(a)(6) ("The Court may allow remote participation for individual hearings or trials. In hearings and trials for which the Court authorizes remote participation, the Court's audio and video connections may be utilized only by . . . (6) other persons as specifically authorized by the Court.").

GoToMeeting is limited to 250 people and subject to space available on a first come, first served basis after the appearance of parties, counsel and witnesses.

11. **Overflow Courtroom:** An overflow courtroom with live video and audio will be available on the 11th floor, Courtroom 11C.

12. **Audio and Video Recording Is Strictly Prohibited:** Pursuant to District Local Rule 83.7, made applicable to this proceeding by Bankruptcy Local Rule 1001-1(b), no photo-or electro-mechanical means of recordation or transmission of court proceedings is permitted. Failure to adhere to this rule may result in additional orders of this Court including confiscation of such device by the Court, expulsion from the Courtroom, an order to show cause for civil contempt, potential sanctions, and/or a referral to the United States District Court's Chief Judge to consider criminal contempt pursuant to 18 U.S.C. §§ 401; 402.

13. On April 9, 2025, David R. Jones filed a "Notice of Request for Testimony of David R. Jones."[3] Nevertheless, because the trial date of May 12, 2025, was cancelled on April 16, 2025, by order of this Court,[4] this matter is now MOOT and the matter terminated.

14. **Matters to Be Considered:** In addition to any other matters raised by any party-in-interest as provided in this Order, parties should be prepared to discuss matters identified in this Order.

15. **Other Matters That May Be Considered**: Additionally, and no later than **Monday, November 24, 2025** the United States Trustee, Jackson Walker, LLP and any other interested party are invited to file a Notice with the Clerk of Court regarding any matters not cited in Section II of this Order that the parties believe need to be brought to this Court's attention for determination. Any such matters contained within the Notice may be discussed along with the matters set forth in Section II of this Order and must be included in the Proposed Agenda as set forth in Paragraph 15 of this Order.

16. **Agenda[5]:** No later than **Monday, December 1, 2025** Jackson Walker, LLP and The United States Trustee must, in good faith, meet and confer and file a Joint Notice of Proposed Agenda with the Clerk of Court specifying (i) the preferred order of the matters to be discussed and which are contained within this Order for the status conference only, and (ii)

---

[3] ECF No. 622.
[4] ECF No. 625.
[5] A form of Agenda can be found at the end of this Order. Additionally, parties may access a Word version on the Court's webpage by clicking on this hyperlink: https://www.txs.uscourts.gov/content/chief-united-states-bankruptcy-judge-eduardo-v-rodriguez

provide an estimation of the time required for an in-person trial in Houston on the United States Trustee's Rule 60 Motions and (iii) provide an estimation of the time required for an in-person hearing on any other matters identified in the Proposed Agenda that the parties identify as requiring or are requesting an evidentiary hearing.

## II.   MATTERS TO BE DISCUSSED

17. Whether Adversary Proceeding 25-2002, Old Copper Company Inc. f/k/a JC Penney Company Inc. and Copper Sub Corporation Inc. f/k/a JC Penney Corporation Inc., as Wind Down Debtor in JC Penney Direct Marketing Services LLC v. Jackson Walker L.L.P., should proceed in conjunction with this Miscellaneous Proceeding or separately.

18. Setting a trial date on the "United States Trustee's Motion (1) For Relief From Judgment Pursuant To Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving The Retention and Compensation Applications of Jackson Walker LLP, (2) Sanctions, and (3) Related Relief" in sixteen (16) contested matters (the "*Rule 60 Motions*") as reflected in Table I; and the "United States Trustee's Amended and Supplemental Motion For (1) Relief From Judgment Pursuant To Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving The Retention and Compensation Applications of Jackson Walker LLP, (2) Sanctions, and (3) Related Relief" in sixteen (16) contested matters for a total of thirty-two (32) contested matters, (the "*Amended Rule 60 Motions*," together the "*Affected Cases*") as reflected in Table II:

| | | | TABLE I – RULE 60 MOTIONS |
|---|---|---|---|
| **NO.** | **CASE NO.** | **ECF NO.** | **CASE NAME.** |
| 1. | 18-30155 | 2358 | EXCO Resources, Inc. |
| 2. | 19-32112 | 282 | Jones Energy, Inc. |
| 3. | 19-34508 | 2930 | Sanchez Energy Corporation |
| 4. | 20-30336 | 1141 | McDermott International, Inc. |
| 5. | 20-31886 | 10 | Sheridan Production Partners, I-A, LP. |
| 6. | 20-32680 | 13 | Energy Services Puerto Rico, LLC |
| 7. | 20-33233 | 4514 | Chesapeake Energy Corporation |
| 8. | 20-33295 | 1477 | Covia Holdings Corporation |
| 9. | 20-33812 | 14 | Denbury Holdings, Inc. |
| 10. | 20-33916 | 255 | TMW Merchants LLC |

| | | TABLE I – RULE 60 MOTIONS | |
|---|---|---|---|
| **NO.** | **CASE NO.** | **ECF NO.** | **CASE NAME.** |
| 11. | 20-34500 | 326 | IQor Holdings Inc. |
| 12. | 20-50082 | 337 | Volusion, LLC |
| 13. | 22-90002 | 11 | Seadrill Member LLC |
| 14. | 22-90035 | 1379 | HONX, Inc. |
| 15. | 22-90126 | 311 | LaForta - Gestao E Investmentos |
| 16. | 22-90129 | 96 | Altera Infrastructure Project Services LLC |
| 17. | 23-90055 | 50 | Auto Plus Auto Sales, LLC |

| | | TABLE II – AMENDED RULE 60 MOTIONS | |
|---|---|---|---|
| **NO.** | **CASE NO.** | **ECF NO.** | **CASE NAME.** |
| 1. | 18-35672 | 3377 | Westmoreland Coal Company |
| 2. | 20-20184 | 1351 | JC Penney Company Direct Marketing Services LLC |
| 3. | 20-32021 | 1465 | Whiting Petroleum Corporation |
| 4. | 20-32519 | 3224 | Neiman Marcus Group LTD LLC |
| 5. | 20-32564 | 1241 | Stage Stores, Inc. |
| 6. | 20-33302 | 235 | Covia Finance Company, LLC |
| 7. | 20-34758 | 381 | Tug Robert J. Bouchard Corporation |
| 8. | 20-35561 | 1089 | Mule Sky LLC |
| 9. | 20-35740 | 877 | Seadrill Partners LLC |
| 10. | 21-30427 | 1621 | Seadrill Limited |
| 11. | 21-30936 | 284 | Brilliant Energy, LLC |
| 12. | 21-31861 | 2093 | Katerra Inc. |
| 13. | 21-90002 | 1791 | Basic Energy Services Inc. |
| 14. | 21-90054 | 1540 | Strike, LLC. |
| 15. | 22-50009 | 645 | 4E Brands Northamerica LLC. |
| 16. | 22-90018 | 1043 | Sungard AS New Holdings, LLC. |

19. In the GWG Holdings, Inc. case, the "United States Trustee's Opposition To Jackson Walker's Final Fee Application As Co-Counsel To The Debtors and Motion For Sanctions and Related Relief."[6]

20. In the I.E.H. Auto Parts Holding, LLC case, the "United States Trustee's Objection To First And Final Fee Application Of The Law Office Of Liz Freeman For Allowance And Payment Of Fees And Expenses As Co-Counsel And Conflicts Counsel To The Debtors For The Period From January 31, 2023 Through June 16, 2023"[7]

21. **Standing:** There are **(A)** cases in which Jackson Walker, LLP has filed identical motions self-styled as "Jackson Walker LLP's Motion For Entry of An Order Requiring Any Party-In-Interest Who Asserts Standing Or Indispensable Party Status To File A Notice Stating A Basis For Indispensable Party Status Or Standing In Connection With Jackson Walker LLP Fee Matters" (the "*Motion for Standing*") and in which the Court has entered an order granting the relief and either a Party has or has not filed such a Notice with the Clerk of Court and **(B)** cases in which either no Motions for Standing have been filed and/or no Order on such Motions for Standing have been entered are as follows:

**(A)   Cases in which orders for standing or indispensable party status have been entered by the Court as set forth in Table III:**

| No. | ECF No. | Matter |
|---|---|---|
| | | **TABLE III – (A) INDISPENSABLE PARTY** |
| 1. | | **19-34508 Sanchez Energy Corporation** |
| | 2931 | a) On April 12, 2024, Jackson Walker filed its Motion for Standing. |
| | 2953 | b) On July 23, 2024, the Court entered an order setting a deadline of August 16, 2024, at 5:00 p.m. (prevailing Central Time*)* for any Notices to be filed with the Clerk of Court. |
| | 2960 | c) On August 13, 2024, Mesquite Energy, Inc. filed its "Notice Stating Basis For Standing In Connection With Jackson Walker LLP Fee Matters." |

---

[6] *In re GWG Holdings, Inc.*, No. 22-90032, ECF No. 2415 (Bankr. S.D. Tex. 2022).
[7] *In re I.E.H. Auto Parts Holding, LLC*, No. 23-90054, ECF No. 1049 (Bankr. S.D. Tex. 2023).

| | | TABLE III – (A) INDISPENSABLE PARTY |
|---|---|---|
| **NO.** | **ECF NO.** | **MATTER** |
| | 2961 | d) On August 15, 2025, The Ad Hoc Group of Senior Secured Noteholders and Dip Lenders' and Wilmington Savings Fund Society FSB filed *their* "Notice Of Interested Party Status In Connection With The United States Trustee's Rule 60(B)(6) Motion." |
| | 2962, 2963 | e) On August 30, 2024, both the United States Trustee and Jackson Walker filed their briefs. |
| 2. | | **20-20184 J. C. Penney Direct Marketing Services LLC** |
| | 1275 | a) On April 12, 2024, Jackson Walker filed its Motion for Standing. |
| | 1326 | b) On January 24, 2024, the United States Trustee filed an Objection to the Motion for Standing. |
| | 1353 | c) On March 12, 2024, Eric L. Moore filed a Joinder to the Rule 60 Motion. |
| | Min. entry | d) On March 15, 2024, the Court held a hearing. |
| | 1386 | e) On March 26, 2024, the Court entered an order on the Motion for Standing setting a deadline of 5:00 p.m. (prevailing Central Time) April 15, 2024, for any notices to be filed with the Clerk of Court. |
| | 1413 | f) On April 11, 2024, Old Copper Company, Inc. f/k/a J. C. Penney Company, Inc. and Copper Sub Corporation, Inc. f/k/a J. C. Penney Corporation, Inc. as Wind Down Debtor in J. C. Penney Direct Marketing Services, LLC, ("*JC Penny*") filed their Notice. |
| | 1438, 1439 | g) On May 3, 2024, both Jackson Walker and the United States Trustee filed their respective briefs on the Motion for Standing. |
| | 1644 | i) On January 16, 2025, JC Penny filed its Notice of Joinder to the Rule 60 Motion. |
| 3. | | **20-32021, Whiting Petroleum Corporation** |
| | 1452 | a) On January 3, 2024, Jackson Walker filed its Motion for Standing. |
| | 1456 | b) On January 24, 2024, the United States Trustee filed an Objection to the Motion for Standing. |
| | 1470 | c) On March 26, 2024, the Court entered an order on the Motion for Standing setting a deadline of 5:00 p.m. (prevailing Central Time) April 15, 2024, for any Notices to be filed with the Clerk of Court. |

| No. | ECF No. | Matter |
|---|---|---|
|  | | **TABLE III – (A) INDISPENSABLE PARTY** |
| | 1476 | d) On May 3, 2024, the United States Trustee filed his brief on the Motion for Standing. |
| 4. | | **20-32519, Neiman Marcus Group Ltd. LLC.** |
| | 3192 | a) On December 12, 2023, the Court held a hearing. |
| | 3202 | b) On December 20, 2023, the Court entered an order setting a deadline of 5:00 p.m. (prevailing Central Time) January 10, 2024, for any Notices to be filed with the Clerk of Court. |
| | 3208, 3209 | c) On January 10, 2024, both Jackson Walker and the United States Trustee filed their respective briefs on the Motion for Standing. |
| | 3213 | d) On January 16, 2024, the Court held a hearing and ordered that there were no indispensable parties. |
| 5. | | **20-32564, Stage Stores, Inc.** |
| | 1222 | a) On January 3, 2024, Jackson Walker filed its Motion for Standing. |
| | 1231 | b) On January 24, 2024, the United States Trustee filed an Objection to the Motion for Standing. |
| | 1248 | c) On March 21, 2024, the Court held a hearing. |
| | 1250 | d) On March 26, 2024, the Court entered an order setting a deadline of 5:00 p.m. (prevailing Central Time) April 15, 2024, for any Notices to be filed with the Clerk of Court. |
| | 1253 | e) On April 12, 2024, Steven Balasiano, in his capacity as the Plan Administrator filed his Notice. |
| | 1256 | f) On May 3, 2024, the United States Trustee filed his Brief on the Motion for Standing. |
| | 1280 | g) On December 16, 2024, the Wind Down Debtors filed their Notice of Joinder to the Rule 60 Motion. |
| 6. | | **20-34758, Tug Robert J. Bouchard, Corporation** |
| | 360 | a) On January 3, 2024, Jackson Walker filed its Motion for Standing. |

| | | TABLE III – (A) INDISPENSABLE PARTY |
|---|---|---|
| **NO.** | **ECF NO.** | **MATTER** |
| | 396 | b) On March 26, 2024, the Court entered an order setting a deadline of 5:00 p.m. (prevailing Central Time) April 15, 2024, for any Notices to be filed with the Clerk of Court. |
| | 401 | c) On April 12, 2024, Matthew Ray, the Plan Administrator filed his Notice. |
| | 414 | d) On May 16, 2024, Matthew Ray, the Plan Administrator filed his Notice of Joinder to the Rule 60 Motion. |
| | 406, 407 | e) On May 3, 2024, both Jackson Walker and the United States Trustee filed their respective briefs on the Motion for Standing. |
| 7. | | **20-35561, Mule Sky LLC** |
| | 1043 | a) On January 3, 2024, Jackson Walker filed its Motion for Standing. |
| | 1053 | b) On January 24, 2024, the United States Trustee filed an Objection to the Motion for Standing. |
| | 1122 | c) On March 26, 2024, the Court entered an order setting a deadline of 5:00 p.m. (prevailing Central Time) April 15, 2024, for any Notices to be filed with the Clerk of Court. |
| | 1140 | d) On May 3, 2024, the United States Trustee filed its Brief on the Motion for Standing. |
| 8. | | **20-35740, Seadrill Partners LLC** |
| | 853 | a) On December 20, 2023, the Court entered an order setting a deadline of 5:00 p.m. (prevailing Central Time) January 10, 2024, for any Notices to be filed with the Clerk of Court. |
| | 857 | b) On January 10, 2024, the Reorganized Debtors filed their Notice. |
| | 858, 859 | c) On January 10, 2024, both Jackson Walker and the United States Trustee filed their respective briefs on the Motion for Standing. |
| 9. | | **21-30427, Seadrill Limited** |
| | 1596 | a) On January 3, 2024, Jackson Walker filed its Motion for Standing. |

| | | TABLE III – (A) INDISPENSABLE PARTY |
|---|---|---|
| **NO.** | **ECF NO.** | **MATTER** |
| | 1604 | b) On January 24, 2024, the United States Trustee filed an Objection to the Motion for Standing. |
| | 1630 | c) On March 26, 2024, the Court entered an order setting a deadline of 5:00 p.m. (prevailing Central Time) April 15, 2024, for any Notices to be filed with the Clerk of Court. |
| | 1645 | d) On May 3, 2024, the United States Trustee filed its Brief on the Motion for Standing. |
| **10.** | | **21-30936, Brilliant Energy** |
| | 279 | a) On February 2, 2024, Jackson Walker filed its Motion for Standing. |
| | 281 | b) On February 7, 2024, the Court entered an order setting a deadline of 5:00 p.m. (prevailing Central Time) March 15, 2024, for any Notices to be filed with the Clerk of Court. |
| | 285 | c) On March 12, 2024, Randy W. Williams, chapter 7 trustee, filed his Notice. |
| **11.** | | **21-90054, Strike LLC** |
| | 1521 | a) On December 20, 2023, the Court entered an order setting a deadline of 5:00 p.m. (prevailing Central Time) January 10, 2024, for any Notices to be filed with the Clerk of Court. |
| | 1525, 1526 | b) On January 10, 2024, both Jackson Walker and the United States Trustee filed their respective briefs on the Motion for Standing. |
| | 1528 | c) On January 12, 2024, Patrick Bartels, as Trustee for the Strike Liquidating Trust filed his Notice. |
| **12.** | | **22-50009, 4E Brands Northamerica LLC** |
| | 582 | a) On December 20, 2023, the Court entered an order setting a deadline of 5:00 p.m. (prevailing Central Time) January 10, 2024, for any Notices to be filed with the Clerk of Court. |
| | 590 | b) On December 27, 2023, Jackson Walker filed its Motion for Standing. |

| No. | ECF No. | Matter |
|---|---|---|
| | | **Table III – (A) Indispensable Party** |
| | 601 | c) On January 9, 2024, the Official Committee of Unsecured Creditors of 4E Brands Northamerica, LLC (the "*4E Brands Committee*"), filed its Notice. |
| | 602 | d) On January 9, 2024, the 4E Brands Committee filed its Notice of Joinder to the Rule 60 Motion. |
| | 607 | e) On January 10, 2024, David Dunn, the Plan Agent, filed his Notice. |
| | 608, 609 | f) On January 10, 2024, both Jackson Walker and the United States Trustee filed their respective briefs on the Motion for Standing |
| 13. | | **22-90018, Sungard AS New Holdings, LLC** |
| | 1031 | a) On January 3, 2024, Jackson Walker filed its Motion for Standing. |
| | 1035 | b) On January 24, 2024, the United States Trustee filed an Objection to the Motion for Standing. |
| | 1051 | c) On March 26, 2024, the Court entered an order setting a deadline of 5:00 p.m. (prevailing Central Time) April 15, 2024, for any Notices to be filed with the Clerk of Court. |
| | 1053, 1075 | d) On April 15, 2024, Drivetrain LLC, in its capacity as the Plan Administrator pursuant to the confirmed *Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Sungard AS New Holdings, LLC and Its Debtor Affiliates* filed its Notices. |
| 14. | | **22-90126, LaForta - Gestao e Investmentos** |
| | 316 | a) On April 12, 2024, Jackson Walker filed its Motion for Standing. |
| | 337 | b) On July 23, 2024, the Court entered an order setting a deadline of 5:00 p.m. (prevailing Central Time) August 16, 2024, for any Notices to be filed with the Clerk of Court. |
| | 340 | c) On August 30, 2024, the United States Trustee filed his respective brief in response to the Motion for Standing. |
| 15. | | **22-90129, Altera Infrastructure Project Services LLC** |
| | 97 | a) On April 12, 2024, Jackson Walker filed its Motion for Standing. |

| **TABLE III – (A) INDISPENSABLE PARTY** | | |
|---|---|---|
| **NO.** | **ECF NO.** | **MATTER** |
| | 100 | **b)** On May 3, 2024, the United States Trustee filed an Objection to the Motion for Standing. |
| | 121 | **c)** On July 23, 2024, the Court entered an order setting a deadline of 5:00 p.m. (prevailing Central Time) August 16, 2024, for any Notices to be filed with the Clerk of Court. |
| | 125 | **d)** On August 30, 2024, the United States Trustee filed his respective brief in response to the Motion for Standing. |
| **16.** | | **23-90055, Auto Plus Auto Sales LLC** |
| | 80 | **a)** On April 12, 2024, Jackson Walker filed its Motion for Standing. |
| | 130 | **b)** On May 13, 2024, the Court entered an order setting a deadline of 5:00 p.m. (prevailing Central Time) May 31, 2024, for any Notices to be filed with the Clerk of Court. |
| | 140, 141 | **c)** On May 31, 2024, both Jackson Walker and the United States Trustee filed their respective briefs on the Motion for Standing. |

**(B) Cases in which no order by the Court has been entered requiring any party-in-interest who asserts standing or indispensable party status to file a notice stating a basis for indispensable party status or standing in connection with this Miscellaneous Proceeding set forth in Table IV.**

| **TABLE IV – (B) INDISPENSABLE PARTY** | | |
|---|---|---|
| **NO.** | **ECF NO.** | **MATTER** |
| **1.** | | **18-30155, Exco Resources, Inc.** |
| | 2365 | **a)** On April 12, 2024, Jackson Walker filed its Motion for Standing. |
| | 2383 | **b)** On January 21, 2025, Reorganized Exco Resources, Inc. et al filed "Reorganized Exco Resources, Inc., et al's Joinder In The United States Trustee's Motion For (1) Relief From Judgement Pursuant To Federal |

| **TABLE IV – (B) INDISPENSABLE PARTY** |||
|---|---|---|
| **NO.** | **ECF NO.** | **MATTER** |
| | | Rule Of Civil Procedure 60(b)(6) And Federal Rule Of Bankruptcy Procedure 9024 Approving The Retention And Compensation Of Applications Of Jackson Walker LLP, (2) Sanctions, and (3) Related Relief." |
| | N/A | c) No objections have been filed. |
| 2. | | **18-35672, Westmoreland Coal Company** |
| | 3366 | a) On January 3, 2024, Jackson Walker filed its Motion for Standing. |
| | 3370 | b) On January 1, 2024, the United States Trustee filed an Objection to the Motion for Standing |
| 3. | | **19-32112, Jones Energy, Inc.** |
| | 286 | a) On April 12, 2024, Jackson Walker filed its Motion for Standing. |
| 4. | | **20-30336, McDermott International, Inc.** |
| | 1154 | a) On April 12, 2024, Jackson Walker filed its Motion for Standing. |
| 5. | | **20-31886, Sheridan Production Partners I-A, L.P** |
| | 20 | a) On April 12, 2024, Jackson Walker filed its Motion for Standing. |
| 6. | | **20-32680, Energy Services Puerto Rico, LLC, (Hornbeck)** |
| | 19 | a) On April 12, 2024, Jackson Walker filed its Motion for Standing. |

| | | TABLE IV – (B) INDISPENSABLE PARTY |
|---|---|---|
| **NO.** | **ECF NO.** | **MATTER** |
| **7.** | | **20-33302, Covia Finance Company, LLC.** |
| | 225 | a) On January 3, 2024, Jackson Walker filed its Motion for Standing. |
| | 229 | b) On January 24, 2024, the United States Trustee filed an Objection to the Motion for Standing. |
| **8.** | | **20-33233, Chesapeake Energy Corporation** |
| | N/A | a) No Motions or Orders for Standing have been entered. |
| **9.** | | **20-33812, Denbury Holdings, Inc** |
| | 18 | a) On April 12, 2024, Jackson Walker filed its Motion for Standing |
| **10.** | | **20-33916, TMW Merchants LLC** |
| | 262 | a) On April 12, 2024, Jackson Walker filed its Motion for Standing. |
| **11.** | | **20-34500, iQor Holdings Inc** |
| | 330 | a) On April 12, 2024, Jackson Walker filed its Motion for Standing. |
| **12.** | | **20-50082 Volusion, LLC** |
| | 347 | a) On April 12, 2024, Jackson Walker filed its Motion for Standing. |
| **13.** | | **22-90002, Seadrill Member LLC** |

| | | |
|---|---|---|
| **TABLE IV – (B) INDISPENSABLE PARTY** | | |
| **NO.** | **ECF NO.** | **MATTER** |
| | 19 | a) On April 12, 2024, Jackson Walker filed its Motion for Standing. |

22. **Motions To Reopen Closed Cases:** Each of the Motions to Reopen Closed Cases cited below in this Order shall remain abated pending a final resolution by a trial on the merits of the Rule 60 Motions or as otherwise ordered by this Court. Nevertheless, Parties may make arguments to the Court at this status conference as to why these matters should be unabated and heard prior to or during trial. Any request to be heard on this matters must be included in the Proposed Agenda. Those cases are identified in Table V as follows:

| | | |
|---|---|---|
| **TABLE V – MOTIONS TO RE-OPEN CLOSED CASES** | | |
| **NO.** | **ECF NO.** | **MATTER** |
| 1. | | **18-30155, Exco Resources, Inc.** |
| | 2342 | a) On February 28, 2024, the United States Trustee filed "Motion of The United States Trustee to Reopen Case" ("*Motion to Reopen*"). |
| | 2347 | b) On March 20, 2024, Jackson Walker filed "Jackson Walker LLP's Response In Opposition To The Motion Of The United States Trustee To Reopen Case" ("*Response to Motion to Reopen*"). |
| | 2349 | c) On March 25, 2025 the United States Trustee filed "United States Trustee's Brief In Advance Of March 26 Status Conference On The United States Trustee's And Reorganized Debtors' Motions To Reopen And The Threshold Issues Identified By The Court" ("*Motion to Reopen Brief*"). |
| | 2368 | d) On April 15, 2024, the Court entered a consent order in which, *inter alia*, the Motion to Reopen was abated, discovery was transferred to the instant Miscellaneous Proceeding, and further ordered that after the conclusion of all discovery in the Miscellaneous Proceeding, the Court would issue a further case management order with respect to a hearing on the Motion to Reopen and Jackson Walker's opposition thereto, |

| No. | ECF No. | Matter |
|---|---|---|
| | | **Table V – Motions To Re-Open Closed Cases** |
| | | *provided, however*, that the Motion to Reopen may be set for hearing by either the U.S. Trustee or Jackson Walker on no less than 30 days' notice (the "*Consent Order*"). |
| 2. | | **18-35689, Westmoreland Coal Company Asset Corp.** |
| | 8 | a) On April 8, 2024, the United States Trustee filed his Motion to Reopen. |
| | 10 | b) On April 15, 2025, the Court entered a Consent Order. |
| | 12 | c) On April 29, 2024, Jackson Walker filed its Response to Motion to Reopen. |
| 3. | | **18-35703, Westmoreland Resources GP, LLC** |
| | 8 | a) On April 8, 2024, the United States Trustee filed his Motion to Reopen. |
| | 10 | b) On April 15, 2025, the Court entered a Consent Order. |
| | 12 | c) On April 29, 2024, Jackson Walker filed its Response to Motion to Reopen. |
| 4. | | **19-32112, Jones Energy, Inc.** |
| | 279 | a) On January 31, 2024, the United States Trustee filed his Motion to Reopen. |
| | 283 | b) On March 6, 2024, Jackson Walker filed its Response to Motion to Reopen. |
| | 288 | c) On April 15, 2024, the Court entered a Consent Order. |
| 5. | | **20-30336, McDermott International, Inc.** |
| | 1138 | a) On January 31, 2024, the United States Trustee filed his Motion to Reopen. |

| | | TABLE V – MOTIONS TO RE-OPEN CLOSED CASES |
|---|---|---|
| **NO.** | **ECF NO.** | **MATTER** |
| | 1142 | **b)** On March 6, 2024, Jackson Walker filed its Response to Motion to Reopen. |
| | 1156 | **c)** On April 15, 2024, the Court entered a Consent Order. |
| 6. | | **20-31886, Sheridan Production Partners I-A, L.P.** |
| | 7 | **a)** On January 31, 2024, the United States Trustee filed his Motion to Reopen. |
| | 11 | **b)** On March 6, 2024, Jackson Walker filed its Response to Motion to Reopen. |
| | 22 | **c)** On April 15, 2024, the Court entered a Consent Order. |
| 7. | | **20-32680, Energy Services Puerto Rico, LLC (Hornbeck)** |
| | 8 | **a)** On January 31, 2024, the United States Trustee filed his Motion to Reopen. |
| | 14 | **b)** On March 18, 2024, Jackson Walker filed its Response to Motion to Reopen. |
| | 21 | **c)** On April 15, 2024, the Court entered a Consent Order. |
| 8. | | **20-33302, Covia Finance Company LLC** |
| | 238 | **a)** On April 8, 2024, the United States Trustee filed his Motion to Reopen. |
| | 240 | **b)** On April 15, 2024, the Court entered a Consent Order |
| | 242 | **c)** On April 29, 2024, Jackson Walker filed its Response to Motion to Reopen. |
| 9. | | **20-50082, Volusion, LLC** |
| | 334 | **a)** On January 31, 2024, the United States Trustee filed his Motion to Reopen. |
| | 338 | **b)** On March 6, 2024, Jackson Walker filed its Response to Motion to Reopen. |

| No. | ECF No. | Table V – Motions To Re-Open Closed Cases |
|---|---|---|
| | | **Matter** |
| | 349 | c) On April 15, 2024, the Court entered a Consent Order. |
| 10. | | **20-33812, Denbury Holdings, Inc.** |
| | 11 | a) On January 31, 2024, the United States Trustee filed his Motion to Reopen. |
| | 15 | b) On March 6, 2024, Jackson Walker filed its Response to Motion to Reopen. |
| | 20 | c) On April 15, 2024, the Court entered a Consent Order. |
| 11. | | **20-33916, TMW Merchants LLC** |
| | 253 | a) On February 28, 2024, the United States Trustee filed his Motion to Reopen. |
| | 254 | b) On March 20, 2024, Jackson Walker filed its Response to Motion to Reopen. |
| | 264 | c) On April 15, 2024, the Court entered a Consent Order. |
| 12. | | **20-34500, iQor Holdings Inc.** |
| | 323 | a) On January 31, 2024, the United States Trustee filed his Motion to Reopen. |
| | 327 | b) On March 6, 2024, Jackson Walker filed its Response to Motion to Reopen. |
| | 332 | c) On April 15, 2024, the Court entered a Consent Order. |
| 13. | | **22-90002, Seadrill Member LLC** |
| | 8 | a) On January 31, 2024, the United States Trustee filed his Motion to Reopen. |
| | 12 | b) On March 6, 2024, Jackson Walker filed its Response to Motion to Reopen. |
| | 21 | c) On April 15, 2024, the Court entered a Consent Order. |

| | | |
|---|---|---|
| | | **TABLE V – MOTIONS TO RE-OPEN CLOSED CASES** |
| **NO.** | **ECF NO.** | **MATTER** |
| | | |

### III. MISCELLANEOUS

23. **Service:** No later than **Tuesday, November 18, 2025**, The United States Trustee must serve a copy of this Order on Jackson Walker, LLP and all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

24. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**SIGNED November 14, 2025**

_____
**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | § CASE NO: 23-645 |
| **Professional Fee Matters Concerning the** | § |
| **Jackson Walker Law Firm** | § |

## STATUS CONFERENCE AGENDA

To Chief United States Bankruptcy Judge Eduardo V. Rodriguez. Jackson Walker, LLP and the United States Trustee propose the following agenda for the non-evidentiary Status Conference to be conducted on **Tuesday, December 9, 2025 at 8:30 am (Central Standard Time)** in the United States Bankruptcy Court, Southern District of Texas, Houston Division.

| No. | ECF No. | Matter | Comments | Estimated Time |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |