United States Bankruptcy Court
United States District Court
Southern District of Texas
**ENTERED**
November 28, 2025
November 21, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-645 |
| **Professional Fee Matters Concerning the** § | |
| **Jackson Walker Law Firm** § | |

## ORDER
*Regarding ECF No. 628*

On November 5, 2025, Elizabeth C. Freeman resigned as Wind Down Trustee.[1] On November 18, 2025, the Honorable Chief United States District Judge Alia Moses issued an order in GWG Holdings, Inc., No. 22-900032 referring, *inter alia,* the "Motion to Remove Elizabeth Freeman as Wind Down Trustee"[2] filed on August 4, 2025 by Gary Peterson, Chris Nakashima, John English, Jaquetta English, LT-1, Exchange Trust, LT-2 Exchange Trust, LT-3 Exchange Trust, LT-4 Exchange Trust, LT-5, Exchange Trust, LT-6 Exchange Trust, LT-7 Exchange Trust, LT-8 Exchange Trust, LT-9, Exchange Trust, LT-12 Exchange Trust, LT-14 Exchange Trust, LT-15 Exchange Trust, LT-17 Exchange Trust, LT-18 Exchange Trust, LT-19 Exchange Trust, and LT-20 Exchange Trust, ("*Plaintiffs*") to the extent such motion seeks to "return all fees collected as the Wind Down Trustee to the Wind Down Trust"[3], consolidated such matter with *In re Professional Fee Matters Concerning the Jackson Walker Law Firm,* Case No 23-645 and assigned it to the undersigned for a further report and recommendation.[4] Accordingly, it is therefore:

**ORDERED:** that

1. The "Motion to Remove Elizabeth Freeman as Wind Down Trustee"[5] to the extent such motion seeks to "return all fees collected as the Wind Down Trustee to the Wind Down Trust"[6] is hereby added to the matters for consideration at the in-person, non-evidentiary status conference scheduled for December 9, 2025,[7] and the parties must be prepared to discuss it.

---

[1] *In re GWG Holdings, Inc.*, No. 22-90032, ECF No. 2772 (Bankr. S.D. Tex. 2022).
[2] Bankr. No. 22-90032, ECF No. 2734.
[3] Bankr. No. 22-90032, ECF No. 2777 at 1.
[4] Bankr. No. 22-90032, ECF No. 2777.
[5] Bankr. No. 22-90032, ECF No. 2734.
[6] Bankr. No. 22-90032, ECF No. 2777 at 1.
[7] ECF No. 628.

2. No later than **Thursday, November 20, 2025**, Plaintiffs must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

**SIGNED November 18, 2025**

_____
**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**