IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **Professional Fee Matters Concerning** | § | Case No. 4:23cv4787 |
| **The Jackson Walker Law Firm** | § | |
| | § | |

<u>**NOTICE OF DAVID DUNN, AS LIQUIDATION TRUSTEE OF THE BASIC ENERGY LIQUIDATING TRUST AND AS PLAN AGENT OF 4E BRANDS NORTHAMERICA LLC, PURSUANT TO ORDER FOR AN IN-PERSON NON-EVIDENTIARY STATUS CONFERENCE**</u>
**[Related to Doc. No. 628]**

David Dunn, as the Liquidation Trustee of the Basic Energy Liquidation Trust in Basic Energy Services, Inc., *et al.*, Case No. 21-90002 (the "<u>Liquidation Trustee</u>") and as Plan Agent in 4E Brands Northamerica LLC (the "<u>Plan Agent</u>"), files this notice pursuant to the Order for An In-Person Non-Evidentiary Status Conference [Doc. No. 628] (the "<u>Order</u>") regarding any matters not cited in Section II of the Order.

The Order sets forth in Table II the Basic Energy Services, Inc. (21-90002) bankruptcy case and 4E Brands Northamerica LLC (22-50009) bankruptcy case as matters in which the U.S. Trustee has filed Amended Rule 60 Motions. However, Table III(A) Indispensable Party does not include the Basic Energy Services, Inc. bankruptcy case and does not include the Plan Agent's joinders and notices of indispensable parties with respect to the 4E Brands bankruptcy case.

The Liquidation Trustee gives notice to include the Basic Energy Services, Inc. bankruptcy case in Table III(A) Indispensable Parties as follows:

| Table III – (A) Indispensable Party ||
|:---:|:---:|
| 17. | 21-90002 Basic Energy Services Inc. |

|   | 1770 | a) On January 3, 2024, Jackson Walker filed its Motion for Standing. |
|---|---|---|
|   | 1774 | b) On January 24, 2024, the United States Trustee filed an Objection to the Motion for Standing. |
|   | 1788 | c) On February 28, 2024, David Dunn, as Liquidation Trustee of the Basic Energy Liquidating Trust, filed a Joinder to the Rule 60 Motion. |
|   | Min. entry | d) On March 18, 2024 and March 21, 2024, the Court held hearings. |
|   | 1800 | e) On March 26, 204, the Court entered an order on the Motion for Standing setting a deadline of 5:00 p.m. (prevailing Central Time) April 15, 2024 for any notices to be filed with the Clerk of Court. |
|   | 1807 | f) On April 12, 2024, David Dunn, Liquidation Trustee of the Basic Energy Liquidation Trust, filed his Notice of Standing and Indispensable Party. |
|   | 1825, 1826 | g) On May 3, 2024, both Jackson Walker and the United States Trustee filed their respective briefs on the Motion for Standing. |

The Plan Agent gives notice to amend the 4E Brands Northamerica LLC bankruptcy case in Table III(A) Indispensable Parties as follows:

| Table III – (A) Indispensable Party ||||
|---|---|---|
| 12. | 22-50009, 4E Brands Northamerica LLC ||
|   | 582 | a) On December 20, 2023, the Court entered an order setting a deadline of 5:00 p.m. (prevailing Central Time) January 10, 2024 for any Notices to be filed with the Clerk. |
|   | 590 | b) On December 27, 2023, Jackson Walker filed its Motion for Standing. |
|   | 601 | c) On January 9, 2024, the Official Committee of Unsecured Creditors of 4E Brands Northamerica LLC (the "*4E Brands Committee*") filed its Notice. |
|   | 602 | d) On January 9, 2024, the 4E Brands Committee filed its Notice of Joinder to the Rule 60 Motion. |
|   | 607 | e) On January 10, 2024, David Dunn, the Plan Agent, filed his Notice. |
|   | 608, 609 | f) On January 10, 2024, both Jackson Walker and the United States Trustee filed their respective briefs on the Motion for Standing. |
|   | 644 | g) On February 27, 2024, David Dunn, as Plan Agent, filed a joinder the Rule 60 Motion. |

DATED: November 24, 2025   Respectfully submitted,

**BONDS ELLIS EPPICH SCHAFER JONES LLP**

*/s/ Aaron M. Guerrero*
Ken Green (Texas State Bar No. 24036677)
Aaron Guerrero (Texas State Bar No. 24050698)
Bryan Prentice (Texas State Bar No. 24099787)
402 Heights Boulevard
Houston, Texas 77007
(713) 335-4990 telephone
(832) 740-1411 facsimile
ken.green@bondsellis.com
aaron.guerrero@bondsellis.com
bryan.prentice@bondsellis.com

**COUNSEL FOR DAVID DUNN, LIQUIDATION TRUSTEE**

**And**

**COUNSEL FOR DAVID DUNN, PLAN AGENT**

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2025, a true and correct copy of the foregoing Notice of Appearance was filed with the Court and served via the Court's CM/ECF notification system upon all parties registered to receive such electronic notices in this case.

*/s/ Aaron M. Guerrero*
Aaron M. Guerrero