IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>Professional Fee Matters Concerning the Jackson Walker Law Firm | Civil Action No. 4:23-CV-04787-AM |
| In re:<br><br>Professional Fee Matters Concerning the Jackson Walker Law Firm | Case No. 23-00645 (EVR)<br><br>(Bankruptcy Miscellaneous Proceeding) |

**THE SUNGARD WIND-DOWN DEBTORS' NOTICE IN RESPONSE TO ORDER FOR AN IN-PERSON NON-EVIDENTIARY STATUS CONFERENCE**

On November 14, 2025, the Bankruptcy Court issued an *Order For An In-Person Non-Evidentiary Status Conference* [Docket No. 628] (as modified and corrected by the Order entered on November 20, 2025 [Docket No. 640], the "**Status Conference Order**"), which, *inter alia*, invited interested parties "to file a Notice with the Clerk of Court regarding any matters not cited in Section II of this Order that the parties believe need to be brought to this Court's attention for determination." (Status Conference Order at ¶ 15).

In response to the Court's directive, Sungard AS New Holdings, LLC, together with each of the wind-down debtors in the jointly administered chapter 11 cases of Sungard AS New Holdings, LLC (Case No. 22-90018-CML) (collectively, the "**Sungard Wind-Down Debtors**"),[1] hereby file this Notice to bring to the Court's attention that the Sungard Wind-Down

---

[1] The Sungard Wind-Down Debtors, and the last four digits of their tax identification number, are: InFlow LLC (9489); Sungard AS New Holdings, LLC (5907); Sungard AS New Holdings II, LLC (9169); Sungard AS New Holdings III, LLC (3503); Sungard Availability Network Solutions Inc. (1034); Sungard Availability Services (Canada) Ltd./Sungard, Services de Continuite des Affaires (Canada) Ltee (3886); Sungard Availability Services Holdings (Canada), Inc. (2679); Sungard Availability Services Holdings (Europe), Inc. (2190); Sungard Availability

Debtors have filed an amendment and supplement to their Joinder to the United State Trustee's Amended Rule 60 Motion [Docket No. 123] (the "**Amended and Supplemental Joinder**"), which seeks and asserts claims against JW for reimbursement of all their attorneys' fees and costs incurred in this matter.

The Sungard Wind-Down Debtors are prepared to discuss their Amended and Supplemental Joinder, including their request for reimbursement of fees, at the non-evidentiary status conference on December 9, 2025.

| | |
|---|---|
| Dated November 24, 2025 | Respectfully submitted, |

**COLE SCHOTZ P.C.**

*/s/ Daniel F.X. Geoghan*
Daniel F.X. Geoghan (Texas Bar No. 24126280)
901 Main Street, Suite 4120
Dallas, TX 75202
Telephone: (469) 557-9390
Email: dgeoghan@coleschotz.com

*- and -*

Mark Tsukerman
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Email: mtsukerman@coleschotz.com

*Counsel to the Sungard Wind-Down Debtors and the Plan Administrator*

---

Services Holdings, LLC (6403); Sungard Availability Services Technology, LLC (9118); Sungard Availability Services, LP (6195); and Sungard Availability Services, Ltd. (4711).

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, the foregoing Notice was served upon all parties entitled to receive electronic notices via the Clerk of the Court's CM/ECF system.

*/s/ Daniel F.X. Geoghan*
Daniel F.X. Geoghan

67271/0001-51853495v1