IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>PROFESSIONAL FEE MATTERS<br>CONCERNING THE JACKSON WALKER<br>LAW FIRM | Civil Action No. 4:23-cv-04787 |

**U.S. TRUSTEE'S NOTICE OF OTHER MATTERS TO BE CONSIDERED**

TO THE HONORABLE EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE:

Kevin M. Epstein, the United States Trustee for the Southern District of Texas ("U.S. Trustee"), pursuant to the Bankruptcy Court's Order for an in-person non-evidentiary status conference, ECF No. 628 ("Status Order"), files this notice of other items to be considered.

In the Status Order:

- Table I, No. 14 references *HONX Inc.* as a Rule 60 Motion. At the time the U.S. Trustee filed his Rule 60 Motion [Case No. 22-90035, ECF No. 1379], Jackson Walker had received approval on two interim fee applications but had yet to file a final fee application. After Jackson Walker filed its final fee application [Case No. 22-90035, ECF No. 1416], the U.S. Trustee filed an objection to that request [ECF No. 1420]. The U.S. Trustee's fee objection should also be considered by the Court as part of this litigation.

- Table III appears to omit *Katerra Inc.* (Case No. 21-31861) and *Basic Energy Service, Inc.* (Case No. 21-90002) as matters with indispensable party orders and notices, as well as Rule 60 joinders.

At the status conference, the U.S. Trustee will seek discussion of pretrial deadlines and procedures, including issuing trial subpoenas in accordance with the *Guide to Judiciary Policy*, Vol. 20, Ch. 8.

Date: November 24, 2025                    Respectfully Submitted,

                                                                   KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN AND WESTERN
DISTRICTS OF TEXAS

By: */s/ Vianey Garza*
MILLIE APONTE SALL
Assistant U.S. Trustee
Tex. Bar No. 01278050/Fed. ID No. 11271
VIANEY GARZA
Trial Attorney
Tex. Bar No. 24083057/Fed. ID No. 1812278
LAURA D. STEELE
Trial Attorney
Wis. Bar No. 1065702/Fed ID No. 3878215
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4650 – Telephone
(713) 718-4670 – Fax
Email: millie.sall@usdoj.gov
        vianey.garza@usdj.gov
        laura.steele@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served by electronic means for CM/ECF system users on November 24, 2025.

                                                      */s/ Vianey Garza*
                                                      Vianey Garza, Trial Attorney