UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § § |
| Professional Fee Matters Concerning the Jackson Walker Law Firm. | § § § § § Civil Action No. 4:23-cv-04787 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § § |
| Professional Fee Matters Concerning the Jackson Walker Law Firm. | § § § § § Case No. 23-00645 |

**SEADRILL'S NOTICE AND RESPONSE TO THE ORDER FOR AN IN-PERSON NON-EVIDENTIARY STATUS CONFERENCE**
(Related to Docket No. 628 in Bankr. S.D. Tex. Case No. 23-00645)

To the Honorable Eduardo V. Rodriguez,
Chief United States Bankruptcy Judge:

The Seadrill Partners, LLC reorganized debtors ("***Seadrill Partners***" and prior to their respective plan's effective date, the "***Seadrill Partners Debtors***") and the Seadrill Limited reorganized debtors ("***Seadrill Limited***" and prior to their respective plan's effective date, the "***Seadrill Limited Debtors***") (collectively with Seadrill Partners, "***Seadrill***") file this *Notice and Response* (the "***Response***") to the Court's *Order for An In-Person Non-Evidentiary Status Conference* [Misc. Case No. 23-00645, Docket No. 90] (the "***Order***"), and in support thereof, respectfully shows the Court as follows:

**Summary of Response**

1. Seadrill files this Response to advise the Court on the following two matters and to reserve its rights:

   a. The settlement between Seadrill and Jackson Walker LLP ("*JW*"), as memorialized in Seadrill's Settlement Agreement (defined below), is enforceable whether the applicable fee orders are vacated. The settlement does not settle or otherwise impact the U.S. Trustee's claims and causes of action against JW. Likewise, any trial on the merits of the U.S. Trustee's claims against JW should not affect the settlement of Seadrill's claims against JW. Seadrill has a vested property interest in its claims against JW and the settlement of those claims.

   b. On April 15, 2024, Seadrill Limited filed its *Notice in Connection with Jackson Walker Fee Dispute* at Docket Number 1634 in the Seadrill Limited, et al. bankruptcy case (Case No. 21-30427) (the "*Notice*"). The Order did not include the Notice on the applicable Indispensable Party chart. [*See* Docket No. 628, pp.9–10].

**Response**

2. On March 6, 2025, JW and Seadrill participated in a mediation regarding Seadrill's claims related to the allegations in the U.S. Trustee's Rule 60 Motions filed in the Seadrill Partners, LLC, *et al.* (jointly administered under bankruptcy case number 20-35740) (the "**Seadrill Partners Bankruptcy Cases**"), the bankruptcy cases of Seadrill Limited, *et al.* (jointly administered under bankruptcy case number 21-30427) (the "**Seadrill Limited Bankruptcy Case**") (collectively, the "**Bankruptcy Cases**"). Judge Royal Ferguson (Ret.) and Judge Gary Feess (Ret.) served as mediators.

3. While the mediation was unsuccessful, continued discussions between JW and Seadrill in the months afterwards resulted in the parties reaching a settlement that fully and completely settled and resolved the disputes between them on the terms and conditions set forth in

2

the Settlement Agreement. A true and correct copy of the Settlement Agreement is attached hereto as **Exhibit 1**.

4. To maintain full transparency with the Court, on July 25, 2025, Seadrill filed its *Motion for Order Approving Compromise and Settlement Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "***Motion***"). [Case No. 4:23-cv-04787, Docket No. 90]. The Motion and Settlement Agreement set forth the settlement between JW and Seadrill.

5. As noted in the Motion and the Settlement Agreement [Case No. 4:23-cv-04787, Docket No. 90-1], the settlement only addresses the dispute between JW and Seadrill. The settlement specifically resolves "claims and causes of action . . . held by Seadrill against JW arising out of the [Bankruptcy Cases] and the miscellaneous proceeding . . . ." [Case No. 4:23-cv-04787, Docket No. 90, p.1–2]. The Settlement Agreement resolves all issues and claims between Seadrill and JW. [Settlement Agreement ¶ 2(b)]. The settlement *does not resolve* any of the U.S. Trustee's claims against JW, nor does it waive or release any of the U.S. Trustee's claims against JW.

6. Seadrill's claims are independent of the U.S. Trustee's Rule 60 Motion claims. Seadrill's settlement does not prohibit the U.S. Trustee from continuing to pursue its vacatur of either the order authorizing JW's employment or the order granting JW's final fee application.

7. Likewise, any trial on the merits of the U.S. Trustee's claims does not and should not affect the settlement between Seadrill and JW. Just as Seadrill lacks authority to settle the U.S. Trustee's claims, the U.S. Trustee lacks authority to resolve (through trial or otherwise) Seadrill's

3

claims. The settlement with JW is a vested property interest of Seadrill and cannot be divested without due process of law and just compensation under the U.S. Constitution.

8.  Seadrill reserves any and all rights to preserve its interest in and settle its claims and causes of action against JW arising out of or related to JW's conduct as described in the Rule 60 Motions.

## Conclusion

Seadrill respectfully submits this Response and requests that the Court grant Seadrill any other legal or equitable relief as the Court may deem just and proper.

Respectfully Submitted,

/s/ Philip G. Eisenberg
Philip G. Eisenberg
Texas Bar Number 24033923
Simon R. Mayer
Texas Bar Number 24060243
**TROUTMAN PEPPER LOCKE LLP**
600 Travis Street, Suite 2800
Houston, TX 77002
Telephone: 713-226-1200
Facsimile: 713-226-3717
Email: phil.eisenberg@troutman.com
　　　simon.mayer@troutman.com

*Attorneys for the Seadrill Partners, LLC Reorganized Debtors and the Seadrill Limited Reorganized Debtors*

**Certificate of Service**

  I certify that on November 24, 2025, a copy of the foregoing document was served electronically via the Court's Electronic Case Filing System on all parties registered for ECF notice and service in this case.

               */s/ Philip G. Eisenberg*
               Philip G. Eisenberg

250485271v1