**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: §<br>§<br>Professional Fee Matters Concerning the §<br>Jackson Walker Law Firm §<br>§<br>§ | Civil Action No. 4:23-CV-4787-AM |

## STATUS CONFERENCE AGENDA

TO CHIEF UNITED STATES BANKRUPTCY JUDGE EDUARDO V. RODRIGUEZ:

Jackson Walker LLP ("Jackson Walker") and the United States Trustee ("U.S. Trustee") propose the following agenda for the non-evidentiary Status Conference to be conducted on Tuesday, December 9, 2025, at 8:30 a.m. (Central Standard Time) in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Status Conference").

In accordance with paragraphs 15 and 16 of this Court's *Order for an In-Person Non-Evidentiary Status Conference* (the "Order"), Jackson Walker lists the below matters to be discussed, which were identified in various Notices filed pursuant to the Order.  The U.S. Trustee disagrees that the below matters should be considered by the Court at the Status Conference:

| NO. | ECF NO. | MATTER | COMMENTS | ESTIMATED TIME |
|---|---|---|---|---|
| 1. | 120, 126, 127, 128 | The settlement motions filed by various estate representatives seeking approval of settlement agreements reached with Jackson Walker. | Jackson Walker wishes to discuss with the Court the various pending settlement motions and whether consideration should be made as part of an initial report and recommendation prior to any trial. *See* ECF No. 126 ¶ 2.<br><br>The *Brilliant Energy* Chapter 7 Trustee, the J.C. Penney Wind Down Debtors, and Seadrill also requested | 60 minutes |

| | | | discussion of the settlement motions. *See* ECF Nos. 120, 127, and 128. | |
| | | | The U.S. Trustee submits that discussing the pending settlement motions is not appropriate because the District Court Order held them in abeyance and did not refer them to the Bankruptcy Court. *See* ECF No. 109 at 1-2, 7-8. | |

Pursuant to the Order, the U.S. Trustee and Jackson Walker list the items below for discussion at the Status Conference:

| NO. | ECF NO. | MATTER | COMMENTS | ESTIMATED TIME |
|------|---------|--------|----------|----------------|
| **2.** | 122, 125 | Tables I, II, and III. | Additions of *HONX Inc.*, *Katerra Inc.*, *Basic Energy Services, Inc.*, and *4E Brands* | 5 minutes |
| **3.** | 120 | Issues related to the *Brilliant Energy* Chapter 7 Trustee. | | 10-15 minutes |
| **4.** | 111 | Jackson Walker's motions for orders regarding standing or indispensable party status and the U.S. Trustee's objections thereto. | | 5-10 minutes |
| **5.** | 126 | Standing issues related to the bankruptcy cases of *Tug Robert J. Bouchard Corporation, et al.*, Case No. 20-34758, and *In re GWG Holdings, Inc.*, Case No. 22-90032. | Relates to *In re Tug Robert J. Bouchard, Corporation, et al.*, Case No. 20-34758, Dkt. No. 453 and related objections, briefs, and replies; *Peterson v. Jones*, District Court Case No. 4:25-cv-02761 (GWG), Dkt. No. 1 and related motions, responses, and replies. | 15 minutes |
| **6.** | 123, 124 | *Sungard* Wind-Down Debtors' Amended and Supplemental Joinder, including their request for reimbursement of fees. | | 10-15 minutes |

| | | | | |
|---|---|---|---|---|
| **7.** | 111, 127 | Adversary Proceeding 25-2002, *J.C. Penney Wind Down Debtors v. Jackson Walker LLP.* | | 15-20 minutes |
| **8.** | 126 | The U.S. Trustee's briefs, and Jackson Walker's oppositions thereto, regarding the U.S. Trustee's standing. | | 5-30 minutes |
| **9.** | 111 | The U.S. Trustee's motions to reopen closed cases. | | 15 minutes |
| **10.** | 111 | The U.S. Trustee's objection to JW's final fee application in the *GWG Holdings, Inc.* case. | Subject to this Court's determination with respect to the pending GWG settlement motion, Jackson Walker does not otherwise object to consolidation of the fee application with trial.<br><br>The U.S. Trustee submits that the District Court has consolidated the U.S. Trustee's objection to Jackson Walker's final fee application in the *GWG Holdings, Inc.* case. *See* District Court Order entered on November 12, 2025 (the "District Court Order"), ECF No. 109 at fn 6. | 5 minutes |
| **11.** | 111, ¶ 20 | The U.S. Trustee's objection to The Law Office of Liz Freeman's final fee application in the *I.E.H. Auto Parts Holding, LLC* case. | While procedurally consolidated, Jackson Walker submits that Ms. Freeman's retention and fee applications have no bearing on the trial on the U.S. Trustee's Rule 60 Motions regarding fees awarded to Jackson Walker. The U.S. Trustee submits that the District Court has consolidated the U.S. Trustee's objection to The Law Office of Liz Freeman's final fee application in the *I.E.H. Auto Parts Holding, LLC* case. *See* District Court Order , ECF No. 109 at fn 5. | 5-10 minutes |

| 12. | 126 | Trial-related issues:<br><br>(1) items set for trial;<br><br>(2) setting pretrial deadlines and procedures, including procedures for judiciary regulations; and<br><br>(3) setting a trial date. | The U.S. Trustee estimates that the entire trial can be conducted in 15 days. [1]<br><br>Jackson Walker has requested that the U.S. Trustee provide a break-down of the 15-day estimate as to the parties' respective cases in chief, as Jackson Walker believes the parties' time should be equally allocated. The U.S. Trustee has refused to agree that the 15 days should be allocated among the parties. Jackson Walker believes it should have an equal amount of time to present its evidence at trial.<br><br>The U.S. Trustee disagrees with Jackson Walker's statements. | 60 minutes |

*[Remainder of Page Intentionally Left Blank]*

---

[1] The trial estimates may change depending on the items set for trial and the potential availability of witnesses.

Dated: December 1, 2025

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Jason L. Boland*
Jason L. Boland (SBT 24040542)
*Attorney-in-Charge*
Federal I.D. No. 37238
William Greendyke (SBT 08390450)
Federal I.D. No. 576573
Julie Harrison (SBT 24092434)
Federal I.D. No. 3017799
Maria Mokrzycka (SBT 24119994)
Federal I.D. No. 3610759
1550 Lamar, Suite 2000
Houston, Texas 77010
Telephone:  (713) 651-5151
jason.boland@nortonrosefulbright.com
william.greendyke@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com
maria.mokrzycka@nortonrosefulbright.com

Paul Trahan (SBT 24003075)
Federal I.D. No. 563869
Emily Wolf (SBT 24106595)
Federal I.D. No. 3892373
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
paul.trahan@nortonrosefulbright.com
emily.wolf@nortonrosefulbright.com

- and -

**RUSTY HARDIN & ASSOCIATES, LLP**
Russell Hardin, Jr. (SBT 08972800)
*Attorney-in-Charge*
Federal I.D. No. 19424
Leah M. Graham (SBT 24073454)
Federal I.D. No. 2192848
Jennifer E. Brevorka (SBT 24082727)
Federal I.D. No. 1725400
Emily Smith (SBT 24083876)
Federal I.D. No. 1890677
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010

Respectfully submitted,

**KEVIN M. EPSTEIN**
**UNITED STATES TRUSTEE**
**REGION 7, SOUTHERN AND WESTERN**
**DISTRICTS OF TEXAS**

By: */s/ Laura D. Steele*
MILLIE APONTE SALL
Assistant U.S. Trustee
Tex. Bar No. 01278050/Fed. ID No. 11271
VIANEY GARZA
Trial Attorney
Tex. Bar No. 24083057/Fed. ID No. 1812278
LAURA D. STEELE
Trial Attorney
Wis. Bar No. 1065702/Fed. ID No. 3878215
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4650 – Telephone
(713) 718-4670 – Fax
Email: millie.sall@usdoj.gov
        vianey.garza@usdoj.gov
        laura.steele@usdoj.gov

Telephone: (713) 652-9000
rhardin@rustyhardin.com
lgraham@rustyhardin.com
jbrevorka@rustyhardin.com
esmith@rustyhardin.com

*Counsel for Jackson Walker LLP*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 1, 2025, I caused a copy of this Agenda to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jason L. Boland*
Jason L. Boland