United States District Court
Southern District of Texas
**ENTERED**
December 31, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 4:23-CV-4787 |
| **Professional Fee Matters Concerning the** § | |
| **Jackson Walker Law Firm** § | |

## ORDER
*Concerning ECF No. 109*

This Court held an in-person status conference on December 9, 2025, where, *inter alia,* the following matters were discussed: (1) motions for relief pursuant to Federal Rule of Civil Procedure 60 filed by the United States Trustee in a total of thirty-four (34) bankruptcy cases (together, the "*Vacatur Motions*"); and (2) the currently ten (10) pending motions for settlement approval (the "*Settlement Motions*") that have been abated by the District Court's November 12, 2025 Order[1] (the "*Referral Order*").

At the status conference, and through pleadings submitted prior to the status conference, parties requested this Court issue a report and recommendation on the Settlement Motions before a trial on the merits of the Vacatur Motions.[2] The Court finds that the United States District Court's Referral Order abated the Settlement Motions, and the Settlement Motions remain with the United States District Court until this Court issues its forthcoming report and recommendations on the merits of the United State Trustee's Vacatur Motions.

However, after due consideration, this Court finds that resolution of the Settlement Motions prior to a trial on the merits of the Vacatur Motions may not prejudice the United States Trustee's relief sought in his Vacatur Motions. Accordingly, this Court will schedule evidentiary hearings

---
[1] ECF No. 109.
[2] *See* ECF Nos. 126; 127.

on the merits of the Settlement Motions prior to a trial on the merits of the Vacatur Motions, but only if the United States District Court agrees with this Court's assessment and modifies the Referral Order and refers the Settlement Motions to the instant Court to conduct evidentiary hearings and issue a report and further recommendations to the United States District Court.

**SIGNED Wednesday, December 31, 2025**

_____
**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**