IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re Professional Fee Matters Concerning the Jackson Walker Law Firm | § § § § § § | Civil Action No. 4:23-CV-4787 |

## ORDER

Before the Court is Chief U.S. Bankruptcy Judge Eduardo V. Rodriguez's Order for Reconsideration. (ECF No. 139.) This Court referred (the "Referral Order"), among other matters, the U.S. Trustee's Vacatur Motions pending in the Affected Bankruptcy Cases to Chief Judge Rodriguez for a report and further recommendations to this Court.[1] (ECF No. 109.) The Referral Order also abated all pending Settlement Motions in the Affected Bankruptcy Cases until this Court receives and reviews Chief Judge Rodriguez's forthcoming report and recommendations on the Vacatur Motions. (*Id.* at 7–8.) This Court is now asked to reconsider its Referral Order only to the extent it abates the Settlement Motions. (ECF No. 139.)

The Settlement Motions remain abated. The Court, however, refers two related issues to Chief Judge Rodriguez for an evidentiary hearing and a report and further recommendations to this Court. The two issues are:

1. Whether the Settlement Motions should be approved before adjudicating the merits of the U.S. Trustee's Vacatur Motions; or,

2. Whether an alternative to approval exists that would best serve the interests of the affected parties while preserving the merits of the Vacatur Motions.

---

[1] The terms "Vacatur Motions," "Affected Bankruptcy Cases," and "Settlement Motions" are defined in the Referral Order. (ECF No. 109.)

Further, given the importance of this matter, the Court will conduct an expedited review of the forthcoming report and further recommendations on the Settlement Motions.

It is THEREFORE **ORDERED** that the Settlement Motions remain **ABATED**.

It is FURTHER **ORDERED** that the limited issues, outlined above, on whether the Settlement Motions should be approved or an alternative to approval exists are **REFERRED** to Chief Judge Rodriguez for an evidentiary hearing and a report and further recommendations to this Court.

It is FINALLY **ORDERED** that, because this Court will conduct an expedited review of this matter, the parties have <u>**seven days**</u> from the date on which the report and further recommendations on the Settlement Motions is issued to file any objections.

SIGNED and ENTERED on this 5th day of January 2026.

_____
ALIA MOSES
Chief United States District Judge