# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| **Professional Fee Matters Concerning** § | Case No. 4:23-04787 |
| **The Jackson Walker Law Firm** § | |
| § | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2026, a true and correct copy of the *Order for Non-Evidentiary Electronic Status Conference* ("Order") [Docket No. 141] issued January 5, 2026 by Chief United States Bankruptcy Judge Eduardo V. Rodriguez was filed with the Court and served via the Court's CM/ECF notification system upon all parties registered to receive such electronic notices in Bankruptcy Case No. 21-90002 (CML); *In re: Basic Energy Services, Inc., et al* (Jointly Administered) and Bankruptcy Case No. 22-50009 (MI); *In re: 4E Brands NorthAmerica, LLC* and via email to the following counsel for the Jackson Walker Law Firm, United States Trustee and the Official Committee of Unsecured Creditors for 4E Brands:

Jackson Walker
Jason L. Boland
jason.boland@nortonrosefulbright.com
Paul Trahan
paul.trahan@nortonrosefulbright.com
Julie Goodrich Harrison
julie.harrison@nortonrosefulbright.com
Emily Smith
esmith@rustyhardin.com
Rusty Hardin
rhardin@rustyhardin.com

United States Trustee
Garza, Vianey (USTP)
Vianey.Garza@usdoj.gov
Charboneau, Joel (USTP)
Joel.Charboneau@usdoj.gov
Thill, Brian P. (USTP)

Brian.P.Thill@usdoj.gov
Steele, Laura (USTP)
Laura.Steele@usdoj.gov

4E Brands Unsecured Creditors' Committee
Fawkes, Thomas R.
Thomas.Fawkes@tuckerellis.com
Jackiw, Brian J.
Brian.Jackiw@tuckerellis.com
Berghman, Thomas
tberghman@munsch.com

| | |
|---|---|
| DATED: January 7, 2026 | Respectfully submitted, |
| | **BONDS ELLIS EPPICH SCHAFER JONES LLP** |
| | */s/ Ken Green* |
| | Ken Green (Texas State Bar No. 24036677) |
| | Aaron M. Guerrero (Texas State Bar No. 24050698) |
| | Bryan Prentice (Texas State Bar No. 24099787) |
| | 402 Heights Boulevard |
| | Houston, Texas 77007 |
| | (713) 335-4990 telephone |
| | (832) 740-1411 facsimile |
| | ken.green@bondsellis.com |
| | aaron.guerrero@bondsellis.com |
| | bryan.prentice@bondsellis.com |
| | **COUNSEL FOR DAVID DUNN, LIQUIDATION TRUSTEE** |