IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| BRILLIANT ENERGY, LLC, | § | CASE NO.: 4:23-CV-4787 |
| | § | |
| DEBTOR. | § | |

**NOTICE OF**
**ORDER SETTING HEARING**

NOW COMES, Randy W. Williams, Chapter 7 trustee for Brilliant Energy, LLC in Case No. 21-30936 (the "Trustee") and files this *Notice of Order for Non-Evidentiary Electronic Scheduling Conference (Doc. No. 141)* (the "ORDER").

DATED: January 7, 2026          Respectfully submitted,

**BYMAN & ASSOCIATES, PLLC**

*/s/ Randy W. Williams*
Randy W. Williams (Texas State Bar No. 21566850)
7924 Broadway, Suite 104
Pearland, TX 77581
281-884-9269 Office Phone
281-884-9263 Fax
rww@bymanlaw.com

*Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 7, 2026, a true and correct copy of the foregoing *Notice of Order for Non-Evidentiary Electronic Scheduling Conference* was filed with the Court and served upon the parties listed below and upon all parties registered to receive such electronic notices in this case via the Court's CM/ECF notification system.

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Nan Roberts Eitel on behalf of U.S. Trustee
Nan.R.Eitel@usdoj.gov

Millie Aponte Sall on behalf of U.S. Trustee US Trustee
millie.sall@usdoj.gov

Alicia Lenae Barcomb on behalf of U.S. Trustee
alicia.barcomb@usdoj.gov

Vianey Garza on behalf of U.S. Trustee US Trustee
vianey.garza@usdoj.gov

Jessica L Hanzlik on behalf of U.S. Trustee US Trustee
Jessica.L.Hanzlik@usdoj.gov, omar.e.jones@usdoj.gov, adrian.duran@usdoj.gov

Jason Lee Boland on behalf of Interested Party Jackson Walker LLP
jason.boland@nortonrosefulbright.com

William R Greendyke on behalf of Interested Party Jackson Walker LLP
william.greendyke@nortonrosefulbright.com

                                                */s/ Randy W. Williams*
                                                Randy W. Williams