United States District Court
Southern District of Texas
**ENTERED**
January 05, 2026
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 4:23-CV-4787 |
| **Professional Fee Matters Concerning the** § | |
| **Jackson Walker Law Firm** § | |

## ORDER
### FOR NON-EVIDENTIARY
### ELECTRONIC SCHEDULING CONFERENCE

On Wednesday, December 31, 2025 this Court issued an order stating that it would set evidentiary hearings on the ten (10) pending "Motion[s] For Order Approving Compromise And Settlement Pursuant To Bankruptcy Rule 9019"[1] ("*Settlement Motions*") but only if the United States District Court was in agreement with this Court's assessment.[2]

On Monday, January 5, 2026, Honorable Chief United States District Judge Alia Moses issued her order retaining the Settlement Motions which remain abated. But Chief Judge Moses referred two related issues to the instant Court for an evidentiary hearing and a report and further recommendations to the United States District Court. The two issues are: (i) whether the Settlement Motions should be approved before adjudicating the merits of the U.S. Trustee's Vacatur Motions; or (ii) whether an alternative exists that would best serve the interests of the affected parties while preserving the merits of the Vacatur Motions.[3] Accordingly, the Court finds it appropriate to hold this Scheduling Conference to schedule dates in which all Settlement Motions will be heard. It is therefore:

**ORDERED:** that

1. On **Wednesday, January 14, 2026**, **at 2:00 p.m. (Central Standard Time)**, a non-evidentiary scheduling conference will be conducted before the United States Bankruptcy

---

[1] Case No. 4:23-CV-4787, ECF No. 109.
[2] Case No. 4:23-CV-4787, ECF No. 139.
[3] Case No. 4:23-CV-4787, ECF No. 140.

Court, Houston Division. For persons wishing to appear in person, the hearing will be conducted from the United States Courthouse, Bob Casey Federal Building, Courtroom #401, 515 Rusk, Houston, TX 77002. The purpose of the scheduling conference is for the Court to set evidentiary hearing dates as it pertains to the following Settlement Motions:

i. **20-20184 & 25-2002 – Old Copper Co. Inc.:** "Motion for Order Approving Compromise and Settlement Pursuant to the Bankruptcy Rule 9019" filed on September 11, 2025, by Old Copper Company Inc. F/K/A J. C. Penney Company Inc. and Copper Sub Corporation, Inc. F/K/A J. C. Penney Corporation, Inc., As Wind Down Debtors In J. C. Penney Direct Marketing Services LLC, by and through its Plan Administrators.[4]

ii. **20-32564 – Stage Stores, Inc:** "Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019" filed on November 10, 2025 by Steven Balasiano, solely in his capacity as Plan Administrator for each of the wind-down debtors in the jointly administered cases of Stage Stores, Inc.[5]

iii. **20-35740 & 21-30427 – Seadrill:** "Motion for Order Approving Compromise and Settlement Pursuant to Federal Rule of Bankruptcy Procedure 9019" filed on July 25, 2025, by Seadrill Partners, LLC reorganized debtors and the Seadrill Limited Reorganized Debtors.[6]

iv. **21-30936 – Brilliant Energy, LLC:** "Motion For Order Approving Compromise And Settlement Pursuant To Bankruptcy Rule 9019" filed on May 13, 2025, by Randy W. Williams, Chapter 7 trustee for Brilliant Energy, LLC.[7]

v. **21-90002 – Basic Energy Liquidation Trust:** "Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019" filed on April 4, 2025 by David Dunn, Liquidation Trustee for the Basic Energy Liquidation Trust.[8]

vi. **21-90054 – Strike Liquidating Trust:** "Motion for Entry of Order Approving Compromise of Controversy under Bankruptcy Procedure 9019" filed on September 24, 2025 by Patrick Bartels, as Trustee for the Strike Liquidating Trust.[9]

vii. **22-50009 – 4E Brands Northamerica, LLC:** "Motion for Order Approving

---

[4] Case No. 4:23-CV-4787, ECF No. 96.
[5] Case No. 4:23-CV-4787, ECF No. 108.
[6] Case No. 4:23-CV-4787, ECF No. 90.
[7] Case No. 4:23-CV-4787, ECF No. 57.
[8] Bankr. 21-90002, ECF No. 1884.
[9] Case No. 4:23-CV-4787, ECF No. 98.

Compromise and Settlement Pursuant to Bankruptcy Rule 9019" filed on April 7, 2025 by David Dunn, Plan Agent and sole manager, sole director, sole officer and sole representative of 4E Brands Northamerica LLC.[10]

viii. **22-90018 – Sungard AS New Holdings, LLC:** "Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019" filed on July 29, 2025, by Sungard AS New Holdings, LLC, the wind-down debtor, by and through Drivetrain LLC, the Plan Administrator.[11]

ix. **23-90055 – Auto Plus Auto Sales LLC:** "Motion for Entry of Order Approving Compromise of Controversy under Bankruptcy Rule 9019" filed on September 24, 2025, by Patrick Bartels, as Plan Agent for the Wind-Down Debtor In re Auto Plus Auto Sales LLC (formerly In re IEH Auto Parts Holding, LLC, et al.).[12]

x. **22-90032 – GWG Holdings:** "Motion for Entry Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019" filed on October 3, 2025 by Michael I. Goldberg, in his capacity as the Trustee of the GWG Litigation.[13]

2. **Agenda:** No later than **Monday, January 12, 2026** Jackson Walker, LLP, the United States Trustee and primary counsel for the settling bankruptcy estates must, in good faith, meet and confer and file a Joint Notice of Proposed Agenda with the Clerk of Court specifying (i) the preferred order of the matters to be heard and; (ii) provide an estimation of the time required for an evidentiary hearing for each Settlement Motion.

3. **Electronic Appearances:** Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

4. **Public Hearing:** Any member of the public, including media, are permitted to attend in person

---

[10] Bankr. 22-50009, ECF No. 715.
[11] Case No. 4:23-CV-4787, ECF No. 91.
[12] Case No. 4:23-CV-4787, ECF No. 97.
[13] Case No. 4:23-CV-4787, ECF No. 100.

or electronically and observe this hearing pursuant to Bankruptcy Local Rule 9017-1(a)(6)[14] however, those in attendance either in person or electronically will be bound by this Order.

5. **<u>Audio and Video Recording is Strictly Prohibited:</u>** Pursuant to District Local Rule 83.7, made applicable to this proceeding by Bankruptcy Local Rule 1001-1(b), no photo-or electro-mechanical means of recordation or transmission of court proceedings is permitted. Failure to adhere to this rule may result in additional orders of this Court including confiscation of such device by the Court, an order to show cause for civil contempt, potential sanctions, and/or a referral to the United States District Court's Chief Judge to consider criminal contempt pursuant to 18 U.S.C. §§ 401; 402.

6. **<u>Notice:</u>** No later than **Wednesday, January 7, 2026**, Old Copper Company Inc. F/K/A J. C. Penney Company Inc. and Copper Sub Corporation, Inc. F/K/A J. C. Penney Corporation, Inc., as Wind Down Debtors In J. C. Penney Direct Marketing Services LLC; Steven Balasiano, solely in his capacity as Plan Administrator for each of the wind-down debtors in the jointly administered cases of Stage Stores, Inc.; Seadrill Partners, LLC reorganized debtors and the Seadrill Limited Reorganized Debtors; Randy W. Williams, Chapter 7 trustee for Brilliant Energy, LLC; David Dunn, as Liquidation Trustee for the Basic Energy Liquidation Trust; Patrick Bartels, as Trustee for the Strike Liquidating Trust; David Dunn, as Plan Agent and sole manager, sole director, sole officer and sole representative of 4E Brands Northamerica LLC; Sungard AS New Holdings, LLC, the wind-down debtor, by and through Drivetrain LLC, the Plan Administrator; Patrick Bartels, as Plan Agent for the Wind-Down Debtor In re Auto Plus Auto Sales LLC; and Michael I. Goldberg, in his capacity as the Trustee of the GWG Litigation must serve a copy of this Order on Jackson Walker, LLP, the United States Trustee, and all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

**SIGNED January 5, 2026**

_____
**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**

---

[14] Bankruptcy Local Rule 9017-1(a)(6) ("The Court may allow remote participation for individual hearings or trials. In hearings and trials for which the Court authorizes remote participation, the Court's audio and video connections may be utilized only by . . . (6) other persons as specifically authorized by the Court.").