IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>Professional Fee Matters Concerning the<br>Jackson Walker Law Firm | §<br>§<br>§   Civil Action No. 4:23-CV-4787-AM<br>§<br>§<br>§ |

### JOINT[1] NOTICE OF PROPOSED AGENDA

TO CHIEF UNITED STATES BANKRUPTCY JUDGE EDUARDO V. RODRIGUEZ:

The Settling Parties[2] and Jackson Walker LLP ("Jackson Walker") file this Joint Notice of Proposed Agenda in accordance with paragraph 2 of the Court's *Order for Non-Evidentiary Electronic Status Conference* [Dkt. No. 141] (the "Order"). The parties propose that the matters be heard in the order they are listed below. An estimation of the time for an evidentiary hearing on each matter is as set forth below.

---

[1] After an initial meet and confer call, Jackson Walker provided a draft of this Joint Notice of Proposed Agenda to the United States Trustee (the "U.S. Trustee") in advance of a second meet and confer call. The U.S. Trustee did not provide any comments and declined to submit a joint notice of proposed agenda in favor of submitting his own.

[2] The Settling Parties include: (1) Old Copper Company Inc. F/K/A J. C. Penney Company Inc. and Copper Sub Corporation, Inc. F/K/A J. C. Penney Corporation, Inc., As Wind Down Debtors In J. C. Penney Direct Marketing Services LLC, by and through its Plan Administrators; (2) Steven Balasiano, solely in his capacity as Plan Administrator for each of the wind-down debtors in the jointly administered cases of Stage Stores, Inc.; (3) Seadrill Partners, LLC Reorganized Debtors and the Seadrill Limited Reorganized Debtors; (4) Randy W. Williams, Chapter 7 trustee for Brilliant Energy, LLC; (5) David Dunn, Liquidation Trustee for the Basic Energy Liquidation Trust; (6) David Dunn, Plan Agent and sole manager, sole director, sole officer and sole representative of 4E Brands Northamerica LLC; (7) Patrick Bartels, as Trustee for the Strike Liquidating Trust; (8) Patrick Bartels, as Plan Agent for the Wind-Down Debtor In re Auto Plus Auto Sales LLC (formerly In re IEH Auto Parts Holding, LLC, et al.); (9) Sungard AS New Holdings, LLC, the wind-down debtor, by and through Drivetrain LLC, the Plan Administrator; and (10) Michael I. Goldberg, in his capacity as the Trustee of the GWG Litigation.

1

| NO. | DKT. NO. | MATTER | COMMENTS | ESTIMATED TIME[3] |
|---|---|---|---|---|
| 1. | Dkt. No. 96 | 20-20184 & 25-2002 - Old Copper Co. Inc.: "Motion for Order Approving Compromise and Settlement Pursuant to the Bankruptcy Rule 9019" | | 1 hour 30 minutes |
| 2. | Dkt. No. 108 | 20-32564 - Stage Stores, Inc: "Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019" | | 30-45 minutes |
| 3. | Dkt. No. 90 | 20-35740 & 21-30427 - Seadrill: "Motion for Order Approving Compromise and Settlement Pursuant to Federal Rule of Bankruptcy Procedure 9019" | | 30-45 minutes |
| 4. | Dkt. No. 57. | 21-30936 - Brilliant Energy, LLC: "Motion For Order Approving Compromise And Settlement Pursuant To Bankruptcy Rule 9019" | | 30-45 minutes |
| 5. | Bankr. No. 21-90002; Dkt. No. 1884 | 21-90002 - Basic Energy Liquidation Trust: "Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019" | | 30-45 minutes |
| 6. | Bankr. No. 22-50009; Dkt. No. 715 | 22-50009 - 4E Brands Northamerica, LLC: "Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019" | | 30-45 minutes |
| 7. | Dkt. No. 98 | 21-90054 - Strike Liquidating Trust: "Motion for Entry of Order Approving Compromise of Controversy under Bankruptcy Procedure 9019" | | 30-45 minutes |
| 8. | Dkt. No. 97 | 23-90055 - Auto Plus Auto Sales LLC: "Motion for Entry of Order Approving Compromise of Controversy under Bankruptcy Rule 9019" | | 30-45 minutes |

| 9. | Dkt. No. 91 | 22-90018 - Sungard AS New Holdings, LLC: "Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019" | | 30-45 minutes |
|---|---|---|---|---|
| 10. | Dkt. No. 100 | 22-90032 - GWG Holdings: "Motion for Entry Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019" | The GWG Litigation Trustee and Jackson Walker agree that this motion should be heard concurrently with the trial on the U.S. Trustee's Rule 60 Motions. | N/A |

Dated: January 12, 2026                                   Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**                          **HAYNES AND BOONE, LLP**

/s/ Jason L. Boland                                       By:  /s/ Eli O. Columbus
Jason L. Boland (SBT 24040542)                            Ian T. Peck, State Bar No. 24013306
*Attorney-in-Charge*                                      Eli O. Columbus, State Bar No. 24028062
Federal I.D. No. 37238                                    Jordan E. Chavez, State Bar No. 24109883
William Greendyke (SBT 08390450)                          HAYNES AND BOONE, LLP
Federal I.D. No. 576573                                   2801 N. Harwood Street, Suite 2300
Julie Harrison (SBT 24092434)                             Dallas, TX 75201
Federal I.D. No. 3017799                                  Telephone: 214.651.5000
Maria Mokrzycka (SBT 24119994)                            Facsimile:  214.651.5940
Federal I.D. No. 3610759                                  Email: ian.peck@haynesboone.com
1550 Lamar, Suite 2000                                    Email: eli.columbus@haynesboone.com
Houston, Texas 77010                                      Email: jordan.chavez@haynesboone.com
Telephone:  (713) 651-5151
jason.boland@nortonrosefulbright.com                      -and-
william.greendyke@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com                    David Trausch, State Bar No. 24113513
maria.mokrzycka@nortonrosefulbright.com                   **HAYNES AND BOONE, LLP**
                                                          1221 McKinney Street, Suite 4000
Paul Trahan (SBT 24003075)                                Houston, TX 77010
Federal I.D. No. 563869                                   Telephone: 713-547-2000
Emily Wolf (SBT 24106595)                                 Email: david.trausch@haynesboone.com
Federal I.D. No. 3892373
98 San Jacinto Blvd., Suite 1100                          *COUNSEL FOR OLD COPPER COMPANY,*
Austin, Texas 78701                                       *INC. F/K/A J. C. PENNEY COMPANY, INC.*
Telephone: (512) 474-5201

---

[3] The Settling Parties and Jackson Walker attempted to confer with the U.S. Trustee regarding the estimated time for an evidentiary hearing on each of the below matters, but the U.S. Trustee declined to provide any time estimate.

paul.trahan@nortonrosefulbright.com
emily.wolf@nortonrosefulbright.com

-and-

**RUSTY HARDIN & ASSOCIATES, LLP**
Russell Hardin, Jr. (SBT 08972800)
*Attorney-in-Charge*
Federal I.D. No. 19424
Leah M. Graham (SBT 24073454)
Federal I.D. No. 2192848
Jennifer E. Brevorka (SBT 24082727)
Federal I.D. No. 1725400
Emily Smith (SBT 24083876)
Federal I.D. No. 1890677
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
rhardin@rustyhardin.com
lgraham@rustyhardin.com
jbrevorka@rustyhardin.com
esmith@rustyhardin.com

*Counsel for Jackson Walker LLP*

-and-

**McCLOSKEY ROBERSON WOOLLEY, PLLC**

*/s/ Thomas A. Woolley, III*
Thomas A. Woolley, III
SBOT: 24042193
Timothy M. McCloskey
SBOT: 13417650
Carissa N. Brewster
SBOT: 24122933
190 TC Jester Blvd., Suite 400
Houston, TX 77007
713-337-3900
713-337-3915 (fax)
Tmccloskey@mrwpllc.com
Rwoolley@mrwpllc.com
cbrewster@mrwpllc.com

AND COPPER SUB CORPORATION, INC.
F/K/A J. C. PENNEY CORPORATION, INC

-and-

*/s/ Philip G. Eisenberg*
Philip G. Eisenberg
Texas Bar Number 24033923
Simon R. Mayer
Texas Bar Number 24060243
**TROUTMAN PEPPER LOCKE LLP**
600 Travis Street, Suite 2800
Houston, TX 77002
Telephone: 713-226-1200
Facsimile: 713-226-3717
Email: phil.eisenberg@troutman.com
      simon.mayer@troutman.com

***Attorneys for the Seadrill Partners, LLC
Reorganized Debtors and the
Seadrill Limited Reorganized Debtors***

-and-

**REID COLLINS & TSAI LLP**

By: */s/ Nathaniel J. Palmer*
William T. Reid, IV
Tex. Bar No. 00788817
S.D. Tex. Bar No. 17074
Nathaniel J. Palmer (admitted pro hac vice)
Tex. Bar No. 24065864
Taylor A. Lewis (admitted pro hac vice)
Tex. Bar No. 24138317
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
(512) 647-6100
wreid@reidcollins.com
npalmer@reidcollins.com
tlewis@reidcollins.com

*Counsel for the GWG Litigation Trustee*

-and-

4

*Counsel for Patrick Bartels as Trustee for the Strike Liquidating Trust and as Plan Agent for the Wind-Down Debtor In re Auto Plus Auto Sales LLC*

-and-

**BYMAN & ASSOCIATES, PLLC**

*/s/ Randy W. Williams, Chapter 7 Trustee*
Randy W. Williams
(Texas State Bar No. 21566850)
7924 Broadway, Suite 104
Pearland, TX 77581
281-884-9269 Office Phone
281-884-9263 Fax
rww@bymanlaw.com

*Chapter 7 Trustee for Brilliant Energy*

-and-

**BONDS ELLIS EPPICH SCHAFER JONES LLP**

*/s/ Ken Green*
Ken Green (Texas State Bar No. 24036677)
Aaron M. Guerrero (Texas State Bar No. 24050698)
Bryan Prentice (Texas State Bar No. 24099787)
402 Heights Boulevard
Houston, Texas 77007
(713) 335-4990 telephone
(832) 740-1411 facsimile
ken.green@bondsellis.com
aaron.guerrero@bondsellis.com
bryan.prentice@bondsellis.com

**COUNSEL FOR DAVID DUNN, LIQUIDATION TRUSTEE FOR THE BASIC ENERGY LIQUIDATION TRUST AND AS PLAN AGENT OF 4E BRANDS NORTHAMERICA LLC**

**COLE SCHOTZ P.C.**

*/s/ Daniel F. X. Geoghan*
Daniel F.X. Geoghan (Texas Bar No. 24126280)
**COLE SCHOTZ P.C.**
901 Main Street, Suite 4120
Dallas, TX 75202
Telephone: (469) 557-9390
Facsimile: (469) 533-1587
Email: dgeoghan@coleschotz.com

-and-

Seth Van Aalten, Esq. (Admitted Pro Hac Vice)
Sarah A. Carnes, Esq. (Admitted Pro Hac Vice)
Bryant P. Churbuck, Esq.
**COLE SCHOTZ P.C.**
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
Email: svanaalten@coleschotz.com
        scarnes@coleschotz.com
        bchurbuck@coleschotz.com

*Counsel to Steven Balasiano as Plan Administrator of Stage Stores, Inc., et al*

-and-

**COLE SCHOTZ P.C.**

*/s/ Daniel F. X. Geoghan*
Daniel F.X. Geoghan (Texas Bar No. 24126280)
901 Main Street, Suite 4120
Dallas, TX 75202
Telephone: (469) 557-9390
Email: dgeoghan@coleschotz.com

-and-

Mark Tsukerman
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Email: mtsukerman@coleschotz.com

5

*Counsel to the Sungard Wind-Down Debtors and the Plan Administrator*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, I caused a copy of this Agenda to be served by the Electronic Case Filing System for the United States District Court for the Southern District of Texas.

*/s/ Julie Harrison*
Julie Harrison