United States District Court
Southern District of Texas
**ENTERED**
January 15, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § § § § | CASE NO: 4:23-CV-4787 |
| **Professional Fee Matters Concerning the Jackson Walker Law Firm** | |

**ORDER**
**SETTING IN-PERSON EVIDENTIARY HEARING**

In her January 5, 2026 Order[1], the Honorable Chief District Judge Alia Moses tasked this court with issuing a report and recommendation as to (I) whether ten pending Settlement Motions should be approved before adjudicating the merits of the U.S. Trustee's Vacatur Motions; or, (II) whether an alternative to approval exists that would best serve the interests of the affected parties while preserving the merits of the Vacatur Motions. Accordingly, it is therefore **ORDERED** that

1. **Objections:** The United States Trustee may file any objections to the Settlement Motions in Case No. 21-90054 Strike; Case No. 23-90055 Auto Plus Auto Sales; and Case No. 20-32564 Stage Stores; no later than **Thursday, January 22, 2026** and in Case No. 22-90032 GWG no later than **Wednesday, April 1, 2026**. Any responses to any objections must be filed no later than **Thursday, January 29, 2026**. Any responses to the objection filed in Case No. 22-90032 GWG must be filed no later than **Wednesday, April 15, 2026**.

2. **Limited Discovery**: will be permitted in this matter. The United States Trustee must serve its written discovery, if any, no later than **Thursday, January 22, 2026**. Responses to written discovery must be completed no later than **Thursday, February 5, 2026**. Depositions must be taken no later than **Tuesday, February 17, 2026**.

3. On **Tuesday, March 17, 2026, at 9:00 a.m. (Central Standard Time)**, an in-person evidentiary hearing shall be held before the United States Bankruptcy Court, Bob Casey

---

[1] Case No. 4:23-CV-4787, ECF No. 140 at 1.

Federal Building, **COURTROOM NO. 401**, 515 Rusk, Houston Texas, 77002 on the following matters and to be heard in the following order:

### I. ALTERNATIVES TO APPROVAL OF THE SETTLEMENT MOTIONS

i. "Whether an alternative exists that would best serve the interests of the affected parties while preserving the merits of the Vacatur Motions." [2]

### II. THE SETTLEMENT MOTIONS

ii. **20-20184 & 25-2002 – Old Copper Co. Inc.:** "Motion for Order Approving Compromise and Settlement Pursuant to the Bankruptcy Rule 9019" filed on September 11, 2025, by Old Copper Company Inc. F/K/A J. C. Penney Company Inc. and Copper Sub Corporation, Inc. F/K/A J. C. Penney Corporation, Inc., As Wind Down Debtors In J. C. Penney Direct Marketing Services LLC, by and through its Plan Administrators. [3]

iii. **21-90054 – Strike Liquidating Trust:** "Motion for Entry of Order Approving Compromise of Controversy under Bankruptcy Procedure 9019" filed on September 24, 2025 by Patrick Bartels, as Trustee for the Strike Liquidating Trust. [4]

iv. **23-90055 – Auto Plus Auto Sales LLC:** "Motion for Entry of Order Approving Compromise of Controversy under Bankruptcy Rule 9019" filed on September 24, 2025, by Patrick Bartels, as Plan Agent for the Wind-Down Debtor In re Auto Plus Auto Sales LLC (formerly In re IEH Auto Parts Holding, LLC, et al.). [5]

4. On **Wednesday, March 18, 2026, at 9:00 a.m. (Central Standard Time)**, an in-person evidentiary hearing shall be held before the United States Bankruptcy Court, Bob Casey Federal Building, **COURTROOM NO. 401**, 515 Rusk, Houston Texas, 77002 on the following matters and to be heard in the following order:

v. **20-35740 & 21-30427 – Seadrill:** "Motion for Order Approving Compromise and Settlement Pursuant to Federal Rule of Bankruptcy Procedure 9019" filed on July 25, 2025, by Seadrill Partners, LLC reorganized debtors and the Seadrill Limited Reorganized Debtors. [6]

---

[2] Case No. 4:23-CV-4787, ECF No. 140.
[3] Case No. 4:23-CV-4787, ECF No. 96.
[4] Case No. 4:23-CV-4787, ECF No. 98.
[5] Case No. 4:23-CV-4787, ECF No. 97.
[6] Case No. 4:23-CV-4787, ECF No. 90.

    vi. **21-30936 – Brilliant Energy, LLC:** "Motion For Order Approving Compromise And Settlement Pursuant To Bankruptcy Rule 9019" filed on May 13, 2025, by Randy W. Williams, Chapter 7 trustee for Brilliant Energy, LLC.[7]

    vii. **20-32564 – Stage Stores, Inc:** "Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019" filed on November 10, 2025 by Steven Balasiano, solely in his capacity as Plan Administrator for each of the wind-down debtors in the jointly administered cases of Stage Stores, Inc.[8]

    viii. **22-90018 – Sungard AS New Holdings, LLC:** "Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019" filed on July 29, 2025, by Sungard AS New Holdings, LLC, the wind-down debtor, by and through Drivetrain LLC, the Plan Administrator.[9]

5. On **Thursday, March 19, 2026, at 9:00 a.m. (Central Standard Time)**, an in-person evidentiary hearing shall be held before the United States Bankruptcy Court, Bob Casey Federal Building, **COURTROOM NO. 401**, 515 Rusk, Houston Texas, 77002 on the following matters and to be heard in the following order:

    ix. **22-50009 – 4E Brands Northamerica, LLC:** "Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019" filed on April 7, 2025 by David Dunn, Plan Agent and sole manager, sole director, sole officer and sole representative of 4E Brands Northamerica LLC.[10]

    x. **21-90002 – Basic Energy Liquidation Trust:** "Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019" filed on April 4, 2025 by David Dunn, Liquidation Trustee for the Basic Energy Liquidation Trust.[11]

---

[7] Case No. 4:23-CV-4787, ECF No. 57.
[8] Case No. 4:23-CV-4787, ECF No. 108.
[9] Case No. 4:23-CV-4787, ECF No. 91.
[10] Bankr. 22-50009, ECF No. 715.
[11] Bankr. 21-90002, ECF No. 1884.

6. **Electronic Appearances:** Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

7. **Electronic Participation:** To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at 832-917-1510, conference room number 999276 and (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.

8. **Public Hearing:** Any member of the public, including media, are permitted to attend in person or electronically and observe this hearing pursuant to Bankruptcy Local Rule 9017-1(a)(6)[12] however, those in attendance either in person or electronically will be bound by this Order.

9. **Audio and Video Recording is Strictly Prohibited:** Pursuant to District Local Rule 83.7, made applicable to this proceeding by Bankruptcy Local Rule 1001-1(b), no photo-or electro-mechanical means of recordation or transmission of court proceedings is permitted. Failure to adhere to this rule may result in additional orders of this Court including confiscation of such device by the Court, an order to show cause for civil contempt, potential sanctions, and/or a referral to the United States District Court's Chief Judge to consider criminal contempt pursuant to 18 U.S.C. §§ 401; 402.

10. **Witness & Exhibit List:** No later than **12:00 p.m. noon Tuesday, March 3, 2026** Witness and Exhibit Lists must be exchanged. Copies of the exhibits must be attached to the Witness & Exhibit List and filed in compliance with General Order 2021-5 and filed with the Clerk of Court. Parties must utilize Form 1-100 Witness & Exhibit List which can be located on this Court's

---

[12] Bankruptcy Local Rule 9017-1(a)(6) ("The Court may allow remote participation for individual hearings or trials. In hearings and trials for which the Court authorizes remote participation, the Court's audio and video connections may be utilized only by . . . (6) other persons as specifically authorized by the Court.").

home page at https://www.txs.uscourts.gov/content/chief-united-states-bankruptcy-judgeeduardo-v-rodriguez.

11. No later than **12:00 p.m. noon Tuesday, March 10, 2026** parties must meet and confer and in good faith stipulate to any exhibits and facts and file such notice as a Joint Stipulation with the Clerk of Court.

12. <u>**Illustrative Aid:**</u>  Pursuant to Federal Rule of Evidence 107(c), any illustrative aid must be entered into the record.

13. <u>**Notice:**</u>  No later than **Wednesday, January 21, 2026**, Old Copper Company Inc. F/K/A J. C. Penney Company Inc. and Copper Sub Corporation, Inc. F/K/A J. C. Penney Corporation, Inc., as Wind Down Debtors In J. C. Penney Direct Marketing Services LLC; Steven Balasiano, solely in his capacity as Plan Administrator for each of the wind-down debtors in the jointly administered cases of Stage Stores, Inc.; Seadrill Partners, LLC reorganized debtors and the Seadrill Limited Reorganized Debtors; Randy W. Williams, Chapter 7 trustee for Brilliant Energy, LLC; David Dunn, as Liquidation Trustee for the Basic Energy Liquidation Trust; Patrick Bartels, as Trustee for the Strike Liquidating Trust; David Dunn, as Plan Agent and sole manager, sole director, sole officer and sole representative of 4E Brands Northamerica LLC; Sungard AS New Holdings, LLC, the wind-down debtor, by and through Drivetrain LLC, the Plan Administrator; and Patrick Bartels, as Plan Agent for the Wind-Down Debtor In re Auto Plus Auto Sales LLC must serve a copy of this Order on Jackson Walker, LLP, the United States Trustee, and all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

SIGNED January 14, 2026

_____
Eduardo V. Rodriguez
**Chief United States Bankruptcy Judge**