# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| BRILLIANT ENERGY, LLC, | § | CASE NO.: 4:23-CV-4787 |
| | § | |
| DEBTOR. | § | |

## NOTICE OF
## ORDER SETTING IN-PERSON EVIDENTIARY HEARING

NOW COMES, Randy W. Williams, Chapter 7 trustee for Brilliant Energy, LLC in Case No. 21-30936 (the "Trustee") and files this *Notice of Order Setting In-Person Evidentiary Hearing (Doc. No. 156)* (the "ORDER").

DATED: January 20, 2026

Respectfully submitted,

**BYMAN & ASSOCIATES, PLLC**

*/s/ Randy W. Williams*
Randy W. Williams (Texas State Bar No. 21566850)
7924 Broadway, Suite 104
Pearland, TX 77581
281-884-9269 Office Phone
281-884-9263 Fax
rww@bymanlaw.com

*Chapter 7 Trustee*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 20, 2026, a true and correct copy of the foregoing *Notice of Order for Non-Evidentiary Electronic Scheduling Conference* was filed with the Court and served upon the parties listed below and upon all parties registered to receive such electronic notices in this case via the Court's CM/ECF notification system. Additionally, the Order was filed in the Brilliant Energy LLC bankruptcy case No. 21-30936 and served by U.S. Mail upon all creditors and parties in interest as shown on the attached Certificate of Service.

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Nan Roberts Eitel on behalf of U.S. Trustee
Nan.R.Eitel@usdoj.gov

Millie Aponte Sall on behalf of U.S. Trustee US Trustee
millie.sall@usdoj.gov

Alicia Lenae Barcomb on behalf of U.S. Trustee
alicia.barcomb@usdoj.gov

Vianey Garza on behalf of U.S. Trustee US Trustee
vianey.garza@usdoj.gov

Jessica L Hanzlik on behalf of U.S. Trustee US Trustee
Jessica.L.Hanzlik@usdoj.gov, omar.e.jones@usdoj.gov, adrian.duran@usdoj.gov

Jason Lee Boland on behalf of Interested Party Jackson Walker LLP
jason.boland@nortonrosefulbright.com

William R Greendyke on behalf of Interested Party Jackson Walker LLP
william.greendyke@nortonrosefulbright.com

              */s/ Randy W. Williams*
              Randy W. Williams

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | CASE NO: 21-30936 |
|---|---|
| BRILLIANT ENERGY, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |

On 1/20/2026, I did cause a copy of the following documents, described below,

Order Setting In-Person Evidentiary Hearing

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/20/2026

/s/ Randy W. Williams, Chapter 7 Trustee
Randy W. Williams, Chapter 7 Trustee  21566850

Byman & Associates PLLC
7924 Broadway, Suite 104
Pearland, TX 77581
281-884-9269
rah@bymanlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

BRILLIANT ENERGY, LLC

CASE NO: 21-30936

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 7

On 1/20/2026, a copy of the following documents, described below,

Order Setting In-Person Evidentiary Hearing

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/20/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Randy W. Williams, Chapter 7 Trustee
Byman & Associates PLLC
7924 Broadway, Suite 104
Pearland, TX  77581

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | | DEBTOR |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 21-30936<br>SOUTHERN DISTRICT OF TEXAS<br>TUE JAN 20 9-52-53 PST 2026 | AEP TEXAS INC<br>CO WELDON L MOORE III<br>SUSSMAN MOORE LLP<br>2911 TURTLE CREEK BLVD<br>STE 1100<br>DALLAS TX 75219-7119 | BRILLIANT ENERGY LLC<br>800 WILCREST DRIVE<br>HOUSTON TX 77042-1369 |
| EXCLUDE<br><s>BYMAN ASSOCIATES PLLC</s><br><s>7924 BROADWAY STE 104</s><br><s>PEARLAND TX 77581-7933</s> | CENTERPOINT ENERGY HOUSTON ELECTRIC LLC<br>CO WELDON L MOORE III<br>SUSSMAN MOORE LLP<br>2911 TURTLE CREEK BLVD<br>STE 1100<br>DALLAS TX 75219-7119 | CYBER MANUFACTURING LLC<br>BUI NHAN PLLC<br>3921 OCEE ST<br>HOUSTON TX 77063-5417 |
| EXCLUDE<br><s>(U)DTE ENERGY TRADING INC</s> | EXCLUDE<br><s>(U)ERCOT</s> | FRONTERA MATERIALS INC<br>PO BOX 1449<br>ELSA TX 78543-1449 |
| HARRIS COUNTY ET AL<br>LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>CO JOHN P DILLMAN<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | EXCLUDE<br><s>(U)JACKSON WALKER LLP</s> | EXCLUDE<br><s>(U)LUMINANT ENERGY COMPANY LLC</s> |
| MACCO RESTRUCTURING GROUP LLC<br>PENNZOIL PLACE<br>700 MILAM STREET SUITE 1300<br>HOUSTON TX 77002-2736 | PUBLIC UTILITY COMMISSION OF TEXAS<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>ATTN JASON BINFORD AND LAYLA MILLIGAN<br>PO BOX 12548-MC008<br>AUSTIN TX 78711-2548 | STATE OF TEXAS<br>CO TEXAS ATTORNEY GENERALS OFFICE<br>BANKRUPTCY COLLECTIONS DIVISION<br>P O BOX 12548 MC-008<br>AUSTIN TX 78711-2548 |
| TPSWEST LLC<br>12837 LOUETTA RD<br>SUITE 201<br>CYPRESS TX 77429-5611 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS REVENU<br>JOHN MARK STERN<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | WILLIAM G WEST PC CPA<br>12837 LOUETTA RD<br>SUITE 201<br>CYPRESS TX 77429-5611 |
| MULTIPLE INJURED AND DEATH CASE TORT CLAIMAN<br>CO JORDAN HOLZER ORTIZ<br>500 N SHORELINE<br>SUITE 900<br>CORPUS CHRISTI TX 78401-0658 | EXCLUDE<br><s>4</s><br><s>UNITED STATES BANKRUPTCY COURT</s><br><s>PO BOX 61010</s><br><s>HOUSTON TX 77208-1010</s> | 3SENERGY<br>10333 HARWIN DRIVE SUITE 425<br>HOUSTON TX 77036-1571 |
| 567 ENERGY LLC<br>3710 RENA JANE LN<br>PASADENA TX 77503-1817 | A MITCHELL HOLDINGS LLC<br>AARON MITCHELL<br>1590 EDMONDSON TR<br>ROCKWALL TX 75087-6022 | AE NATURAL CORP<br>4848 LEMMON AVE SUITE 361<br>DALLAS TX 75219-1400 |
| ADK SOLUTIONS LLC<br>4143 ABIGAIL DR<br>HIGHLAND VILLAGE TX 75077-1872 | AEP TEXAS INC<br>CO MELISSA A GAGE ESQ<br>400 W 15TH ST STE 1500<br>AUSTIN TX 78701-1677 | APRIL MCDOWELL<br>ROBINS CLOUD LLP<br>2000 WEST LOOP SOUTH SUITE 2200<br>HOUSTON TX 77027-3511 |

```
ATT MOBILITY                          ATT SERVICES                          ABACUS POWER BROKER LLC
PO BOX 6463                           PO BOX 5014                           381 CASA LINDA PLAZA  238
CAROL STREAM  IL 60197-6463           CAROL STREAM  IL 60197-5014           DALLAS  TX 75218-3471



ABLE POWER MANAGEMENT                 ABNER SALES  MARKETING LLC            ADJACENT ENERGY
37 LYERLY ST                          6005 FM 1732                          PO BOX 330593
HOUSTON  TX 77022-3007                BROWNSVILLE  TX 78520-3704            HOUSTON  TX 77233-0593



ALAN LAMMEY                           ALEC BROOKER                          ALLIANCE ENERGY CONSULTING
7907 OXFORDSHIRE DR                   ATTN SIDNEY ROBERT                    9600 GULF LAKES TRL 3006
SPRING  TX 77379-4669                 300 FANNIN  STE 200                   DALLAS  TX 75231-5023
                                      HOUSTON  TX 77002-2057



ALLIANCE POWER GROUP                  ALPHA ENERGY GROUP                    AMERICAN ENERPOWER INC
2706 CHAPEL VIEW                      1590 EDMONDSON TRAIL                  PO BOX 941682
CORPUS CHRISTI  TX 78414-3410         ROCKWALL  TX 75087-6022               HOUSTON  TX 77094-8682



AMERICAN EXPRESS MERCHANT             ANGEL ORTEGA                          APPLIED COMPUTER TECHNOLOGY
2401 W BEHREND DRIVE                  131 IOTANES                           2712 FALLCREEK DR
55                                    LAREDO  TX 78046-8522                 CARROLLTON  TX 75006-2648
PHOENIX  AZ 85027-4145



EXCLUDE

(U)AQUA CHILL GULF COAST              ARGUS MEDIA                           ARIES CORPORATION
PO BOX 300964                         2929 ALLEN PARKWAY                    4420 HIGH MESA DR
                                      SUITE 700                             PLANO  TX 75093-3255
                                      HOUSTON  TX 77019-7123



ATHAR AMIN                            AXIOM POWER                           (P)BDO USA  LLP
613 WATERCHASE                        363 N SAM HOUSTON PKWY E SUITE 1100   4250 LANCASTER PIKE
FORT WORTH  TX 76120-2872             HOUSTON  TX 77060-2413                SUITE 120
                                                                            WILMINGTON DE 19805-1609



BH ENERGY SERVICES                    BANK OF AMERICA MERCHANT SERVICES     BEN GRAHAM
9140 PALUXY DR                        PO BOX 15019                          3131 MEMORIAL CT APT 16113
TYLER  TX 75703-7697                  WILMINGTON  DE 19850-5019             HOUSTON  TX 77007-6267



BEST ENERGY                           BID TEXAS ONLINE                      BOTTOM LINE ENERGY
5850 PARK FRONT DR 110                PO BOX 5370                           13803 WICKERSHAM
HOUSTON  TX 77036-2537                MCALLEN  TX 78502-5370                HOUSTON  TX 77077-5434
```

| | | |
|---|---|---|
| | | EXCLUDE |
| BRAZOS ENERGY SOLUTIONS<br>2257 RIDGEWAY DR<br>WEST COLUMBIA  TX 77486 | BRENT SHELLHORSE<br>3112 WILD PLUM<br>FORT WORTH  TX 76109-2061 | (D)BRILLIANT ENERGY  LLC<br>800 WILCREST DRIVE<br>HOUSTON  TX 77042-1369 |
| BUSINESS ENERGY PARTNERS<br>3301 HOOVER DR<br>MCKINNEY  TX 75071-2209 | CDN ENTERPRISES DBA BOLT ENERGY ADVISORS<br>12103 AUBURN HILLS DR<br>TOMBALL  TX 77377-8614 | CM ENERGY<br>6200 TAPROCK DR<br>MCKINNEY  TX 75070-7968 |
| CNZNET INC<br>833 E ARAPAHO RD<br>RICHARDSON  TX 75081-2269 | CPG ENERGY<br>5211 BIRCH GLEN<br>RICHMOND  TX 77406-8634 | CTBP INVESTMENTS<br>4447 N CENTRAL EXPY SUITE 110160<br>DALLAS  TX 75205-4245 |
| CV PREMIER CONSULTANTS<br>3926 CATANIA BAY CT<br>MISSOURI CITY  TX 77459-0020 | CAMELOT INTEGRATED SOLUTIONS  INC<br>2000 S DAIRY ASHFORD ROAD<br>SUITE 265<br>HOUSTON  TX 77077-5732 | CAPITAL AREA ENERGY<br>14141 W HIGHWAY 290 BUILDING 600<br>AUSTIN  TX 78737-9340 |
| CENTERPOINT ENERGY HOUSTON ELECTRIC  LLC<br>CO DOUGLAS DARROW<br>1111 LOUISIANA ST<br>46TH FLOOR  OFFICE 4661<br>HOUSTON  TX 77002-5230 | CHOICE ENERGY SERVICES<br>5151 SAN FELIPE 22ND FLOOR<br>HOUSTON  TX 77056-3726 | COMMUNITY ENERGY LP<br>1920 S COLLEGE AVE<br>TYLER  TX 75701-4112 |
| COMPETITIVE ASSETS<br>489 ALINES ST<br>SUITE 112-104<br>BASTROP  TX 78602-2156 | COMPTROLLER OF PUBLIC ACCOUNTS<br>CO OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY - COLLECTIONS DIVISION MC-008<br>PO BOX 12548<br>AUSTIN TX  78711-2548 | CONCORD ENERGY CONSULTANTS<br>5623 BEAR MEADOW LN<br>KATY  TX 77449-7576 |
| CYBERSOURCE<br>PO BOX 742842<br>LOS ANGELES  CA 90074-2842 | CYBERSOURCE CORPORATION<br>ATTN KATIE TODD<br>PO BOX 947<br>AMERICAN FORK  UT 84003-0947 | DRF INDUSTRIES<br>3600 ROSEWOOD 503<br>HOUSTON  TX 77004-5539 |
| DTE ENERGY<br>414 S MAIN<br>ANN ARBOR  MI 48104-2398 | DTE ENERGY TRADING<br>414 S MAIN<br>ANN ARBOR  MI 48104-2397 | DTE ENERGY TRADING  INC<br>CO HUNTON ANDREWS KURTH LLP<br>ATTN ROBERT A RICH  ESQ<br>NEW YORK  NEW YORK 10166 |
| DARCEE GRICE CONSULTING<br>PO BOX 2471<br>HOUSTON  TX 77252-2471 | DATA  ENERGY SOLUTIONS<br>5511 TRAIL TIMBERS DR<br>HUMBLE  TX 77346-3626 | DAVID ZDUNKEWICZ<br>HUNTON ANDREWS KURTH LLP<br>600 TRAVIS STREET  SUITE 4200<br>HOUSTON  TX 77002-2929 |

| | | |
|---|---|---|
| DIVERSEGY LLC<br>520 BROAD ST<br>NEWARK  NJ 07102-3121 | DIVERSIFIED ENERGY CONSULTANTS<br>3123 BAMMELL LN<br>HOUSTON  TX 77098-2021 | DO NGUYEN<br>3767 HERITAGE COLONY DR<br>MISSOURI CITY  TX 77459-4054 |
| DUON INT RESOURCES<br>1415 S VOSS RD BLDG 110470<br>HOUSTON  TX 77057-1086 | EBOA DBA ENERGYRATESAVERCOM<br>PO BOX 690824<br>HOUSTON  TX 77269-0824 | ERBOA LLC DBA ENERGYBIDZ<br>PO BOX 690824<br>HOUSTON  TX 77269-0824 |
| EZ CHOICE ENERGY LLC<br>3023 ROUTH ST<br>DALLAS  TX 75201 | ECOPOWER LLC<br>4848 FAIRMONT PKWY  265<br>PASADENA  TX 77505-3765 | ECOENERGY TEXAS<br>3204 TRAILBLAZER AVE<br>EDINBURG  TX 78541-4412 |
| EISENBACH CONSULTING<br>5759 EAGLES NEST BLVD SUITE 1<br>TYLER  TX 75703-6228 | ELECT ENERGY INC<br>3225 TURTLE CREEK BLVD 948<br>DALLAS  TX 75219-5466 | ELECTRIC CONNECTION<br>720 MONTROSE TRAIL<br>DESOTO  TX 75115-1745 |
| ELECTRIC EVOLUTION<br>7505 MEMORIAL WOODS 60<br>HOUSTON  TX 77024-3742 | ELECTRICITY FOR LESS<br>1109 MONTEGO RD<br>FORT WORTH  TX 76116-1625 | ELIAS ENERGY GROUP LLC<br>4295 SAN FELIPE STE 300<br>HOUSTON  TX 77027-2958 |
| EMEX CONSOLIDATED PARTNERS<br>11011 RICHMOND AVE SUITE 500<br>HOUSTON  TX 77042-4833 | ENEL NORTH AMERICA INC<br>ONE MARINA PARK DR<br>BOSTON  MA 02210-2769 | ENERCONNEX LLC<br>4140 CLARK SHAW RD<br>POWELL  OH 43065-8086 |
| ENERGY AUCTION HOUSE<br>44 RTE 6A<br>SANDWICH  MA 02563-1863 | ENERGY OGRE LLC<br>24 GREENWAY PLAZA STE 725<br>HOUSTON  TX 77046-2446 | ENERGY ONE MANAGEMENT<br>2429 STONE CREEK DR<br>PLANO  TX 75075-2941 |
| ENERGY PROVIDERS<br>20106 TAMERTON DR<br>SPRING  TX 77388-3187 | ENERGY RESOURCES ALLIANCE<br>9101 SADDLE HORNET<br>PROSPER  TX 75078-8826 | ENERGY SERVICES GROUP<br>141 LONGWATER DRIVE<br>SUITE 113<br>NORWELL  MA 02061-1620 |
| ~~EXCLUDE~~<br><br>~~(U)ENERGY SERVICES GROUP  LLC~~ | ENERGY UTILITY GROUP LLC<br>1402 CLEARVIEW LOOP<br>ROUND ROCK  TX 78664-6989 | ENERGY IN MISSIONS LLC<br>625 COUNTY RD 2515<br>BONHAM  TX 75418-6837 |

```
ENTELERGY LLC                          EQUIFAX                                EREICA JONES
PO BOX 11627                           PO BOX 71221                           PO BOX 140598
SPRING   TX 77391-1627                 CHARLOTTE   NC 28272-1221              DALLAS   TX 75214-0598



ERGOS TECHNOLOGY PARTNERS              EVOLVING ENERGY SOLUTIONS LLC          EXECUTIVE PORTFOLIO INNOVATIVE CONSULTIN
2704 TIMBERLOCH PLACE                  4848 LEMMON AVE SUITE 100337           PO BOX 822906
THE WOODLANDS   TX 77380               DALLAS   TX 75219-1401                 NORTH RICHLAND HILLS   TX 76182-2906



EXPERIAN                               FARZANA LLC                            FIRST INNOVATIVE POWER
DEPT 881971                            7560 TOURNAMENT RD                     5810 FOREST LAND DR
LOS ANGELES   CA 90068                 FRISCO   TX 75035-7119                 HOUSTON   TX 77084-6736



FRONTERA POWER BROKERS LLC             GENESIS POWER USA                      GEOVEND INTERNATIONAL LLC
711 W NOLANA SUITE 102C                1818 WESTWOOD                          9668 WESTHEIMER RD SUITE 78
MCALLEN   TX 78504-3082                ABILENE   TX 79603-2456                HOUSTON   TX 77063-3241



GOLDEN UTILITY SERVICES                GREENTREE POWER LLC                    GUARDIAN ELECTRIC AND GAS
3526 LAKEVIEW PKWY STE 8208            2506 TROPHY CLUB DR                    6619 BRADFORD ESTATES DR
ROWLETT   TX 75088-4176                TROPHY CLUB   TX 76262-3420            SACHSE   TX 75048-3430



HL NATIONAL ENERGY                     HARRIS COUNTY ET AL                    HIGH VOLTAGE ENERGY
519 COLLEGE AVE                        CO JOHN P DILLMAN                      401 VEATECH ST 20
SOUTH HOUSTON   TX 77587-4201          LINEBARGER GOGGAN BLAIR  SAMPSON LLP   JOSHUA   TX 76058-3067
                                       PO BOX 3064
                                       HOUSTON   TX 77253-3064



HIGHPOINT ELECTRIC SERVICE             HOUSTON ENERGY EXCHANGE                IGG SOLUTIONS INC
5802 HAMZA CIRCLE                      2518 BREAUX TRACE                      3501 ROSS AVE SUITE 3012
KILLEEN   TX 76542-4802                SEABROOK   TX 77586-3396               DALLAS   TX 75204-5484



ICE DATA                               IDEAL ENERGY GROUP                     IMAGENET CONSULTING
1415 LOUISIANA                         203 N 17TH ST                          913 N BROADWAY AVE
SUITE 3350                             HIDALGO   TX 78557-3903                OKLAHOMA CITY   OK 73102-5810
HOUSTON   TX 77002-7332



IMPERIAL UTILITY  SUSTAINABILITY       INFINITI ENERGY SERVICES               INFINITI POWER PARTNERS LLC
4545 BISSONNET ST SUITE 104            PO BOX 5545                            2603 AUGUSTA DR SUITE 450
BELLAIRE   TX 77401-3008               ROUND ROCK   TX 78683-5545             HOUSTON   TX 77057-5640
```

| | | |
|---|---|---|
| INFOMAX AGGREGATORS LLC<br>4510 CONNIES CT LN<br>MISSOURI CITY   TX 77459-2936 | INFORMATION MANAGEMENT SOLUTIONS<br>2416 BROCKTON ST<br>SUITE 105<br>SAN ANTONIO   TX 78217-4909 | INNOVATIVE UTILITY SERVICES<br>10051 MARSH LANE<br>DALLAS   TX 75229-6028 |
| INSIGHT ENERGY ADVISORS<br>7052 BRIARMEADOW DR<br>DALLAS   TX 75230-5329 | INTELLERGY LLC<br>2429 BISSONNET ST SUITE 535<br>HOUSTON   TX 77005-1451 | INTERNATIONAL BUSINESS MACHINES<br>3039 CORNWALL ROAD<br>RESEARCH TRAIL PARK   NC 27709 |
| JH ENERGY CONSULTANTS<br>5811 TIDEWATER DR<br>HOUSTON   TX 77085-3357 | JC CONSULTANTS<br>PO BOX 1864<br>CEDAR HILL   TX 75106-1864 | JAN WARD<br>407 CLEARVIEW AVE<br>FRIENDSWOOD   TX 77546-4005 |
| JEFFREY RITTER<br>PO BOX 222<br>FULSHEAR   TX 77441-0222 | JESS CONSULTING AGENCY<br>2627 S BROMPTON<br>PEARLAND   TX 77584-2205 | JIM STRAKER<br>5315 GREEN LN<br>HOUSTON   TX 77066-5101 |
| JOHN GRUBBS<br>3504 BOXWOOD DR<br>GRAPEVINE   TX 76051-4224 | JOHN P WACK<br>851 WHITE MARSH CIRCLE<br>CUYAHOGA FALLS   OH 44223-3818 | JUMP ENERGY SOLUTIONS<br>10221 CENTRE PARK 1725<br>HOUSTON   TX 77043-1362 |
| KWH BROKERS LLC<br>PO BOX 1522<br>MISSOURI CITY   TX 77459-8522 | KWH CONSULTING SERVICES LTD<br>435 S STEWART ST<br>AZLE   TX 76020-3014 | KAMY INC<br>1901 DREW LN<br>RICHARDSON   TX 75082-4825 |
| KATHY PACKER<br>5311 SUN MEADOW DR<br>GRAPEVINE   TX 76051-8413 | KENNETH WILKINSON JR<br>3019 REDSTONE DR<br>ARLINGTON   TX 76001-5490 | KILOWATT PARTNERS INC<br>PO BOX 518<br>KEMAH   TX 77565-0518 |
| KINGDOM CONSULTING SERVICES<br>2009 INDEPENDENCE DR SUITE 105<br>SHERMAN   TX 75090-0216 | LANTERN POWER<br>6711 FALLING WATERS DR<br>SPRING   TX 77379-4851 | LEXIS NEXIS<br>9443 SPRINGBORO PIKE<br>MIAMISBURG   OH 45342-5490 |
| LINC ENERGY LP<br>1022 GLOURIE CIRCLE<br>HOUSTON   TX 77055-7504 | LINDA C ANDRESS<br>841 HERBERLE DR<br>BURLESON   TX 76028-7417 | LOGIX COMMUNICATIONS LP<br>2950 NORTH LOOP WEST<br>8TH FLOOR<br>HOUSTON   TX 77092-8846 |

```
LOGTX FIBER NETWORKS                    MS SERVICES                              MARENDRIA RASHALL
2950 N LOOP WEST 10TH FLOOR             1033 GARDEN OAKS ST                      ROBINS CLOUD LLP
HOUSTON   TX 77092-8891                 COLUMBUS   TX 78934-1688                 2000 WEST LOOP SOUTH SUITE 2200
                                                                                 HOUSTON   TX 77027-3511



MHSC ENERGY LLC                         MATSHEAD ENERGY GROUP                    MATTHEW OKIN
11990 OLD WELLBURN RD ST 6              7907 OXFORDSHIRE DR                      OKIN ADAMS LLP
COLLEGE STATION   TX 77845-7938         SPRING   TX 77379-4669                   1113 VINE ST  SUITE 240
                                                                                 HOUSTON   TX 77002-1044



MICHAEL A WORK                          MICHAEL GLENN FORREST                    MIKE PASS WEATHER SERVICES LLC
4400 SANTA FE LN                        PO BOX 503                               1603 GINGERLEAF LANE
MCKINNEY   TX 75070-4472                POTTSBORO   TX 75076-0503                HOUSTON   TX 77055-3409



MILLENERGY                              MITTERHOFERWILCREST                      NRG SIMPLYSMART SOLUTIONS LLC
6504 BARFIELD DR                        800 WILCREST DRIVE                       211 CARNEGIE CENTER
DALLAS   TX 75252-2504                  SUITE 160                                PRINCETON   NJ 08540-6299
                                        HOUSTON   TX 77042-1461



NATIONAL UTILITY CONSULTING             NATIONWIDE NEW ENERGY MANAGEMENT GROUP   NETZERO POWER
5712 GARRETT DR                         4825 FOX RIDGE LN                        24 GREENWY PLAZA SUITE 1515
PLANO   TX 75093-5929                   MCKINNEY   TX 75071-7884                 HOUSTON   TX 77046-2452



NORTHEASTERN ENERGY ADVISORY SERVICES   ODYSSEY SERVICES                         ONCOR ELECTRIC DELIVERY COMPANY LLC
12001 DESSAU RD  1935                   12303 GREEN TRAILS DR                    1616 WOODALL RODGERS FWY  STE 7A002
AUSTIN   TX 78754-1894                  STAFFORD   TX 77477-2273                 DALLAS   TX 75202-1234



OPTIMAL ENERGY CONSULTANTS              OPTION NEW ENERGY                        ORION ADVISORS GROUP LLC
39005 SHAWNTELLE DR                     PO BOX 440625                            1601 LAS PALMAS CIRCLE
PENITAS   TX 78576-5017                 HOUSTON   TX 77244-0625                  BEEVILLE   TX 78102-2959



PES BROKERS INC                         PGL LLC                                  PAL ENERGY SMART LLC
1305 FM 359 H                           1540 SUPERIOR PLACE                      PO BOX 2046
RICHMOND   TX 77406-2024                FLOWER MOUND   TX 75028-2113             HOUSTON   TX 77252-2046



PAMPAS LIFE LLC                         PARK PLACE POWER CONSULTING LLC          PETER PARTEE  SR
2303 MID LANE 740                       2205 EGYPTIAN WAY                        HUNTON ANDREWS KURTH LLP
HOUSTON   TX 77027-3819                 GRAND PRAIRIE   TX 75050-2838            200 PARK AVENUE
                                                                                 NEW YORK   NY 10166-4499
```

| | | |
|---|---|---|
| PITNEY BOWES<br>PO BOX 371887<br>PITTSBURGH  PA 15250-7887 | PITNEY BOWES INC<br>27 WATERVIEW DR  3RD FL<br>SHELTON CT 06484-4361 | PODS ENERGY<br>3911 WATERVIEW CT<br>MISSOURI CITY  TX 77459-2315 |
| POWER ENEGY USA<br>4606 FM 1960 RD W 400<br>HOUSTON  TX 77069-4615 | POWER EXPERTS LLC<br>13313 SW FWY SUITE 223<br>SUGAR LAND  TX 77478-3660 | POWER PROS<br>817 MONTICELLO DR<br>BURLESON  TX 76028-8207 |
| POWER RITE CONSULTING LLC<br>5005 STILL MEADOW LN<br>CELINA  TX 75009-2843 | POWERAUDITORSCOM<br>5211 WESTWIND CT<br>SUGAR LAND  TX 77479-4120 | PRESTIGE ENERGY MANAGEMENT LLC<br>PO BOX 1422<br>WYLIE  TX 75098-3041 |
| PRIORITY POWER MANAGEMENT<br>5012 PORTICO WAY<br>MIDLAND  TX 79707-3102 | PRO ENERGY GROUP INC<br>14800 ST MARYS LN 250<br>HOUSTON  TX 77079-2943 | PROFESSIONAL ELECTRICITY MANAGEMENT LLC<br>2 DONYS CT<br>HOUSTON  TX 77040-1503 |
| PROSOURCE POWER LLC<br>55 POSSUM TROT HOLLOW RD<br>WHITEWRIGHT  TX 75491-7307 | PRUDENTIAL ENERGY SERVICES<br>2400 AUGUSTA DR SUITE 352<br>HOUSTON  TX 77057-5038 | QUADRANGLE ENERGY LLC<br>1616 WABASH ST<br>FORT WORTH  TX 76107-6598 |
| QUANTUM GAS  POWER SERVICES<br>12305 OLD HUFFMEISTER RD<br>CYPRESS  TX 77429-3231 | QUANTUM SPECTRUM ENERGY<br>950 E STATE HWY 114 SUITE 160 PMB 1612<br>SOUTHLAKE  TX 76092-5261 | QUOTEENERGY LLC<br>99 W MILL RD<br>LONG VALLEY  NJ 07853-3465 |
| RANDY ELWOOD<br>2000 WEST LOOP SOUTH SUITE 2200<br>HOUSTON  TX 77027-3511 | RAY HOPPE<br>11757 KATY FWY SUITE 1300<br>HOUSTON  TX 77079-1725 | RAYMOND ENERGY CLUB LLC<br>4138 KYNDRA CIR<br>RICHARDSON  TX 75082-2761 |
| RAYNALDO FLORES<br>6910 RENATA CIRCLE<br>HOUSTON  TX 77084-1352 | REAL CORPORATION<br>1703 E CALLE CEDRO<br>EDINBURG  TX 78541 | RED HORSE ENERGY GROUP LLC<br>PO BOX 265<br>DESOTO  TX 75123-0265 |
| REVENUE STREAM<br>102 E BROADWAY PO BOX 1282<br>PROSPER  TX 75078-4420 | REYNALDO C VELASQUEZ<br>PO BOX 722393<br>HOUSTON  TX 77272-2393 | RHINO ENERGY<br>4808 FAIRMONT PKWY 265<br>PASADENA  TX 77505-3722 |

| | | |
|---|---|---|
| RHINO GAS  ELECTRIC<br>519 BIRDSONG<br>LEAGUE CITY  TX 77573-2543 | RIDGEBROOK ENERGY GROUP LLC<br>2311 CANYON SPRINGS DR<br>PEARLAND  TX 77584-3413 | ROWE ENERGY<br>438 OLEANDER<br>DUNCANVILLE  TX 75137-3321 |
| SFI LOANS LLC<br>15741 MAPLEVIEW CIRCLE<br>DALLAS  TX 75248-4224 | SERVANT ENERGY PARTNERS<br>10 WINDING HOLLOW<br>COPPELL  TX 75019-6434 | SEVEN UTILITY MANAGEMENT<br>21175 TOMBALL PKWY SUITE 216<br>HOUSTON  TX 77070-1655 |
| SHAACHJA ENERGY COMPANY<br>9214 BRISTLEBROOK DR<br>HOUSTON  TX 77083-5987 | SIMPLY COMPETITIVE ENERGY<br>PO BOX 818<br>SULPHUR SPRINGS  TX 75483-0818 | SMART SALES SOLUTIONS<br>8255 SUNBURY LN 1010<br>HOUSTON  TX 77095-5910 |
| SOUTHERN STAR UTILITY<br>14006 OVERBROOK LANE<br>HOUSTON  TX 77077-5318 | STEVEN F TRIMARCO<br>1703 W CALLE CEDRO<br>HOUSTON  TEXAS 77042 | STRATIS ENERGY SERVICES LLC<br>17330 PRESTON RD STE 2000<br>DALLAS  TX 75252-5728 |
| SYMBIO ENERGY PARTNERS LLC<br>1923 WASHINGTON AVE<br>HOUSTON  TX 77007-6132 | TES ENERGY SERVICES LP<br>17480 DALLAS PKWY SUITE 200<br>DALLAS  TX 75287-7304 | TEXAS WORKFORCE COMMISSION<br>REGULATORY INTEGRITY DIVISION  SAU<br>101 15TH STREET  ROOM 556<br>AUSTIN  TX 78778-0001 |
| USPS CHANGE<br><br>TFS ENERGY SOLUTIONS<br>9 W BROAD ST STE 100<br>STAMFORD CT  06902-3764 | TMS SERVICES<br>1033 GARDEN OAKS ST<br>COLUMBUS  TX 78934-1688 | TPL ENERGY<br>10700 RICHMOND AVE SUITE 246<br>HOUSTON  TX 77042-4926 |
| (P)TELECHECK SERVICES INC<br>P O BOX 6806<br>HAGERSTOWN MD 21741-6806 | TELVENT DTN<br>26385 NETWORK PLACE<br>CHICAGO  IL 60673-1263 | TEXA ENERGY EXPERTS LLC<br>18207 WILLOW CT<br>SPRING  TX 77379-6168 |
| TEXAS ENERGY BROKERS<br>7215 SILVER MEADOW CT<br>HOUSTON  TX 77041-1700 | TEXAS ENERGY OPTIONS INC<br>3330 N BRIARPARK LN<br>SUGAR LAND  TX 77479-2295 | TEXAS ENERGY SERVICES<br>9207 BUFFALO BEND LN<br>HOUSTON  TX 77089-5912 |
| TEXAS POWER  GAS LLC<br>4800 SCOTTWOOD DR<br>WACO  TX 76708-1247 | TEXAS UTILITY ADVISORS<br>16602 ISLAND SHORE CT<br>HOUSTON  TX 77095-6563 | TIMOTHY SHIELDS<br>2322 ROYAL OAKS<br>GARLAND  TX 75040-4145 |

| | | |
|---|---|---|
| TRAVIS QUINN<br>14335 HERON MARSH DR<br>CYPRESS   TX 77429-6854 | TRUEENERGY SERVICES<br>8117 PRESTON RD SUITE 30<br>DALLAS   TX 75225-6332 | US ENERGY EXPERTS<br>1501 SAN JACINTO DR<br>FLOWER MOUND   TX 75028-8293 |
| US ENERGY PROFESSIONALS<br>PO BOX 595<br>ALEDO   TX 76008-0595 | US TRUSTEE<br>OFFICE OF THE US TRUSTEE<br>515 RUSK AVE<br>STE 3516<br>HOUSTON   TX 77002-2604 | USA POWER   LIGHTS<br>8618 HUMPHREY DR<br>HOUSTON   TX 77083-6033 |
| USEC LLC<br>77 SUGAR CREEK BLVD SUITE 501<br>SUGAR LAND   TX 77478 | UNIFIED ENERGY SERVICES<br>3900 ESSEX SUITE 750<br>HOUSTON   TX 77027-5489 | UNITED ENERGY GROUP<br>2420 BRENNAN DR<br>PLANO   TX 75075-6620 |
| UNITED POWER CONSULTANTS<br>2001 N FEDERAL HWY SUITE 316<br>POMPANO BEACH   FL 33062-1019 | UNITED STATES TRUSTEES OFFICE<br>515 RUSK ST   SUITE 3516<br>HOUSTON   TX 77002-2604 | VERDAD POWER LLC<br>15827 ROSEVIEW LN<br>CYPRESS   TX 77429-6704 |
| VERDIGRIS ENERGY LLC<br>1711 BUR OAK DR<br>ALLEN   TX 75002-6394 | VOCALCOM<br>PO BOX 120842<br>ARLINGTON   TX 76012-0842 | VOCALCOM LLC<br>CO JAIMEE LA TOUR<br>2221 EAST LAMAR BLVD SUITE 225<br>ARLINGTON   TX 76006-7490 |
| VYBRANZE LLC<br>113 W BROADWAY PO BOX 876<br>PROSPER   TX 75078-4414 | WATERMARK POWER SOLTIONS<br>9500 RAY WHITE SUITE 200<br>KELLER   TX 76244-9105 | WATTS YOUR RATE<br>3103 PECAN ST<br>HOUSTON   TX 77087-1331 |
| WILLIAM BURGESS<br>114 DIAMOND BACK LN<br>MONTGOMERY   TX 77316-1583 | WIZARD ENERGY SAVINGS LLC<br>3619 ROBINSON RD<br>MISSOURI CITY   TX 77459-4313 | YOUR ELECTRIC BROKER<br>4607 CYPRESSWOOD DR APT 407<br>SPRING   TX 77379-8350 |
| Z CHAMPION   ASSOCIATES LLC<br>1310 RAYFORD PARK RD 216<br>SPRING   TX 77386-4691 | ZON ENERGY INC<br>16146 PARISH HALL DR<br>SPRING   TX 77379-6630 | MATTHEW SCOTT OKIN<br>OKIN ADAMS LLP<br>1113 VINE STREET   SUITE 240<br>HOUSTON   TX 77002-1044 |
| PETER NGUYEN<br>PO BOX 682046<br>HOUSTON   TX 77268-2046 | ~~EXCLUDE~~<br>~~RANDY W WILLIAMS~~<br>~~BYMAN   ASSOCIATES PLLC~~<br>~~7924 BROADWAY~~<br>~~SUITE 104~~<br>~~PEARLAND   TX 77581-7933~~ | TIMOTHY L WENTWORTH<br>OKIN ADAMS   LLP<br>1113 VINE ST   SUITE 240<br>HOUSTON   TX 77002-1044 |