# WITNESS AND EXHIBIT LIST
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 4:23-cv-04787-AM |
| **Name of Debtor:** | *In re Professional Fee Matters Concerning The Jackson Walker Law Firm* |
| **Adversary Case No:** | N/A |
| **Style of Adversary:** | N/A |

| **State whether this amends or supplements a previously filed Witness & Exhibit list** | **Amends** | | **Supplements** | |
|---|---|---|---|---|
| | Date | ECF No. | Date | ECF No. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| **Hearing/Trial Date:** | March 17 – 19, 2026 |
| **Hearing Time:** | 9:00 AM |
| **Party's Name:** | Seadrill Partners, LLC reorganized debtors and the Seadrill Limited reorganized debtors |
| **Attorney's Name:** | Philip G. Eisenberg and Simon R. Mayer |
| **Attorney's Phone:** | (832) 226-1304 and (832) 226-1507 |

| **Nature of Proceeding(s):** | CM/ECF No. | Matter |
|---|---|---|
| | 90 | Motion for Order Approving Compromise and Settlement Pursuant to Federal Rule of Bankruptcy Procedure |
| | 93 | The U.S. Trustee's Omnibus Objection to Approval of Private Party Settlements That Preempt Adjudication of the U.S. Trustee's Rule 60(b) Motions |
| | 94 | Seadrill's Response to the U.S. Trustee's Omnibus Objection to Approval of Private Party Settlement That Preempt Adjudication of the U.S. Trustee's Rule 60(b) Motions |
| | 179 | Jackson Walker LLP's Omnibus Reply to the U.S. Trustee's Objections to Motions for Entry of Order Approving Compromise of Controversy Under Bankruptcy Rule 9019 Filed by the Settling Parties |
| | | |
| | | |
| | | |

**Form No. 1-100**

Last Revised August 13, 2025

| WITNESS LIST ||
|---|---|
| **Lay Witnesses:** | Nicole Anderson |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| **REBUTTAL/ IMPEACHMENT WITNESSES** ||
| | |
| **Lay Witnesses:** | |
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |

| | | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION**[1] | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| | | | | |
| 1. | *Settlement Agreement and Release* between Seadrill Partners and Seadrill Limited, on one hand, and Jackson Walker LLP on the other, dated July 16, 2025 (10 pages) (4:23-cv-04787, Docket No. 90-1) | | | |
| **In re Seadrill Partners LLC, et al. (20-35740)** |||||
| 2. | *Order Granting the Application of Debtors and Debtors-In-Possession to Retain Jackson Walker LLP as Co-Counsel and Local Counsel for Debtors and Debtors-In-Possession* (3 pages) (Case No. 20-35740, Docket No. 136) (*Certified*)* | | | |

---

[1] For Exhibits marked with *, certified copies of such Exhibits (Exhibits 2 through 27) were ordered from the United States Clerk's office.  Such certified copies were not received prior to the filing of this Witness and Exhibit List.  Seadrill will supplement and/or amend this Witness and Exhibit List upon receipt of the certified copies.

**Form No. 1-100**

Last Revised August 13, 2025

| | | | | |
|---|---|---|---|---|
| 3. | *Fourth Amended Joint Plan of Reorganization of Seadrill Partners LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (104 pages) (Case No. 20-35740, Docket No. 562) (*Certified*)* | | | |
| 4. | *Order (I) Approving the Disclosure Statement, (II) Confirming the Fourth Amended Joint Plan of Reorganization of Seadrill Partners LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, and (III) Granting Related Relief* (118 pages) (Case No. 20-35740, Docket No. 570) (*Certified*)* | | | |
| 5. | *Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) Related Bar Dates* (6 pages) (Case No. 20-35740, Docket No. 586) (*Certified*)* | | | |
| 6. | *Order Granting Jackson Walker LLP's First and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsell to the Debtors for the Period from December 1, 2020 through May 14, 2021* (2 pages) (Case No. 20-35740, Docket No. 690) (*Certified*)* | | | |
| 7. | *United States Trustee's Motion for Relief from Judgment or Order Pursuant to Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving any Jackson Walker Applications for Compensation and Reimbursement of Expenses* (52 pages) (Case No. 20-35740, Docket No. 834) (*Certified*)* | | | |
| 8. | *Reorganized Debtors' Notice in Connection with the Jackson Walker LLP Fee Dispute* (5 pages) (Case No. 20-35740, Docket No. 857) (*Certified*)* | | | |

**Form No. 1-100**

Last Revised August 13, 2025

| | | | | |
|---|---|---|---|---|
| 9. | *United States Trustee's Amended and Supplemental Motion for Relief from Judgment or Order Pursuant to Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving the Retention and Compensation Applications of Jackson Walker LLP, (2) Sanctions, and (3) Related Relief* (85 pages) (Case No. 20-35740, Docket No. 877) (*Certified*)\* | | | |
| 10. | *Order Reopening Seadrill Operating GP LLC Case and Final Decree Closing Seadrill Partners, LLC Case* (4 pages) (Case No. 20-35740, Docket No. 890) (*Certified*)\* | | | |
| 11. | *Jackson Walker LLP's Response in Opposition to the United States Trustee's Amended and Supplemental Motion for Relief from Judgment or Order Pursuant to Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving the Retention and Compensation Applications of Jackson Walker LLP, (2) Sanctions, and (3) Related Relief* (174 pages) (Case No. 20-35760, Docket No. 14) (*Certified*)\* | | | |
| 12. | *United States Trustee's Reply to Jackson Walker LLP's Response in Opposition to the United States Trustee's Amended and Supplemental Motion for (1) Relief from Judgment or Order Pursuant to Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving the Retention and Compensation Applications of Jackson Walker LLP, (2) Sanctions, and (3) Related Relief* (75 pages) (Case No. 20-35760, Docket No. 16) (*Certified*)\* | | | |

**Form No. 1-100**

Last Revised August 13, 2025

| | | | | |
|---|---|---|---|---|
| 13. | *Jackson Walker LLP's Sur-Reply in Support of its Opposition to the U.S. Trustee's Amended and Supplemental Motion for (1) Relief Under Federal Rule of Civil Procedure 60(B)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving the Retention and Compensation Applications of Jackson Walker LLP, (2) Sanctions, and (3) Related Relief* (30 pages) (Case No. 20-35760, Docket No. 18) (*Certified*)* | | | |
| | **In re Seadrill Limited, et al. (21-30427)** | | | |
| 14. | *Order Granting the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Jackson Walker LLP as Co-Counsel and Conflicts Counsel* (3 pages) (Case No. 21-30427, Docket No. 302) (*Certified*)* | | | |
| 15. | *Second Amended Joint Chapter 11 Plan of Reorganization of Seadrill Limited and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (130 pages) (Case No. 21-30427, Docket No. 1109) (*Certified*)* | | | |
| 16. | *Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of Seadrill Limited and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (133 pages) (Case No. 21-30427, Docket No. 1158) (*Certified*)* | | | |
| 17. | *Order Granting Jackson Walker LLP's First Interim Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the Debtors for the Period from February 10, 2021 through May 31, 2021* (1 page) (Case No. 21-30427, Docket No. 1273) (*Certified*)* | | | |

**Form No. 1-100**

Last Revised August 13, 2025

| | | | | |
|---|---|---|---|---|
| 18. | *Order Granting Jackson Walker LLP's Second Interim Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the Debtors for the Period from June 1, 2021 through August 31, 2021* (1 page) (Case No. 21-30427, Docket No. 1274) (*Certified*)* | | | |
| 19. | *Final Order Allowing Compensation and Reimbursement of Expenses* (1 page) (Case No. 21-30427, Docket No. 1340) (*Certified*)* | | | |
| 20. | *Notice of (I) Entry of Confirmation Order, (II) Occurrence of the Effective Date, and (III) Related Bar Dates* (5 pages) (Case No. 21-30427, Docket No. 1399) (*Certified*)* | | | |
| 21. | *United States Trustee's Motion for Relief from Judgment or Order Pursuant to Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving any Jackson Walker Applications for Compensation and Reimbursement of Expenses* (52 pages) (Case No. 21-30427, Docket No. 888) (*Certified*)* | | | |
| 22. | *United States Trustee's Amended and Supplemental Motion for (1) Relief from Judgment or Order Pursuant to Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving the Retention and Compensation Applications of Jackson Walker LLP, (2) Sanctions, and (3) Related Relief* (85 pages) (Case No. 21-30427, Docket No. 1621) (*Certified*)* | | | |
| 23. | *Motion to Substitute Counsel and to Withdraw* (4 pages) (Case No. 21-30427, Docket No. 1622) (*Certified*)* | | | |
| 24. | *Reorganized Debtors' Notice in Connection with the Jackson Walker LLP Fee Dispute* (5 pages) (Case No. 21-30427, Docket No. 1634) (*Certified*)* | | | |

**Form No. 1-100**

Last Revised August 13, 2025

| | | | | |
|---|---|---|---|---|
| 25. | *Jackson Walker LLP's Response in Opposition to the United States Trustee's Amended and Supplemental Motion for (1) Relief from Judgment or Order Pursuant to Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving the Retention and Compensation Applications of Jackson Walker LLP, (2) Sanctions, and (3) Related Relief* (174 pages) (Case No. 21-30427, Docket No. 1649) (*Certified*)* | | | |
| 26. | *United States Trustee's Reply to Jackson Walker LLP's Response in Opposition to the United States Trustee's Amended and Supplemental Motion for (1) Relief from Judgment or Order Pursuant to Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving the Retention and Compensation Applications of Jackson Walker LLP, (2) Sanctions, and (3) Related Relief* (75 pages) (Case No. 21-30427, Docket No. 1659) (*Certified*)* | | | |
| 27. | *Jackson Walker LLP's Sur-Reply in Support of its Opposition to the U.S. Trustee's Amended and Supplemental Motion for (1) Relief Under Federal Rule of Civil Procedure 60(B)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving the Retention and Compensation Applications of Jackson Walker LLP, (2) Sanctions, and (3) Related Relief* (30 pages) (Case No. 21-30427, Docket No. 1667) (*Certified*)* | | | |
| **In re Professional Fee Matters Concerning The Jackson Walker Law Firm (4:23-cv-04787)** | | | | |
| 28. | *United States Trustee's Objections and Responses to Seadrill's First (I) Request for Admissions; (II) Interrogatories; and (III) Demand for Production of Documents to the U.S. Trustee Pursuant to the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure* (37 pages) | | | |

**Form No. 1-100**

Last Revised August 13, 2025

| | | | | |
|---|---|---|---|---|
| **29.** | The U.S. Trustee's Omnibus Objection to Approval of Private Party Settlements That Preempt Adjudication of the U.S. Trustee's Rule 60(b) Motions (6 pages) (Case No. 4:23-cv-04787, Docket No. 93) | | | |
| | | | | |

| REBUTTAL/IMPEACHMENT EXHIBITS |
|---|

| | | | | |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

Respectfully Submitted,

*/s/ Simon R. Mayer*
Philip G. Eisenberg
Texas Bar Number 24033923
Simon R. Mayer
Texas Bar Number 24060243
**TROUTMAN PEPPER LOCKE LLP**
600 Travis Street, Suite 2800
Houston, TX 77002
Telephone: 713-226-1200
Facsimile: 713-226-3717
Email: phil.eisenberg@troutman.com
           simon.mayer@troutman.com

*Attorneys for the Seadrill Partners, LLC Reorganized Debtors and the Seadrill Limited Reorganized Debtors*

**Form No. 1-100**

Last Revised August 13, 2025

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on March 3, 2026, a true and correct copy of the foregoing was served electronically via the Court's Electronic Case Filing System on all parties registered for service in this civil proceeding.

                                                  */s/ Simon R. Mayer*
                                                  Simon R. Mayer

**Form No. 1-100**

Last Revised August 13, 2025