**WITNESS AND EXHIBIT LIST**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION[1]

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 4:23-CV-4787-AM |
| **Name of Debtor:** | In re: Professional Fee Matters Concerning the Jackson Walker Law Firm |

| | |
|---|---|
| **Adversary Case No:** | NA |
| **Style of Adversary:** | NA |

| | Amends | | Supplements | |
|---|---|---|---|---|
| **State whether this amends or supplements a previously filed Witness & Exhibit list** | **Date** | **ECF No.** | **Date** | **ECF No.** |
| | NA | NA | NA | NA |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| **Hearing/Trial Date:** | March 17 through March 19, 2026 |
| **Hearing Time:** | 9:00 a.m. |
| **Party's Name:** | Kevin Epstein, U.S. Trustee |
| **Attorney's Name:** | Laura D. Steele, Brian Thill, Joel Charboneau, Vianey Garza, Millie Sall |
| **Attorney's Phone:** | (713) 718-4650 |

| | **CM/ECF No.** | **Matter** |
|---|---|---|
| **Nature of Proceeding(s):** | | **March 17, 2026, at 9:00 a.m.** |
| | Case No. 4:23-CV-4787, ECF No. 96. | **20-20184 & 25-2002 – Old Copper Co. Inc.:** "Motion for Order Approving Compromise and Settlement Pursuant to the Bankruptcy Rule 9019" filed on September 11, 2025, by Old Copper Company Inc. F/K/A J. C. Penney Company Inc. and Copper Sub Corporation, Inc. F/K/A J. C. Penney Corporation, Inc., As Wind Down Debtors In J. C. Penney Direct Marketing Services LLC, by and through its Plan Administrators |
| | Case No. 4:23-CV-4787, ECF No. 98. | **21-90054 – Strike, LLC**: "Motion for Entry of Order Approving Compromise of Controversy under Bankruptcy Procedure 9019" filed on September 24, 2025 by Patrick Bartels, as Trustee for the Strike Liquidating Trust |
| | Case No. 4:23-CV-4787, ECF No. 97. | **23-90055 – Auto Plus Auto Sales LLC**: "Motion for Entry of Order Approving Compromise of Controversy under Bankruptcy Rule 9019" filed on September 24, 2025, by Patrick Bartels, as Plan Agent for the Wind-Down Debtor In re Auto Plus Auto Sales LLC (formerly In re IEH Auto Parts Holding, LLC, et al.). |

---

[1] The U.S. Trustee files this Exhibit and Witness List in compliance with the Bankruptcy Court's Order Setting In-Person Evidentiary Hearing [ECF No. 156], but does not waive, and hereby explicitly reserves, all rights and defenses to the Order to the extent it exceeds the District Court's abatement and limited referral of these matters. *See* ECF Nos. 109, 140, 181.

**Form No. 1-100**

Last Revised August 13, 2025

| | | |
|---|---|---|
| | **March 18, 2026, at 9:00 a.m.** | |
| | Case No. 4:23-CV-4787, ECF No. 90. | **20-35740 and 21-30427 – Seadrill Partners LLC and Seadrill Limited**: "Motion for Order Approving Compromise and Settlement Pursuant to Federal Rule of Bankruptcy Procedure 9019" filed on July 25, 2025, by Seadrill Partners, LLC reorganized debtors and the Seadrill Limited Reorganized Debtors. |
| | Case No. 4:23-CV-4787, ECF No. 57. | **21-30936 – Brilliant Energy, LLC:** "Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019" filed on May 13, 2025, by Randy W. Williams, Chapter 7 trustee for Brilliant Energy, LLC. |
| | Case No. 4:23-CV-4787, ECF No. 108. | **20-32564 – Stage Stores, Inc:** Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019" filed on November 10, 2025, by Steven Balasiano, solely in his capacity as Plan Administrator for each of the wind-down debtors in the jointly administered cases of Stage Stores, Inc. |
| | Case No. 4:23-CV-4787, ECF No. 91. | **22-90018 – Sungard AS New Holdings, LLC**: "Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019" filed on July 29, 2025, by Sungard AS New Holdings, LLC, the wind-down debtor, by and through Drivetrain LLC, the Plan Administrator. |
| | **March 19, 2026, at 9:00 a.m.** | |
| | Bankr. 22-50009, ECF No. 715. | **22-50009 – 4E Brands Northamerica, LLC**: "Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019" filed on April 7, 2025, by David Dunn, Plan Agent and sole manager, sole director, sole officer and sole representative of 4E Brands Northamerica LLC. |
| | Bankr. 21-90002, ECF No. 1884. | **21-90002 – Basic Energy Liquidation Trust**: "Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019" filed on April 4, 2025, by David Dunn, Liquidation Trustee for the Basic Energy Liquidation Trust. |

| **WITNESS LIST** [2] | |
|---|---|
| | |
| **Lay Witnesses:** | |
| | Alethea Caluza, U.S. Trustee Paralegal, or other designated representative of the U.S. Trustee |
| | Any witness listed, offered, or called by any other party |
| | |
| | |
| **Expert Witnesses:** | NA |
| | |
| | |
| | |
| **REBUTTAL/ IMPEACHMENT WITNESSES** | |
| | |
| **Lay Witnesses:** | Any witness required for rebuttal or impeachment |
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | NA |
| | |

[2] Witnesses for each respective case are identified on each case's respective Witness & Exhibit List.

**Form No. 1-100**

|  |  |  |
| --- | --- | --- |
|  |  |  |
|  |  |  |

| | | FOR COURT USE ONLY | | |
| --- | --- | --- | --- | --- |
| **EX. NO.**[3] | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| | | | | |
| **1.** | Rolla Street Property General Warranty Deed recorded on June 27, 2017 | | | |
| **2.** | Rolla Street Property Survivorship Agreement recorded on June 27, 2017 | | | |
| **3.** | Holland & Knight Letter Regarding "Judicial Disqualification Question" dated September 22, 2021 | | | |
| **4.** | Email from Holland & Knight to Jackson Walker Regarding "Jenkins Williams - Disclosure due tomorrow" dated May 10, 2022 | | | |
| **5.** | Email from Jackson Walker to Holland & Knight Regarding "Call regarding tomorrow's disclosure" sent at 12:14 a.m. UTC on May 11, 2022 (7:14 p.m. CST on May 10, 2022) | | | |
| **6.** | Email and Letter from Holland and Knight to Jackson Walker Regarding "Duties of Attorney Knowing of Judicial Misconduct" dated June 2, 2022 | | | |
| **7.** | Email from Jackson Walker to Elizabeth Freeman with Attached Confidential Withdrawal Agreement dated November 30, 2022 | | | |
| **8.** | Preliminary Response of Jackson Walker LLP to Recent Filings by the Office of the United States Trustee | | | |
| **9.** | Excerpts from Deposition Transcript of Ross Forbes, Jr. dated August 19, 2024 | | | |
| **10.** | Excerpts from Deposition Transcript of Matthew D. Cavenaugh dated August 30, 2024 | | | |
| **11.** | Excerpts from Deposition Transcript of Veronica A. Polnick dated October 3, 2024 | | | |
| **12.** | Leopards Solutions Article entitled "Jackson Walker Ranks amount Top 100 in 2025 Leopard Law Firm Index" dated February 27, 2025. | | | |
| **13.** | First Amended Complaint filed in *Old Copper Company Inc. et al. v. Jackson Walker LLP*, Adv. No. 25-2002, filed on May 1, 2025 | | | |
| **14.** | The Texas Lawbook Article entitled "Lawbook 50: Eight Firms - All Texas, All the Time, All Profitable" dated May 20, 2025 | | | |

---

[3] The exhibits identified herein are common to each matter referenced in the Nature of Proceedings section.

**Form No. 1-100**

| | | | | |
|---|---|---|---|---|
| **15.** | Excerpts from Transcript of Status Conference before the Honorable Eduardo V. Rodriguez, Chief United States Bankruptcy Court Judge dated December 9, 2025 | | | |
| **16.** | Jackson Walker, LLP's Statement in Response to December 9, 2025, Status Conference | | | |
| **17.** | U.S. Trustee's Notice of Proposed Agenda | | | |
| **18.** | Jackson Walker LLP's Omnibus Reply to the U.S. Trustee's Objections to Motions for Entry of Order Approving Compromise of Controversy Under Bankruptcy Rule 9019 Filed by the Settling Parties | | | |
| **19.** | Deposition Transcript of W. Ross Forbes, 30(b)(6) Witness for Jackson Walker, LLP, taken on February 17, 2026 | | | |
| **20.** | All exhibits presented or designated by any other party in interest for the hearing | | | |
| | **REBUTTAL/IMPEACHMENT EXHIBITS** | | | |
| **1.** | | | | |
| **2.** | | | | |
| **3.** | | | | |
| **4.** | | | | |
| **5.** | | | | |
| **6.** | | | | |
| **7.** | | | | |
| **8.** | | | | |
| **9.** | | | | |
| **10.** | | | | |

Date: March 3, 2026                    Respectfully Submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN AND WESTERN
DISTRICTS OF TEXAS

By: */s/ Vianey Garza*
    Millie Aponte Sall, Assistant U.S. Trustee
    Tex. Bar No. 01278050/Fed. ID No. 11271
    Vianey Garza, Trial Attorney
    Tex. Bar No. 24083057/Fed. ID No. 1812278
    Laura D. Steele, Trial Attorney
    Wis. Bar No. 1065702/Fed. ID No. 3878215
    515 Rusk, Suite 3516
    Houston, Texas 77002
    (713) 718-4650 – Telephone
    (713) 718-4670 – Fax
    Email:  millie.sall@usdoj.gov
             vianey.garza@usdoj.gov
             laura.steele@usdoj.gov

**Form No. 1-100**

Last Revised August 13, 2025

**Form No. 1-100**

Last Revised August 13, 2025