RP-2017-284445
06/27/2017 ER $20.00

RP-2017-284445

## General Warranty Deed

**Date:**          June 26, 2017

**Grantor:**       **Quintessa Homes and Properties, L.P.**, a Texas limited partnership
                   Attn:   Fullerton Holdings Corporation, General Partner
                           Gautam V. Gopinath, President
                   2020 North Loop West, Suite 220
                   Houston, Harris County, Texas 77018-8103

**Grantee:**       **Elizabeth Carol Freeman**, a single woman, and **David R. Jones**, a single
                   man, **as joint tenants with rights of survivorship as set forth in a
                   Survivorship Agreement executed and recorded at the same time as this
                   deed**
                   6530 Rolla
                   Houston, Harris County, Texas 77055

**Consideration:** Good and valuable consideration, the receipt and sufficiency of which is
                   hereby acknowledged

**Property (including any improvements):**
       Lot Forty (40), in Block Fourteen (14), of **WESTVIEW TERRACE**, an addition in Harris
       County, Texas, according to the map or plat thereof recorded in Volume 27, Page 17, of the
       Map Records of Harris County, Texas

**Reservations from Conveyance:**     None

**Exceptions to Conveyance and Warranty:**
       Easements, rights-of-way, restrictions, conditions, covenants, prescriptive rights and all other
       encumbrances, other than liens and conveyances, that affect the property and are of record
       in Harris County, Texas, and ad valorem taxes for 2017.

       Grantor, for the Consideration and subject to the Reservations from Conveyance and the
Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together
with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold
it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and
Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee
and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or
to claim the same or any part thereof, except as to the Reservations from Conveyance and the
Exceptions to Conveyance and Warranty.

171101341\General Warranty Deed

Page 1

USTP (Common) Ex. 1
Page 1 of 4

*Lipson Expert_00009*          *U.S. Trustee's Exhibit 191*          UST 0773



When the context requires, singular nouns and pronouns include the plural.

**Quintessa Homes and Properties, L.P.,**
a Texas limited partnership

By its General Partner:

Fullerton Holdings Corporation,
a Texas corporation

By: _____
**Gautam V. Gopinath**, President

STATE OF TEXAS            §
                          §
COUNTY OF HARRIS          §

This instrument was acknowledged before me on the 26th day of June, 2017, by **Gautam V. Gopinath**, President of Fullerton Holdings Corporation, a Texas business corporation, as general partner of and on behalf of **Quintessa Homes and Properties, L.P.**, a Texas limited partnership.

_____
Notary Public, State of Texas



AFTER RECORDING RETURN TO:

Veritas Title Company
2339 University Blvd., 3rd Floor
Houston TX 77005

171101341\General Warranty Deed                                    Page 2

USTP (Common) Ex. 1
Page 2 of 4

RP-2017-284445

UST 0774



RP-2017-284445

RP-2017-284445
# Pages 3
06/27/2017 08:31 AM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
STAN STANART
COUNTY CLERK
Fees  $20.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY, TEXAS

USTP (Common) Ex. 1
Page 3 of 4





I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages are a true and correct copy of the original record filed and recorded in my office, electronically or hard copy, as it appears on this date.

Witness my official hand and seal of office
This January 30, 2024

*Teneshia Hudspeth*

Teneshia Hudspeth, County Clerk
Harris County, Texas

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

USTP (Common) Ex. 1
Page 4 of 4



*UST 0776*