RP-2017-284446
06/27/2017 ER $20.00

Page 1 of 3   Tuesday, January 30, 2024   County Clerk Harris County, Texas

# Survivorship Agreement

**Date:**                June ℳ, 2017

**Owners:**             **Elizabeth Carol Freeman**, a single woman
6530 Rolla
Houston, Harris County, Texas 77055

**David R. Jones**, a single man
6530 Rolla
Houston, Harris County, Texas 77055

**Property (including any improvements):**
**Lot Forty (40), in Block Fourteen (14), of WESTVIEW TERRACE**, an addition in Harris County, Texas, according to the map or plat thereof recorded in Volume 27, Page 17, of the Map Records of Harris County, Texas

Owners own the Property jointly and for valuable consideration agree with each other as follows:

1. If no severance occurs before the death of either Owner, then on the death of either Owner, the interest of the joint Owner who dies will survive to the surviving joint Owner.

2. Owners will after this date own the Property in the same manner as joint tenants with right of survivorship.

3. This agreement may be revoked, and the joint tenancy of Owners in the Property may be severed, only by a written instrument signed by all Owners.

4. This agreement is binding on Owners and Owners' respective heirs and successors.

_____
**Elizabeth Carol Freeman**

_____
**David R. Jones**

171101341\Survivorship Agreement                                                          Page 1

USTP (Common) Ex. 2
Page 1 of 4



STATE OF TEXAS             §
                          §
COUNTY OF HARRIS           §

     This instrument was acknowledged before me on the 26ᵗʰ day of June, 2017, by **Elizabeth Carol Freeman** and **David R. Jones**.

Notary Public, State of Texas



AFTER RECORDING RETURN TO:

Veritas Title Company
2339 University Blvd., 3ʳᵈ Floor
Houston TX 77005

171101341\Survivorship Agreement                                    Page 2

USTP (Common) Ex. 2
Page 2 of 4

RP-2017-284446



RP-2017-284446

RP-2017-284446
# Pages 3
06/27/2017 08:31 AM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
STAN STANART
COUNTY CLERK
Fees  $20.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

Stan Stanart
COUNTY CLERK
HARRIS COUNTY, TEXAS

USTP (Common) Ex. 2
Page 3 of 4



*UST 0779*



I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages
are a true and correct copy of the original record filed and recorded in my office,
electronically or hard copy, as it appears on this date.

**Witness my official hand and seal of office**
**This January 30, 2024**

*Teneshia Hudspeth*

**Teneshia Hudspeth, County Clerk**
**Harris County, Texas**

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and
unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the
Public Information Act.

USTP (Common) Ex. 2
Page 4 of 4



*UST 0780*