UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

- - - - - - - - - - - - - - - -

IN RE:                        )

PROFESSIONAL FEE MATTERS       ) CASE NO.

CONCERNING JACKSON WALKER      ) 23-00645 (EVR)

LAW FIRM,                      ) CHAPTER 11

        Debtor.                )

- - - - - - - - - - - - - - - -

DEPOSITION OF ROSS FORBES, JR.

MONDAY, AUGUST 19, 2024

BEHMKE REPORTING AND VIDEO SERVICES, INC.

BY:  BRANDON D. COMBS, CSR NO. 12978

550 CALIFORNIA STREET, SUITE 820

SAN FRANCISCO, CALIFORNIA  94104

(415) 597-5600

USTP (Common) Ex. 9
Page 1 of 8

APPEARANCES OF COUNSEL (CONTINUED):

FOR RANDY WILLIAMS, CHAPTER 7 TRUSTEE:

    BYMAN & ASSOCIATES, PLLC

    BY:  C. ALEXANDER HIGGINBOTHAM, ATTORNEY AT LAW

        (VIA VIDEOCONFERENCE)

    7924 Broadway, Suite 104

    Pearland, Texas  77581

    Telephone:  (281) 815-8853

    Email:  cah@bymanlaw.com


FOR PATRICK BARTELS, AS TRUSTEE FOR THE STRIKE

LIQUIDATING TRUST:

    McCLOSKEY ROBERSON WOOLEY, PLLC

    BY:  CARISSA BREWSTER, ATTORNEY AT LAW

        (VIA VIDEOCONFERENCE)

    190 TC Jester Boulevard, Suite 400

    Houston, Texas  77007

    Telephone:  (713) 337-3902

    Email:  cbrewster@mrwpllc.com

USTP (Common) Ex. 9
Page 2 of 8

Q.    And how did you learn that?

A.    My client, Gary George, who is the general counsel of Warren Equipment Company, was in town for depositions.  I was representing them in a case at the time.

And we had either been preparing his operations people or they had been deposed that day.  He was there for several days.  And we went to dinner.

And I had given Mr. George the firm's Cowboys tickets for Thanksgiving of '21.  The Cowboys were playing the Oakland Raiders.  And one of Mr. George's friends, Nick Simms, is a huge Raiders fan.

I was supposed to go with them, but I ended up having a conflict.  But Mr. George and Mr. Simms went to the Cowboys game.

Fast-forward to that night, we're eating dinner, and at some point I asked Gary if Nick enjoyed the Cowboys game.  We have good seats there.  And he said that Mr. Simms loved the game and loved the stadium, was very appreciative.

And then Mr. George said, did you know that Mr. Simms, his ex-wife works for Jackson Walker?  And I said, I didn't know that.  And I said, who is it, and he said Liz Freeman.

And then Mr. George volunteered that he

thought it was odd that Liz Freeman lived with Judge Jones. And I had a very defensive reaction to be, no, she doesn't. And he said, she does.

And he gave several examples of why he thought that to be the case.

Q.   What were the examples he gave?

A.   He said that he had been in Houston visiting Nick and his children, and the daughter, can't remember her name, complained about the judge calling the cops on some party.

And so the kids at that time were living with Nick almost exclusively because they didn't want to be around Judge Jones.

Q.   So tell me, what is your understanding of Mr. George's relationship with Mr. Simms?

A.   So Mr. George and Mr. Simms went to law school together at Baylor and they're close friends.

Q.   Is that also where Ms. Freeman went to law school?

A.   Yes.

Q.   And do you know if they were all classmates together?

A.   Ms. Freeman is younger than Mr. George and Mr. Simms.

Q.   So George and Simms were law school

USTP (Common) Ex. 9
Page 4 of 8

classmates?

A.    Yes.

Q.    And they have -- have they ever practiced together?

A.    I don't believe so.

Q.    And do you know, where does Mr. George live, or where did he live in 2022?

A.    He lives in Midland.

Q.    And so Mr. George took Mr. Simms to the Cowboys game on Jackson Walker's firm tickets?

A.    That I provided to them.

Q.    And that game was on January 31, 2022?

A.    No, the Cowboys game was on Thanksgiving.

Q.    Oh, I see, in November of --

A.    The Cowboys always play on Thanksgiving.

Q.    November 2021 is when the game was?

A.    Yes.

Q.    And you had dinner on January 31, 2022?

A.    Yes.

Q.    And where did you have dinner?

A.    A restaurant called Moxies in Dallas.

Q.    And was it just you and Mr. George at that dinner?

A.    There was somebody else there.

Q.    Who else was there?

USTP (Common) Ex. 9
Page 5 of 8

A.    One of Mr. George's colleagues.

Q.    Who was that?

A.    Brandon Weatherly.

Q.    And what was his reason for being at the dinner?

A.    He is a lawyer from -- he works for Mr. George's company.

Q.    And Mr. George is general counsel for this company, or he was just retained in this matter?

A.    He's in-house general counsel for that company.

Q.    Has Mr. George's company ever retained Jackson Walker?

A.    Yes, many times.

Q.    So is there a longstanding relationship with Mr. George's company?

A.    Over 10 years.

Q.    And has Jackson Walker worked on any bankruptcy matters on behalf of Mr. George?

A.    I don't think so.

Q.    And so again, this just came up in conversation because he was thanking you for the firm's tickets and talking about who he brought, how much Mr. Simms enjoyed being there.

And he mentioned out of happenstance, and by

USTP (Common) Ex. 9
Page 6 of 8

the way, Nick's wife works for Jackson Walker?

A.    That's exactly how it happened.

And then Gary -- Mr. George called Nick Simms. Nick Simms did not answer the phone. And then Gary texted Mr. Simms and said, does Liz live with Judge Jones? And the answer came back, yes. And Mr. George showed me on his phone.

Q.    So this is January 31, 2022?

A.    This is all at Moxies restaurant in Dallas.

Q.    Why do you remember --

MR. HARDIN:  It's November still.

THE WITNESS:  January.

Q.    (BY MS. STEELE)  How do you remember that date?  Did you have a reservation for the restaurant?

A.    No, I went back and looked.

Q.    And you just had an appointment on your calendar?

A.    I looked at my calendar, which for some reason it didn't have the specific dates -- I knew Gary had been in town for a while for these depositions.

And so my assumption was, because it didn't say that we went to Moxies on the 1st or 31st, so I knew it was that general time frame, and I mistakenly thought it was the 1st.  But it was the 31st.

Q.    January 31, 2022; correct?

USTP (Common) Ex. 9
Page 7 of 8

STATE OF TEXAS        )

DALLAS COUNTY         ) ss.

I hereby certify that the witness in the foregoing deposition, ROSS FORBES, JR., was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth, in the within-entitled cause; that said deposition was taken at the time and place herein named; that the deposition is a true record of the witness's testimony as reported by me, a duly certified shorthand reporter and a disinterested person, and was thereafter transcribed into typewriting by computer.

I further certify that I am not interested in the outcome of the said action, nor connected with, nor related to any of the parties in said action, nor to their respective counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 3rd day of September, 2024.

Reading and signing was:

_x_ requested ___ waived ___ not requested

BRANDON D. COMBS, CSR NO. 12978

STATE OF TEXAS

USTP (Common) Ex. 9
Page 8 of 8