```
 1            IN THE UNITED STATES BANKRUPTCY COURT
 2                  SOUTHERN DISTRICT OF TEXAS
 3
 4     - - - - - - - - - - - - - - - - -
 5     IN RE:                            )
 6     PROFESSIONAL FEE MATTERS          ) CASE NO.
 7     CONCERNING THE JACKSON            ) 23-00645 (EVR)
 8     WALKER LAW FIRM,                  )
 9               Debtor.                 )
10     - - - - - - - - - - - - - - - - -
11
12
13
14
15         REMOTE DEPOSITION OF VERONICA A. POLNICK
16                THURSDAY, OCTOBER 3, 2024
17
18
19
20
21         BEHMKE REPORTING AND VIDEO SERVICES, INC.
22              BY:  CRYSTAL WALKER, CSR NO. 12376
23                 500 CALIFORNIA STREET, SUITE 820
24                 SAN FRANCISCO, CALIFORNIA  94104
25                            (415) 597-5600
```

BEHMKE REPORTING AND VIDEO SERVICES, INC.                    1
(415) 597-5600

```
 1  APPEARANCES OF COUNSEL (VIA VIDEOCONFERENCE) - CONTINUED:
 2  FOR PATRICK BARTELS, AS TRUSTEE FOR
 3          MCCLOSKEY ROBERSON WOOLEY, PLLC
 4          BY:  CARISSA BREWSTER, ATTORNEY AT LAW
 5          190 TC Jester Boulevard, Suite 400
 6          Houston, Texas   77007
 7          Telephone:  (713) 337-3902
 8          Email:  cbrewster@mrwpllc.com
 9
10  FOR SEADRILL, LTD. AND SEADRILL PARTNERS:
11          LOCKE LORD, LLP
12          BY:  PHILIP G. EISENBERG, ATTORNEY AT LAW
13          600 Travis, Suite 2800
14          Houston, Texas   77002
15          Telephone:  (713) 226-1304
16          Email:  peisenberg@lockelord.com
17
18  ALSO PRESENT:
19          WILLIAM JENKINS, JACKSON WALKER GENERAL COUNSEL
20
21
22
23
24
25
```

BEHMKE REPORTING AND VIDEO SERVICES, INC.                6
(415) 597-5600

```
 1      Q.   Do you have any teaching experience; for
 2   example, law school or undergraduate school or anything
 3   like that?
 4      A.   No.
 5      Q.   What was that process -- and I guess just
 6   generally -- under which you were hired as a clerk for
 7   Judge Jones, if you recall?
 8      A.   I interviewed with him and was hired by
 9    him.  Then, at some point, went in to fill out,
10    you know, background check information and whatnot
11    with HR.
12      Q.   All right.  And when you left in -- I think it
13   was 2020; correct?  Do you remember the month?
14      A.   It was 2019.  It was March.
15      Q.   March of 2019.  When you left, did you -- so
16   you were with him for a year; is that correct?
17      A.   No.  About eight months.
18      Q.   Okay.  Where did you go after you left in
19   March of 2019?
20      A.   Jackson Walker.
21      Q.   In what capacity?  I mean, did you go in as an
22   associate, income partner, equity partner?
23      A.   An associate.
24      Q.   Okay.  Did you have any restrictions placed on
25   you by either Judge Jones or anybody from the courts
```

```
 1     Q.   Okay.  Now, did you -- did you have occasion
 2  at any time to -- I think you talked about it -- to go
 3  and look on the real estate records to see about who
 4  owns what?  Well, not who owns what, but Judge Jones?
 5     A.   I did not.
 6     Q.   Okay.  Now, did you ever learn anything about
 7  a joint tenancy or anything?
 8     A.   Yes.
 9     Q.   When did you learn that?
10     A.   Somewhere between 2017 and '18.
11     Q.   And what was the occasion for you learning
12  that?
13     A.   I looked up Liz Freeman in the property
14  records and found that agreement.
15     Q.   Okay.  And why were you doing that?
16     A.   At that time, I was curious to see where
17  she lived.
18     Q.   Just because -- she was -- or what -- why were
19  you curious?
20     A.   Yeah.  I was curious as to where she lived
21  and whether she had a house somewhere on the west
22  side of Houston.
23     Q.   Okay.  All right.  And so when you did that,
24  did you do it for any other reason, just that -- or
25  just that reason itself?
```

```
 1  STATE OF TEXAS      )
 2  COUNTY OF DENTON    ) ss.
 3              I hereby certify that the witness in the
 4  foregoing deposition, VERONICA A. POLNICK, was by me
 5  duly sworn to testify to the truth, the whole truth,
 6  and nothing but the truth, in the within-entitled
 7  cause; that said deposition was taken at the time and
 8  place herein named; that the deposition is a true
 9  record of the witness's testimony as reported by me, a
10  duly certified shorthand reporter and a disinterested
11  person, and was thereafter transcribed into
12  typewriting by computer.
13              I further certify that I am not interested
14  in the outcome of the said action, nor connected with,
15  nor related to any of the parties in said action, nor
16  to their respective counsel.
17              IN WITNESS WHEREOF, I have hereunto set my
18  hand this 7th day of October, 2024.
19  Reading and Signing was:
20  _X_ Requested  ____ Waived  ____ Not Requested
21
22
23
24              CRYSTAL WALKER, CSR NO. 12376
25              STATE OF TEXAS
```