**WITNESS AND EXHIBIT LIST**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 4:23-CV-4787 |
| **Name of Debtor:** | Professional Fee Matters Concerning the Jackson Walker Law Firm |

| | |
|---|---|
| **Adversary Case No:** | |
| **Style of Adversary:** | |

| | Amends | | Supplements | |
|---|---|---|---|---|
| | **Date** | **ECF No.** | **Date** | **ECF No.** |
| **State whether this amends or supplements a previously filed Witness & Exhibit list** | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| **Hearing/Trial Date:** | March 17, 2026 |
| **Hearing Time:** | 9:00 a.m. Central Time |
| **Party's Name:** | J. C. Penney Direct Marketing Services, LLC, et al.[1] |
| **Attorney's Name:** | Eli O. Columbus |
| **Attorney's Phone:** | 214.651.5045 |

| | CM/ECF No. | Matter |
|---|---|---|
| **Nature of Proceeding(s):** | 96 | Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| **WITNESS LIST** | |
|---|---|
| **Lay Witnesses:** | Alan Carr, Plan Administrator for Old Copper Company Inc. f/k/a J.C. Penney Company Inc. and Copper Sub Corporation, Inc. f/k/a J.C. Penney Corporation, Inc. |
| | |
| | |
| | |
| | |

---

[1] A complete list of each of the Wind-Down Debtors in these chapter 11 cases may be obtained on the website of the Wind-Down Debtors' claims and noticing agent at http://cases.ra.kroll.com/JCPenney.

**Form No. 1-100**

Last Revised August 13, 2025

| Expert Witnesses: | |
|---|---|
| | |
| | |

| REBUTTAL/ IMPEACHMENT WITNESSES | |
|---|---|
| **Lay Witnesses:** | |
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |
| | |

| | | **FOR COURT USE ONLY** | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION[2]** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| **1.** | Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019 (Docket No. 96, Civil Action No. 4:23-cv-04787) *(without Exhibits)* (the "**9019 Motion**") | | | |
| **2.** | Proposed Order on Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019 (Ex. A to the 9019 Motion) | | | |
| **3.** | Settlement Agreement and Release (Ex. A-1 to the 9019 Motion) | | | |
| **4.** | First Amended Complaint *(Old Copper Company Inc. f/k/a JC Penney Company Inc. and Copper Sub Corporation Inc. f/k/a JC Penney Corporation Inc., as Wind Down Debtor in JC Penney Direct Marketing Services LLC vs. Jackson Walker LLP, Adv. No. 25-02002)* (Ex. B to the 9019 Motion) (the "**Amended Complaint**") | | | |
| **5.** | Letter from Bankruptcy Judge Marvin Isgur to Chief District Judge Randy Crane dated September 20, 2024 (Ex. 1 to the Amended Complaint) | | | |
| **6.** | Excerpt from Deposition of Matthew D. Cavenaugh dated August 30, 2024 (Ex. 2 to the Amended Complaint) | | | |

---

[2] In addition to the Exhibits listed here, Movant reserves the right to request that the Court take judicial notice of any pleadings, notices or orders filed or entered in Civil Action No. 4:23-cv-04787, Bankruptcy Case No. 20-20182, or Adversary Proceeding No. 25-02002.

**Form No. 1-100**

Last Revised August 13, 2025

| | | | | |
|---|---|---|---|---|
| 7. | Excerpt from Deposition of Albert Alonzo dated September 18, 2024 (Ex. 3 to the Amended Complaint) | | | |
| 8. | Excerpt from Deposition of Veronica A. Polnick dated October 3, 2024 (Ex. 4 to the Amended Complaint) | | | |
| 9. | Select text messages between Michael [●][3], Bryan [●] and Gary [●] dated between June 13, 2016 and June 27, 2023 (Ex. 5 to the Amended Complaint) | | | |
| 10. | Excerpt from Deposition of Nicholas A. Simms dated August 8, 2024 (Ex. 6 to the Amended Complaint) | | | |
| 11. | Select direct messages between Veronica Polnick and [●] dated between May 12, 2020 and August 25, 2021 (Ex. 7 to the Amended Complaint) | | | |
| 12. | March 6, 2021 email from Michael Van Deelen to Matthew Cavenaugh (Ex. 8 to the Amended Complaint) | | | |
| 13. | Select text messages between Matthew Cavenaugh and Veronica Polnick dated between March 6, 2021 and May 20, 2021 (Ex. 9 to the Amended Complaint) | | | |
| 14. | Excerpt from Deposition of Patrick R. Cowlishaw dated August 1, 2024 (Ex. 10 to the Amended Complaint) | | | |
| 15. | Select text messages between Veronica Polnick and [●] dated between March 7, 2021 and May 13, 2021 (Ex. 11 to the Amended Complaint) | | | |
| 16. | Emails between Pat Cowlishaw, Peter Jarvis and Jacqueline Harvey dated between March 8, 2021 and June 10, 2022 (Ex. 12 to the Amended Complaint) | | | |
| 17. | Emails between Barbara Malin and Androvett personnel dated between March 8, 2021 and March 12, 2021 (Ex. 13 to the Amended Complaint) | | | |
| 18. | Jackson Walker LLP's Motion to Dismiss First Amended Complaint (Docket No. 14, Adv. No. 25-02002) | | | |
| 19. | Plaintiff's Objection and Response to Motion to Dismiss First Amended Complaint (Docket No. 15, Adv. No. 25-02002) | | | |
| 20. | Original Chapter 11 Petition for J. C. Penney Company, Inc. (Docket No. 1, Case No. 20-20182) | | | |
| 21. | Amended Joint Chapter 11 Plan of Reorganization of J. C. Penney Company, Inc. and its Debtor Affiliates (Docket No. 2022, Case No. 20-20182) | | | |

[3] Names redacted in originals.

**Form No. 1-100**

Last Revised August 13, 2025

| | | | | |
|---|---|---|---|---|
| 22. | Amended Order Approving the Disclosure Statement for, and Confirming, the Amended Joint Chapter 11 Plan of Reorganization of J. C. Penney Company, Inc. and its Debtor Affiliates (Docket No. 2190, Case No. 20-20182) | | | |
| 23. | Notice of Filing Fourth Amended and Final Plan Supplement for the Joint Chapter 11 Plan of Reorganization of J. C. Penney, Inc. and its Debtor Affiliates (Docket No. 2507, Case No. 20-20182) | | | |
| 24. | Notice of (I) PropCo Closing and (II) Occurrence of Effective Date (Docket No. 2508, Case No. 20-20182) | | | |
| 25. | Jackson Walker LLP's Second Interim and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the Debtors for the Period From May 15, 2020 Through December 14, 2020 (Docket No. 2739, Case No. 20-20182) | | | |
| 26. | Proposed Order Granting Jackson Walker LLP's Second Interim and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the Debtors for the Period From May 15, 2020 Through December 14, 2020 (Docket No. 2739-1, Case No. 20-20182) | | | |
| 27. | Order Granting Jackson Walker LLP's Second Interim and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the Debtors for the Period From May 15, 2020 Through December 14, 2020 (Docket No. 2874, Case No. 20-20182) | | | |
| 28. | Final Decree Closing Certain of the Chapter 11 Cases (Docket No. 3167, Case No. 20-20182) | | | |
| 29. | United States Trustee's Motion for Relief From Judgment or Order Pursuant to Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving any Jackson Walker Applications for Compensation and Reimbursement of Expenses (Docket No. 1236, Case No. 20-20184) | | | |
| 30. | Preliminary Response of Jackson Walker LLP to Recent Filings by the Office of the United States Trustee (Docket No. 1244, Case No. 20-20184) | | | |
| 31. | Motion to Substitute Counsel and to Withdraw (Docket No. 1336, Case No. 20-20184) | | | |
| 32. | Order Granting Motion to Substitute Counsel and to Withdraw (Docket No. 1337, Case No. 20-20184) | | | |

**Form No. 1-100**

Last Revised August 13, 2025

| | | | | |
|---|---|---|---|---|
| **33.** | Old Copper Company's Joinder of the United States Trustee's Amended and Supplemental Motion for (1) Relief From Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving the Retention and Compensation Applications of Jackson Walker LLP, (2) Sanctions, and (3) Related Relief (Docket No. 1644, Case No. 20-20184) | | | |
| | | | | |
| **REBUTTAL/IMPEACHMENT EXHIBITS** | | | | |
| | | | | |
| **1.** | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | | | |
| **2.** | Any exhibit listed by any other party | | | |
| **3.** | | | | |
| **4.** | | | | |
| **5.** | | | | |
| **6.** | | | | |
| **7.** | | | | |
| **8.** | | | | |
| **9.** | | | | |
| **10.** | | | | |

Dated: March 3, 2026    Respectfully Submitted,

By: _/s/ Eli O. Columbus_
Ian T. Peck, State Bar No. 24013306
Eli O. Columbus, State Bar No. 24028062
Jordan E. Chavez, State Bar No. 24109883
**HAYNES AND BOONE, LLP**
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
Telephone: 214.651.5000
Facsimile:  214.651.5940
Email: ian.peck@haynesboone.com
Email: eli.columbus@haynesboone.com
Email: jordan.chavez@haynesboone.com

**COUNSEL FOR THE J. C. PENNEY WIND-DOWN DEBTORS**

**Form No. 1-100**

Last Revised August 13, 2025