

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 13 | Date Range: 3/6/2021 |

## Outline of Conversations

💬     ██████ **2338** · 13 messages on 3/6/2021 · Matthew Cavenaugh < ████ 2338> · Veronica Polnick < ████ 0279> · _$!<Other>!$_ < ████████ @yahoo.com>

**EXHIBIT 9**
**Page 1 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 1**

JW_00025794

**Messages in chronological order** (times are shown in GMT -06:00)

---

💬    ████████2338

| MC | Matthew Cavenaugh ███2338> | ▶ 3/6/2021, 11:51 AM |
|---|---|---|
| | Please call me when you get a sec | |

Receipts • Veronica Polnick ███0279> |R 3/6/2021, 12:19 PM|

| > MC | Matthew Cavenaugh ███2338> | ▶ 3/6/2021, 12:10 PM |
|---|---|---|
| | It's important and a bit delicate | |

Receipts • Veronica Polnick ███0279> |R 3/6/2021, 12:19 PM|

| >> VP | Veronica Polnick <███0279> | ◀ 3/6/2021, 12:19 PM |
|---|---|---|
| | Liked "It's important and a bit delicate" | |

| >>> VP | Veronica Polnick <███0279> | ◀ 3/6/2021, 1:02 PM |
|---|---|---|
| | I'm on my way | |

| >>>> MC | Matthew Cavenaugh ███2338> | ▶ 3/6/2021, 1:04 PM |
|---|---|---|
| | K | |

Receipts • Veronica Polnick ███0279> |R 3/6/2021, 1:05 PM|

| >>>>> MC | Matthew Cavenaugh <███2338> | ▶ 3/6/2021, 1:08 PM |
|---|---|---|
| | Should I tell freeman to come over? | |

Receipts • Veronica Polnick ███0279> |R 3/6/2021, 1:09 PM|

| >>>>> MC | Matthew Cavenaugh ███2338> | ▶ 3/6/2021, 1:08 PM |
|---|---|---|
| | Or wait? | |

Receipts • Veronica Polnick ███0279> |R 3/6/2021, 1:09 PM|

| >>>>> >> VP | Veronica Polnick ███0279> | ◀ 3/6/2021, 1:09 PM |
|---|---|---|
| | Wait | |

| >>>>> >>> VP | Veronica Polnick ███0279> | ◀ 3/6/2021, 1:09 PM |
|---|---|---|
| | Plus I bet she's in cold spring. But we may need her to come back later | |

| >>>>> >>>> MC | Matthew Cavenaugh <███2338> | ▶ 3/6/2021, 1:09 PM |
|---|---|---|
| | Ok | |

Receipts • Veronica Polnick ███0279> |R 3/6/2021, 1:09 PM|

| >>>>> >>>>> VP | Veronica Polnick <███0279> | ◀ 3/6/2021, 1:47 PM |
|---|---|---|
| | Here | |

| >>>>> >>>>> MC | Matthew Cavenaugh <███2338> | ▶ 3/6/2021, 4:21 PM |
|---|---|---|
| | On a call | |

Receipts • Veronica Polnick ███0279> |R 3/6/2021, 4:21 PM|

| >>>>> >>>>> VP | Veronica Polnick <███0279> | ◀ 3/6/2021, 4:21 PM |
|---|---|---|
| | K whenever you're done | |

**EXHIBIT 9**
**Page 2 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 2**

JW_00025795

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 87 | Date Range: 3/7/2021 - 3/8/2021 |

## Outline of Conversations

💬 **+18324962338** · 87 messages between 3/7/2021 - 3/8/2021 · Matthew Cavenaugh <8324962338> · Veronica Polnick ██████0279> · _$!<Other>!$_ █████████@yahoo.com>

**EXHIBIT 9**
**Page 3 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 3**

JW_00025797

**Messages in chronological order** (times are shown in GMT -06:00)



**EXHIBIT 9**
**Page 4 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 4**

JW_00025798

content.icloud.com/M3AF91A17122B807DD37F46EB364AE71F8ADA73245841EE1D81776B404CB777B4.C01USN00

>>>>> Veronica Polnick [REDACTED]0279>   ◄ 3/7/2021, 9:20 PM
>>>>> [REDACTED]
VP

>>>>> Matthew Cavenaugh <[REDACTED]2338>   ► 3/7/2021, 9:22 PM
>>>>> He's good. It's been a day. Just so you know, the circle includes Bruce, chip, and Cowlishaw.
MC

Receipts • Veronica Polnick [REDACTED]0279> |R 3/7/2021, 9:23 PM|

>>>>> Matthew Cavenaugh <[REDACTED]2338>   ► 3/7/2021, 9:23 PM
>>>>> They are all good
MC

Receipts • Veronica Polnick <[REDACTED]0279> |R 3/7/2021, 9:23 PM|

>>>>> Matthew Cavenaugh <[REDACTED]2338>   ► 3/7/2021, 9:23 PM
>>>>> They are also signed off on the plan
MC

Receipts • Veronica Polnick [REDACTED]0279> |R 3/7/2021, 9:23 PM|

>>>>> Veronica Polnick <[REDACTED]0279>   ◄ 3/7/2021, 9:23 PM
>>>>> This is literally freeman's worst nightmare. She's the most private person I know.
VP

>>>>> Matthew Cavenaugh <[REDACTED]2338>   ► 3/7/2021, 9:24 PM
>>>>> I know. I feel so terrible. But if we want to protect her, this is the route. It's gonna be fiiiiine
MC

Receipts • Veronica Polnick <[REDACTED]0279> |R 3/7/2021, 9:24 PM|

>>>>> Veronica Polnick [REDACTED]0279>   ◄ 3/7/2021, 9:25 PM
>>>>> You think we get out of this with 1) freeman still at JW, 2) Jones still on the bench and panel, and 3) still working with KE?
VP

>>>>> Matthew Cavenaugh <[REDACTED]2338>   ► 3/7/2021, 9:25 PM
>>>>> All 3
MC

Receipts • Veronica Polnick <[REDACTED]0279> |R 3/7/2021, 9:26 PM|

>>>>> Veronica Polnick <[REDACTED]0279>   ◄ 3/7/2021, 9:26 PM
>>>>> If you're right I'm buying you the biggest and most expensive bottle of brown booze I can find
VP

>>>>> Veronica Polnick <[REDACTED]0279>   ◄ 3/7/2021, 9:26 PM
>>>>> And then we're gonna drink the entire thing in one sitting
VP

>>>>> Matthew Cavenaugh <[REDACTED]2338>   ► 3/7/2021, 9:27 PM
>>>>> Better buy 2 bottles then
MC

Receipts • Veronica Polnick <[REDACTED]0279> |R 3/7/2021, 9:28 PM|

>>>>> Veronica Polnick <[REDACTED]0279>   ◄ 3/7/2021, 9:29 PM
>>>>> Loved "Better buy 2 bottles then"
VP

>>>>> Matthew Cavenaugh <[REDACTED]2338>   ► 3/7/2021, 9:38 PM
>>>>> But check in on Freeman on the reg, ok?
MC

Receipts • Veronica Polnick <[REDACTED]0279> |R 3/7/2021, 9:38 PM|

>>>>> Veronica Polnick <[REDACTED]0279>   ◄ 3/7/2021, 9:38 PM
>>>>> Trying to. She's got her brave face on but it's just a face.

**EXHIBIT 9**
**Page 5 of 45** JCP Wind-Down Debtors' Ex. 9
Page 5

JW_00025799



VP
>>>>> Matthew Cavenaugh <████2338>  ▶ 3/7/2021, 9:50 PM
>>>>> Yup
MC

Receipts • Veronica Polnick <████0279> |R 3/7/2021, 10:09 PM|

>>>>> Veronica Polnick <████0279>  ◀ 3/8/2021, 10:49 AM
>>>>> Call when you can
VP
>>>>> Veronica Polnick <████0279>  ◀ 3/8/2021, 10:57 AM
>>>>>
VP

*File "16c76264-4486-44cd-b1a8-5b34b0e97cd5.gif" is missing.*
*Image: ~_Library_SMS_Attachments_b0_00_at_0_05300B7A-FEBF-4991-A083-D009898E3343_2F2D354C-EA07-4273-95D6-BE4CC890E130.gif*

>>>>> Veronica Polnick <████0279>  ◀ 3/8/2021, 10:57 AM
>>>>> 2F2D354C-EA07-4273-95D6-BE4CC890E130.gif
VP    https://p15-
      content.icloud.com/M3AF91A17122B807DD37F46EB364AE71F8ADA73245841EE1D81776B404CB777B4.C01USN00

>>>>> Veronica Polnick <████0279>  ◀ 3/8/2021, 12:25 PM
>>>>> Sent you the motion
VP
>>>>> Veronica Polnick <████0279>  ◀ 3/8/2021, 12:25 PM
>>>>> Order and notice coming
VP
>>>>> Veronica Polnick <████0279>  ◀ 3/8/2021, 12:25 PM
>>>>> And I'm gonna need you to send me the email again Bc I also deleted it
VP
>>>>> Veronica Polnick <████0279>  ◀ 3/8/2021, 12:47 PM
>>>>> Go easy today
VP
>>>>> Matthew Cavenaugh <████2338>  ▶ 3/8/2021, 12:47 PM
>>>>> On who?
MC

Receipts • Veronica Polnick <████0279> |R 3/8/2021, 12:47 PM|

>>>>> Veronica Polnick <████0279>  ◀ 3/8/2021, 12:47 PM
>>>>> ......
VP
>>>>> Veronica Polnick <████0279>  ◀ 3/8/2021, 1:08 PM
>>>>> Notice sent
VP
>>>>> Veronica Polnick <████0279>  ◀ 3/8/2021, 1:08 PM
>>>>> Prepping docs while you review
VP
>>>>> Matthew Cavenaugh <████2338>  ▶ 3/8/2021, 1:10 PM
>>>>> Checked out
MC

Receipts • Veronica Polnick <████0279> |R 3/8/2021, 1:10 PM|

>>>>> Veronica Polnick <████0279>  ◀ 3/8/2021, 1:10 PM
>>>>> Sorry
VP
>>>>> Veronica Polnick <████0279>  ◀ 3/8/2021, 1:10 PM
>>>>> Try now

**EXHIBIT 9**
**Page 6 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 6**

JW_00025800



VP
>>>>>  **Matthew Cavenaugh** <██████2338>                                    ▶ 3/8/2021, 1:18 PM
>>>>>
MC
       Receipts · Veronica Polnick · ██████0279· ██ 3/8/2021, 1:18 PM

>>>>>  **Veronica Polnick** <██████0279>                                    ◀ 3/8/2021, 1:28 PM
>>>>>  I have to trash the ones I printed earlier. I blacked everything out with sharpie and am going to OS to shred it myself.
VP     Think that's enough protection?

>>>>>  **Matthew Cavenaugh** <██████2338>                                    ▶ 3/8/2021, 1:31 PM
>>>>>  Whaaa?
MC
       Receipts · Veronica Polnick · ██████0279· ██ 3/8/2021, 1:31 PM

>>>>>  **Veronica Polnick** <██████0279>                                    ◀ 3/8/2021, 1:31 PM
>>>>>  Questioned "Whaaa?"
VP
>>>>>  **Veronica Polnick** <██████0279>                                    ◀ 3/8/2021, 1:32 PM
>>>>>  Donde esta el confusion.
VP
>>>>>  **Veronica Polnick** <██████0279>                                    ◀ 3/8/2021, 1:35 PM
>>>>>  Fun fact
VP
>>>>>  **Veronica Polnick** <██████0279>                                    ◀ 3/8/2021, 1:35 PM
>>>>>  JW doesn't have a shredder
VP
>>>>>  **Veronica Polnick** <██████0279>                                    ◀ 3/8/2021, 1:35 PM
>>>>>  Maybe something to bring up at next partner mtg
VP
>>>>>  **Matthew Cavenaugh** <██████2338>                                    ▶ 3/8/2021, 1:36 PM
>>>>>  There is a bin with a pad lock.  But if it helps you sleep at night, take them home for kindling🔥
MC
       Receipts · Veronica Polnick · ██████0279· ██ 3/8/2021, 1:36 PM

>>>>>  **Veronica Polnick** <██████0279>                                    ◀ 3/8/2021, 1:36 PM
>>>>>  Will do
VP
>>>>>  **Matthew Cavenaugh** <██████2338>                                    ▶ 3/8/2021, 1:52 PM
>>>>>  ███████████████████████████████████████████████████████
MC
       Receipts · Veronica Polnick · ██████0279· ██ 3/8/2021, 2:05 PM

>>>>>  **Matthew Cavenaugh** <██████2338>                                    ▶ 3/8/2021, 1:52 PM
>>>>>  ██████████████████
MC
       Receipts · Veronica Polnick · ██████0279· ██ 3/8/2021, 2:05 PM

>>>>>  **Veronica Polnick** <██████0279>                                    ◀ 3/8/2021, 2:06 PM
>>>>>  ████████
VP
>>>>>  **Veronica Polnick** <██████0279>                                    ◀ 3/8/2021, 2:10 PM
>>>>>  ██████████████
VP
>>>>>  **Matthew Cavenaugh** <██████2338>                                    ▶ 3/8/2021, 2:10 PM
>>>>>  ██████████
MC
       Receipts · Veronica Polnick · ██████0279· ██ 3/8/2021, 2:10 PM

**EXHIBIT 9**
**Page 7 of 45** JCP Wind-Down Debtors' Ex. 9
Page 7
JW_00025801



>>>>> **Matthew Cavenaugh** ███████2338>  ▶ 3/8/2021, 2:10 PM
>>>>>  ████████████████████
MC

Receipts ▪ ▬▬▬▬▬▬ ▬▬▬▬ ▪ ████████ ▬▬ 3/8/2021, 2:13 PM

>>>>> **Veronica Polnick** <████0279>  ◀ 3/8/2021, 2:13 PM
>>>>>  ████████████████
VP

>>>>> **Matthew Cavenaugh** < ████2338>  ▶ 3/8/2021, 2:14 PM
>>>>>  ██
MC

Receipts ▪ ▬▬▬▬▬▬▬ ▪ ████ ▬▬▬ 3/8/2021, 2:14 PM

>>>>> **Matthew Cavenaugh** <████2338>  ▶ 3/8/2021, 2:14 PM
>>>>>  ████████████████████████
MC

Receipts ▪ ▬▬▬▬▬▬ ▪ ████ ▬▬ 3/8/2021, 2:14 PM

>>>>> **Veronica Polnick** <████0279>  ◀ 3/8/2021, 2:14 PM
>>>>>  ██████
VP

>>>>> **Veronica Polnick** <████0279>  ◀ 3/8/2021, 2:14 PM
>>>>>  ████████████████████
VP

>>>>> **Matthew Cavenaugh** <████2338>  ▶ 3/8/2021, 2:15 PM
>>>>>  ████████████████████
MC

Receipts ▪ ▬▬▬▬▬▬ ▪ ████ ▬▬ 3/8/2021, 2:15 PM

>>>>> **Veronica Polnick** <████0279>  ◀ 3/8/2021, 2:15 PM
>>>>> I'm filing right now but I'll call you
VP

>>>>> **Matthew Cavenaugh** <████2338>  ▶ 3/8/2021, 2:15 PM
>>>>> Ok
MC

Receipts ▪ ▬▬▬▬▬▬ ▪ ████ ▬▬ 3/8/2021, 2:16 PM

>>>>> **Veronica Polnick** <████0279>  ◀ 3/8/2021, 2:16 PM
>>>>>  ████████████████████████████
VP

>>>>> **Matthew Cavenaugh** <████2338>  ▶ 3/8/2021, 2:17 PM
>>>>>  ██
MC

Receipts ▪ ▬▬▬▬▬▬ ▪ ████ ▬▬ 3/8/2021, 2:17 PM

>>>>> **Veronica Polnick** <████0279>  ◀ 3/8/2021, 2:55 PM
>>>>> Call me when you can
VP

>>>>> **Veronica Polnick** <████0279>  ◀ 3/8/2021, 3:08 PM
>>>>> Matt wyd wya
VP

>>>>> **Veronica Polnick** <████0279>  ◀ 3/8/2021, 3:43 PM
>>>>> Did you see service package?
VP

>>>>> **Veronica Polnick** <████0279>  ◀ 3/8/2021, 4:00 PM
>>>>> Question
VP

>>>>> **Veronica Polnick** <████0279>  ◀ 3/8/2021, 4:01 PM
>>>>> Am I allowed to bill for this stuff today?

**EXHIBIT 9**
**Page 8 of 45**



VP
>>>>> Veronica Polnick <██████0279>                                    ◄ 3/8/2021, 4:01 PM
>>>>> ●
VP
>>>>> Veronica Polnick <██████0279>                                    ◄ 3/8/2021, 4:01 PM
>>>>> If not it's fine. Whatever you think
VP
>>>>> Veronica Polnick <██████0279>                                    ◄ 3/8/2021, 4:07 PM
>>>>> Please check COs
VP
>>>>> Matthew Cavenaugh <██████2338>                                   ► 3/8/2021, 4:08 PM
>>>>> As much as I would love to see the time entry...
MC

Receipts – Veronica Polnick ██████0279 3/8/2021, 4:09 PM

>>>>> Matthew Cavenaugh ██████2338>                                    ► 3/8/2021, 4:08 PM
>>>>> COS is good
MC

Receipts – Veronica Polnick ██████0279 3/8/2021, 4:09 PM

>>>>> Veronica Polnick <██████0279>                                    ◄ 3/8/2021, 4:09 PM
>>>>> Loved "As much as I would love to see the time entry..."
VP
>>>>> Veronica Polnick <██████0279>                                    ◄ 3/8/2021, 4:09 PM
>>>>> Fine with me!
VP
>>>>> Veronica Polnick <██████0279>                                    ◄ 3/8/2021, 4:09 PM
>>>>> Just don't throw shade when it looks like I have low hours today and pls know I was drafting the motion to seal
VP
>>>>> Veronica Polnick <██████0279>                                    ◄ 3/8/2021, 4:14 PM
>>>>> Please close the cos
VP
>>>>> Matthew Cavenaugh <██████2338>                                   ► 3/8/2021, 5:29 PM
>>>>> ████████████████████████████████████████████████
MC

Receipts – Veronica Polnick ██████0279 3/8/2021, 5:31 PM

>>>>> Veronica Polnick <██████0279>                                    ◄ 3/8/2021, 5:31 PM
>>>>> ████████████
VP
>>>>> Veronica Polnick <██████0279>                                    ◄ 3/8/2021, 5:31 PM
>>>>> ████████████████████
VP
>>>>> Veronica Polnick <██████0279>                                    ◄ 3/8/2021, 5:31 PM
>>>>> ████████████████████
VP
>>>>> Matthew Cavenaugh <██████2338>                                   ► 3/8/2021, 5:31 PM
>>>>> ████████████████████████
MC

Receipts – Veronica Polnick ██████0279 3/8/2021, 5:31 PM

>>>>> ████████████████████                                             ◄ 3/8/2021, 5:32 PM
>>>>>
VP

**EXHIBIT 9**
**Page 9 of 45**

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 74 | Date Range: 3/8/2021 - 3/9/2021 |

## Outline of Conversations

💬  ▉▉▉2338 · 74 messages between 3/8/2021 - 3/9/2021 · Matthew Cavenaugh <▉▉▉2338> ·
Veronica Polnick ▉▉▉0279> · _$!<Other>!$_ ▉▉▉@yahoo.com>

**EXHIBIT 9**
**Page 10 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 10**

Confidential

JW_00025804

**Messages in chronological order** (times are shown in GMT -06:00)



💬    +⬛⬛2338

VP    Veronica Polnick <⬛0279>       ◄ 3/8/2021, 6:03 PM

*File "6b05120a-76f7-4c17-a489-d94fa8c5e2ed.gif" is missing.*
*Image. ~_Library_SMS_Attachments_d6_06_at_0_FDBF2D11-247B-413D-B41F-577897D64A37_3C540CB4-8F2E-4C1F-91E4-BAB3FC25FAF6.gif*

> VP    Veronica Polnick <6313750279>       ◄ 3/8/2021, 6:03 PM

3C540CB4-8F2E-4C1F-91E4-BAB3FC25FAF6.gif
https://p61-
content.icloud.com/M3AF91A17122B807DD37F46EB364AE71F8ADA73245841EE1D81776B404CB777B4.C01USN00

> VP    Veronica Polnick <⬛0279>       ◄ 3/8/2021, 6:03 PM

>> MC    Matthew Cavenaugh <⬛2338>       ► 3/8/2021, 6:17 PM

Receipts • Veronica Polnick <⬛0279> |R 3/8/2021, 6:17 PM|

>>> MC    Matthew Cavenaugh <⬛2338>       ► 3/8/2021, 6:17 PM

Receipts • Veronica Polnick <⬛0279> |R 3/8/2021, 6:17 PM|

>>>> VP    Veronica Polnick <⬛0279>       ◄ 3/8/2021, 6:17 PM

>>>>> VP    Veronica Polnick <⬛0279>       ◄ 3/8/2021, 6:17 PM

The KE pings have been an avalanche today on an already chaotic day

>>>>> MC    Matthew Cavenaugh <⬛2338>       ► 3/8/2021, 7:55 PM

*File "0dda4ccb-9a10-4b9b-b13f-eb458337f1b2.jpeg" is missing.*
*Image. ~_Library_SMS_Attachments_b7_07_at_0_74665A78-797C-4780-A582-5BF02A185F9A_documents filed today.jpeg*

Receipts • Veronica Polnick <⬛0279> |R 3/8/2021, 7:56 PM|

>>>>> MC    Matthew Cavenaugh <⬛2338>       ► 3/8/2021, 7:55 PM

documents filed today.jpeg
https://p09-
content.icloud.com/M550D8ACDB82CF05F5934A5901AD2DE2CE92B60493AFA5B1CDD60AE3489350C2A.C01USN00

Receipts • Veronica Polnick <⬛0279> |R 3/8/2021, 7:56 PM|

>>>>> MC    Matthew Cavenaugh <⬛2338>       ► 3/8/2021, 8:00 PM

**EXHIBIT 9**
**Page 11 of 45**

Confidential         

File "c66009cb-ba3c-4edd-9d3e-37c9d5b7a268" is missing
Attachment: 85625a44-c962-4384-a764-d3d68351350b

Receipts • Veronica Polnick <██████0279> [R:3/8/2021, 8:00 PM]

>>>>>    Matthew Cavenaugh <██████2338>                          ► 3/8/2021, 8:00 PM
>>>
MC       addendum to motion to recuse judge.doc
         https://p43-
         content.icloud.com/M550D8ACDB82CF05F5934A5901AD2DE2CE92B60493AFA5B1CDD60AE3489350C2A.C01USN0
         0

Receipts • Veronica Polnick <██████0279> [R:3/8/2021, 8:00 PM]

>>>>>    Matthew Cavenaugh <██████2338>                          ► 3/8/2021, 8:28 PM
>>>
MC

File "029f9259-dd50-4c81-bd0c-3f0e263262c0" is missing.
Attachment: 7c744485-633e-41d0-bba4-11a9865dcd95

Receipts • Veronica Polnick <██████0279> [R:3/8/2021, 8:28 PM]

>>>>>    Matthew Cavenaugh <██████2338>                          ► 3/8/2021, 8:28 PM
>>>>
MC       030621 corruption letter and envelope.pdf
         https://p43-
         content.icloud.com/M550D8ACDB82CF05F5934A5901AD2DE2CE92B60493AFA5B1CDD60AE3489350C2A.C01USN0
         0

Receipts • Veronica Polnick <██████0279> [R:3/8/2021, 8:28 PM]

>>>>>    Veronica Polnick <██████0279>                            ◄ 3/8/2021, 8:32 PM
>>>>
VP       Ok Matt need you to focus buddy. Call me back when you're off your call

>>>>>    Veronica Polnick <██████0279>                            ◄ 3/8/2021, 8:33 PM
>>>>>
VP

File "0975bf6f-2337-4852-a06c-36b0453d5a59.gif" is missing.
Image: ~_Library_SMS_Attachments_e9_09_at_0_A504C43F-15F5-48EC-9C99-35E5C25E32CC_6B5E0DEA-1A57-
4C65-8CB9-E474CAACAD94.gif

>>>>>    Veronica Polnick <██████0279>                            ◄ 3/8/2021, 8:33 PM
>>>>>
VP       6B5E0DEA-1A57-4C65-8CB9-E474CAACAD94.gif
         https://p13-
         content.icloud-
         content.icloud.com/M3AF91A17122B807DD37F46EB364AE71F8ADA73245841EE1D81776B404CB777B4.C01USN00

>>>>>    Veronica Polnick <██████0279>                            ◄ 3/8/2021, 8:55 PM
>>>>>
VP       Most importantly

>>>>>    Veronica Polnick <██████0279>                            ◄ 3/8/2021, 8:55 PM
>>>>>
VP       It's going. To be. Ok.

>>>>>    Veronica Polnick <██████0279>                            ◄ 3/8/2021, 8:56 PM
>>>>>
VP       There's going to be some embarrassment. But it's going to be ok. Make sure she knows that.

**EXHIBIT 9**
**Page 12 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 12**



| | | |
|---|---|---|
| >>>>> MC | Matthew Cavenaugh <███2338> | ▶ 3/8/2021, 8:56 PM |
| | Ok. Do you believe that? | |
| | Receipts • Veronica Polnick ███0279> |R 3/8/2021, 8:56 PM| | |
| >>>>> VP | Veronica Polnick <███0279> | ◄ 3/8/2021, 8:56 PM |
| | More today than yesterday, yes. | |
| >>>>> VP | Veronica Polnick <███0279> | ◄ 3/8/2021, 8:56 PM |
| | Mainly Bc Isgur is ok | |
| >>>>> VP | Veronica Polnick <███0279> | ◄ 3/8/2021, 8:56 PM |
| | Doesn't mean it's not gonna suck for a bit | |
| >>>>> MC | Matthew Cavenaugh <███2338> | ▶ 3/8/2021, 8:57 PM |
| | Yup. Just FYI, the firm is going to have a reaction, regardless of what the court does. It will probably mean that Liz can't work on DRJ cases until the dust settles. So we need to be prepared for that | |
| | Receipts • Veronica Polnick ███0279> |R 3/8/2021, 8:57 PM| | |
| >>>>> VP | Veronica Polnick <███0279> | ◄ 3/8/2021, 8:58 PM |
| | Yup. Not surprised. Like walled off you mean. It'll be ok. We can handle that. | |
| >>>>> MC | Matthew Cavenaugh <███2338> | ▶ 3/8/2021, 8:58 PM |
| | Yes | |
| | Receipts • Veronica Polnick ███0279> |R 3/8/2021, 8:58 PM| | |
| >>>>> VP | Veronica Polnick <███0279> | ◄ 3/8/2021, 8:58 PM |
| | We know what he'll do, we can cover until that passes. | |
| >>>>> MC | Matthew Cavenaugh <███2338> | ▶ 3/8/2021, 8:59 PM |
| | Liked "We know what he'll do, we can cover until that passes." | |
| | Receipts • Veronica Polnick ███0279> |R 3/8/2021, 8:59 PM| | |
| >>>>> VP | Veronica Polnick <███0279> | ◄ 3/8/2021, 8:59 PM |
| | The team is gonna find out aren't they? | |
| >>>>> VP | Veronica Polnick <███0279> | ◄ 3/8/2021, 9:24 PM |
| | She ok? | |
| >>>>> MC | Matthew Cavenaugh <███2338> | ▶ 3/8/2021, 9:42 PM |
| | Told her. She says she's ok. She's not | |
| | Receipts • Veronica Polnick ███0279> |R 3/8/2021, 9:42 PM| | |
| >>>>> VP | Veronica Polnick <███0279> | ◄ 3/8/2021, 9:42 PM |
| | Well she's nothing if not consistent | |
| >>>>> VP | Veronica Polnick <███0279> | ◄ 3/8/2021, 9:47 PM |
| | What can we do for her? I'm looking for a thing to do. Whatttt can that thing beeeee? | |
| >>>>> MC | Matthew Cavenaugh <███2338> | ▶ 3/8/2021, 10:08 PM |
| | Just love on her | |
| | Receipts • Veronica Polnick ███0279> |R 3/8/2021, 10:08 PM| | |
| >>>>> | Veronica Polnick <███0279> | ◄ 3/8/2021, 10:09 PM |

**EXHIBIT 9**
**Page 13 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 13**

Confidential



>>>>> ....you sure she like that?
VP

>>>>> Veronica Polnick < ██████ 0279>  ◀ 3/8/2021, 10:09 PM
>>>>> 🐵
VP

>>>>> Matthew Cavenaugh < ██████ 2338>  ▶ 3/8/2021, 10:09 PM
>>>>>
MC

*File "2f1fb877-34ea-42d7-9103-2685b6dee1c1.gif" is missing.*
*Image: ~_Library_SMS_Attachments_e9_09_at_0_82621BFF-6536-4B4C-8D8A-16826C64DDFA_IMG_4357.gif*

Receipts • Veronica Polnick ██████ 0279> [R 3/8/2021, 10:09 PM]

>>>>> Matthew Cavenaugh < ██████ 2338>  ▶ 3/8/2021, 10:09 PM
>>>>> IMG_4357.gif
MC     https://p52-
       content.icloud.com/M550D8ACDB82CF05F5934A5901AD2DE2CE92B60493AFA5B1CDD60AE3489350C2A.C01USN0
       0

Receipts • Veronica Polnick ██████ 0279> [R 3/8/2021, 10:09 PM]

>>>>> Veronica Polnick < ██████ 0279>  ◀ 3/8/2021, 10:10 PM
>>>>> Yeah thatsssss about as touchy feely as I get
VP

>>>>> Veronica Polnick < ██████ 0279>  ◀ 3/8/2021, 10:10 PM
>>>>> I can def make fun of her tho 🐵
VP

>>>>> Veronica Polnick < ██████ 0279>  ◀ 3/8/2021, 10:12 PM
>>>>> MATT SHE ACCEPTED MY OOO TODAY
VP

>>>>> Veronica Polnick < ██████ 0279>  ◀ 3/8/2021, 10:12 PM
>>>>> SHE ...ACCEPTED.... IT
VP

>>>>> Veronica Polnick < ██████ 0279>  ◀ 3/8/2021, 10:12 PM
>>>>>
VP

*File "5fab7d71-479f-4d89-9f98-198a5b207b5f.PNG" is missing.*
*Image: ~_Library_SMS_Attachments_9e_14_at_0_650160EC-2879-4693-AB5B-9B72D7227961_IMG_4650.PNG*

>>>>> Veronica Polnick ██████ 0279>  ◀ 3/8/2021, 10:12 PM
>>>>> IMG_4650.PNG
VP     https://p68-
       content.icloud.com/M3AF91A17122B807DD37F46EB364AE71F8ADA73245841EE1D81776B404CB777B4.C01USN00

>>>>> Veronica Polnick ██████ 0279>  ◀ 3/8/2021, 10:12 PM
>>>>> She's not ok
VP

>>>>> Matthew Cavenaugh ██████ 2338>  ▶ 3/8/2021, 10:14 PM
>>>>> Nope.  Should we troll her with obscene OOO's?
MC

Receipts • Veronica Polnick ██████ 0279> [R 3/8/2021, 10:14 PM]

>>>>> Veronica Polnick < ██████ 0279>  ◀ 3/8/2021, 10:14 PM
>>>>> Great idea. Inviting her only.
VP

>>>>> Veronica Polnick < ██████ 0279>  ◀ 3/8/2021, 10:14 PM

**EXHIBIT 9**
**Page 14 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 14**

JW_00025808



>>>>> Copy each other for LOLz
VP

>>>>> **Matthew Cavenaugh** <████2338>     ▶ 3/8/2021, 10:14 PM
>>>>> Yes
MC

Receipts • Veronica Polnick ████ 0279 (R 3/8/2021, 10:14 PM)

>>>>> Veronica Polnick <████0279>     ◀ 3/8/2021, 10:15 PM
>>>>> Yessssssss
VP

>>>>> Veronica Polnick <████0279>     ◀ 3/8/2021, 10:18 PM
>>>>> Beat that
VP

>>>>> **Matthew Cavenaugh** <████2338>     ▶ 3/8/2021, 10:19 PM
>>>>> Check it
MC

Receipts • Veronica Polnick ████ 0279 (R 3/8/2021, 10:19 PM)

>>>>> Veronica Polnick <████0279>     ◀ 3/8/2021, 10:20 PM
>>>>> I have no calendar invite from you
VP

>>>>> **Matthew Cavenaugh** <████2338>     ▶ 3/8/2021, 10:20 PM
>>>>>
MC

*File "f3a26512-54a4-42e1-98c7-a2f4d2e08e0e.jpeg" is missing.*
*Image: ~_Library_SMS_Attachments_20_00_at_0_467EE8AE-8CAF-47D3-AA08-77C3DB48B7F4_Out of Office.jpeg*

Receipts • Veronica Polnick ████ 0279 (R 3/8/2021, 10:20 PM)

>>>>> **Matthew Cavenaugh** <████2338>     ▶ 3/8/2021, 10:20 PM
>>>>> Out of Office.jpeg
MC     https://p52-
content.icloud.com/M550D8ACDB82CF05F5934A5901AD2DE2CE92B60493AFA5B1CDD60AE3489350C2A.C01USN0
0

Receipts • Veronica Polnick ████ 0279 (R 3/8/2021, 10:20 PM)

>>>>> Veronica Polnick <████0279>     ◀ 3/8/2021, 10:21 PM
>>>>> Liked an image
VP

>>>>> Veronica Polnick <████0279>     ◀ 3/8/2021, 10:24 PM
>>>>> Omg Brooklyn so good
VP

>>>>> Veronica Polnick <████0279>     ◀ 3/8/2021, 10:30 PM
>>>>> BEAT THAT
VP

>>>>> **Matthew Cavenaugh** <████2338>     ▶ 3/8/2021, 10:33 PM
>>>>> Hahahaha
MC

Receipts • Veronica Polnick ████ 0279 (R 3/8/2021, 10:34 PM)

>>>>> **Matthew Cavenaugh** <████2338>     ▶ 3/8/2021, 10:38 PM
>>>>>
MC

*File "e8915456-4f46-445d-80c2-7b0af6825bff.HEIC" is missing.*
*Attachment: ~_Library_SMS_Attachments_f8_08_at_0_2F82427D-DF4D-466A-8650-*
*464EFAEA9BC1_63695748405__668FC0BD-CF0B-44CA-9901-D2F2E618D0FF.HEIC*

**EXHIBIT 9**
**Page 15 of 45** **JCP Wind-Down Debtors' Ex. 9**
**Page 15**

Confidential

Receipts • Veronica Polnick &lt;        0279&gt; |F 3/8/2021, 10:38 PM|

&gt;&gt;&gt;&gt;&gt;   Matthew Cavenaugh &lt;        2338&gt;                                      ► 3/8/2021, 10:38 PM
&gt;&gt;&gt;&gt;&gt;   63695748405__668FC0BD-CF0B-44CA-9901-D2F2E618D0FF.HEIC
MC        https://p41-
          content.icloud.com/M550D8ACDB82CF05F5934A5901AD2DE92B60493AFA5B1CDD60AE3489350C2A.C01USN0
          0

          Receipts • Veronica Polnick &lt;        0279&gt; |R 3/8/2021, 10:38 PM|

&gt;&gt;&gt;&gt;&gt;   Veronica Polnick &lt;        0279&gt;                                        ◄ 3/8/2021, 10:38 PM
&gt;&gt;&gt;&gt;&gt;   Yup
VP
&gt;&gt;&gt;&gt;&gt;   Veronica Polnick &lt;        0279&gt;                                        ◄ 3/8/2021, 10:38 PM
&gt;&gt;&gt;&gt;&gt;   I opted for Mozzarella sticks
VP
&gt;&gt;&gt;&gt;&gt;   Veronica Polnick &lt;        0279&gt;                                        ◄ 3/8/2021, 10:38 PM
&gt;&gt;&gt;&gt;&gt;   Bc 7am filing
VP
&gt;&gt;&gt;&gt;&gt;   Matthew Cavenaugh &lt;        2338&gt;                                      ► 3/8/2021, 10:39 PM
&gt;&gt;&gt;&gt;&gt;   Yup.
MC

          Receipts • Veronica Polnick &lt;        0279&gt; |R 3/8/2021, 10:39 PM|

&gt;&gt;&gt;&gt;&gt;   Veronica Polnick &lt;        0279&gt;                                        ◄ 3/8/2021, 10:39 PM
&gt;&gt;&gt;&gt;&gt;
VP

          File "1c98beb6-3ef6-4bfc-8bce-df5e1650bcee.gif" is missing.
          Image: ~_Library_SMS_Attachments_b7_07_at_0_33C377D1-B317-4737-9F05-776C05AC7A5E_B4F471FB-68B2-
          4DC4-9CD5-007A684843CE.gif

&gt;&gt;&gt;&gt;&gt;   Veronica Polnick &lt;        0279&gt;                                        ◄ 3/8/2021, 10:39 PM
&gt;&gt;&gt;&gt;&gt;   B4F471FB-68B2-4DC4-9CD5-007A684843CE.gif
VP        https://p59-
          content.icloud.com/M3AF91A17122B807DD37F46EB364AE71F8ADA73245841EE1D81776B404CB777B4.C01USN00

&gt;&gt;&gt;&gt;&gt;   Matthew Cavenaugh &lt;        2338&gt;                                      ► 3/9/2021, 10:31 AM
&gt;&gt;&gt;&gt;&gt;
MC

          File "aedb7ca5-e1b9-44af-bea3-6d8819c6ea38" is missing.
          Attachment: 7034c65c-23eb-40fe-be71-5c6ae502c1c6

          Receipts • Veronica Polnick &lt;        0279&gt; |R 3/9/2021, 10:32 AM|

&gt;&gt;&gt;&gt;&gt;   Matthew Cavenaugh &lt;        2338&gt;                                      ► 3/9/2021, 10:31 AM
&gt;&gt;&gt;&gt;&gt;   178046670154.pdf
MC        https://p55-
          content.icloud.com/M550D8ACDB82CF05F5934A5901AD2DE2CE92B60493AFA5B1CDD60AE3489350C2A.C01USN0
          0

          Receipts • Veronica Polnick &lt;        0279&gt; |R 3/9/2021, 10:32 AM|

&gt;&gt;&gt;&gt;&gt;   Veronica Polnick &lt;        0279&gt;                                        ◄ 3/9/2021, 10:33 AM
&gt;&gt;&gt;&gt;&gt;   Liked an attachment
VP
&gt;&gt;&gt;&gt;&gt;   Veronica Polnick &lt;        0279&gt;                                        ◄ 3/9/2021, 10:33 AM
&gt;&gt;&gt;&gt;&gt;   Credible and admissible

**EXHIBIT 9**
**Page 16 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 16**

Confidential                                                       JW_00025810

VP
>>>>> Veronica Polnick <█████0279>          ◄ 3/9/2021  10:33 AM
>>>>> Best of luck with that
VP
>>>>> Veronica Polnick <█████0279>          ◄ 3/9/2021  10:33 AM
>>>>> I don't see that he filed a we list
VP
>>>>> Veronica Polnick <█████0279>          ◄ 3/9/2021  11:38 AM
>>>>> Call you in a sec
VP

**EXHIBIT 9**
**Page 17 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 17**

Confidential

JW_00025811

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 141 | Date Range: 3/9/2021 - 3/10/2021 |

## Outline of Conversations

💬    +■■■■2338 · 141 messages between 3/9/2021 - 3/10/2021 · Matthew Cavenaugh <■■■2338> · Veronica Polnick <■■■0279> · _$!<Other>!$_ <■■■@yahoo.com>

**EXHIBIT 9**
**Page 18 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 18**

Confidential      JW_00025812

**Messages in chronological order** (times are shown in GMT -06:00)

---

💬 **+18324962338**

| | | |
|---|---|---|
| VP | Veronica Polnick <6313750279> | ◄ 3/9/2021, 7:05 PM |
| | ███████████████ | |
| > MC | Matthew Cavenaugh <8324962338> | ► 3/9/2021, 7:09 PM |
| | ███████████ | |
| | Receipts · Veronica Polnick <6313750279> [R 3/9/2021, 7:09 PM] | |
| >> VP | Veronica Polnick <6313750279> | ◄ 3/9/2021, 7:10 PM |
| | ████████████████████████ | |
| >>> VP | Veronica Polnick <6313750279> | ◄ 3/9/2021, 7:10 PM |
| | ██████████ | |
| >>>> VP | Veronica Polnick <6313750279> | ◄ 3/9/2021, 7:10 PM |
| | ███████████████████ | |
| >>>>> VP | Veronica Polnick <6313750279> | ◄ 3/9/2021, 7:10 PM |
| | ████████████ | |
| >>>>> > VP | Veronica Polnick <6313750279> | ◄ 3/9/2021, 7:10 PM |
| | ████████ | |
| >>>>> >> MC | Matthew Cavenaugh <8324962338> | ► 3/9/2021, 7:10 PM |
| | ██████████ | |
| | Receipts · Veronica Polnick <████0279> [R 3/9/2021, 7:10 PM] | |
| >>>>> >>> VP | Veronica Polnick <6███0279> | ◄ 3/9/2021, 7:10 PM |
| | ██████████ | |
| >>>>> >>>> MC | Matthew Cavenaugh <████2338> | ► 3/9/2021, 7:12 PM |

File "0c1bcaab-f66b-4ce8-b45d-5a61a35c21c1.jpeg" is missing
Image: ~_Library_SMS_Attachments_35_05_at_0_AB27B1DD-7FDE-4131-A001-F3ECEBAD1EFD_Screenshot 2021-03-09 at 7.11.54 PM.jpeg

Receipts · Veronica Polnick <6███0279> [R 3/9/2021, 7:12 PM]

| | | |
|---|---|---|
| >>>>> >>>>> MC | Matthew Cavenaugh <████2338> | ► 3/9/2021, 7:12 PM |

>>>>> MC Screenshot 2021-03-09 at 7.11.54 PM.jpeg
https://p67-content.icloud.com/M550D8ACDB82CF05F5934A5901AD2DE2CE92B60493AFA5B1CDD60AE3489350C2A.C01USN00

Receipts · Veronica Polnick <████0279> [R 3/9/2021, 7:12 PM]

| | | |
|---|---|---|
| >>>>> >>>>> VP | Veronica Polnick <████0279> | ◄ 3/9/2021, 7:12 PM |
| | Loved an image | |
| >>>>> >>>>> MC | Matthew Cavenaugh <████2338> | ► 3/9/2021, 7:51 PM |
| >>>>> | 😐 | |

**EXHIBIT 9**
**Page 19 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 19**

Confidential

JW_00025813

MC

*File "ccf2b73a-20dc-4694-9a47-716f9e950e49.jpeg" is missing.*
*Image: ~_Library_SMS_Attachments_d1_01_at_0_BE30F2E1-51E1-42EF-B2B4-92290F7BB164_Screenshot 2021-03-09 at 7.51.39 PM.jpeg*

Receipts · Veronica Polnick <██████0279> [R:3/9/2021, 7:52 PM]

>>>>> **Matthew Cavenaugh** ████2338>  ▶ 3/9/2021, 7:51 PM
>>>>> Screenshot 2021-03-09 at 7.51.39 PM.jpeg
MC https://p43-content.icloud.com/M550D8ACDB82CF05F5934A5901AD2DE2CE92B60493AFA5B1CDD60AE3489350C2A.C01USN00

Receipts · Veronica Polnick <██████0279> [R:3/9/2021, 7:52 PM]

>>>>> **Veronica Polnick** ████0279>  ◀ 3/9/2021, 7:52 PM
>>>>> Questioned "█"
VP
>>>>> **Matthew Cavenaugh** ████2338>  ▶ 3/9/2021, 7:52 PM
>>>>> ████████
MC

Receipts · Veronica Polnick <██████0279> [R:3/9/2021, 7:52 PM]

>>>>> **Veronica Polnick** <████0279>  ◀ 3/9/2021, 7:52 PM
>>>>> ████████████
VP
>>>>> **Veronica Polnick** ████0279>  ◀ 3/9/2021, 7:53 PM
>>>>> ████████████
VP
>>>>> **Matthew Cavenaugh** <████2338>  ▶ 3/9/2021, 7:53 PM
>>>>> ███████████████████████████████████████████████████████
MC

Receipts · Veronica Polnick <██████0279> [R:3/9/2021, 7:53 PM]

>>>>> **Matthew Cavenaugh** <████2338>  ▶ 3/9/2021, 7:53 PM
>>>>> ████████████████
MC

Receipts · Veronica Polnick <██████0279> [R:3/9/2021, 7:53 PM]

>>>>> **Veronica Polnick** ████0279>  ◀ 3/9/2021, 7:53 PM
>>>>> ██████████
VP
>>>>> **Veronica Polnick** ████0279>  ◀ 3/9/2021, 7:53 PM
>>>>> ████████████
VP
>>>>> **Veronica Polnick** <████0279>  ◀ 3/9/2021, 7:54 PM
>>>>> █████████████████████████
VP
>>>>> **Veronica Polnick** <████0279>  ◀ 3/9/2021, 7:54 PM
>>>>> ██████████
VP
>>>>> **Veronica Polnick** <████0279>  ◀ 3/9/2021, 7:56 PM
>>>>> Depending on how tomorrow goes we may need to talk to freeman about getting a lawyer. Not because she's in trouble. But just to be looking out for HER interests only
VP

>>>>> **Veronica Polnick** <████0279>  ◀ 3/9/2021, 7:56 PM
>>>>> Everyone else has multiple interests
VP

**EXHIBIT 9**
**Page 20 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 20**

Confidential

JW_00025814

>>>>> Veronica Polnick <█████0279>   ◁ 3/9/2021, 7:56 PM
>>>>> You and I included
VP

>>>>> **Matthew Cavenaugh** <█████2338>   ▶ 3/9/2021, 7:59 PM
>>>>> I made the same exact point to her today.
MC

Receipts • Veronica Polnick <█████0279> [R:3/9/2021, 7:59 PM]

>>>>> **Matthew Cavenaugh** <█████2338>   ▶ 3/9/2021, 7:59 PM
>>>>> THE SAME
MC

Receipts • Veronica Polnick <█████0279> [R:3/9/2021, 7:59 PM]

>>>>> Veronica Polnick <█████0279>   ◁ 3/9/2021, 7:59 PM
>>>>> Liked "I made the same exact point to her today."
VP

>>>>> Veronica Polnick <█████0279>   ◁ 3/9/2021, 7:59 PM
>>>>> And she's going to resist it but the best thing we can do to protect her is force her to protect herself
VP

>>>>> **Matthew Cavenaugh** <█████2338>   ▶ 3/9/2021, 7:59 PM
>>>>> And I had a recommendation, but I've retracted it
MC

Receipts • Veronica Polnick <█████0279> [R:3/9/2021, 7:59 PM]

>>>>> Veronica Polnick <█████0279>   ◁ 3/9/2021, 7:59 PM
>>>>> Who was it
VP

>>>>> **Matthew Cavenaugh** <█████2338>   ▶ 3/9/2021, 8:00 PM
>>>>> Who would you recommend?
MC

Receipts • Veronica Polnick <█████0279> [R:3/9/2021, 8:00 PM]

>>>>> Veronica Polnick <█████0279>   ◁ 3/9/2021, 8:00 PM
>>>>> Fak
VP

>>>>> Veronica Polnick <█████0279>   ◁ 3/9/2021, 8:01 PM
>>>>> Pat Hughes
VP   Bill Greendyke is perfect but maybe too soft.

>>>>> Veronica Polnick <█████0279>   ◁ 3/9/2021, 8:01 PM
>>>>> Big T prob can't
VP

>>>>> Veronica Polnick <█████0279>   ◁ 3/9/2021, 8:01 PM
>>>>> But maybe
VP

>>>>> **Matthew Cavenaugh** <█████2338>   ▶ 3/9/2021, 8:02 PM
>>>>> Sylvia?
MC

Receipts • Veronica Polnick <█████0279> [R:3/9/2021, 8:02 PM]

>>>>> Veronica Polnick <█████0279>   ◁ 3/9/2021, 8:02 PM
>>>>> Mayer?
VP

>>>>> Veronica Polnick <█████0279>   ◁ 3/9/2021, 8:02 PM
>>>>> Also great
VP

>>>>> **Matthew Cavenaugh** <█████2338>   ▶ 3/9/2021, 8:02 PM
>>>>> Just trying to get a female perspective

**EXHIBIT 9**
**Page 21 of 45**

Confidential



MC

Receipts · Veronica Polnick ███████ 0279> [R:3/9/2021, 8:02 PM]

>>>>> **Veronica Polnick** ████ 0279>                               ◁ 3/9/2021, 8:03 PM
>>>>> Who else did jones appoint on that westmoreland panel
VP

>>>>> **Matthew Cavenaugh** █████ 2338>                             ▶ 3/9/2021, 8:03 PM
>>>>> Allyson Byman
MC

Receipts · Veronica Polnick ███████ 0279> [R:3/9/2021, 8:03 PM]

>>>>> **Veronica Polnick** █████ 50279>                             ◁ 3/9/2021, 8:03 PM
>>>>> No
VP

>>>>> **Matthew Cavenaugh** █████ 2338>                             ▶ 3/9/2021, 8:03 PM
>>>>> Agree
MC

Receipts · Veronica Polnick ███████ 0279> [R:3/9/2021, 8:03 PM]

>>>>> **Matthew Cavenaugh** █████ 2338>                             ▶ 3/9/2021, 6:03 PM
>>>>> Can't be a trustee
MC

Receipts · Veronica Polnick ███████ 0279> [R:3/9/2021, 8:03 PM]

>>>>> **Veronica Polnick** █████ 50279>                             ◁ 3/9/2021, 8:03 PM
>>>>> Also no
VP

>>>>> **Veronica Polnick** ████ 0279>                               ◁ 3/9/2021, 6:05 PM
>>>>> Who reps Jan
VP

>>>>> **Veronica Polnick** ████ 0279>                               ◁ 3/9/2021, 8:05 PM
>>>>> Not Wayne
VP

>>>>> **Veronica Polnick** ████ 0279>                               ◁ 3/9/2021, 8:06 PM
>>>>> Her good one
VP

>>>>> **Matthew Cavenaugh** █████ 2338>                             ▶ 3/9/2021, 6:06 PM
>>>>> In what?
MC

Receipts · Veronica Polnick ███████ 0279> [R:3/9/2021, 8:06 PM]

>>>>> **Veronica Polnick** ████ 0279>                               ◁ 3/9/2021, 8:06 PM
>>>>> In her real shit
VP

>>>>> **Matthew Cavenaugh** █████ 2338>                             ▶ 3/9/2021, 8:06 PM
>>>>> Josh
MC

Receipts · Veronica Polnick ███████ 0279> [R:3/9/2021, 8:06 PM]

>>>>> **Veronica Polnick** ████ 0279>                               ◁ 3/9/2021, 8:06 PM
>>>>> Yeah no
VP

>>>>> **Veronica Polnick** ████ 0279>                               ◁ 3/9/2021, 8:06 PM
>>>>> No PG
VP

>>>>> **Veronica Polnick** ████ 0279>                               ◁ 3/9/2021, 8:06 PM
>>>>> PH
VP

>>>>> **Veronica Polnick** █████ 50279>                             ◁ 3/9/2021, 8:10 PM

**EXHIBIT 9**
**Page 22 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 22**

>>>>> Pat or Shelly
VP

>>>>> **Matthew Cavenaugh** ▮▮▮2338>                              ▶ 3/9/2021, 8:12 PM
>>>>> Shelly?
MC

Receipts • Veronica Polnick ▮▮▮279> [R:3/9/2021, 8:12 PM]

>>>>> **Veronica Polnick** ▮▮▮0279>                              ◀ 3/9/2021, 8:12 PM
>>>>> Sylvia
VP

>>>>> **Veronica Polnick** <▮▮▮0279>                             ◀ 3/9/2021, 8:12 PM
>>>>> Sorry lol
VP



>>>>> **Veronica Polnick** ▮▮▮0279>                              ◀ 3/9/2021, 9:28 PM
>>>>>
VP

*File "4aedacaf-ae66-45b3-96bf-b56d6d2a308f.gif" is missing.*
*Image: ~_Library_SMS_Attachments_98_08_at_0_52825677-8552-43DE-A718-1673702ADDB4_DB08D745-E9BC-*
*4CB4-9C1A-A5DF887808AD.gif*

>>>>> **Veronica Polnick** ▮▮▮0279>                              ◀ 3/9/2021, 9:28 PM
>>>>> DB08D745-E9BC-4CB4-9C1A-A5DF887808AD.gif
VP      https://p38-
        content.icloud.com/M3AF91A17122B807DD37F46EB364AE71F8ADA73245841EE1D81776B404CB777B4.C01USN00

>>>>> **Veronica Polnick** ▮▮▮0279>                              ◀ 3/9/2021, 9:28 PM
>>>>> Don't come for my Liz
VP

<span style="color:red">**EXHIBIT 9**
**Page 23 of 45**</span>

Confidential                                                      JW_00025817



| | | |
|---|---|---|
| >>>>> Matthew Cavenaugh ⬛2338> | ▶ 3/9/2021, 9:28 PM | |
| >>>>> Dude.  YES | | |
| MC | | |

Receipts • Veronica Polnick ⬛0279> [R:3/9/2021, 10:31 PM]

>>>>> Matthew Cavenaugh ⬛2338>    ▶ 3/9/2021, 10:29 PM
>>>>> I think we got this
MC

Receipts • Veronica Polnick ⬛0279> [R:3/9/2021, 10:31 PM]

>>>>> Veronica Polnick ⬛0279>    ◀ 3/9/2021, 10:32 PM
>>>>> I do too
VP

>>>>> Veronica Polnick ⬛0279>    ◀ 3/9/2021, 10:32 PM
>>>>> ⬛
VP

>>>>> Veronica Polnick ⬛0279>    ◀ 3/9/2021, 10:32 PM
>>>>> Does Bruce know that I know now?
VP

>>>>> Matthew Cavenaugh ⬛2338>    ▶ 3/9/2021, 10:32 PM
>>>>> Yes
MC

Receipts • Veronica Polnick ⬛0279> [R:3/9/2021, 10:32 PM]

>>>>> Veronica Polnick ⬛0279>    ◀ 3/9/2021, 10:32 PM
>>>>> Ok
VP

>>>>> Matthew Cavenaugh ⬛2338>    ▶ 3/9/2021, 10:32 PM
>>>>> I told him I had to loop you in for the filings
MC

Receipts • Veronica Polnick ⬛0279> [R:3/9/2021, 10:32 PM]

>>>>> Veronica Polnick ⬛0279>    ◀ 3/9/2021, 10:33 PM
>>>>> That's fine. Doesn't bother me if he knew that I knew before anyway.  But I won't volunteer that
VP

>>>>> Matthew Cavenaugh ⬛2338>    ▶ 3/9/2021, 10:33 PM
>>>>> He does not know that
MC

Receipts • Veronica Polnick ⬛0279> [R:3/9/2021, 10:33 PM]

>>>>> Veronica Polnick ⬛0279>    ◀ 3/9/2021, 10:39 PM
>>>>> I know there's a lot of things to unpack in what I'm about to send but....
VP

Watching other people's chaos brings me great peace.

If you're also like that pls enjoy 18 mins of a crack head freaking out in a trap house

>>>>> Veronica Polnick ⬛0279>    ◀ 3/9/2021, 10:39 PM
>>>>> https://fb.watch/481K-OY4P9/
VP

*Attachment: ~_Library_SMS_Attachments_a2_02_at_0_BF7E2E78-1058-4660-98B0-11948A14D1E0_4F170A21-BEA5-41DB-9EA4-373241B53B67.pluginPayloadAttachment (6 KB)*

>>>>> Veronica Polnick ⬛0279>    ◀ 3/9/2021, 10:39 PM
>>>>> 4F170A21-BEA5-41DB-9EA4-373241B53B67.pluginPayloadAttachment
VP

>>>>> Veronica Polnick ⬛0279>    ◀ 3/9/2021, 10:40 PM
>>>>> I feel zen AF

<span style="color:red">**EXHIBIT 9**
**Page 24 of 45**</span>

**JCP Wind-Down Debtors' Ex. 9**
**Page 24**

JW_00025818



VP

>>>>> Matthew Cavenaugh ████ 2338>   ▶ 3/9/2021, 10:50 PM

>>>>> Wtf?

MC

Receipts • Veronica Polnick ████ 0279> (R 3/9/2021, 10:50 PM)

>>>>> Matthew Cavenaugh ████ 2338>   ▶ 3/9/2021, 10:50 PM

>>>>> Only if that is your baseline

MC

Receipts • Veronica Polnick ████ 0279> (R 3/9/2021, 10:50 PM)

>>>>> Veronica Polnick ████ 0279>   ◀ 3/9/2021, 10:51 PM

>>>>> Hoarders, intervention, 1000lb sisters, all just make me feel zen. Chill AF. Ready for tomorrow. 😊👍

VP

>>>>> Matthew Cavenaugh ████ 2338>   ▶ 3/9/2021, 11:05 PM

>>>>> ████████████████

MC

Receipts • Veronica Polnick ████ 0279> (R 3/9/2021, 11:05 PM)

>>>>> Veronica Polnick ████ 0279>   ◀ 3/9/2021, 11:05 PM

>>>>> ████████████████

VP

>>>>> Veronica Polnick ████ 0279>   ◀ 3/9/2021, 11:05 PM

>>>>> ████████

VP

>>>>> Veronica Polnick ████ 0279>   ◀ 3/9/2021, 11:06 PM

>>>>> ████████████

VP

>>>>> Veronica Polnick ████ 0279>   ◀ 3/9/2021, 11:06 PM

>>>>> ████████

VP

>>>>> Matthew Cavenaugh ████ 2338>   ▶ 3/9/2021, 11:06 PM

>>>>> Ok. Imma gonna go to bed. Otherwise, I'm gonna over think it

MC

Receipts • Veronica Polnick ████ 0279> (R 3/9/2021, 11:06 PM)

>>>>> Veronica Polnick ████ 0279>   ◀ 3/9/2021, 11:06 PM

>>>>> Liked "Ok. Imma gonna go to bed. Otherwise, I'm gonna over think it"

VP

>>>>> Veronica Polnick ████ 0279>   ◀ 3/9/2021, 11:06 PM

>>>>> Watch a quick intervention clip and call it a night. Trust me. 😄

VP

>>>>> Matthew Cavenaugh ████ 2338>   ▶ 3/9/2021, 11:07 PM

>>>>> I only got 1 hour of sleep last night. 4 hours of just energy calls, and 3 hours of re reading all of my declarations in prior cases

MC

Receipts • Veronica Polnick ████ 0279> (R 3/9/2021, 11:07 PM)

>>>>> Veronica Polnick ████ 0279>   ◀ 3/9/2021, 11:07 PM

>>>>> JFC. Go to sleep

VP

>>>>> Veronica Polnick ████ 0279>   ◀ 3/9/2021, 11:08 PM

>>>>> This is gonna be ok

VP

>>>>> Veronica Polnick ████ 0279>   ◀ 3/9/2021, 11:08 PM

>>>>> I can feel it

VP

>>>>> Matthew Cavenaugh ████ 2338>   ▶ 3/9/2021, 11:08 PM

>>>>> Loved "I can feel it"

**EXHIBIT 9**
**Page 25 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 25**

Confidential

JW_00025819



>>>>> 
MC  Receipts · Veronica Polnick < ▓▓▓ 0279> [R:3/9/2021, 11:28 PM]

>>>>> **Matthew Cavenaugh** < ▓▓▓ 2338>  ► 3/9/2021, 11:08 PM
>>>>> Adios
MC

Receipts · Veronica Polnick < ▓▓▓ 0279> [R:3/9/2021, 11:28 PM]

>>>>> **Matthew Cavenaugh** < ▓▓▓ 2338>  ► 3/10/2021, 8:27 AM
>>>>>
MC

Receipts · Veronica Polnick < ▓▓▓ 0279> [R:3/10/2021, 8:27 AM]

>>>>> **Veronica Polnick** < ▓▓▓ 0279>  ◄ 3/10/2021, 8:33 AM
>>>>>
VP

>>>>> **Matthew Cavenaugh** < ▓▓▓ 2338>  ► 3/10/2021, 8:34 AM
>>>>>
MC

Receipts · Veronica Polnick < ▓▓▓ 0279> [R:3/10/2021, 8:34 AM]

>>>>> **Veronica Polnick** < ▓▓▓ 0279>  ◄ 3/10/2021, 8:34 AM
>>>>>
VP

>>>>> **Veronica Polnick** < ▓▓▓ 0279>  ◄ 3/10/2021, 8:34 AM
>>>>>
VP

>>>>> **Veronica Polnick** < ▓▓▓ 0279>  ◄ 3/10/2021, 8:34 AM
>>>>>
VP

**EXHIBIT 9**
**Page 26 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 26**



## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 120 | Date Range: 3/10/2021 - 3/11/2021 |

## Outline of Conversations

💬 ▪ ████2338 ▪ 120 messages between 3/10/2021 - 3/11/2021 ▪ Matthew Cavenaugh <████2338> ▪ Veronica Polnick <████0279> ▪ _$!<Other>!$_ <████@yahoo.com>

**EXHIBIT 9**
**Page 27 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 27**

Confidential

JW_00025823

**Messages in chronological order** (times are shown in GMT -06:00)

---

💬 ⬛⬛⬛2338

| | | |
|---|---|---|
| MC | **Matthew Cavenaugh** <⬛⬛2338> | ▶ 3/10/2021, 8:00 PM |
| | Was I too rough? | |

Receipts • Veronica Polnick <⬛⬛0279> [R:3/10/2021, 8:00 PM]

| | | |
|---|---|---|
| > VP | **Veronica Polnick** <⬛⬛0279> | ◀ 3/10/2021, 8:00 PM |
| | No you were fine. | |

| | | |
|---|---|---|
| >> VP | **Veronica Polnick** <⬛⬛0279> | ◀ 3/10/2021, 8:00 PM |
| | I'm glad you told her about Monica | |

| | | |
|---|---|---|
| >>> VP | **Veronica Polnick** <⬛⬛0279> | ◀ 3/10/2021, 8:00 PM |
| | And I also spoke to big guy again | |

| | | |
|---|---|---|
| >>>> VP | **Veronica Polnick** <⬛⬛0279> | ◀ 3/10/2021, 8:01 PM |
| | She just went home too. Which I think is good | |

| | | |
|---|---|---|
| >>>>> MC | **Matthew Cavenaugh** <⬛⬛2338> | ▶ 3/10/2021, 8:03 PM |
| | What did big guy say? | |

Receipts • Veronica Polnick <⬛⬛0279> [R:3/10/2021, 8:04 PM]

| | | |
|---|---|---|
| >>>>> > VP | **Veronica Polnick** <⬛⬛0279> | ◀ 3/10/2021, 8:57 PM |
| | Monday is low if I can't bill like Willie but it's not as bad as I thought! | |

*File "3336f792-0c96-4d05-8da7-88c690a0da2c.HEIC" is missing.*
*Attachment: ~_Library_SMS_Attachments_fc_12_at_0_5F5D73B8-5F3D-4B89-874A-5E839BEB507D_IMG_4700.HEIC*

| | | |
|---|---|---|
| >>>>> >> VP | **Veronica Polnick** <⬛⬛0279> | ◀ 3/10/2021, 8:57 PM |
| | IMG_4700.HEIC https://p47-content.icloud.com/M3AF91A17122B807DD37F46EB364AE71F8ADA73245841EE1D81776B404CB777B4.C01USN00 | |

| | | |
|---|---|---|
| >>>>> >> MC | **Matthew Cavenaugh** <⬛⬛2338> | ▶ 3/10/2021, 8:59 PM |
| | Ha! | |

Receipts • Veronica Polnick <⬛⬛0279> [R:3/10/2021, 8:59 PM]

| | | |
|---|---|---|
| >>>>> >>> VP | **Veronica Polnick** <⬛⬛0279> | ◀ 3/10/2021, 8:59 PM |
| | 🐧🐧🐧 | |

| | | |
|---|---|---|
| >>>>> >>>> VP | **Veronica Polnick** <⬛⬛0279> | ◀ 3/10/2021, 8:59 PM |
| | I also didn't bill for the hearings today 😅😅 | |

| | | |
|---|---|---|
| >>>>> >>>>> VP | **Veronica Polnick** <⬛⬛0279> | ◀ 3/10/2021, 8:59 PM |
| | This is fun | |

| | | |
|---|---|---|
| >>>>> >>>>> MC | **Matthew Cavenaugh** <⬛⬛2338> | ▶ 3/10/2021, 8:59 PM |
| | Well yah! | |

Receipts • Veronica Polnick <⬛⬛0279> [R:3/10/2021, 8:59 PM]

**EXHIBIT 9**
**Page 28 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 28**

Confidential

JW_00025824

| | | |
|---|---|---|
| Matthew Cavenaugh < 2338> | | ▶ 3/10/2021, 9:00 PM |
| Was I too hard on her? | | |

MC

Receipts • Veronica Polnick < 0279> [R:3/10/2021, 9:00 PM]

Veronica Polnick < 0279> ◀ 3/10/2021, 9:00 PM

You really weren't. She's just fucking miserable right now

VP

Veronica Polnick < 0279> ◀ 3/10/2021, 9:00 PM

You didn't say anything mean to her

VP

Veronica Polnick < 0279> ◀ 3/10/2021, 9:00 PM

Just telling her what's happened and what we need to do 🙇

VP

Veronica Polnick < 0279> ◀ 3/10/2021, 9:00 PM

She thinks her entire world is crumbling

VP

Veronica Polnick < 0279> ◀ 3/10/2021, 9:01 PM

And she thinks she's taking us and the district down with her

VP

Veronica Polnick < 0279> ◀ 3/10/2021, 9:01 PM

The asshole side of me (3/4 of me really) wants to tell her to stop thinking so highly of herself 😵😵😵

VP

Matthew Cavenaugh 2338> ▶ 3/10/2021, 9:01 PM

Ha. Yah

MC

Receipts • Veronica Polnick < 0279> [R:3/10/2021, 9:01 PM]

Matthew Cavenaugh < 2338> ▶ 3/10/2021, 9:04 PM

Between you and me, I'm very angry at 400. Not because of what happened, but because of the dismissiveness of the issues. Shit like "glass houses" etc is so not fucking helpful

MC

Receipts • Veronica Polnick < 0279> [R:3/10/2021, 9:04 PM]

Veronica Polnick < 0279> ◀ 3/10/2021, 9:04 PM

I know. He's not ok either.

VP

Veronica Polnick < 0279> ◀ 3/10/2021, 9:04 PM

He's just better at faking it

VP

Matthew Cavenaugh < 2338> ▶ 3/10/2021, 9:05 PM

Attitudes like that can only end in bad results for our friend. He will be fine. But she will be not

MC

Receipts • Veronica Polnick < 0279> [R:3/10/2021, 9:05 PM]

Matthew Cavenaugh < 2338> ▶ 3/10/2021, 9:05 PM

It's fucking selfish

MC

Receipts • Veronica Polnick < 0279> [R:3/10/2021, 9:05 PM]

Veronica Polnick < 0279> ◀ 3/10/2021, 9:05 PM

I know. That's why I called him and told him to give her a hug and be nice.

VP

Veronica Polnick < 0279> ◀ 3/10/2021, 9:05 PM

Because let the world burn is his default setting

VP

Matthew Cavenaugh < 2338> ▶ 3/10/2021, 9:06 PM

Yup

**EXHIBIT 9**
**Page 29 of 45**

Confidential

JW_00025825



Confidential

| | | |
|---|---|---|
| >>>>> | Matthew Cavenaugh <span style="background:black">▮</span>338> | ► 3/10/2021, 9:27 PM |
| >>>>> MC | It's not my favorite look.  It's reactionary and instinctual | |

Receipts • Veronica Polnick <span style="background:black">▮</span>0279> [R:3/10/2021, 9:55 PM]

| | | |
|---|---|---|
| >>>>> | Matthew Cavenaugh <span style="background:black">▮</span>2338> | ► 3/10/2021, 9:30 PM |
| >>>>> MC | But it's 💯 dna. Since my dad died when I was 16 and left me with my mom and 3 younger sisters.  You can fucking google map it.  Freeman is my big sis.  Anyone fucks with her (including 400) you will see a fucking scary monster. | |

Receipts • Veronica Polnick <span style="background:black">▮</span>0279> [R:3/10/2021, 9:55 PM]

| | | |
|---|---|---|
| >>>>> | Veronica Polnick <span style="background:black">▮</span>0279> | ◄ 3/10/2021, 9:55 PM |
| >>>>> VP | I get it. And it's the reason you can handle this entire crew. | |

| | | |
|---|---|---|
| >>>>> | Veronica Polnick <span style="background:black">▮</span>0279> | ◄ 3/10/2021, 9:56 PM |
| >>>>> VP | An important tip to remember: it's dna for Jones too. Big time family issues too. It's his armor. It's not all real. | |

| | | |
|---|---|---|
| >>>>> | Matthew Cavenaugh <span style="background:black">▮</span>2338> | ► 3/10/2021, 10:05 PM |
| >>>>> MC | Yup | |

Receipts • Veronica Polnick <span style="background:black">▮</span>0279> [R:3/10/2021, 10:08 PM]

| | | |
|---|---|---|
| >>>>> | Matthew Cavenaugh <span style="background:black">▮</span>2338> | ► 3/10/2021, 10:05 PM |
| >>>>> MC | And it's a blind spot | |

Receipts • Veronica Polnick <span style="background:black">▮</span>0279> [R:3/10/2021, 10:08 PM]

| | | |
|---|---|---|
| >>>>> | Matthew Cavenaugh <span style="background:black">▮</span>2338> | ► 3/10/2021, 10:05 PM |
| >>>>> MC | It's mine | |

Receipts • Veronica Polnick <span style="background:black">▮</span>0279> [R:3/10/2021, 10:08 PM]

| | | |
|---|---|---|
| >>>>> | Veronica Polnick <span style="background:black">▮</span>0279> | ◄ 3/10/2021, 10:08 PM |
| >>>>> VP | Everyone has them | |

| | | |
|---|---|---|
| >>>>> | Matthew Cavenaugh <span style="background:black">▮</span>2338> | ► 3/10/2021, 10:09 PM |
| >>>>> MC | Yes.  But 400 needs to get real about his | |

Receipts • Veronica Polnick <span style="background:black">▮</span>0279> [R:3/10/2021, 10:09 PM]

| | | |
|---|---|---|
| >>>>> | Veronica Polnick <span style="background:black">▮</span>0279> | ◄ 3/10/2021, 10:09 PM |
| >>>>> VP | Agree | |

| | | |
|---|---|---|
| >>>>> | Veronica Polnick <span style="background:black">▮</span>0279> | ◄ 3/10/2021, 10:14 PM |
| >>>>> VP | I AM IN A STABLE 19 YEAR RELATIONSHIP WHY AM I EMOTIONALLY EXHAUSTED | |

| | | |
|---|---|---|
| >>>>> | Matthew Cavenaugh <span style="background:black">▮</span>2338> | ► 3/10/2021, 10:16 PM |
| >>>>> MC | Because life | |

Receipts • Veronica Polnick <span style="background:black">▮</span>0279> [R:3/10/2021, 10:16 PM]

| | | |
|---|---|---|
| >>>>> | Veronica Polnick <span style="background:black">▮</span>0279> | ◄ 3/10/2021, 10:16 PM |
| >>>>> VP | Emphasized "Because life " | |

| | | |
|---|---|---|
| >>>>> | Veronica Polnick <span style="background:black">▮</span>0279> | ◄ 3/10/2021, 10:17 PM |
| >>>>> VP | | |

*File "2044092a-a843-4a49-8382-61890e2e70f4.gif" is missing.*
*Image: ~_Library_SMS_Attachments_cc_12_at_0_8891EE6E-17D8-4BF0-8383-1E07A41B6A74_013A80AC-90BC-*

**EXHIBIT 9**
**Page 31 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 31**

Confidential

*456F-B527-A314E1A6972B.gif*

>>>>> **Veronica Polnick** <█████0279>  ◀ 3/10/2021, 10:17 PM
>>>>> 013A80AC-90BC-456F-B527-A314E1A6972B.gif
VP  https://p46-
content.icloud.com/M3AF91A17122B807DD37F46EB364AE71F8ADA73245841EE1D81776B404CB777B4.C01USN00

>>>>> **Matthew Cavenaugh** <████2338>  ▶ 3/10/2021, 10:19 PM
>>>>> Yes, VAP
MC

Receipts • Veronica Polnick █████0279> [R:3/10/2021, 10:19 PM]

>>>>> **Matthew Cavenaugh** <████2338>  ▶ 3/10/2021, 10:30 PM
>>>>> So he did talk to Suss or he's going to talk to suss?
MC

Receipts • Veronica Polnick <6313750279> [R:3/10/2021, 10:31 PM]

>>>>> **Veronica Polnick** <████0279>  ◀ 3/10/2021, 10:31 PM
>>>>> Already did
VP

>>>>> **Matthew Cavenaugh** <███2338>  ▶ 3/10/2021, 10:31 PM
>>>>> ████████████████████
MC

Receipts • Veronica Polnick <████0279> [R:3/10/2021, 10:32 PM]

>>>>> **Veronica Polnick** <████0279>  ◀ 3/10/2021, 10:32 PM
>>>>> ████
VP

>>>>> **Matthew Cavenaugh** <████2338>  ▶ 3/10/2021, 10:32 PM
>>>>> That's interesting.  Who called who?
MC

Receipts • Veronica Polnick <████0279> [R:3/10/2021, 10:32 PM]

>>>>> **Veronica Polnick** <████0279>  ◀ 3/10/2021, 10:32 PM
>>>>> Jones called Suss
VP

>>>>> **Veronica Polnick** <████0279>  ◀ 3/10/2021, 10:33 PM
>>>>> Those 'tinis still hittin? Bc I told you all about his convo with Suss a couple hours ago
VP

>>>>> **Matthew Cavenaugh** <████2338>  ▶ 3/10/2021, 10:33 PM
>>>>> K fine it was super vague yo
MC

Receipts • Veronica Polnick <████0279> [R:3/10/2021, 10:34 PM]

>>>>> **Veronica Polnick** <████0279>  ◀ 3/10/2021, 10:34 PM
>>>>> Info I got was vague too lol
VP

>>>>> **Matthew Cavenaugh** <████2338>  ▶ 3/10/2021, 10:34 PM
>>>>> You also said he said it was a good idea
MC

Receipts • Veronica Polnick <████0279> [R:3/10/2021, 10:34 PM]

>>>>> **Matthew Cavenaugh** <████2338>  ▶ 3/10/2021, 10:34 PM
>>>>> Which made me think he hadn't yet
MC

Receipts • Veronica Polnick <████0279> [R:3/10/2021, 10:34 PM]

>>>>> **Veronica Polnick** <████0279>  ◀ 3/10/2021, 10:34 PM
>>>>> Oh no he had

**EXHIBIT 9**
**Page 32 of 45**

Confidential



VP
>>>>> Veronica Polnick <▮▮▮0279> ◀ 3/10/2021, 10:34 PM
>>>>> ▮▮▮▮▮▮▮▮▮▮▮
VP
>>>>> Veronica Polnick <▮▮▮0279> ◀ 3/10/2021, 10:35 PM
>>>>> But Jones acknowledged that even if Suss was freaking out he might jot say it
VP
>>>>> Matthew Cavenaugh <▮▮▮2338> ▶ 3/10/2021, 10:35 PM
>>>>> ▮▮▮▮▮▮▮
MC
Receipts · Veronica Polnick <▮▮▮0279> [R:3/10/2021, 10:35 PM]

>>>>> Veronica Polnick <▮▮▮0279> ◀ 3/10/2021, 10:35 PM
>>>>> ▮▮▮
VP
>>>>> Matthew Cavenaugh <▮▮▮2338> ▶ 3/10/2021, 10:35 PM
>>>>> ▮
MC
Receipts · Veronica Polnick <▮▮▮0279> [R:3/10/2021, 10:35 PM]

>>>>> Veronica Polnick <▮▮▮0279> ◀ 3/10/2021, 10:35 PM
>>>>> ▮▮▮
VP
>>>>> Matthew Cavenaugh <▮▮▮2338> ▶ 3/10/2021, 10:35 PM
>>>>> I'm done
MC
Receipts · Veronica Polnick <▮▮▮0279> [R:3/10/2021, 10:35 PM]

>>>>> Veronica Polnick <▮▮▮0279> ◀ 3/10/2021, 10:35 PM
>>>>> ▮▮▮▮▮▮
VP
>>>>> Matthew Cavenaugh <▮▮▮2338> ▶ 3/10/2021, 10:35 PM
>>>>> Need to get the download from freeman
MC
Receipts · Veronica Polnick <▮▮▮0279> [R:3/10/2021, 10:35 PM]

>>>>> Veronica Polnick <▮▮▮0279> ◀ 3/10/2021, 10:36 PM
>>>>> Yes tomorrow am we need to FaceTime her
VP
>>>>> Veronica Polnick <▮▮▮0279> ◀ 3/10/2021, 10:36 PM
>>>>> She needs to get some rest in her own bed. Get her feet back under her and ground herself tonight.
VP
>>>>> Veronica Polnick <▮▮▮0279> ◀ 3/10/2021, 10:36 PM
>>>>> Tomorrow back at it
VP
>>>>> Matthew Cavenaugh <▮▮▮2338> ▶ 3/11/2021, 4:15 AM
>>>>> Liked "Tomorrow back at it"
MC
Receipts · Veronica Polnick <▮▮▮0279> [R:3/11/2021, 7:52 AM]

>>>>> Veronica Polnick <▮▮▮0279> ◀ 3/11/2021, 11:03 AM
>>>>> You talk to her yet today?
VP
>>>>> Matthew Cavenaugh <▮▮▮2338> ▶ 3/11/2021, 11:29 AM
>>>>> Yes.
MC
Receipts · Veronica Polnick <▮▮▮0279> [R:3/11/2021, 11:32 AM]

<div align="center" style="color:red">

**EXHIBIT 9**
**Page 33 of 45**

</div>

Confidential
JW_00025829

>>>>> **Matthew Cavenaugh** <███2338>   ► 3/11/2021, 11:30 AM
>>>>> She seems much better
MC

Receipts · Veronica Polnick <███0279> [R:3/11/2021, 11:32 AM]

>>>>> **Matthew Cavenaugh** <███2338>   ► 3/11/2021, 11:30 AM
>>>>> I'm supposed to roll by 400 today
MC

Receipts · Veronica Polnick <███0279> [R:3/11/2021, 11:32 AM]

>>>>> **Matthew Cavenaugh** <███338>   ► 3/11/2021, 11:30 AM
>>>>> When he frees up
MC

Receipts · Veronica Polnick <███0279> [R:3/11/2021, 11:32 AM]

>>>>> **Veronica Polnick** <███0279>   ◄ 3/11/2021, 11:32 AM
>>>>> Yep I heard
VP
>>>>> **Veronica Polnick** <███0279>   ◄ 3/11/2021, 11:32 AM
>>>>> She looks better
VP
>>>>> **Veronica Polnick** <███0279>   ◄ 3/11/2021, 11:32 AM
>>>>> He was nice to her
VP
>>>>> **Matthew Cavenaugh** <███2338>   ► 3/11/2021, 11:32 AM
>>>>> GOOD
MC

Receipts · Veronica Polnick <███0279> [R:3/11/2021, 11:32 AM]

>>>>> **Matthew Cavenaugh** <███2338>   ► 3/11/2021, 11:32 AM
>>>>> Good thing he didn't see that dress
MC

Receipts · Veronica Polnick <███0279> [R:3/11/2021, 11:32 AM]

>>>>> **Veronica Polnick** <███0279>   ◄ 3/11/2021, 11:32 AM
>>>>> Oh he did
VP
>>>>> **Veronica Polnick** <███0279>   ◄ 3/11/2021, 11:33 AM
>>>>> I showed him a pic
VP
>>>>> **Veronica Polnick** <███0279>   ◄ 3/11/2021, 11:33 AM
>>>>> Zero percent chance of me not doing that
VP
>>>>> **Matthew Cavenaugh** <███2338>   ► 3/11/2021, 11:33 AM
>>>>> It haunts me
MC

Receipts · Veronica Polnick <███0279> [R:3/11/2021, 11:33 AM]

>>>>> **Veronica Polnick** <███0279>   ◄ 3/11/2021, 11:33 AM
>>>>> Also this week he did the research you guys asked me to do so I'm gonna copy his homework and still double check
VP
>>>>> **Matthew Cavenaugh** <███2338>   ► 3/11/2021, 11:34 AM
>>>>>
MC

*File "b6343b9a-4bbd-4423-a260-1fc3c9aeeaad.gif" is missing.*
*Image: ~_Library_SMS_Attachments_00_00_at_0_6AF06C9F-C9D9-42EF-86A7-680AA457897C_IMG_3905.gif*

Receipts · Veronica Polnick <███0279> [R:3/  **EXHIBIT 9**  4 AM]

**Page 34 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 34**

>>>>> **Matthew Cavenaugh** <████2338>   ▶ 3/11/2021, 11:34 AM
>>>>> IMG_3905.gif
MC   https://p21-
content.icloud.com/M550D8ACDB82CF05F5934A5901AD2DE2CE92B60493AFA5B1CDD60AE3489350C2A.C01USN0
0

Receipts • Veronica Polnick <████0279> [R:3/11/2021, 11:34 AM]

>>>>> **Matthew Cavenaugh** <████2338>   ▶ 3/11/2021, 11:34 AM
>>>>> NICE. So we were asking the right questions, huh?
MC

Receipts • Veronica Polnick <████0279> [R:3/11/2021, 11:34 AM]

>>>>> **Veronica Polnick** <████0279>   ◀ 3/11/2021, 11:34 AM
>>>>> Yup
VP
>>>>> **Veronica Polnick** <████0279>   ◀ 3/11/2021, 2:15 PM
>>>>> Yeah Matt start us off
VP
>>>>> **Veronica Polnick** <████0279>   ◀ 3/11/2021, 2:15 PM
>>>>> Anything new?
VP
>>>>> **Veronica Polnick** <████0279>   ◀ 3/11/2021, 2:53 PM
>>>>> Have we considered hiring a PR firm?
VP
>>>>> **Matthew Cavenaugh** <████2338>   ▶ 3/11/2021, 2:53 PM
>>>>> We have. And we did
MC

Receipts • Veronica Polnick <████0279> [R:3/11/2021, 2:53 PM]

>>>>> **Veronica Polnick** <████0279>   ◀ 3/11/2021, 2:53 PM
>>>>> Oh great
VP
>>>>> **Veronica Polnick** <████0279>   ◀ 3/11/2021, 2:53 PM
>>>>> Who did we hire?
VP
>>>>> **Matthew Cavenaugh** <████2338>   ▶ 3/11/2021, 2:53 PM
>>>>> Androvett
MC

Receipts • Veronica Polnick <████0279> [R:3/11/2021, 2:53 PM]

>>>>> **Veronica Polnick** <████0279>   ◀ 3/11/2021, 2:53 PM
>>>>> Very cool
VP
>>>>> **Matthew Cavenaugh** <████2338>   ▶ 3/11/2021, 2:53 PM
>>>>> And Lisa lemaster
MC

Receipts • Veronica Polnick <████0279> [R:3/11/2021, 2:53 PM]

>>>>> **Veronica Polnick** <████0279>   ◀ 3/11/2021, 2:54 PM
>>>>>
VP

*File "c2f61f01-ea0d-4aa8-aee2-86bc363799f4.gif" is missing.*
*Image: ~_Library_SMS_Attachments_f1_01_at_0_6188E39D-261C-44A0-AEE1-AF171DECD00D_567AA0A8-6118-*
*4378-8E8F-30AAB621BD4F.gif*

>>>>> **Veronica Polnick** <████0279>   ◀ 3/11/2021, 2:54 PM
>>>>> 567AA0A8-6118-4378-8E8F-30AAB621BD4F.gif

**EXHIBIT 9**
**Page 35 of 45**

Confidential   JW_00025831

VP     https://p27-
content.icloud.com/M3AF91A17122B807DD37F46EB364AE71F8ADA73245841EE1D81776B404CB777B4.C01USN00

>>>>> Veronica Polnick <▬▬0279>      ◀ 3/11/2021, 2:54 PM

>>>>> That's great. Does Liz know?

VP

>>>>> **Matthew Cavenaugh** <▬▬2338>      ▶ 3/11/2021, 2:58 PM

>>>>> No

MC

     Receipts · Veronica Polnick <▬▬0279> [R:3/11/2021, 2:59 PM]

>>>>> Veronica Polnick <▬▬0279>      ◀ 3/11/2021, 2:59 PM

>>>>> Ok

VP

>>>>> Veronica Polnick <▬▬0279>      ◀ 3/11/2021, 2:59 PM

>>>>> Vault: activated

VP

>>>>> Veronica Polnick <▬▬0279>      ◀ 3/11/2021, 2:59 PM

>>>>> ...again

VP

>>>>> Veronica Polnick <▬▬0279>      ◀ 3/11/2021, 4:14 PM

>>>>> Welp Ciara saw the van deelen stuff

VP

**EXHIBIT 9**
**Page 36 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 36**

Confidential

JW_00025832



## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 8 | Date Range: 4/12/2021 |

## Outline of Conversations

💬 ██████2338 · 8 messages on 4/12/2021 · Matthew Cavenaugh <████2338> · Veronica Polnick <███0279> · _$!<Other>!$_ <█████████@yahoo.com>

**EXHIBIT 9**
**Page 37 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 37**

Confidential

JW_00025833

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬   +████2338

| | | |
|---|---|---|
| VP | **Veronica Polnick <**████**279>** | ◄ 4/12/2021, 10:48 AM |

De-fucking-equitization and Priya isn't talking to Liz? I've been living in your field!!!!

| | | |
|---|---|---|
| > MC | **Matthew Cavenaugh <**████**2338>** | ► 4/12/2021, 10:49 AM |

She's not being de-equalitized.  Over my dead body.  There will be some voodoo math to extricate any financial interest from Jones cases.  That is the last I heard.

Receipts • Veronica Polnick <████0279> [R:4/12/2021, 10:49 AM]

| | | |
|---|---|---|
| >> VP | **Veronica Polnick <**████**279>** | ◄ 4/12/2021, 10:50 AM |

This is fucking bananas

| | | |
|---|---|---|
| >>><br>VP | **Veronica Polnick <**████**0279>** | ◄ 4/12/2021, 10:50 AM |

That's half of her work!

| | | |
|---|---|---|
| >>>><br>MC | **Matthew Cavenaugh <**████**2338>** | ► 4/12/2021, 10:50 AM |

The Priya thing is pissing me off the most.  Not only is she not talking to Liz, she hasn't talked to me in 1.5months

Receipts • Veronica Polnick <████0279> [R:4/12/2021, 10:50 AM]

| | | |
|---|---|---|
| >>>>><br>VP | **Veronica Polnick <**████**0279>** | ◄ 4/12/2021, 10:50 AM |

Is she pissed you guys didn't talk to her sooner?

| | | |
|---|---|---|
| >>>>><br>> VP | **Veronica Polnick <**████**0279>** | ◄ 4/12/2021, 10:53 AM |

Matt this is fucking crazy

| | | |
|---|---|---|
| >>>>><br>>> MC | **Matthew Cavenaugh <**████**2338>** | ► 4/12/2021, 10:53 AM |
| | Yes | |

Receipts • Veronica Polnick <████0279> [R:4/12/2021, 10:55 AM]

<span style="color:red">**EXHIBIT 9**
**Page 38 of 45**</span>

Confidential



## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 2 | Date Range: 5/3/2021 |

## Outline of Conversations

💬 ▪ ██████2338 • 2 messages on 5/3/2021 • Matthew Cavenaugh <██████2338> • Veronica Polnick <██████279> • _$!<Other>!$_ <███████@yahoo.com>

**EXHIBIT 9**
**Page 39 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 39**

JW_00025835

**Messages in chronological order** (times are shown in GMT -05:00)

💬     +▮▮▮▮2338

VP    Veronica Polnick <▮▮▮0279>           ◁ 5/3/2021, 4:24 PM
       I know you're emailing and you know to leave Liz off the email re van deelen but don't forget to leave off jwdebtor team too

> MC   Matthew Cavenaugh <▮▮▮2338>         ▶ 5/3/2021, 4:24 PM
       Ok thx

       Receipts • Veronica Polnick <▮▮▮0279> [R:5/3/2021, 4:24 PM]

**EXHIBIT 9**
**Page 40 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 40**
JW_00025836

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 46 | Date Range: 5/20/2021 |

## Outline of Conversations



💬　+█████2338 · 46 messages on 5/20/2021 · Matthew Cavenaugh <█████2338> · Veronica Polnick <█████0279> · _$!<Other>!$_ <█████@yahoo.com>

**EXHIBIT 9**
**Page 41 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 41**

Confidential

JW_00025837

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 ███████2338

**MC** — **Matthew Cavenaugh** ███████2338>  ▶ 5/20/2021, 10:41 AM
Is freeman alive?

Receipts • Veronica Polnick ███████0279> [R:5/20/2021, 10:41 AM]

**> VP** — **Veronica Polnick** ███████0279>  ◀ 5/20/2021, 10:41 AM
GREAT QUESTION

**>> VP** — **Veronica Polnick** ███████0279>  ◀ 5/20/2021, 10:41 AM
wtf happened last night?

**>>> MC** — **Matthew Cavenaugh** ███████2338>  ▶ 5/20/2021, 10:42 AM
Great dinner. Crushed it. Walked back to office. We sat down on curb halfway cause her leg hurt. She broke down and cried for an hour

Receipts • Veronica Polnick ███████0279> [R:5/20/2021, 10:42 AM]

**>>>> VP** — **Veronica Polnick** ███████0279>  ◀ 5/20/2021, 10:43 AM
JW? Jones? Both?

**>>>>> MC** — **Matthew Cavenaugh** ███████2338>  ▶ 5/20/2021, 10:43 AM
JW mainly

Receipts • Veronica Polnick ███████0279> [R:5/20/2021, 10:43 AM]

**>>>>> > VP** — **Veronica Polnick** ███████0279>  ◀ 5/20/2021, 10:43 AM
Yeah that's consistent with what I've been getting

**>>>>> >> VP** — **Veronica Polnick** ███████0279>  ◀ 5/20/2021, 10:43 AM
Sounds like the Jones stuff is actually on the up and up

**>>>>> >>> MC** — **Matthew Cavenaugh** ███████2338>  ▶ 5/20/2021, 10:44 AM
Kinda

Receipts • Veronica Polnick ███████0279> [R:5/20/2021, 10:44 AM]

**>>>>> >>>> VP** — **Veronica Polnick** ███████0279>  ◀ 5/20/2021, 10:44 AM
Kinda

**>>>>> >>>>> VP** — **Veronica Polnick** ███████0279>  ◀ 5/20/2021, 10:45 AM
Better than 45 days agbefore

**>>>>> >>>>> VP** — **Veronica Polnick** ███████0279>  ◀ 5/20/2021, 10:45 AM
Ago*

**>>>>> >>>>> MC** — **Matthew Cavenaugh** ███████2338>  ▶ 5/20/2021, 10:45 AM
They've been very careful. Taken a lot of steps. Legal, very good. But the fact that they've taken so many steps makes it problematic from a pr standpoint

Receipts • Veronica Polnick ███████0279> [R:5/20/2021, 10:45 AM]

**>>>>> >>>>> VP** — **Veronica Polnick** ███████0279>  ◀ 5/20/2021, 10:46 AM
Right

**EXHIBIT 9**
**Page 42 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 42**

Confidential

JW_00025838

| | | |
|---|---|---|
| >>>>> | Veronica Polnick <■■■■0279> | ◄ 5/20/2021, 10:46 AM |
| >>>>> | They saw this coming 10 years ago | |
| VP | | |
| >>>>> | **Matthew Cavenaugh** <■■■■2338> | ► 5/20/2021, 10:46 AM |
| >>>>> | She needs to engage Chip. | |
| MC | | |

Receipts • Veronica Polnick <■■■■0279> [R:5/20/2021, 10:46 AM]

| | | |
|---|---|---|
| >>>>> | **Veronica Polnick** <■■■■0279> | ◄ 5/20/2021, 10:46 AM |
| >>>>> | She really does!! That's what I said! She needs a champion at JW who is a big swinging dick | |
| VP | | |
| >>>>> | **Veronica Polnick** <■■■■0279> | ◄ 5/20/2021, 10:47 AM |
| >>>>> | On mancom | |
| VP | | |
| >>>>> | **Matthew Cavenaugh** <■■■■2338> | ► 5/20/2021, 10:47 AM |
| >>>>> | She needs an advocate that mancom will listen too.  Absent that, she needs to accept the operating parameters...or not | |
| MC | | |

Receipts • Veronica Polnick <■■■■0279> [R:5/20/2021, 10:47 AM]

| | | |
|---|---|---|
| >>>>> | **Veronica Polnick** <■■■■0279> | ◄ 5/20/2021, 10:47 AM |
| >>>>> | Loved "She needs an advocate that mancom will listen too.  Absent that, she needs to accept the operating parameters...or not" | |
| VP | | |
| >>>>> | **Veronica Polnick** <■■■■0279> | ◄ 5/20/2021, 10:47 AM |
| >>>>> | Yup yup yup | |
| VP | | |
| >>>>> | **Veronica Polnick** <■■■■0279> | ◄ 5/20/2021, 10:48 AM |
| >>>>> | She didn't want to bug him Bc of the whole ■■ case and other stuff he's busy on | |
| VP | | |
| >>>>> | **Veronica Polnick** <■■■■0279> | ◄ 5/20/2021, 10:48 AM |
| >>>>> | But that's her only Avenue | |
| VP | | |
| >>>>> | **Matthew Cavenaugh** <■■■■2338> | ► 5/20/2021, 10:48 AM |
| >>>>> | Agree | |
| MC | | |

Receipts • Veronica Polnick <■■■■0279> [R:5/20/2021, 10:48 AM]

| | | |
|---|---|---|
| >>>>> | **Matthew Cavenaugh** <■■■■2338> | ► 5/20/2021, 10:49 AM |
| >>>>> | And he may very well agree with Pat and Wade, even after he hears her out.  But either way, it would be better from Chip | |
| MC | | |

Receipts • Veronica Polnick <■■■■0279> [R:5/20/2021, 10:49 AM]

| | | |
|---|---|---|
| >>>>> | **Veronica Polnick** <■■■■0279> | ◄ 5/20/2021, 10:49 AM |
| >>>>> | Apparently wade only knows that they're friends and socialize and while he may suspect more he apparently doesn't know know. And he's still telling her no Jones cases and if THATS the case it makes NO sense because what makes me different then? Gen? You? | |
| VP | | |
| >>>>> | **Matthew Cavenaugh** <■■■■2338> | ► 5/20/2021, 10:49 AM |
| >>>>> | Is the audio better? | |
| MC | | |

Receipts • Veronica Polnick <■■■■0279> [R:5/20/2021, 10:49 AM]

| | | |
|---|---|---|
| >>>>> | **Veronica Polnick** <■■■■0279> | ◄ 5/20/2021, 10:49 AM |
| >>>>> | Liked "Is the audio better?" | |
| VP | | |
| >>>>> | **Veronica Polnick** <■■■■0279> | ◄ 5/20/2021, 10:50 AM |
| >>>>> | I hung out with Jones on Friday and Saturday night last week. Why is that ok and I can go work on chk today? | |
| VP | | |

**EXHIBIT 9**
**Page 43 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 43**

Confidential

JW_00025839

>>>>> **Matthew Cavenaugh** < ███████ 2338> ▶ 5/20/2021, 10:51 AM

>>>>> Taking the other side? Or you want my opinion?

MC

Receipts • Veronica Polnick < ████████ 0279> [R:5/20/2021, 10:51 AM]

>>>>> **Veronica Polnick** < ███████ 0279> ◀ 5/20/2021, 10:51 AM

>>>>> Well now I'm scared

VP

>>>>> **Veronica Polnick** < ███████ 0279> ◀ 5/20/2021, 10:51 AM

>>>>> But sure

VP

>>>>> **Matthew Cavenaugh** < ███████ 2338> ▶ 5/20/2021, 10:54 AM

>>>>> Taking the other side, it's the past relationship. Not the current. You can't unring that bell. It's not the legal exposure.

MC It's the PR exposure. It's not the existence of anything inappropriate. It's the appearance that there might be or might have been. And the fact that they did so much to insulate themselves only informs that appearance.

Receipts • Veronica Polnick < ████████ 0279> [R:5/20/2021, 10:55 AM]

>>>>> **Matthew Cavenaugh** < ███████ 2338> ▶ 5/20/2021, 10:54 AM

>>>>> My opinion is that we are all adults and professionals and we should act like it

MC

Receipts • Veronica Polnick < ████████ 0279> [R:5/20/2021, 10:55 AM]

>>>>> **Veronica Polnick** < ███████ 0279> ◀ 5/20/2021, 10:56 AM

>>>>> If past relationships are an issue then I have a list of women who can't appear before Jones

VP

>>>>> **Veronica Polnick** < ███████ 0279> ◀ 5/20/2021, 10:56 AM

>>>>> Or bill to his cases

VP

>>>>> **Veronica Polnick** < ███████ 0279> ◀ 5/20/2021, 10:57 AM

>>>>> Liked "My opinion is that we are all adults and professionals and we should act like it"

VP

>>>>> **Matthew Cavenaugh** < ███████ 2338> ▶ 5/20/2021, 10:58 AM

>>>>> Yeah, but is that really helpful? I've never won an argument with goose gander. If you're explaining, you're losing.

MC

I'm pushing and I think Chip can get this to the right place. But if the ruling comes down that freemen needs to separate any financial interest from Jones cases, as draconian as it may be, she needs to decide if she can make that work and live with it. I don't want that, but I think we can make it work.

Receipts • Veronica Polnick < ████████ 0279> [R:5/20/2021, 10:58 AM]

>>>>> **Veronica Polnick** < ███████ 0279> ◀ 5/20/2021, 10:59 AM

>>>>> It's not helpful in terms of fixing freeman's situation but it's a comment on the premise

VP

>>>>> **Veronica Polnick** < ███████ 0279> ◀ 5/20/2021, 10:59 AM

>>>>> What's the right place?

VP

>>>>> **Veronica Polnick** < ███████ 0279> ◀ 5/20/2021, 10:59 AM

>>>>> Part of the problem is that middle aged white guys are straight terrified to talk to freeman about this

VP

>>>>> **Matthew Cavenaugh** < ███████ 2338> ▶ 5/20/2021, 11:02 AM

>>>>> Yes

MC

Receipts • Veronica Polnick < ████████ 0279> [R:5/20/2021, 11:02 AM]

>>>>> **Matthew Cavenaugh** < ███████ 2338> ▶ 5/20/2021, 11:02 AM

>>>>> But I suspect the real adversaries are the younger women

MC

Receipts • Veronica Polnick < ████████ 0279> [R:5/20/2021, 11:02 AM]

**EXHIBIT 9**
**Page 44 of 45**

Confidential

JW_00025840

>>>>> Matthew Cavenaugh <▮2338>                          ► 5/20/2021, 11:03 AM

>>>>> Just a suspicion, but informed

MC

Receipts · Veronica Polnick <▮0279> [R:5/20/2021, 11:03 AM]

>>>>> Veronica Polnick <▮0279>                          ◄ 5/20/2021, 11:03 AM

>>>>> Oh you're probably right

VP

>>>>> Veronica Polnick <▮0279>                          ◄ 5/20/2021, 11:03 AM

>>>>> No shock there

VP

**EXHIBIT 9**
**Page 45 of 45**

**JCP Wind-Down Debtors' Ex. 9**
**Page 45**

Confidential                                          JW_00025841