

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 89 | Date Range: 5/12/2020 - 5/13/2020 |

## Outline of Conversations

💬      +⬛⬛⬛⬛ · 89 messages between 5/12/2020 - 5/13/2020 · <⬛⬛5251> · Veronica Polnick <⬛⬛⬛⬛ · _$!<Other>!$_ <⬛⬛⬛⬛@yahoo.com>

**EXHIBIT 7**
**Page 1 of 36**

**JCP Wind-Down Debtors' Ex. 11**
**Page 1**

Confidential

JW_00025856

**Messages in chronological order** (times are shown in GMT -05:00)



Confidential

**EXHIBIT 7**
**Page 2 of 36**

**JCP Wind-Down Debtors' Ex. 11**
**Page 2**

JW_00025857



| | | |
|---|---|---|
| VP | | |
| >>>>> | **Veronica Polnick** <████████ | ◄ 5/12/2020, 9:42 PM |
| >>>>> | ████ | |
| VP | | |
| >>>>> | <████5251> | ► 5/12/2020, 9:42 PM |
| >>>>> | ████ | |
| # | | |

Receipts • Veronica Polnick <████0279> [R:5/12/2020, 9:42 PM]

| | | |
|---|---|---|
| >>>>> | **Veronica Polnick** <████████ | ◄ 5/12/2020, 9:42 PM |
| >>>>> | ████████ | |
| VP | | |
| >>>>> | **Veronica Polnick** <████████ | ◄ 5/12/2020, 9:42 PM |
| >>>>> | ████████████████ | |
| VP | | |
| >>>>> | <████5251> | ► 5/12/2020, 9:42 PM |
| >>>>> | ████ | |
| # | | |

Receipts • Veronica Polnick <6313750279> [R:5/12/2020, 9:42 PM]

| | | |
|---|---|---|
| >>>>> | <████5251> | ► 5/12/2020, 9:43 PM |
| >>>>> | ████████ | |
| # | | |

Receipts • Veronica Polnick <████0279> [R:5/12/2020, 9:43 PM]

| | | |
|---|---|---|
| >>>>> | **Veronica Polnick** <████████ | ◄ 5/12/2020, 9:43 PM |
| >>>>> | ██████ | |
| VP | | |
| >>>>> | **Veronica Polnick** <████████ | ◄ 5/12/2020, 9:43 PM |
| >>>>> | █████████ | |
| VP | | |
| >>>>> | <████5251> | ► 5/12/2020, 9:43 PM |
| >>>>> | JCP is going to Corpus | |
| # | | |

Receipts • Veronica Polnick <████0279> [R:5/12/2020, 9:43 PM]

| | | |
|---|---|---|
| >>>>> | <████5251> | ► 5/12/2020, 9:43 PM |
| >>>>> | Shhhh | |
| # | | |

Receipts • Veronica Polnick <████0279> [R:5/12/2020, 9:43 PM]

| | | |
|---|---|---|
| >>>>> | **Veronica Polnick** <████████ | ◄ 5/12/2020, 9:43 PM |
| >>>>> | Shiiiiiiiiittttttttt | |
| VP | | |
| >>>>> | **Veronica Polnick** <████████ | ◄ 5/12/2020, 9:43 PM |
| >>>>> | Isgur gonna be BIG mad | |
| VP | | |
| >>>>> | <████5251> | ► 5/12/2020, 9:43 PM |
| >>>>> | They need the help | |
| # | | |

Receipts • Veronica Polnick <████0279> [R:5/12/2020, 9:43 PM]

| | | |
|---|---|---|
| >>>>> | <████5251> | ► 5/12/2020, 9:44 PM |
| >>>>> | Talked to Jones.  He's got us.   Ultra will go to Isgur | |
| # | | |

Receipts • Veronica Polnick <████0279> [R:5/12/2020, 9:44 PM]

| | | |
|---|---|---|
| >>>>> | <████5251> | ► 5/12/2020, 9:44 PM |
| >>>>> | There are too many fights. They company can't afford The process hawk.  They know Jones will cut through the bullshit | |

**EXHIBIT 7**
**Page 3 of 36** **JCP Wind-Down Debtors' Ex. 11**
**Page 3**

JW_00025858



**EXHIBIT 7**
**Page 4 of 36**

**JCP Wind-Down Debtors' Ex. 11**
**Page 4**

Confidential



**EXHIBIT 7**
**Page 5 of 36**

Confidential



Confidential

>>>>> ███5251> ▶ 5/13/2020, 4:05 PM
>>>>> ███
#
Receipts • Veronica Polnick <███0279> [R:5/13/2020, 4:05 PM]

>>>>> **Veronica Polnick** <███ ◀ 5/13/2020, 4:05 PM
>>>>> ████████
VP
>>>>> **Veronica Polnick** <███ ◀ 5/13/2020, 4:05 PM
>>>>> ██
VP
>>█ <███251> ▶ 5/13/2020, 4:05 PM
>>>>> ███
#
Receipts • Veronica Polnick <███0279> [R:5/13/2020, 4:05 PM]

>>>>> **Veronica Polnick** <███ ◀ 5/13/2020, 4:05 PM
>>>>> ██
VP
███ ████ ▪ ████████
███ ████████████
#

EXHIBIT 7
Page 7 of 36
**JCP Wind-Down Debtors' Ex. 11
Page 7**

Confidential

**EXHIBIT 7**

JCP Wind-Down Debtors' Ex. 11
Page 8

Confidential

JW_00025863

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 9 | Date Range: 3/6/2021 |

## Outline of Conversations

 + ████████ • 9 messages on 3/6/2021 • < ████ 5251> • Veronica Polnick < ████████ • _$!<Other>!$_ < ████████ @yahoo.com>

**EXHIBIT 7**
**Page 9 of 36**

**JCP Wind-Down Debtors' Ex. 11**
**Page 9**

Confidential

JW_00025864

**Messages in chronological order** (times are shown in GMT -06:00)

---

💬     +████████

VP    **Veronica Polnick** <████████        ◀ 3/6/2021, 1:55 PM
      You in cold spring today?

>#     <████5251>         ▶ 3/6/2021, 2:00 PM
      Yes

      Receipts · Veronica Polnick <████0279> [R:3/6/2021, 2:00 PM]

>>VP   **Veronica Polnick** <████████       ◀ 3/6/2021, 3:12 PM
      Patio

>>>#   <████5251>        ▶ 3/6/2021, 3:26 PM
      Ok. Arrive

      Receipts · Veronica Polnick <████0279> [R:3/6/2021, 3:26 PM]

>>>>#   ████5251>       ▶ 3/6/2021, 3:26 PM
      Arrived

      Receipts · Veronica Polnick <████0279> [R:3/6/2021, 3:26 PM]

>>>>>   **Veronica Polnick** <████████      ◀ 3/6/2021, 3:26 PM
VP    I'm sitting on the patio

>>>>>   **Veronica Polnick** <████████      ◀ 3/6/2021, 3:27 PM
>VP   I have guacamole

>>>>>   **Veronica Polnick** <████████      ◀ 3/6/2021, 3:48 PM
>>VP

      File **"31ac176c-40b7-41ec-b712-d7e85b6f455e.PNG"** is missing.
      *Image: ~_Library_SMS_Attachments_d2_02_at_0_4051A0B1-B87A-4BCF-9E7A-400255D7E8E0_IMG_4498.PNG*

>>>>>   **Veronica Polnick** <████████      ◀ 3/6/2021, 3:48 PM
>>>    IMG_4498.PNG
VP    https://p64-
      content.icloud.com/M3AF91A17122B807DD37F46EB364AE71F8ADA73245841EE1D81776B404CB777B4.C01USN00

**EXHIBIT 7**
**Page 10 of 36**

**JCP Wind-Down Debtors' Ex. 11**
**Page 10**

Confidential             JW_00025865



## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 15 | Date Range: 3/8/2021 - 3/9/2021 |

### Outline of Conversations

💬     ██████ 5251 · 15 messages between 3/8/2021 - 3/9/2021 · <████ 5251> · Veronica Polnick
<████████ · _$!<Other>!$_ ████████ @yahoo.com>

**EXHIBIT 7**
**Page 11 of 36**

**JCP Wind-Down Debtors' Ex. 11**
**Page 11**

Confidential

JW_00025866

**Messages in chronological order** (times are shown in GMT -06:00)

💬     █████5251

>>>>>   █████5251>        ▶ 3/9/2021, 3:21 PM

>>>#     Can you check with L2 on the mediation conference in CHk Delasandro Alex emailed about?

Receipts • Veronica Polnick <████████0279> [R:3/9/2021, 3:42 PM]

<span style="color:red">**EXHIBIT 7**</span>
<span style="color:red">**Page 12 of 36**</span> **JCP Wind-Down Debtors' Ex. 11**
**Page 12**

Confidential          JW_00025867

| | | |
|---|---|---|
| >>>>> | ████ 5251> | ▶ 3/9/2021, 3:22 PM |
| >>>># | I'm going to cut back on Jones cases for the time being   I can still advise, but not FaceTime or billable time for now | |

Receipts • Veronica Polnick < ████ 0279> [R:3/9/2021, 3:42 PM]

| | | |
|---|---|---|
| >>>>> | **Veronica Polnick** < ████ | ◀ 3/9/2021, 3:43 PM |
| >>>>> | Call you in a few | |
| VP | | |
| >>>>> | **Veronica Polnick** < ████ | ◀ 3/9/2021, 3:43 PM |
| >>>>> | Just wrapping up | |
| VP | | |
| >>>>> | **Veronica Polnick** < ████ | ◀ 3/9/2021, 4:50 PM |
| >>>>> | Wyd call me pls | |
| VP | | |

**EXHIBIT 7**
**Page 13 of 36**

**JCP Wind-Down Debtors' Ex. 11**
**Page 13**

Confidential

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 132 | Date Range: 3/17/2021 - 3/18/2021 |

## Outline of Conversations



e70173cd-923c-468e-9528-7d19a6c88096 · 132 messages between 3/17/2021 - 3/18/2021 · ██████ 5251> · Veronica Polnick <███████ · _S!<Other>!$_███████@yahoo.com>

**EXHIBIT 7**
**Page 14 of 36**

**JCP Wind-Down Debtors' Ex. 11**
**Page 14**

Confidential

JW_00025869

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬     **e70173cd-923c-468e-9528-7d19a6c88096**

| | | |
|---|---|---|
| VP | **Veronica Polnick** <██████ | 3/17/2021, 2:05 PM |

| | | |
|---|---|---|
| # | <██████5251> | 3/17/2021, 2:50 PM |

I just wrapped up diving. I feel more. . . Like myself.

| | | |
|---|---|---|
| VP | **Veronica Polnick** <██████ | 3/17/2021, 2:51 PM |

Loved "I just wrapped up diving. I feel more. . . Like myself. "

| | | |
|---|---|---|
| # | <██████5251> | 3/17/2021, 2:51 PM |

I am going to go back and finally get a little drunk.

| | | |
|---|---|---|
| # | <██████5251> | 3/17/2021, 2:51 PM |

How are things there?

| | | |
|---|---|---|
| VP | **Veronica Polnick** <██████ | 3/17/2021, 2:51 PM |

Liked "I am going to go back and finally get a little drunk. "

| | | |
|---|---|---|
| VP | **Veronica Polnick** <██████ | 3/17/2021, 2:52 PM |

Fine. Enjoy yourself. We'll dump the truckload of shit on you when you get back. 😩

| | | |
|---|---|---|
| # | <██████5251> | 3/17/2021, 2:52 PM |

Great.

| | | |
|---|---|---|
| VP | **Veronica Polnick** <██████ | 3/17/2021, 2:52 PM |

What are friends for?

<span style="color:red">**EXHIBIT 7**
**Page 15 of 36**</span>

**JCP Wind-Down Debtors' Ex. 11**
**Page 15**

Confidential

JW_00025870

| | | |
|---|---|---|
| # | <████5251><br>True | 3/17/2021, 2:52 PM |
| VP | Veronica Polnick <██████<br>Literally nothing about the Jones stuff. Just regular work. Don't panic. | 3/17/2021, 2:52 PM |
| # | <████5251><br>I've heard nothing about my bullshit. Any new info there? | 3/17/2021, 2:52 PM |
| VP | Veronica Polnick <██████<br>Jinx | 3/17/2021, 2:52 PM |
| # | ████5251><br>Cool | 3/17/2021, 2:52 PM |
| # | ████5251><br>Hahah | 3/17/2021, 2:52 PM |
| # | ████5251><br>The rest of it is manageable | 3/17/2021, 2:53 PM |
| # | <████5251><br>I've decided I'm tired  of being nice | 3/17/2021, 2:53 PM |
| # | <████5251><br>Fuck it | 3/17/2021, 2:53 PM |
| VP | Veronica Polnick <██████<br>Ooooohhhh | 3/17/2021, 2:53 PM |
| VP | Veronica Polnick <██████<br>This should be fun | 3/17/2021, 2:53 PM |
| VP | Veronica Polnick <██████<br>🍿 | 3/17/2021, 2:53 PM |
| # | ████5251><br>Poor everyone when I get home | 3/17/2021, 2:53 PM |
| VP | Veronica Polnick <██████<br>I'd warn folks but I'm also not nice | 3/17/2021, 2:53 PM |
| # | <████5251><br>You may be one of the few people I don't have a little beef with. | 3/17/2021, 2:54 PM |
| VP | Veronica Polnick <██████ | 3/17/2021, 2:54 PM |

**EXHIBIT 7**
**Page 16 of 36**

**JCP Wind-Down Debtors' Ex. 11**
**Page 16**

Confidential

JW_00025871



*Image: ~_Library_SMS_StickerCache_9790fd9b86543ed53560454372fef8bb-F16EADAE-6D52-4B0C-89BC-D76EA784326F_AK299002_6adfca99b0cf0b4b58fa574225fd31bc_smiling_face_with_open_mouth_and_smiling_eyes_F16EADAE-6D52-4B0C-89BC-D76EA784326F_AK299002_6adfca99b0cf0b4b58fa574225fd31bc_smiling_face_with_open_mouth_and_smiling_eyes.png (97 KB)*

| VP | **Veronica Polnick** < ▓▓▓▓ | 3/17/2021, 2:54 PM |

F16EADAE-6D52-4B0C-89BC-D76EA784326F_AK299002_6adfca99b0cf0b4b58fa574225fd31bc_smiling_face_with_open_mouth_and_smiling_eyes.png
https://p49-content.icloud.com/M3AF91A17122B807DD37F46EB364AE71F8ADA73245841EE1D81776B404CB777B4.C01USN00

| # | < ▓▓▓5251> | 3/17/2021, 2:54 PM |

Give me time, I'm sure I can think of something

| VP | **Veronica Polnick** < ▓▓▓▓ | 3/17/2021, 2:54 PM |

Emphasized "You may be one of the few people I don't have a little beef with. "

| VP | **Veronica Polnick** < ▓▓▓▓ | 3/17/2021, 2:54 PM |

Yeah you're not trying hard enough

| # | < ▓▓▓5251> | 3/17/2021, 2:54 PM |

Problem is ...  people in glass houses.  So, you're shit is fiiine

| # | < ▓▓▓5251> | 3/17/2021, 2:55 PM |

Ds gotta stick together

| # | < ▓▓▓5251> | 3/17/2021, 2:55 PM |

People are gonna see my D

| VP | **Veronica Polnick** < ▓▓▓▓ | 3/17/2021, 2:55 PM |

Heh

| VP | **Veronica Polnick** < ▓▓▓▓ | 3/17/2021, 2:55 PM |

Heh

| # | < ▓▓▓5251> | 3/17/2021, 2:55 PM |

Nicely. Ish.

| # | <7▓▓▓5251> | 3/17/2021, 2:55 PM |

**EXHIBIT 7**
**Page 17 of 36**

**JCP Wind-Down Debtors' Ex. 11**
**Page 17**

Confidential

JW_00025872

DT is fine too.

| # | <▮▮▮▮5251> | 3/17/2021, 2:55 PM |

And Gen

| # | <▮▮▮▮5251> | 3/17/2021, 2:55 PM |

All good

| # | <▮▮▮▮5251> | 3/17/2021, 2:55 PM |

And Vienna.

| # | <▮▮▮▮5251> | 3/17/2021, 2:56 PM |

This is weird.

| VP | Veronica Polnick <▮▮▮▮ | 3/17/2021, 2:56 PM |

| VP | Veronica Polnick <▮▮▮▮ | 3/17/2021, 2:56 PM |

41454825-7A9E-4C8E-AF42-F6B8E8253FEB.gif
https://p72-
content.icloud.com/M3AF91A17122B807DD37F46EB364AE71F8ADA73245841EE1D81776B404CB777B4.C01USN00

| VP | Veronica Polnick <▮▮▮▮ | 3/17/2021, 2:56 PM |

Yeah soooo

| # | <▮▮▮▮5251> | 3/17/2021, 2:56 PM |

Liked an image

| VP | Veronica Polnick <▮▮▮▮ | 3/17/2021, 2:56 PM |

Like Kristhy and Jennifer?

| VP | Veronica Polnick <▮▮▮▮ | 3/17/2021, 2:56 PM |

Lololol

| # | <7▮▮▮5251> | 3/17/2021, 2:56 PM |

Yes

| # | <▮▮▮▮5251> | 3/17/2021, 2:57 PM |

Matt and I will need to hug it out

| VP | Veronica Polnick <▮▮▮▮ | 3/17/2021, 2:57 PM |

Liked "Matt and I will need to hug it out "

| # | <▮▮▮▮5251> | 3/17/2021, 2:57 PM |

I feel bad for keeping him in the dark

| VP | Veronica Polnick <▮▮▮▮ | 3/17/2021, 2:57 PM |

You will. He's all pent up.

| # | ▮▮▮▮5251> | 3/17/2021, 2:57 PM |

But he's been working his ass off

| VP | Veronica Polnick <▮▮▮▮ | 3/17/2021, 2:57 PM |

It's a "blame freeman" week

**EXHIBIT 7**
**Page 18 of 36**

**JCP Wind-Down Debtors' Ex. 11**

Confidential

| | | |
|---|---|---|
| # | ███5251> | 3/17/2021, 2:57 PM |
| | Yep | |
| VP | Veronica Polnick <███████ | 3/17/2021, 2:57 PM |
| | That's helping him | |
| # | <███5251> | 3/17/2021, 2:57 PM |
| | Wait. Wasn't that last week? | |
| VP | Veronica Polnick <███████ | 3/17/2021, 2:57 PM |
| | We're blaming you for everything in your absence | |
| VP | Veronica Polnick <███████ | 3/17/2021, 2:58 PM |
| | No actually lol | |
| # | <███5251> | 3/17/2021, 2:58 PM |
| | Hahahah | |
| # | <███5251> | 3/17/2021, 2:58 PM |
| | I'll take it | |
| VP | Veronica Polnick <███████ | 3/17/2021, 2:58 PM |
| | That's making him feel better | |
| # | ███5251> | 3/17/2021, 2:58 PM |
| | Good | |
| # | <███5251> | 3/17/2021, 2:58 PM |
| | I'll resume working my ass of next week.  I hope he gets to have fun tonight. | |
| VP | Veronica Polnick <███████ | 3/17/2021, 2:58 PM |
| | I do too | |

**EXHIBIT 7**
**Page 19 of 36**

Confidential

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 211 | Date Range: 4/14/2021 - 4/15/2021 |

## Outline of Conversations



+ ███████5251 · 211 messages between 4/14/2021 - 4/15/2021 · <████████5251> · Veronica Polnick <████████ · _$!<Other>!$_ ███████████@yahoo.com>

**EXHIBIT 7**
**Page 20 of 36**

**JCP Wind-Down Debtors' Ex. 11**
**Page 20**

Confidential

JW_00025879

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬　　+█████5251



Receipts • Veronica Polnick <█████0279> [R:4/14/2021, 8:43 PM]

>>#　　<█████5251>　　　　　　　　　　　　　　　　▶ 4/14/2021, 8:45 PM
　　　　Just saw you called.

Receipts • Veronica Polnick <█████0279> [R:4/14/2021, 8:46 PM]

>>>#　　█████5251>　　　　　　　　　　　　　　　　▶ 4/14/2021, 8:45 PM
　　　　Ringer was off

Receipts • Veronica Polnick <█████0279> [R:4/14/2021, 8:46 PM]

>>>>#　　<█████5251>　　　　　　　　　　　　　　　▶ 4/14/2021, 8:46 PM
　　　　How goes it

Receipts • Veronica Polnick <█████0279> [R:4/14/2021, 8:46 PM]

>>>>>　　**Veronica Polnick** <█████>　　　　　　　◀ 4/14/2021, 8:46 PM
VP　　　Good. I had a funny anecdote to end our chat with. I'll call you when this stretto thing is over

>>>>>　　█████5251>　　　　　　　　　　　　　　　　▶ 4/14/2021, 8:46 PM
>#　　　Fun

Receipts • Veronica Polnick <█████0279> [R:4/14/2021, 8:46 PM]

>>>>>　　█████5251>　　　　　　　　　　　　　　　　▶ 4/14/2021, 8:47 PM
>>#　　Still at the office

Receipts • Veronica Polnick <█████0279> [R:4/14/2021, 8:47 PM]

>>>>>　　**Veronica Polnick** <█████>　　　　　　　◀ 4/14/2021, 8:47 PM
>>>　　Figured
VP

<span style="color:red">**EXHIBIT 7**</span>
<span style="color:red">**Page 21 of 36**</span>

**JCP Wind-Down Debtors' Ex. 11**
**Page 21**

Confidential　　　　　　　　　　　　　　　　　　　　　JW_00025880

JCP Wind-Down Debtors' Ex. 11

Page 22

Receipts • Veronica Polnick <        0279> [R:4/14/2021, 9:53 PM]

>>>>> <        5251>                                    ► 4/14/2021, 9:51 PM
>>>>> Whut?
#

Receipts • Veronica Polnick <        0279> [R:4/14/2021, 9:53 PM]

>>>>> <        5251>                                    ► 4/14/2021, 9:53 PM
>>>>> Nice lunch
#

Receipts • Veronica Polnick <        0279> [R:4/14/2021, 9:53 PM]

>>>>> ☐5251>                                    ► 4/14/2021, 9:53 PM
>>>>> But I hate this afternoon.
#

Receipts • Veronica Polnick <        0279> [R:4/14/2021, 9:53 PM]

>>>>> <        5251>                                    ► 4/14/2021, 9:53 PM
>>>>> Weak is not my happy place
#

Receipts • Veronica Polnick <        0279> [R:4/14/2021, 9:53 PM]

>>>>> **Veronica Polnick** <                 >         ◄ 4/14/2021, 9:53 PM
>>>>> WE ARE NOT HOSPITALS FOR BROKEN MEN
VP

>>>>> <        5251>                                    ► 4/14/2021, 9:53 PM
>>>>> Yuh huh
#

Receipts • Veronica Polnick <        0279> [R:4/14/2021, 9:53 PM]

>>>>> **Veronica Polnick** <                 >         ◄ 4/14/2021, 9:54 PM
>>>>> no weak ass shit
VP

>>>>> ☐5251>                                    ► 4/14/2021, 9:54 PM
>>>>> Mmm hmm
#

Receipts • Veronica Polnick <        0279> [R:4/14/2021, 9:54 PM]

>>>>> ☐5251>                                    ► 4/14/2021, 9:55 PM
>>>>> It would be easier if he was no big deal
#

Receipts • Veronica Polnick <        0279> [R:4/14/2021, 9:55 PM]

>>>>> **Veronica Polnick** <                 >         ◄ 4/14/2021, 9:55 PM
>>>>> Lemme tell you this
VP

>>>>> **Veronica Polnick** <                 >         ◄ 4/14/2021, 9:55 PM
>>>>> If he doesn't get his shit together and start acting right he IS no big deal
VP

>>>>> **Veronica Polnick** <                 >         ◄ 4/14/2021, 9:55 PM
>>>>> And that's that on that

**EXHIBIT 7**
**Page 22 of 36**

Confidential                                                    JW_00025883

VP

\>\>\>\>\> **Veronica Polnick** ◀ █████████ ◀ 4/14/2021, 9:56 PM

\>\>\>\>\> Know who's a big deal?

VP

\>\>\>\>\> **Veronica Polnick** ◀ █████████ ◀ 4/14/2021, 9:56 PM

\>\>\>\>\> You.

VP

\>\>\>\>\> **Veronica Polnick** ◀ █████████ ◀ 4/14/2021, 9:57 PM

\>\>\>\>\>

VP

*File **"4c042a98-55b8-4766-83b4-ceb7d58c1abb.gif"** is missing.*
*Image: ~_Library_SMS_Attachments_fc_12_at_0_7AF33262-5E7F-42F7-B4EF-C15AED46D756_19F28C69-C7B1-*
*44E4-8F00-21A695CBDCFB.gif*

\>\>\>\>\> **Veronica Polnick** ◀ █████████ ◀ 4/14/2021, 9:57 PM

\>\>\>\>\> 19F28C69-C7B1-44E4-8F00-21A695CBDCFB.gif

VP https://p13-
content.icloud.com/M3AF91A17122B807DD37F46EB364AE71F8ADA73245841EE1D81776B404CB777B4.C01USN00



**EXHIBIT 7**
**Page 23 of 36** **JCP Wind-Down Debtors' Ex. 11**
**Page 23**

Confidential

JW_00025884



JCP Wind-Down Debtors' Ex. 11

>>>>> Veronica Polnick <◼◼◼◼◼◼◼>                                   ◀ 4/14/2021, 10:06 PM
>>>>>
VP      There's always higher heights to reach for

>>>>> ◼◼◼◼5251>                                                    ▶ 4/14/2021, 10:07 PM
>>>>>
#       And I aim hiiiigh

        Receipts · Veronica Polnick <◼◼◼◼0279> [R:4/14/2021, 10:07 PM]

>>>>> Veronica Polnick <◼◼◼◼◼◼◼>                                   ◀ 4/14/2021, 10:07 PM
>>>>>
VP      Emphasized "And I aim hiiiigh"

>>>>> <◼◼◼◼5251>                                                   ▶ 4/14/2021, 10:08 PM
>>>>>
#       Not that high. I'm lame. Imma gonna go home now and go to sleep. Under a pile of cat and dog.

        Receipts · Veronica Polnick <◼◼◼◼0279> [R:4/14/2021, 10:08 PM]

>>>>> Veronica Polnick <◼◼◼◼◼◼◼>                                   ◀ 4/14/2021, 10:08 PM
>>>>>
VP      Don't recommend the punching if he's sober

>>>>> ◼◼◼◼5251>                                                    ▶ 4/14/2021, 10:09 PM
>>>>>
#       But just one cat. And mom has my favorite dog at the lake

        Receipts · Veronica Polnick <◼◼◼◼0279> [R:4/14/2021, 10:09 PM]

>>>>> Veronica Polnick <◼◼◼◼◼◼◼>                                   ◀ 4/14/2021, 10:09 PM
>>>>>
VP      An accidental kick to the spine in the middle of the night would be ok

>>>>> Veronica Polnick <◼◼◼◼◼◼◼>                                   ◀ 4/14/2021, 10:09 PM
>>>>>
VP      Like a twitch

>>>>> <◼◼◼◼5251>                                                   ▶ 4/14/2021, 10:09 PM
>>>>>
#       Laughed at "An accidental kick to the spine in the middle of the night would be ok"

        Receipts · Veronica Polnick <◼◼◼◼0279> [R:4/14/2021, 10:09 PM]

>>>>> ◼◼◼◼5251>                                                    ▶ 4/14/2021, 10:09 PM
>>>>>
#       He'll be so asleep

        Receipts · Veronica Polnick <◼◼◼◼0279> [R:4/14/2021, 10:09 PM]

>>>>> Veronica Polnick <◼◼◼◼◼◼◼>                                   ◀ 4/14/2021, 10:09 PM
>>>>>
VP      It's not for him it's for you

>>>>> ◼◼◼◼5251>                                                    ▶ 4/14/2021, 10:09 PM
>>>>>
#       I know

        Receipts · Veronica Polnick <◼◼◼◼0279> [R:4/14/2021, 10:09 PM]

>>>>> Veronica Polnick <◼◼◼◼◼◼◼>                                   ◀ 4/14/2021, 10:09 PM
>>>>> 😄
VP

**EXHIBIT 7**
**Page 24 of 36**

Confidential

JW_00025886

>>>>> <████ 5251>                                                        ▶ 4/14/2021, 10:10 PM
>>>>> Unless he senses how unhinged I am.
#

Receipts • Veronica Polnick <████ 0279> [R:4/14/2021, 10:10 PM]

>>>>> <████ 5251>                                                        ▶ 4/14/2021, 10:10 PM
>>>>> Then he'll be faux asleep
#

Receipts • Veronica Polnick <████ 0279> [R:4/14/2021, 10:10 PM]

>>>>> Veronica Polnick <████                                              ◀ 4/14/2021, 10:10 PM
>>>>> Perfect for a spine kick
VP

>>>>> Veronica Polnick <████                                              ◀ 4/14/2021, 10:10 PM
>>>>> Not saying I've done it 👀
VP

>>>>> <████ 5251>                                                        ▶ 4/14/2021, 10:10 PM
>>>>> Ever get tired of being the responsible adult?
#

Receipts • Veronica Polnick <████ 0279> [R:4/14/2021, 10:10 PM]

>>>>> Veronica Polnick <████                                              ◀ 4/14/2021, 10:11 PM
>>>>> I'm suggesting you kick someone in the spine in the middle of the night. How exactly am I the responsible one?
VP

>>>>> <████ 5251>                                                        ▶ 4/14/2021, 10:11 PM
>>>>> Pretty fucking responsible
#

Receipts • Veronica Polnick <████ 0279> [R:4/14/2021, 10:11 PM]

>>>>> Veronica Polnick <████                                              ◀ 4/14/2021, 10:12 PM
>>>>> That's scary
VP

>>>>> <████ 5251>                                                        ▶ 4/14/2021, 10:12 PM
>>>>> He does outfight need by 100+lbs
#

Receipts • Veronica Polnick <████ 0279> [R:4/14/2021, 10:12 PM]

>>>>> Veronica Polnick <████                                              ◀ 4/14/2021, 10:12 PM
>>>>> Yeah but you're scrappy
VP

>>>>> Veronica Polnick <████                                              ◀ 4/14/2021, 10:12 PM
>>>>> And faster
VP

>>>>> <████ 5251>                                                        ▶ 4/14/2021, 10:12 PM
>>>>> Gimp!
#

Receipts • Veronica Polnick <████ 0279> [R:4/14/2021, 10:12 PM]

>>>>> Veronica Polnick <████                                              ◀ 4/14/2021, 10:12 PM
>>>>> Good point
VP

>>>>> Veronica Polnick <████                                              ◀ 4/14/2021, 10:12 PM
>>>>> Perfect
VP

>>>>> Veronica Polnick <████                                              ◀ 4/14/2021, 10:12 PM
>>>>> A leg spasm!
VP

>>>>> <████ 5251>                                                        ▶ 4/14/2021, 10:13 PM
>>>>> I am so fast on my scooter

**EXHIBIT 7**
**Page 25 of 36**

**JCP Wind-Down Debtors' Ex. 11**
**Page 25**

Confidential

JW_00025887



**EXHIBIT 7**
**Page 26 of 36**

**JCP Wind-Down Debtors' Ex. 11**
**Page 26**

Confidential

JW_00025888



>>>>> <■■■■5251> ▶ 4/14/2021, 10:15 PM

>>>>> Hahaha

\#

Receipts • Veronica Polnick <■■■■0279> [R:4/14/2021, 10:15 PM]

>>>>> **Veronica Polnick** <■■■■■■ ◀ 4/14/2021, 10:16 PM

>>>>> Other passive aggressive suggestions:

VP

>>>>> **Veronica Polnick** <■■■■■■ ◀ 4/14/2021, 10:16 PM

>>>>> Bake him an apple pie

VP

>>>>> **Veronica Polnick** <■■■■■■ ◀ 4/14/2021, 10:16 PM

>>>>> Wash only your clothes and not his next time you do laundry

VP

>>>>> <■■■■5251> ▶ 4/14/2021, 10:16 PM

>>>>> 😑

\#

Receipts • Veronica Polnick <■■■■0279> [R:4/14/2021, 10:16 PM]

>>>>> **Veronica Polnick** <■■■■■■ ◀ 4/14/2021, 10:17 PM

>>>>> Switch out shampoo with hair

VP

>>>>> **Veronica Polnick** <■■■■■■ ◀ 4/14/2021, 10:17 PM

>>>>> Nair

VP

>>>>> <■■■■5251> ▶ 4/14/2021, 10:17 PM

>>>>> On the laundry. Cool

\#

Receipts • Veronica Polnick <■■■■0279> [R:4/14/2021, 10:17 PM]

>>>>> <■■■■5251> ▶ 4/14/2021, 10:17 PM

>>>>> Laughed at "Switch out shampoo with hair"

\#

Receipts • Veronica Polnick <■■■■0279> [R:4/14/2021, 10:17 PM]

>>>>> **Veronica Polnick** <■■■■■■ ◀ 4/14/2021, 10:17 PM

>>>>> Add 40% sun in to his shampoo

VP

>>>>> ■■■■5251> ▶ 4/14/2021, 10:17 PM

>>>>> Laughed at "Add 40% sun in to his shampoo"

\#

Receipts • Veronica Polnick <■■■■0279> [R:4/14/2021, 10:17 PM]

>>>>> **Veronica Polnick** <■■■■■■ ◀ 4/14/2021, 10:17 PM

>>>>> Take his suit pants to the tailor and have them taken in 2 inches

VP

>>>>> ■■■■5251> ▶ 4/14/2021, 10:17 PM

>>>>> So

>>>>> Much blonde

\#

Receipts • Veronica Polnick <■■■■0279> [R:4/14/2021, 10:17 PM]

>>>>> <■■■■5251> ▶ 4/14/2021, 10:17 PM

>>>>> Laughed at "Take his suit pants to the tailor and have them taken in 2 inches"

\#

Receipts • Veronica Polnick <■■■■0279> [R:4/14/2021, 10:17 PM]

>>>>> <■■■■5251> ▶ 4/14/2021, 10:18 PM

>>>>> He's already in his gat suits

**EXHIBIT 7**
**Page 27 of 36**

**JCP Wind-Down Debtors' Ex. 11**
**Page 27**

Confidential

JW_00025889



**EXHIBIT 7**
**Page 28 of 36**

Confidential

VP
>>>>> <‖5251>                                                    ► 4/14/2021, 10:22 PM
>>>>> I have a dark side
#

Receipts · Veronica Polnick <‖0279> [R:4/14/2021, 10:22 PM]

>>>>> Veronica Polnick <‖                                        ◄ 4/14/2021, 10:22 PM
>>>>> Yes
VP
>>>>> <7135625251>                                               ► 4/14/2021, 10:22 PM
>>>>> Cray Liz only comes out on special occasions
#

Receipts · Veronica Polnick <‖0279> [R:4/14/2021, 10:22 PM]

>>>>> Veronica Polnick <‖                                        ◄ 4/14/2021, 10:23 PM
>>>>> No time like the present
VP
>>>>> Veronica Polnick <‖                                        ◄ 4/14/2021, 10:24 PM
>>>>>
VP

File *"cdafa50d-e915-4c0a-9883-0e8c9dbd949e.gif"* is missing.
Image: ~_Library_SMS_Attachments_b5_05_at_0_69D73115-50BD-47D1-952A-D074322A3EBD_53BA5C56-86FF-
45EA-BD0D-2ECA664D3D61.gif

>>>>> Veronica Polnick <‖                                        ◄ 4/14/2021, 10:24 PM
>>>>> 53BA5C56-86FF-45EA-BD0D-2ECA664D3D61.gif
VP     https://p42-
       content.icloud.com/M3AF91A17122B807DD37F46EB364AE71F8ADA73245841EE1D81776B404CB777B4.C01USN00

**EXHIBIT 7**
**Page 29 of 36**

**JCP Wind-Down Debtors' Ex. 11**
**Page 29**

Confidential                                                                            JW_00025891



>>>>>  < ████5251>                                                                                    ▶ 4/15/2021, 7:57 AM
>>>>>  Sorry about the emotion dump.   I clearly have some issues bottled up.
#

Receipts • Veronica Polnick < ████0279> [R:4/15/2021, 7:57 AM]

>>>>>  **Veronica Polnick** < ████                                                                    ◀ 4/15/2021, 7:58 AM
>>>>>  If you apologize one more time daaaaaniel, you will not wake up the following MORNING
VP

>>>>>  ████5251>                                                                                       ▶ 4/15/2021, 7:58 AM
>>>>>  Loved "If you apologize one more time daaaaaniel, you will not wake up the following MORNING"
#

Receipts • Veronica Polnick < ████0279> [R:4/15/2021, 7:58 AM]

>>>>>  **Veronica Polnick** < ████                                                                    ◀ 4/15/2021, 7:59 AM
>>>>>  we all have our shit and we don't get through work or life unless we talk about it and deal with it. And that's what friends
VP      are for.

>>>>>  ████5251>                                                                                       ▶ 4/15/2021, 8:08 AM
>>>>>  How are you holding up?  Feeling OK today?
#

Receipts • Veronica Polnick < ████0279> [R:4/15/2021, 8:24 AM]

>>>>>  **Veronica Polnick** < ████                                                                    ◀ 4/15/2021, 8:24 AM
>>>>>  Yeah not terrible actually
VP

>>>>>  **Veronica Polnick** < ████                                                                    ◀ 4/15/2021, 8:24 AM
>>>>>  Just took my exciting Tylenol
VP

>>>>>  < ████5251>                                                                                      ▶ 4/15/2021, 8:25 AM
>>>>>  Fun!
#

Receipts • Veronica Polnick < ████0279> [R:4/15/2021, 8:25 AM]

**EXHIBIT 7**
**Page 30 of 36**

**JCP Wind-Down Debtors' Ex. 11**
**Page 30**

Confidential

JW_00025892

```
>>>>>   <█████5251>                                               ►  4/15/2021, 8:25 AM
>>>>>   Did one of us yell at Jones?  He's being really nice
#

        Receipts • Veronica Polnick <█████0279> [R:4/15/2021, 8:25 AM]

>>>>>   Veronica Polnick <████████                                ◄  4/15/2021, 8:26 AM
>>>>>   I didn't!
VP

>>>>>   Veronica Polnick <████████                                ◄  4/15/2021, 8:26 AM
>>>>>   It was on my list
VP

>>>>>   Veronica Polnick <████████                                ◄  4/15/2021, 8:26 AM
>>>>>   You must have scared him
VP

>>>>>   <█████5251>                                               ►  4/15/2021, 8:26 AM
>>>>>   Hahah
#

        Receipts • Veronica Polnick <█████0279> [R:4/15/2021, 8:26 AM]

>>>>>   Veronica Polnick <████████                                ◄  4/15/2021, 8:26 AM
>>>>>   Did you go for the spine?
VP

>>>>>   <█████5251>                                               ►  4/15/2021, 8:27 AM
>>>>>   I don't think so.    But he usually senses when I'm on the edge
#

        Receipts • Veronica Polnick <█████0279> [R:4/15/2021, 8:27 AM]

>>>>>   Veronica Polnick <████████                                ◄  4/15/2021, 8:27 AM
>>>>>   Well at least he's got that going for him 😄
VP
```

**EXHIBIT 7**
**Page 31 of 36**

Confidential

JW_00025893



JCP Wind-Down Debtors' Ex. 11

**EXHIBIT 7**
**Page 32 of 36**

Confidential

JW_00025895

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 36 | Date Range: 5/4/2021 - 5/5/2021 |

## Outline of Conversations

 **921845de-66bc-4ccc-ab14-b3f3412890e6** · 36 messages between 5/4/2021 - 5/5/2021 · ████ 5251> · Veronica Polnick <████████ · _S!<Other>!$_ ████████@yahoo.com>

**EXHIBIT 7**
**Page 33 of 36**

**JCP Wind-Down Debtors' Ex. 11**
**Page 33**

Confidential

JW_00025896

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **921845de-66bc-4ccc-ab14-b3f3412890e6**

\#    <▮▮▮▮5251>        5/4/2021, 4:15 PM
I found a note from Gen today. She is entirely too kind

\#    <▮▮▮▮5251>        5/4/2021, 4:15 PM
What exactly did you tell her?

VP    Veronica Polnick <▮▮▮▮▮>        5/4/2021, 4:16 PM
We really don't deserve her

\#    <▮▮▮▮5251>        5/4/2021, 4:16 PM
Nope

VP    Veronica Polnick <▮▮▮▮▮>        5/4/2021, 4:16 PM
She left you that note before I told her that I told you that she knew.

VP    Veronica Polnick <▮▮▮▮▮>        5/4/2021, 4:17 PM
She obviously knows you have a relationship with Jones and she now knows that it quasi came out in McDermott and that there's high level firm shit going on

VP    Veronica Polnick <▮▮▮▮▮>        5/4/2021, 4:17 PM
And that your life is generally not great as a result

\#    <▮▮▮▮5251>        5/4/2021, 4:18 PM
Got it



**EXHIBIT 7**
**Page 34 of 36** JCP Wind-Down Debtors' Ex. 11
**Page 34**

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 35 | Date Range: 8/25/2021 - 8/26/2021 |

## Outline of Conversations



**c22bd2ac-881e-476b-8d0c-bbf82d762d90** · 35 messages between 8/25/2021 - 8/26/2021 ·
████████ 5251> · Veronica Polnick <████████ · _S!<Other>!$_ ████████@yahoo.com>

**EXHIBIT 7**
**Page 35 of 36**

**JCP Wind-Down Debtors' Ex. 11**
**Page 35**

Confidential

JW_00025900

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **c22bd2ac-881e-476b-8d0c-bbf82d762d90**

| | | |
|---|---|---|
| VP | **Veronica Polnick** <███████> <br> I did get a nice call from Jones this afternoon | 8/25/2021, 6:08 PM |
| VP | **Veronica Polnick** <███████> <br> Re JCP | 8/25/2021, 6:08 PM |
| # | <███5251> <br> That's cool | 8/25/2021, 6:08 PM |
| # | <███5251> <br> He bragged on you to me | 8/25/2021, 6:09 PM |
| VP | **Veronica Polnick** <███████> <br> Aww so sweet | 8/25/2021, 6:09 PM |
| VP | **Veronica Polnick** <███████> <br> He said I did a good job. He knew I hated it. | 8/25/2021, 6:09 PM |
| # | <███5251> <br> Yep.  He did too.  You were in it together | 8/25/2021, 6:09 PM |
| VP | **Veronica Polnick** <███████> <br> Albert's texts during the hearing kept me going | 8/25/2021, 6:09 PM |
| # | <███5251> <br> Awww | 8/25/2021, 6:09 PM |
| VP | **Veronica Polnick** <███████> <br> I'll have to show you tomorrow | 8/25/2021, 6:09 PM |
| VP | **Veronica Polnick** <███████> <br> He was fucking hilarious. On 🌶 | 8/25/2021, 6:10 PM |
| # | <███5251> <br> Liked "I'll have to show you tomorrow" | 8/25/2021, 6:10 PM |
| # | <███5251> <br> Hahaha | 8/25/2021, 6:10 PM |

█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████

**EXHIBIT 7**
**Page 36 of 36**

Confidential