**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re:<br><br>Professional Fee Matters Concerning the Jackson Walker Law Firm | Civil Action No. 4:23-CV-4787-AM |

## DEMONSTRATIVE EXHIBIT ON TIMELINE OF JACKSON WALKER LAW FIRM PROFESSIONAL FEE MATTERS

### TIMELINE OF RELEVANT EVENTS

| Date | Event |
|---|---|
| 5/14/18 | Jackson Walker hired Freeman as income partner in the bankruptcy group |
| 1/1/21 | Freeman becomes equity partner at Jackson Walker |
| 8/17/21 | Basic Energy – Petition Date |
| 12/13/21 | Basic Energy –Jackson Walker LLP retention application filed |
| 1/19/22 | Basic Energy – Jackson Walker retention application approved by Former Judge Jones |
| 2/22/22 | 4E – Petition Date |
| 3/24/22 | 4E – Jackson Walker retention application filed |
| 3/24/22 | 4E – Province retention application filed |
| 3/30/22 | Freeman admits relationship to JW partners and management |
| 5/2/22 | 4E – Jackson Walker retention application approved |
| 8/5/22 | 4E – Original Plan and Disclosure Statement filed |
| 8/9/22 | 4E – Conditional approval of disclosure statement |
| 9/10/22 | Basic Energy – Jackson Walker LLP's First and Final Fee Application Filed (Seeks $1,581,560.00 in Fees; $3,082.84 in Expenses for a total of $1,584,640.84) |
| 9/29/22 | Basic Energy – Final Order Allowing Jackson Walker LLP's Compensation and Reimbursement of Expenses signed by Former Judge Jones |
| 10/14/22 | 4E – Mediation with Judge Lopez which resulted in plan settlement. |
| 10/25/22 | 4E – Amended plan implementing mediated |

4EPA_000898

| Date | Event |
|---|---|
|  | settlement. |
| 10/27/22 | 4E – Confirmation order entered |
| 11/1/22 | 4E – Plan effective date |
| 12/1/22 | 4E – Jackson Walker's Final Fee Application |
| 12/1/22 | Freeman's withdrawal from Jackson Walker effective |
| 12/29/22 | 4E – Order Approving Jackson Walker's Final Fee Application |
| 10/6/23 | Business Insider publishes story about Van Deelan lawsuit |
| 10/7/23 | Former Judge Jones confirms relationship to Wall Street Journal |
| 11/3/23 | 4E and Basic Energy - UST files Rule 60 motion to vacate JW fee orders |
| 11/13/23 | 4E and Basic Energy - JW files its preliminary response to US Trustee's Rule 60 motion |
| 12/9/23 | JW Misc. Proceeding - Order entered commencing JW Misc. Proceeding |
| 1/29/24 | JW Misc. Proceeding - Initial Scheduling Order entered |
| 2/14/24 | 4E – Plan Agent's Motion to Modify Plan |
| 2/26/24 | JW Misc. Proceeding - First Amended Scheduling Order entered |
| 2/27/24 | 4E - Plan Agent files Joinder to US Trustee's Rule 60 Motion. |
| 2/27/24 | JW Misc. Proceeding - 4E Plan Agent's and Basic Energy Liquidating Trustee's counsel files notice of appearance in JW Misc. Proceeding. |
| 2/28/24 | Basic Energy - Liquidating Trustee files Joinder to US Trustee's Rule 60 motion. |
| 3/13/24 | Basic – Liquidation Trustee's Demand Letter to JW |
| 3/13/24 | 4E – Plan Agent's Demand Letter to JW |
| 4/1/25 | 4E – Order Granting Plan Agent's Motion to Modify Plan |
| 5/15/24 | JW Misc. Proceeding - Formal discovery commenced |
| 6/27/24 | JW Misc. Proceeding - First deposition |
| 8/7/24 | JW Misc. Proceeding - Amended Comprehensive Scheduling, Pre-Trial & Trial Order |
| 10/29/24 | JW Misc. Proceeding - Third Amended Comprehensive Scheduling, Pre-Trial & Trial Order |
| 11/1/24 | JW Misc. Proceeding - Close of Discovery Period |
| 11/18/24 | JW Misc. Proceeding - Face to face meeting between JW counsel and counsel for 4E Plan Agent and Basic Energy Liquidating Trustee |

4EPA_000899

| Date | Event |
|---|---|
| 12/11/24 | JW Misc. Proceeding - Expert depositions completed |
| 1/23/25 | Basic – Liquidation Trustee's Supplemental Demand Letter to JW |
| 1/23/25 | 4E – Plan Agent's Supplemental Demand Letter to JW |
| 3/5/25 | 4E Plan Agent and Basic Energy Liquidating Trustee attends mediation |
| 4/4/25 | Basic Energy - Liquidating Trustee files Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019 |
| 4/7/25 | 4E - Plan Agent files Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019 |
| 4/9/25 | Reference withdrawn in JW Misc. Proceeding, 4E and Basic Energy |

4EPA_000900