**WITNESS AND EXHIBIT LIST**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **District Court Case No.** | 23-CV-4787 (AM) |
| **Misc. Proceeding No:** | 23-00645 (EVR) |
| **Style of Misc. Proceeding** | Professional Fee Matters Concerning the Jackson Walker Law Firm |
| **Underlying Chapter 11 Case No.** | 20-32564 (DRJ) |
| **Style of Chapter 11 Case** | In re Stage Stores, Inc., et al. |

| | | |
|---|---|---|
| **Hearing/Trial Date:** | March 17, 2026 and March 18, 2026 per the Court's *Order Setting In-Person Evidentiary Hearing*, dated Jan. 14, 2026 [Case No. 23-CV-4787, Docket No. 156] | |
| **Hearing Time:** | 9:00 a.m. (CST) | |
| **Party's Name:** | Steven Balasiano, in his capacity as Plan Administrator of Stage Stores, Inc. and Specialty Retailers, Inc. (the "Plan Administrator") | |
| **Attorney's Name:** | Daniel F.X. Geoghan | Sarah Carnes |
| **Attorney's Phone:** | (646) 563-8925 | (646) 563-8958 |
| **Nature of Proceeding(s):** | Per the Court's *Order Setting In-Person Evidentiary Hearing*, dated Jan. 14, 2026 [Case No. 23-CV-4787, Docket No. 156]: (1) On March 17, 2026, at 9:00 a.m. (CT) an in-person evidentiary hearing shall be held on, among other things, "Whether an alternative exists that would best serve the interests of the affected parties while preserving the merits of the Vacatur Motions;" and (2) On March 18, 2026, at 9:00 a.m. (CT) an in-person evidentiary hearing shall be held on, among other things, the *Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019*" filed on November 10, 2025, by Steven Balasiano, solely in his capacity as Plan Administrator for each of the wind-down debtors in the jointly administered cases of Stage Stores, Inc. | |

1

| WITNESS LIST | |
|---|---|
| | |
| **Lay Witnesses:** | Steven Balasiano |
| | Any witness listed, offered, or called by any other party |
| | Any witness required for rebuttal or impeachment |
| **Expert Witnesses:** | N/A |
| | |

| REBUTTAL/ IMPEACHMENT WITNESSES | |
|---|---|
| | |
| **Lay Witnesses:** | |
| | |
| **Expert Witnesses:** | |
| | |

| | | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| **Stage Bankruptcy Docket (Bankr. S.D. Tex., Case No. 20-32564)** | | | | |
| **1.** | Voluntary Petition for Stage Stores, Inc. [Docket No. 1] | | | |
| **2.** | Application of Jackson Walker LLP as Co-Counsel and Conflicts Counsel for the Debtors and Debtors in Possession, including all exhibits thereto [Docket No. 385] | | | |
| **3.** | Order Granting the Application of Debtors and Debtors-in-Possession to Retain Jackson Walker LLP as Co-Counsel and Conflicts Counsel for the Debtors and Debtors in Possession [Docket No. 583] | | | |

| EX. NO. | DESCRIPTION | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| | | OFFERED | OBJECTION | DISPOSITION |
| 4. | Order Confirming the Joint Second Amended Chapter 11 Plan of Stage Stores, Inc. and Specialty Retailers, Inc. [Docket No. 705] | | | |
| 5. | Notice of Jackson Walker LLP's First Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Co-Counsel and Conflicts Counsel to the Debtors for the Period from May 10, 2020 Through May 31, 2020 [Docket No. 750] | | | |
| 6. | Notice of Jackson Walker LLP's Second Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Co-Counsel and Conflicts Counsel to the Debtors for the Period from June 1, 2020 Through June 30, 2020 [Docket No. 758] | | | |
| 7. | Notice of Jackson Walker LLP's Third Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Co-Counsel and Conflicts Counsel to the Debtors for the Period from July 1, 2020 Through July 31, 2020 [Docket No. 759] | | | |
| 8. | Notice of Jackson Walker LLP's Fourth Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Co-Counsel and Conflicts Counsel to the Debtors for the Period from August 1, 2020 | | | |

| EX. NO. | DESCRIPTION | FOR COURT USE ONLY | | |
| --- | --- | --- | --- | --- |
| | | OFFERED | OBJECTION | DISPOSITION |
| | Through August 14, 2020 [Docket No. 878] | | | |
| 9. | Amended Notice of (A) Entry of Order Confirming the Joint Second Amended Chapter 11 Plan of Stage Stores, Inc. and Specialty Retailers, Inc., and (B) Occurrence of Effective Date [Docket No. 898] | | | |
| 10. | Summary and Jackson Walker LLP's First and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the Debtors for the Period from May 10, 2020 Through August 14, 2020 [Docket No. 931] | | | |
| 11. | Order Approving Jackson Walker LLP's First and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the Debtors for the Period from May 10, 2020 Through August 14, 2020 [Docket No. 983] | | | |
| 12. | United States Trustee's Motion for Relief from Judgment or Order Pursuant to Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving any Jackson Walker Applications for Compensation and Reimbursement of Expenses (the "Rule 60(b)(6) Motion"), including all exhibits thereto [Docket No. 1216] | | | |
| 13. | Preliminary Response of Jackson Walker LLP to Recent Filings by Office of the United States Trust, including all exhibits thereto [Docket No. 1219] | | | |

| EX. NO. | DESCRIPTION | FOR COURT USE ONLY | | |
| --- | --- | --- | --- | --- |
| | | OFFERED | OBJECTION | DISPOSITION |
| 14. | U.S. Trustee's Amended and Supplemental Rule 60(b)(6) Motion, including all exhibits thereto [Docket 1241] | | | |
| 15. | Jackson Walker's Response in Opposition to the United States Trustee's Amended and Supplemental Rule 60(b)(6) Motion, including all exhibits thereto [Docket No. 1258] | | | |
| 16. | United States Trustee's Reply to Jackson Walker LLP's Response in Opposition to Amended and Supplemental Rule 60(b)(6) Motion, including all exhibits thereto [Docket No. 1261] | | | |
| 17. | Jackson Walker LLP's Sur-Reply in Support of Its Opposition to the U.S. Trustee's Amended and Supplemental Rule 60(b)(6) Motion [Docket No. 1272] | | | |
| 18. | Wind-Down Debtors' Joint to the United States Trustee's Rule 60(b)(6) Motion [Docket No. 1280] | | | |
| **Jackson Walker Fee Matter Docket (S.D. Tex., Case No. 23-4787)** | | | | |
| 19. | Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019, including all exhibits thereto [Docket No. 108] | | | |
| 20. | U.S. Trustee's Objection to Stage Stores, Inc.'s Motion for Entry of Order Approving Compromise of Controversy Under Bankruptcy Rule 9019 [Docket No. 172] | | | |
| 21. | Response of Plan Administrator for Stage Stores, Inc., et al. to the U.S. | | | |

| EX. NO. | DESCRIPTION | FOR COURT USE ONLY | | |
| --- | --- | --- | --- | --- |
| | | OFFERED | OBJECTION | DISPOSITION |
| | Trustee's Objection to His Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019 [Docket No. 174] | | | |
| 22. | Transcript of Hearing held on May 22, 2025 before the Honorable Alia Moses, Chief United States District Judge [Docket No. 82] | | | |
| **Miscellaneous** | | | | |
| 23. | Cole Schotz Engagement Letter with Steven Balasiano as Plan Administrator dated November 2, 2020 [STAGE000001-000006] | | | |
| 24. | Letter from the Honorable Marvin Isgur to Chief United States District Judge Randy Crane dated September 20, 2024 [Case No. 24-1523, Docket No. 1] | | | |
| 25. | Any exhibits listed, designated, or offered by any other party | | | |
| 26. | Any exhibits necessary for rebuttal | | | |
| **REBUTTAL/IMPEACHMENT EXHIBITS** | | | | |
| | | | | |
| 1. | | | | |
| 2. | | | | |

## RESERVATION OF RIGHTS

The Plan Administrator reserves (i) the right to amend and/or supplement this Witness and Exhibit List at any time prior to trial; and (ii) the right to use additional exhibits for purposes of

6

rebuttal or impeachment and to further supplement the foregoing Witness and Exhibit List as appropriate.

The Plan Administrator also reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other parties in interest; and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned matters or any of the underlying bankruptcy cases.

*[Reminder of Page Intentionally Left Blank]*

Dated: March 3, 2026

**COLE SCHOTZ P.C.**

*/s/ Daniel F.X. Geoghan*

Daniel F.X. Geoghan (Texas Bar No. 24126280*)*
901 Main Street, Suite 4120
Dallas, TX 75202
Telephone: (469) 557-9390
Facsimile: (469) 533-1587
Email: dgeoghan@coleschotz.com

- and -

Seth Van Aalten, Esq. (Admitted Pro Hac Vice)
Sarah A. Carnes, Esq. (Admitted Pro Hac Vice)
Amanda A. Tersigni, Esq.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
Email: svanaalten@coleschotz.com
         scarnes@coleschotz.com
         atersigni@coleschotz.com

*Counsel to Steven Balasiano as Plan*
*Administrator of Stage Stores, Inc., et al*

8