| | |
|---|---|
| **WITNESS AND EXHIBIT LIST** | |
| **UNITED STATES DISTRICT COURT** | |
| **SOUTHERN DISTRICT OF TEXAS** | |
| **HOUSTON DIVISION**[1] | |
| **Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez** | |
| **Main Case No:** | 4:23-CV-4787-AM |
| **Name of Debtor:** | In re: Professional Fee Matters Concerning the Jackson Walker Law Firm |
| **Adversary Case No:** | NA |
| **Style of Adversary:** | NA |

| | Amends | | Supplements | |
|---|---|---|---|---|
| | Date | ECF No. | Date | ECF No. |
| **State whether this amends or supplements a previously filed Witness & Exhibit list** | NA | NA | NA | NA |

| | |
|---|---|
| **Hearing/Trial Date:** | March 17, 2026 |
| **Hearing Time:** | 9:00 a.m. |
| **Party's Name:** | Kevin Epstein, U.S. Trustee |
| **Attorney's Name:** | Laura D. Steele, Brian Thill, Joel Charboneau, Vianey Garza, Millie Sall |
| **Attorney's Phone:** | (713) 718-4650 |

| | CM/ECF No. | Matter |
|---|---|---|
| **Nature of Proceeding(s):** | Case No. 4:23-CV-4787, ECF No. 96. | **20-20184 & 25-2002 – Old Copper Co. Inc.:** "Motion for Order Approving Compromise and Settlement Pursuant to the Bankruptcy Rule 9019" filed on September 11, 2025, by Old Copper Company Inc. F/K/A J. C. Penney Company Inc. and Copper Sub Corporation, Inc. F/K/A J. C. Penney Corporation, Inc., As Wind Down Debtors In J. C. Penney Direct Marketing Services LLC, by and through its Plan Administrators |

| **WITNESS LIST** | |
|---|---|
| **Lay Witnesses:** | |
| | Alan Carr as Plan Administrator for Old Copper Company Inc. F/K/A J. C. Penney Company Inc. and Copper Sub Corporation, Inc. F/K/A J. C. Penney Corporation, Inc., As Wind Down Debtors In J. C. Penney Direct Marketing Services LLC |
| | Alethea Caluza, U.S. Trustee Paralegal, or other designated representative of the U.S. Trustee |
| | Any witness listed, offered, or called by any other party |
| **Expert Witnesses:** | NA |

---

[1] The U.S. Trustee files this Exhibit and Witness List in compliance with the Bankruptcy Court's Order Setting In-Person Evidentiary Hearing [ECF No. 156], but does not waive, and hereby explicitly reserves, all rights and defenses to the Order to the extent it exceeds the District Court's abatement and limited referral of these matters. See ECF Nos. 109, 140, 181.

Form No. 1-100

Last Revised August 13, 2025

| | |
|---|---|
| | |
| **REBUTTAL/ IMPEACHMENT WITNESSES** ||
| **Lay Witnesses:** | Any witness required for rebuttal or impeachment |
| | |
| **Expert Witnesses:** | NA |
| | |

| Ex. No. | Description | For Court Use Only |||
|---|---|---|---|---|
| | | Offered | Objection | Disposition |
| **Common Exhibits filed at ECF No. 185** |||||
| 185-1 | Rolla Street Property General Warranty Deed recorded on June 27, 2017 | | | |
| 185-2 | Rolla Street Property Survivorship Agreement recorded on June 27, 2017 | | | |
| 185-3 | Holland & Knight Letter Regarding "Judicial Disqualification Question" dated September 22, 2021 | | | |
| 185-4 | Email from Holland & Knight to Jackson Walker Regarding "Jenkins Williams - Disclosure due tomorrow" dated May 10, 2022 | | | |
| 185-5 | Email from Jackson Walker to Holland & Knight Regarding "Call regarding tomorrow's disclosure" sent at 12:14 a.m. UTC on May 11, 2022 (7:14 p.m. CST on May 10, 2022) | | | |
| 185-6 | Email and Letter from Holland and Knight to Jackson Walker Regarding "Duties of Attorney Knowing of Judicial Misconduct" dated June 2, 2022 | | | |
| 185-7 | Email from Jackson Walker to Elizabeth Freeman with Attached Confidential Withdrawal Agreement dated November 30, 2022 | | | |
| 185-8 | Preliminary Response of Jackson Walker LLP to Recent Filings by the Office of the United States Trustee | | | |
| 185-9 | Excerpts from Deposition Transcript of Ross Forbes, Jr. dated August 19, 2024 | | | |
| 185-10 | Excerpts from Deposition Transcript of Matthew D. Cavenaugh dated August 30, 2024 | | | |

Form No. 1-100

Last Revised August 13, 2025

| | | | | |
|---|---|---|---|---|
| **185-11** | Excerpts from Deposition Transcript of Veronica A. Polnick dated October 3, 2024 | | | |
| **185-12** | Leopards Solutions Article entitled "Jackson Walker Ranks amount Top 100 in 2025 Leopard Law Firm Index" dated February 27, 2025. | | | |
| **185-13** | First Amended Complaint filed in *Old Copper Company Inc. et al. v. Jackson Walker LLP*, Adv. No. 25-2002, filed on May 1, 2025 | | | |
| **185-14** | The Texas Lawbook Article entitled "Lawbook 50: Eight Firms - All Texas, All the Time, All Profitable" dated May 20, 2025 | | | |
| **185-15** | Excerpts from Transcript of Status Conference before the Honorable Eduardo V. Rodriguez, Chief United States Bankruptcy Court Judge dated December 9, 2025 | | | |
| **185-16** | Jackson Walker, LLP's Statement in Response to December 9, 2025, Status Conference | | | |
| **185-17** | U.S. Trustee's Notice of Proposed Agenda | | | |
| **185-18** | Jackson Walker LLP's Omnibus Reply to the U.S. Trustee's Objections to Motions for Entry of Order Approving Compromise of Controversy Under Bankruptcy Rule 9019 Filed by the Settling Parties | | | |
| **185-19** | Deposition Transcript of W. Ross Forbes, 30(b)(6) Witness for Jackson Walker, LLP, taken on February 17, 2026 | | | |
| **Exhibits Specific to Old Copper Co. Inc.** | | | | |
| 1. | Voluntary Chapter 11 Petition filed by J. C. Penney Company, Inc., Case No. 20-20182, ECF No. 1 | | | |
| 2. | Order signed by U.S. Bankruptcy Judge David R. Jones on May 15, 2020, Case No. 20-20182, ECF No. 9 | | | |
| 3. | Order Granting Complex Chapter 11 Bankruptcy Case Treatment signed by U.S. Bankruptcy Judge David R. Jones on May 15, 2020, Case No. 20-20182, ECF No. 11 | | | |
| 4. | Application of Debtors and Debtors-In-Possession to Retain Jackson Walker LLP as Co-Counsel and Conflicts Counsel for The Debtors and Debtors-In-Possession, Case No. 20-20182, ECF No. 685 | | | |
| 5. | Supplemental Declaration of Matthew D. Cavenaugh in Support of The Application of The Debtors and Debtors in Possession to Retain Jackson Walker LLP as Co-Counsel and Conflicts Counsel for Debtors and Debtors-In-Possession, Case No. 20-20182, ECF No. 899 | | | |

| | | | | |
|---|---|---|---|---|
| 6. | Order Granting Application of Debtors and Debtors-In-Possession to Retain Jackson Walker LLP as Co-Counsel and Conflicts Counsel for The Debtors and Debtors-In-Possession, Case No. 20-20182, ECF No. 963 | | | |
| 7. | Declaration Of Disinterestedness of Jackson Walker Pursuant to The Order Authorizing the Retention and Compensation of Certain Professionals Utilized in The Ordinary Course of Business, Case No. 20-20182, ECF No. 1172 | | | |
| 8. | Order Granting Jackson Walker LLP Second Interim and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to The Debtors for The Period from May 15, 2020 Through December 14, 2020, Case No. 20-20182, ECF No. 2874 | | | |
| 9. | United States Trustee's Amended and Supplemental Motion for (I)Relief from Judgment or Order Pursuant to Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving the Retention and Compensation Applications of Jackson Walker LLP, (2) Sanctions, and (3) Related Relief, Case No. 20-20184, ECF No. 1351 | | | |
| 10. | Old Copper Company's Demand Letter to Jackson Walker, LLP dated October 10, 2024 | | | |
| 11. | Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019, Case No. 4:23-cv-04787, ECF No. 96 | | | |
| 12. | J.C. Penney Wind Down Debtors' Responses and Objections to United States Trustee's First Set of Interrogatories | | | |
| 13. | Jackson Walker LLP's Invoices from March 2021 to April 2024 | | | |
| 14. | U.S. Trustee's Summary of Jackson Walker LLP's Invoices from March 2021 to April 2024 | | | |
| 15. | Streusand Landon Ozburn & Lemmon LLP's Invoices From February 2024 to September 2025 | | | |
| 16. | U.S. Trustee's Summary of Streusand Landon Ozburn & Lemmon LLP's Invoices From February 2024 to September 2025 | | | |
| 17. | Haynes & Boone's Invoices through January 31, 2026 | | | |
| 18. | Deposition Transcript of Alan Carr, Co-Plan Administrator Old Copper Company, taken on February 9, 2026 | | | |
| 19. | Demonstrative of 9019 Settlement Motion and Settlement Agreement | | | |

**Form No. 1-100**

| | | | | |
|---|---|---|---|---|
| 20. | All exhibits presented or designated by any other party in interest for the hearing | | | |

| REBUTTAL/IMPEACHMENT EXHIBITS | | | | |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

Date: March 3, 2026     Respectfully Submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN AND WESTERN
DISTRICTS OF TEXAS

By: /s/ Vianey Garza
Millie Aponte Sall, Assistant U.S. Trustee
Tex. Bar No. 01278050/Fed. ID No. 11271
Vianey Garza, Trial Attorney
Tex. Bar No. 24083057/Fed. ID No. 1812278
Laura D. Steele, Trial Attorney
Wis. Bar No. 1065702/Fed. ID No. 3878215
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4650 – Telephone
(713) 718-4670 – Fax
Email:  millie.sall@usdoj.gov
           vianey.garza@usdoj.gov
           laura.steele@usdoj.gov