# WITNESS AND EXHIBIT LIST
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION[1]

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 4:23-CV-4787-AM |
| **Name of Debtor:** | In re: Professional Fee Matters Concerning the Jackson Walker Law Firm |
| **Adversary Case No:** | NA |
| **Style of Adversary:** | NA |

| State whether this amends or supplements a previously filed Witness & Exhibit list | Amends | | Supplements | |
|---|---|---|---|---|
| | Date | ECF No. | Date | ECF No. |
| | NA | NA | NA | NA |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| **Hearing/Trial Date:** | March 19, 2026 |
| **Hearing Time:** | 9:00 a.m. |
| **Party's Name:** | Kevin Epstein, U.S. Trustee |
| **Attorney's Name:** | Laura D. Steele, Brian Thill, Joel Charboneau, Vianey Garza, Millie Sall |
| **Attorney's Phone:** | (713) 718-4650 |

| | CM/ECF No. | Matter |
|---|---|---|
| **Nature of Proceeding(s):** | Case No. 4:23-CV-4787, ECF No. 91. | **22-90018 – Sungard AS New Holdings, LLC**: "Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019" filed on July 29, 2025, by Sungard AS New Holdings, LLC, the wind-down debtor, by and through Drivetrain LLC, the Plan Administrator. |
| | | |
| | | |
| | | |
| | | |
| | | |

## WITNESS LIST

| **Lay Witnesses:** | |
|---|---|
| | Timothy Daileader of Drivetrain LLC, Plan Administrator for the Sungard AS New Holdings, LLC Wind-Down Debtors |
| | Alethea Caluza, U.S. Trustee Paralegal, or other designated representative of the U.S. Trustee |

---

[1] The U.S. Trustee files this Exhibit and Witness List in compliance with the Bankruptcy Court's Order Setting In-Person Evidentiary Hearing [ECF No. 156], but does not waive, and hereby explicitly reserves, all rights and defenses to the Order to the extent it exceeds the District Court's abatement and limited referral of these matters. See ECF Nos. 109, 140, 181.

Form No. 1-100

Last Revised August 13, 2025

| | |
|---|---|
| | Any witness listed, offered, or called by any other party |
| **Expert Witnesses:** | NA |
| | |
| | |

| REBUTTAL/ IMPEACHMENT WITNESSES ||
|---|---|
| **Lay Witnesses:** | Any witness required for rebuttal or impeachment |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | NA |
| | |
| | |
| | |

| | | FOR COURT USE ONLY |||
|---|---|---|---|---|
| **Ex. No.** | **Description** | **Offered** | **Objection** | **Disposition** |
| **Common Exhibits filed at ECF No. 185** |||||
| 185-1 | Rolla Street Property General Warranty Deed recorded on June 27, 2017 | | | |
| 185-2 | Rolla Street Property Survivorship Agreement recorded on June 27, 2017 | | | |
| 185-3 | Holland & Knight Letter Regarding "Judicial Disqualification Question" dated September 22, 2021 | | | |
| 185-4 | Email from Holland & Knight to Jackson Walker Regarding "Jenkins Williams - Disclosure due tomorrow" dated May 10, 2022 | | | |
| 185-5 | Email from Jackson Walker to Holland & Knight Regarding "Call regarding tomorrow's disclosure" sent at 12:14 a.m. UTC on May 11, 2022 (7:14 p.m. CST on May 10, 2022) | | | |
| 185-6 | Email and Letter from Holland and Knight to Jackson Walker Regarding "Duties of Attorney Knowing of Judicial Misconduct" dated June 2, 2022 | | | |
| 185-7 | Email from Jackson Walker to Elizabeth Freeman with Attached Confidential Withdrawal Agreement dated November 30, 2022 | | | |
| 185-8 | Preliminary Response of Jackson Walker LLP to Recent Filings by the Office of the United States Trustee | | | |
| 185-9 | Excerpts from Deposition Transcript of Ross Forbes, Jr. dated August 19, 2024 | | | |

| | | | | |
|---|---|---|---|---|
| **185-10** | Excerpts from Deposition Transcript of Matthew D. Cavenaugh dated August 30, 2024 | | | |
| **185-11** | Excerpts from Deposition Transcript of Veronica A. Polnick dated October 3, 2024 | | | |
| **185-12** | Leopards Solutions Article entitled "Jackson Walker Ranks amount Top 100 in 2025 Leopard Law Firm Index" dated February 27, 2025. | | | |
| **185-13** | First Amended Complaint filed in *Old Copper Company Inc. et al. v. Jackson Walker LLP*, Adv. No. 25-2002, filed on May 1, 2025 | | | |
| **185-14** | The Texas Lawbook Article entitled "Lawbook 50: Eight Firms - All Texas, All the Time, All Profitable" dated May 20, 2025 | | | |
| **185-15** | Excerpts from Transcript of Status Conference before the Honorable Eduardo V. Rodriguez, Chief United States Bankruptcy Court Judge dated December 9, 2025 | | | |
| **185-16** | Jackson Walker, LLP's Statement in Response to December 9, 2025, Status Conference | | | |
| **185-17** | U.S. Trustee's Notice of Proposed Agenda | | | |
| **185-18** | Jackson Walker LLP's Omnibus Reply to the U.S. Trustee's Objections to Motions for Entry of Order Approving Compromise of Controversy Under Bankruptcy Rule 9019 Filed by the Settling Parties | | | |
| **185-19** | Deposition Transcript of W. Ross Forbes, 30(b)(6) Witness for Jackson Walker, LLP, taken on February 17, 2026 | | | |
| **Exhibits Specific to Sungard AS New Holdings, LLC** | | | | |
| **1.** | Application to Retain Jackson Walker LLP as Co-Counsel and Conflicts Counsel for the for the Debtors and Debtors in Possession, Case No. 22-90018, ECF No. 211 | | | |
| **2.** | Order Authorizing the Retention and Employment of Jackson Walker LLP as Co-Counsel and Conflicts Counsel for the Debtors and Debtors in Possession, Case No. 22-90018, ECF No. 291 | | | |
| **3.** | Order Granting Jackson Walker LLP's Second Interim Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to The Debtors for The Period from August 1, 2022 Through November 9, 2022, Case No. 22-90018, ECF No. 649 | | | |
| **4.** | Order Granting Jackson Walker LLP's First Interim Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to The Debtors for The Period from April 11, 2022 Through July 31, 2022, Case No. 22-90018, ECF No. 897 | | | |

**Form No. 1-100**

| | | | | |
|---|---|---|---|---|
| 5. | Order regarding Jackson Walker LLP's Final Fee Application, Case No. 22-90018, ECF No. 899 | | | |
| 6. | Jackson Walker LLP's Post-Confirmation Retention Agreement dated November 9, 2022 | | | |
| 7. | United States Trustee's Amended and Supplemental Motion for (1) Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving the Retention and Compensation Applications of Jackson Walker LLP, (2) Sanctions, and (3) Related Relief, Case No. 22-90018, ECF No. 1043 | | | |
| 8. | Jackson Walker LLP's Notice of Withdrawal as Counsel, Case No. 22-90018, ECF No. 1061 | | | |
| 9. | Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019, Case No. 4:23-cv-04787, ECF No. 91 | | | |
| 10. | The Sungard Wind-Down Debtors' Response to the U.S. Trustee's Objection to Its Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019, Case No. 4:23-cv-04787, ECF No. 95 | | | |
| 11. | Wind-Down Debtors' Amended and Supplemental Joinder to United States Trustee's Amended and Supplemental Motion for (1) Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving the Retention and Compensation Applications of Jackson Walker LLP, (2) Sanctions, and (3) Related Relief, Case No. 4:23-cv-04787, ECF No. 123 | | | |
| 12. | Wind-Down Debtor's Objections and Responses to United States Trustee's First Set of Interrogatories to Sungard AS New Holdings, LLC | | | |
| 13. | Deposition Transcript of Timothy Daileader of Drivetrain, LLC, Plan Administrator for the Sungard AS New Holdings, LLC Wind-Down Debtors, taken on February 10, 2026 | | | |
| 14. | Demonstrative of 9019 Settlement Motion and Settlement Agreement | | | |
| 15. | All exhibits presented or designated by any other party in interest for the hearing | | | |
| **REBUTTAL/IMPEACHMENT EXHIBITS** | | | | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

| | | | | |
|---|---|---|---|---|
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

Date: March 3, 2026                Respectfully Submitted,

                                                              KEVIN M. EPSTEIN
                                                              UNITED STATES TRUSTEE
                                                              REGION 7, SOUTHERN AND WESTERN
                                                              DISTRICTS OF TEXAS

                                                              By: /s/ DRAFT
                                                              Millie Aponte Sall, Assistant U.S. Trustee
                                                              Tex. Bar No. 01278050/Fed. ID No. 11271
                                                              Vianey Garza, Trial Attorney
                                                              Tex. Bar No. 24083057/Fed. ID No. 1812278
                                                             Laura D. Steele, Trial Attorney
                                                             Wis. Bar No. 1065702/Fed. ID No. 3878215
                                                             515 Rusk, Suite 3516
                                                             Houston, Texas 77002
                                                             (713) 718-4650 – Telephone
                                                             (713) 718-4670 – Fax
                                                             Email:   millie.sall@usdoj.gov
                                                                          vianey.garza@usdoj.gov
                                                                          laura.steele@usdoj.gov

**Form No. 1-100**

Last Revised August 13, 2025