United States Bankruptcy Court
Southern District of Texas

**ENTERED**
December 30, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-90018 |
| SUNGARD AS NEW HOLDINGS, LLC, *et al.*, | § | CHAPTER 11 |
| | § | David R. Jones |
| | § | |
| Debtors. | § | Jointly Administered |

<u>ORDER</u>
**(Docket No. 851)**

The Court has reviewed Jackson Walker's Final Application for Allowance and Payment of Fees and Expenses (the "Application"). Although the Application summary[1] reflects differently, the Application appears to seek only the "final" award of compensation previously awarded in the applicant's first and second interim applications. The Court has streamlined the fee application process to be both efficient and informative. The Application satisfies none of the objectives the Court finds important. To the extent that final approval of the interim awards is sought, the request is granted. To the extent that other relief is sought, the Application is denied without prejudice.

To avoid a repeat of this situation, the Court offers the following guidance. If, in the future, an applicant seeks no further compensation after the period covered by an interim application, the applicant might consider filing a short and concise motion/application seeking to have all interim awards deemed final. Of course, the best course of action is to have the last interim application also be the final application, i.e., "Firm ABC's Third Interim and Final Application for Compensation." The Court hopes the foregoing is helpful.

**SIGNED: December 30, 2022.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Court places great emphasis on the summary and the correctness of the data it contains.

USTP (Sungard) Ex. 5
Page 1 of 1