# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SUNGARD AS NEW HOLDINGS, LLC, | Case No. 22-90018 (CML) |
| Wind-Down Debtor. | |

## NOTICE OF WITHDRAWAL AS COUNSEL

**PLEASE TAKE NOTICE THAT** Jackson Walker LLP hereby withdraws as counsel to the Plan Administrator and the Wind-Down Debtors. Cole Schotz P.C. ("Cole Schotz") will continue to serve as counsel for the Plan Administrator,[1] who is vested with, among other things, the power to "implement the Plan and any applicable orders of the Bankruptcy Court" and "the power and authority to take any action necessary to Wind-Down and dissolve the Wind-Down Debtors."[2] All future service of notices and pleadings, electronically or otherwise, should be directed to Cole Schotz on behalf of the Plan Administrator and Wind-Down Debtors.

Houston, Texas
Dated: June 19, 2024

/s/ Matthew D. Cavenaugh
**JACKSON WALKER LLP**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Jennifer F. Wertz (TX Bar No. 24072822)
Rebecca Blake Chaikin (TX Bar No. 24133055)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email:  mcavenaugh@jw.com
         jwertz@jw.com
         rchaikin@jw.com

*Counsel to the Wind-Down Debtor and Plan Administrator*

---

[1] *See* Notice of Appearance, Docket No. 1036.
[2] ... VIII.J, Docket No. 763.

USTP (Sungard) Ex. 8
Page 1 of 2

## Certificate of Service

I certify that on June 19, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and on the parties listed below:

**PLAN ADMINISTRATOR**
Drivetrain, LLC
410 Park Avenue, Suite 900
New York, NY 10024
Attn:  Alan Carr
   Tim Daileader
   Steve Kovacs
Email:  acarr@drivetrainllc.com
   tdaileader@drivetrainllc.com
   skovacs@drivetrainllc.com

**COLE SCHOTZ P.C.**
Daniel F.X. Geoghan, Esquire
901 Main Street, Suite 4120
Dallas, TX 75202
dgeoghan@coleschotz.com

Mark Tsukerman, Esquire
1325 Avenue of the Americas
19th Floor
New York, NY 10019
mtsukerman@coleschotz.com

**WIND-DOWN DEBTOR**
bill.price@sungardas.com

   /s/ Matthew D. Cavenaugh
   Matthew D. Cavenaugh