# WITNESS AND EXHIBIT LIST
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION[1]

### Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez

| | |
|---|---|
| **Main Case No:** | 4:23-CV-4787-AM |
| **Name of Debtor:** | In re: Professional Fee Matters Concerning the Jackson Walker Law Firm |

| | |
|---|---|
| **Adversary Case No:** | NA |
| **Style of Adversary:** | NA |

| | Amends | | Supplements | |
|---|---|---|---|---|
| | **Date** | **ECF No.** | **Date** | **ECF No.** |
| **State whether this amends or supplements a previously filed Witness & Exhibit list** | NA | NA | NA | NA |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| **Hearing/Trial Date:** | March 18, 2026 |
| **Hearing Time:** | 9:00 a.m. |
| **Party's Name:** | Kevin Epstein, U.S. Trustee |
| **Attorney's Name:** | Laura D. Steele, Brian Thill, Joel Charboneau, Vianey Garza, Millie Sall |
| **Attorney's Phone:** | (713) 718-4650 |

| | CM/ECF No. | Matter |
|---|---|---|
| **Nature of Proceeding(s):** | Case No. 4:23-CV-4787, ECF No. 90. | **20-35740 & 21-30427 – Seadrill Partners, LLC and Seadrill Limited**: "Motion for Order Approving Compromise and Settlement Pursuant to Federal Rule of Bankruptcy Procedure 9019" filed on July 25, 2025, by Seadrill Partners, LLC reorganized debtors and the Seadrill Limited Reorganized Debtors. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITNESS LIST | |
|---|---|
| | |
| **Lay Witnesses:** | |
| | Nicole Anderson, Seadrill Partners, LLC Reorganized Debtors and the Seadrill Limited Reorganized Debtors |
| | Alethea Caluza, U.S. Trustee Paralegal, or other designated representative of the U.S. Trustee for authentication purposes |

---

[1] The U.S. Trustee files this Exhibit and Witness List in compliance with the Bankruptcy Court's Order Setting In-Person Evidentiary Hearing [ECF No. 156], but does not waive, and hereby explicitly reserves, all rights and defenses to the Order to the extent it exceeds the District Court's abatement and limited referral of these matters. See ECF Nos. 109, 140, 181.

| | |
|---|---|
| | Any witness listed, offered, or called by any other party |
| | |
| **Expert Witnesses:** | NA |
| | |
| | |

| | |
|---|---|
| | **REBUTTAL/ IMPEACHMENT WITNESSES** |
| | |
| **Lay Witnesses:** | Any witness required for rebuttal or impeachment |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | NA |
| | |
| | |
| | |
| | |

| | | **FOR COURT USE ONLY** | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| | | | | |
| **Common Exhibits filed at ECF No. 185** | | | | |
| 185-1 | Rolla Street Property General Warranty Deed recorded on June 27, 2017 | | | |
| 185-2 | Rolla Street Property Survivorship Agreement recorded on June 27, 2017 | | | |
| 185-3 | Holland & Knight Letter Regarding "Judicial Disqualification Question" dated September 22, 2021 | | | |
| 185-4 | Email from Holland & Knight to Jackson Walker Regarding "Jenkins Williams - Disclosure due tomorrow" dated May 10, 2022 | | | |
| 185-5 | Email from Jackson Walker to Holland & Knight Regarding "Call regarding tomorrow's disclosure" sent at 12:14 a.m. UTC on May 11, 2022 (7:14 p.m. CST on May 10, 2022) | | | |
| 185-6 | Email and Letter from Holland and Knight to Jackson Walker Regarding "Duties of Attorney Knowing of Judicial Misconduct" dated June 2, 2022 | | | |
| 185-7 | Email from Jackson Walker to Elizabeth Freeman with Attached Confidential Withdrawal Agreement dated November 30, 2022 | | | |
| 185-8 | Preliminary Response of Jackson Walker LLP to Recent Filings by the Office of the United States Trustee | | | |

**Form No. 1-100**

| | | | | |
|---|---|---|---|---|
| 185-9 | Excerpts from Deposition Transcript of Ross Forbes, Jr. dated August 19, 2024 | | | |
| 185-10 | Excerpts from Deposition Transcript of Matthew D. Cavenaugh dated August 30, 2024 | | | |
| 185-11 | Excerpts from Deposition Transcript of Veronica A. Polnick dated October 3, 2024 | | | |
| 185-12 | Leopards Solutions Article entitled "Jackson Walker Ranks amount Top 100 in 2025 Leopard Law Firm Index" dated February 27, 2025. | | | |
| 185-13 | First Amended Complaint filed in *Old Copper Company Inc. et al. v. Jackson Walker LLP*, Adv. No. 25-2002, filed on May 1, 2025 | | | |
| 185-14 | The Texas Lawbook Article entitled "Lawbook 50: Eight Firms - All Texas, All the Time, All Profitable" dated May 20, 2025 | | | |
| 185-15 | Excerpts from Transcript of Status Conference before the Honorable Eduardo V. Rodriguez, Chief United States Bankruptcy Court Judge dated December 9, 2025 | | | |
| 185-16 | Jackson Walker, LLP's Statement in Response to December 9, 2025, Status Conference | | | |
| 185-17 | U.S. Trustee's Notice of Proposed Agenda | | | |
| 185-18 | Jackson Walker LLP's Omnibus Reply to the U.S. Trustee's Objections to Motions for Entry of Order Approving Compromise of Controversy Under Bankruptcy Rule 9019 Filed by the Settling Parties | | | |
| 185-19 | Deposition Transcript of W. Ross Forbes, 30(b)(6) Witness for Jackson Walker, LLP, taken on February 17, 2026 | | | |
| **Exhibits Specific to Seadrill Partners, LLC and Seadrill Limited** | | | | |
| 1. | Seadrill Partners, LLC - Application Of Debtors and Debtors-In-Possession to Retain Jackson Walker LLP As Co-Counsel and Local Counsel for The Debtors and Debtors-In-Possession, Case No. 20-35740, ECF No. 110 | | | |
| 2. | Seadrill Partners, LLC - Order Granting the Application of Debtors and Debtors In-Possession to Retain Jackson Walker LLP As Co-Counsel and Local Counsel for Debtors and Debtors-In-Possession, Case No. 20-35740, ECF No. 136 | | | |
| 3. | Seadrill Partners, LLC - Order Granting Jackson Walker LLP's First and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to The Debtors for The Period from December 1, 2020 Through May 14, 2021, Case No. 20-35740, ECF No. 690 | | | |

**Form No. 1-100**

| | | | | |
|---|---|---|---|---|
| 4. | Seadrill Partners, LLC - United States Trustee's Amended and Supplemental Motion For (1) Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6) And Federal Rule of Bankruptcy Procedure 9024 Approving the Retention and Compensation Applications of Jackson Walker LLP, (2) Sanctions, And (3) Related Relief, Case No. 20-35740, ECF No. 877 | | | |
| 5. | Seadrill Limited - Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Jackson Walker LLP as Co-Counsel and Conflicts Counsel, Case No. 21-30427, ECF No. 250 | | | |
| 6. | Seadrill Limited – Order Granting the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Jackson Walker LLP as Co-Counsel and Conflicts Counsel, Case No. 21-30427, ECF No. 302 | | | |
| 7. | Seadrill Limited – Order Granting Jackson Walker LLP's First Interim Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the Debtors for the Period from February 10, 2021 through May 31, 2021 Case No. 21-30427, ECF No. 1273 | | | |
| 8. | Seadrill Limited - Order Granting Jackson Walker LLP's Second Interim Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the Debtors for the Period from June 1, 2021 through August 31, 2021 Case No. 21-30427, ECF No. 1274 | | | |
| 9. | Seadrill Limited - Final Order Allowing Compensation and Reimbursement of Expenses, Case No. 21-30427, ECF No. 1340 | | | |
| 10. | Seadrill Limited - United States Trustee's Amended and Supplemental Motion For (1) Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6) And Federal Rule of Bankruptcy Procedure 9024 Approving the Retention and Compensation Applications of Jackson Walker LLP, (2) Sanctions, And (3) Related Relief, Case No. 21-30427, ECF No. 1621 | | | |
| 11. | Seadrill Limited – Motion to Substitute Counsel and Withdraw, Case No. 21-30427, 1622 | | | |
| 12. | Seadrill Limited – Ordering [regarding Motion to Substitute Counsel and Withdraw], Case No. 21-30427, ECF No. 1624 | | | |

**Form No. 1-100**

| | | | | |
|---|---|---|---|---|
| **13.** | Seadrill New Finance Limited - Reorganized Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Jackson Walker LLP as Co-Counsel and Conflicts Counsel, Case No. 22-90001, ECF No. 94 | | | |
| **14.** | Seadrill New Finance Limited - Order Granting the Reorganized Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Jackson Walker LLP as Co-Counsel and Conflicts Counsel, Case No. 22-90001, ECF No. 108 | | | |
| **15.** | Seadrill New Finance Limited - Final Order Allowing Compensation and Reimbursement of Expenses, Case No. 22-90001, ECF No. 121 | | | |
| **16.** | Seadrill New Finance Limited - United States Trustee's Motion For (1) Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6) And Federal Rule of Bankruptcy Procedure 9024 Approving the Retention and Compensation Applications of Jackson Walker LLP, (2) Sanctions, And (3) Related Relief, Case No. 22-90002, ECF No. 11 | | | |
| **17.** | Seadrill Partners, LLC and Seadrill Limited's Motion for Order Approving Compromise and Settlement Pursuant to Federal Rule of Bankruptcy Procedure 9019, Case No. 4:23-cv-04787, ECF No. 90 | | | |
| **18.** | Seadrill Partners, LLC and Seadrill Limited's Response to the U.S. Trustee's Omnibus Objection to Approval of Private Party Settlement that Preempt Adjudication of the U.S. Trustee's Rule 60(b) Motions, Case No. 4:23-cv-04787, ECF No. 94 | | | |
| **19.** | Seadrill Partners LLC and Seadrill Limited Reorganized Debtors' Answers to United States Trustee's First Set of Interrogatories | | | |
| **20.** | Deposition Transcript of Nicole Anderson, for Seadrill Partners, LLC and Seadrill Limited, taken on February 12, 2026 | | | |
| **21.** | Demonstrative of 9019 Settlement Motion and Settlement Agreement | | | |
| **22.** | All exhibits presented or designated by any other party in interest for the hearing | | | |
| | **REBUTTAL/IMPEACHMENT EXHIBITS** | | | |
| **1.** | | | | |
| **2.** | | | | |
| **3.** | | | | |
| **4.** | | | | |
| **5.** | | | | |

**Form No. 1-100**

| | | | | |
|---|---|---|---|---|
| **6.** | | | | |
| **7.** | | | | |
| **8.** | | | | |
| **9.** | | | | |
| **10.** | | | | |

Date: March 3, 2026                 Respectfully Submitted,


                                    KEVIN M. EPSTEIN
                                    UNITED STATES TRUSTEE
                                    REGION 7, SOUTHERN AND WESTERN
                                    DISTRICTS OF TEXAS

                                    By: */s/ Vianey Garza*
                                        Millie Aponte Sall, Assistant U.S. Trustee
                                        Tex. Bar No. 01278050/Fed. ID No. 11271
                                        Vianey Garza, Trial Attorney
                                        Tex. Bar No. 24083057/Fed. ID No. 1812278
                                        Laura D. Steele, Trial Attorney
                                        Wis. Bar No. 1065702/Fed. ID No. 3878215
                                        515 Rusk, Suite 3516
                                        Houston, Texas 77002
                                        (713) 718-4650 – Telephone
                                        (713) 718-4670 – Fax
                                        Email:  millie.sall@usdoj.gov
                                                vianey.garza@usdoj.gov
                                                laura.steele@usdoj.gov

**Form No. 1-100**