United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 10, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL PARTNERS LLC, *et al.*,[1] | ) | Case No. 20-35740 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No.** 643 |

**ORDER GRANTING JACKSON WALKER LLP'S
FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE AND
PAYMENT OF FEES AND EXPENSES AS CO-COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM DECEMBER 1, 2020 THROUGH MAY 14, 2021**

CAME ON FOR CONSIDERATION, the *First and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the Debtors for the Period December 1, 2020 Through May 14, 2021* (the "Application")[2] filed by Jackson Walker LLP ("JW"), and the Court having reviewed the Application, the matters contained therein and exhibits thereto, and being of the opinion that the attorneys' fees and expenses incurred should be allowed and paid by the Debtors, it is therefore

ORDERED, that JW is hereby allowed final compensation for attorneys' fees in the amount of $286,885.00 incurred from December 1, 2020 through May 14, 2021; it is further

ORDERED, that JW is hereby allowed final reimbursement of expenses in the amount of $1,617.25; it is further

---

[1] A complete list of each of the Debtors (collectively, the "Debtors")in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/seadrillpartners. The location of Debtor Seadrill Partners LLC's principal place of business and the Debtors' service address in these chapter 11 cases is Seadrill Partners LLC, 2nd Floor, Building 11, Chiswick Business Park, 566 Chiswick High Road, London W4 5YS, United Kingdom.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

USTP (Seadrill) Ex. 3
Page 1 of 2

29480893v.2 158360/00001

ORDERED, that upon entry of this Order the Debtors are authorized to pay JW the following fees and expenses approved herein less any fees and expenses previously paid pursuant to the Interim Compensation Order:

| | |
|---|---:|
| Total Fees Requested: | $286,885.00 |
| Total Expenses Requested: | $1,617.25 |
| **Total Requested in this Application:** | **$288,502.25** |
| Amount Paid for Monthly Fee Statements: | $125,584.65 |
| **Total Fees and Expenses Due:** | **$162,917.60** |

Signed: August 10, 2021.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

29480893v.2 158360/00001