United States Bankruptcy Court
Southern District of Texas

**ENTERED**

December 07, 2021

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL LIMITED, *et al.*,[1] | ) Case No. 21-30427 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No.** 1049 |

## ORDER GRANTING JACKSON WALKER LLP'S
## FIRST INTERIM FEE APPLICATION FOR ALLOWANCE AND
## PAYMENT OF FEES AND EXPENSES AS CO-COUNSEL TO THE DEBTORS
## FOR THE PERIOD FROM FEBRUARY 10, 2021 THROUGH MAY 31, 2021

The Court has considered the First Interim Application for Compensation and Reimbursement of Expenses filed by Jackson Walker LLP (the "Applicant"). The Court orders:

1.    The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $294,891.60 for the period set forth in the application.

2.    The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

**Signed:  December 07, 2021.**

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.primeclerk.com/SeadrillLimited.  The location of Debtor Seadrill Americas, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 11025 Equity Drive, Suite 150, Houston, Texas 77041.

USTP (Seadrill) Ex. 7
Page 1 of 1