United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 07, 2022
Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| SEADRILL LIMITED, *et al.*,[1] | ) Case No. 21-30427 (DRJ) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## FINAL ORDER ALLOWING COMPENSATION
## AND REIMBURSEMENT OF EXPENSES
## (DOCKET NO. 1281)

The Court has considered the Final Application for Compensation and Reimbursement of Expenses filed by Jackson Walker LLP (the "Applicant").  The Court orders:

1.    Applicant is allowed compensation and reimbursement of expenses in the amount of $105,231.95 for the period set forth in the application.

2.    The compensation and reimbursement of expenses allowed in this order and all previous interim allowances or compensation and reimbursement of expenses are approved on a final basis.

3.    The Debtors are authorized to disburse any unpaid amounts allowed by paragraphs 1 or 2 of this Order.

**Signed:  January 07, 2022.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.primeclerk.com/SeadrillLimited.  The location of Debtor Seadrill Americas, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 11025 Equity Drive, Suite 150, Houston, Texas 77041.

USTP (Seadrill) Ex. 9
Page 1 of 1

30623232v.2 151218/00003