**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL LIMITED, *et al.*,[1] | ) | Case No. 21-30427 (CML) |
| | ) | |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |

## MOTION TO SUBSTITUTE COUNSEL AND TO WITHDRAW

Jackson Walker LLP files this *Motion to Substitute Counsel and to Withdraw* and would respectfully show as follows:

1.     Jackson Walker LLP seeks to withdraw as counsel for the Reorganized Debtors in this case.  The Reorganized Debtors have engaged Paul Hastings LLP to represent them going forward and wish to substitute Paul Hastings LLP for Jackson Walker LLP.

2.     Paul Hastings LLP's office address and contact information are as follows:

James T. Grogan III (jamesgrogan@paulhastings.com)
Schlea M. Thomas (schleathomas@paulhastings.com)
William E. Mahoney (williammahoney@paulhastings.com)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100

Sam Lawand (samlawand@paulhastings.com)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

---

[1]     A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/SeadrillLimited.  The location of Reorganized Debtor Seadrill Americas, Inc.'s principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is 11025 Equity Drive, Suite 150, Houston, Texas 77041.

USTP (Seadrill) Ex. 11
Page 1 of 4

3.      Jackson Walker LLP requests that the Court permit Paul Hastings LLP to substitute

in as counsel to the Reorganized Debtors and permit Jackson Walker LLP to withdraw, by entering

the attached proposed order.  Jackson Walker LLP further requests that service of all future service

and notices and pleadings, electronically or otherwise, be discontinued as of the date hereof.  The

Reorganized Debtors and Paul Hastings LLP consent to the relief requested in this Motion.

WHEREFORE, Jackson Walker LLP asks that the Court grant this Motion and such other

or further relief as is just.

March 1, 2024
Houston, Texas                        /s/ *Matthew D. Cavenaugh*
                                      _____
                                      **JACKSON WALKER LLP**
                                      Matthew D. Cavenaugh (TX Bar No. 24062656)
                                      Jennifer F. Wertz (TX Bar No. 24072822)
                                      Vienna F. Anaya (TX Bar No. 24091225)
                                      Victoria Argeroplos (TX Bar No. 24105799)
                                      1401 McKinney Street, Suite 1900
                                      Houston, TX 77010
                                      Telephone:   (713) 752-4200
                                      Facsimile:   (713) 752-4221
                                      Email:       mcavenaugh@jw.com
                                                   jwertz@jw.com
                                                   vanaya@jw.com
                                                   vargeroplos@jw.com


                                      *Co-Counsel to the Debtors*

USTP (Seadrill) Ex. 11
Page 2 of 4

## <u>CERTIFICATE OF SERVICE</u>

      I certify that on March 1, 2024, I caused a copy of the foregoing to be served via the Court's CM/ECF system, which will electronically mail notification of the filing to all counsel of record who are registered ECF users.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL LIMITED, *et al.*, | ) | Case No. 21-30427 (CML) |
| | ) | |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | **Re: Docket No. _____** |

## <u>ORDER</u>

The *Motion to Substitute Counsel and to Withdraw* is hereby granted.

IT IS ORDERED that Jackson Walker LLP is withdrawn as counsel for the Reorganized

Debtors, and Paul Hastings LLP is substituted as the Reorganized Debtors' counsel.  The Clerk of

Court may discontinue service upon Jackson Walker LLP of all future service and notices of

pleadings, electronically or otherwise, as of the date hereof.

SO ORDERED.

Signed: _____, 2024.

_____
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE

USTP (Seadrill) Ex. 11
Page 4 of 4