United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL LIMITED, *et al.*, | ) | Case No. 21-30427 (CML) |
| | ) | |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | **Re: Docket No.** 1622 |

## ORDER

The *Motion to Substitute Counsel and to Withdraw* is hereby granted.

IT IS ORDERED that Jackson Walker LLP is withdrawn as counsel for the Reorganized Debtors, and Paul Hastings LLP is substituted as the Reorganized Debtors' counsel. The Clerk of Court may discontinue service upon Jackson Walker LLP of all future service and notices of pleadings, electronically or otherwise, as of the date hereof.

SO ORDERED.

Signed: March 05, 2024

Christopher Lopez
United States Bankruptcy Judge