**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL NEW FINANCE LIMITED, *et al.*,[1] | ) | Case No. 22-90001 |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

**REORGANIZED DEBTORS' APPLICATION FOR ENTRY OF AN**
**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT**
**OF JACKSON WALKER LLP AS CO-COUNSEL AND CONFLICTS COUNSEL**

> If you object to the relief requested, you must respond in writing. Unless otherwise directed by the Court, you must file your response electronically at https://www.ecf.txsb.uscourts.gov/ within twenty-one days from the date this motion was filed. If you do not have electronic filing privileges, you must file a written objection that is actually received by the clerk within twenty-one days from the date this motion was filed. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.

TO THE UNITED STATES BANKRUPTCY JUDGE DAVID R. JONES:

Seadrill New Finance Limited ("NSNCo"), and its subsidiaries as debtors and debtors-in-possession (collectively, the "NSNCo Reorganized Debtors," and before the effective date, the "NSNCo Debtors"), by and through their proposed, undersigned co-counsel, file this *Application for Entry of an Order Authorizing the Retention and Employment of Jackson Walker LLP as Co-Counsel and Conflicts Counsel* (the "Application") and in support thereof, would show the Court as follows:

---

[1]　The NSNCo Reorganized Debtors in these chapter 11 cases are: Seadrill New Finance Limited; Seadrill SKR Holdco Limited; Seadrill JU Newco Bermuda Limited; Seadrill Seabras SP UK Limited; Seadrill Mobile Units UK Limited; Seadrill Partners LLC Holdco Limited; Seadrill Member LLC; Seadrill Seadragon UK Limited; Seadrill SeaMex 2 de Mexico S. de R.L. de C.V.; Sevan Drilling Rig VI AS; Sevan Drilling Rig VI Pte. Ltd.; and Seadrill Seamex SC Holdco Limited. The location of NSNCo Reorganized Debtor Seadrill New Finance Limited's principal place of business and the NSNCo Reorganized Debtors' service address in these chapter 11 cases is Par-la-Ville Place, 14 Par-la-Ville Road, Hamilton HM 08, Bermuda.

USTP (Seadrill) Ex. 13
Page 1 of 51

1

31729584v.1 151218/00003

## I.  JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the Southern District of Texas (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b).  The Debtors confirm their consent, pursuant to rule 7008 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to the entry of a final order by the Court.

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are §§ 327 and 330 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Bankruptcy Rules 2014(a) and 2016, and rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules").

## II.  BACKGROUND

4.      On January 11, 2022, (the "Petition Date"), each of the NSNCo Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  In connection therewith, on the Petition Date, the NSNCo Debtors filed their *Joint Prepackaged Plan of Reorganization of Seadrill New Finance Limited and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Technical Modifications)* (as may be amended, modified, or supplemented, the "Plan") and a related disclosure statement (as may be amended, modified, or supplemented, the "Disclosure Statement") [Docket Nos. 17, 15].[2]

---

2    Capitalized terms used but not otherwise defined herein have the meanings set forth in the Plan or Disclosure Statement, as applicable.

USTP (Seadrill) Ex. 13
Page 2 of 51

31729584v.1 151218/00003

5.     At a hearing on January 12, 2022, the Court approved the Disclosure Statement, confirmed the Plan, and, entered its *Order Approving the Debtors' Disclosure Statement for, and Confirming, the Debtors' Joint Prepackaged Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 62].

6.     On January 20, 2022, the Effective Date of the Plan occurred and the NSNCo Reorganized Debtors filed the *Notice of Occurrence of the Effective Date* [Docket No. 88].

7.     During these chapter 11 cases, the NSNCo Debtors operated their businesses and managed their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On January 11, 2022, the Court entered an order [Docket No. 5] authorizing the joint administration and procedural consolidation of these chapter 11 cases pursuant to Bankruptcy Rule 1015(b).  No request for the appointment of a trustee or examiner was made in these chapter 11 cases and no official committees were appointed or designated.

8.     A description of the NSNCo Debtors' business and the reasons for commencing the chapter 11 cases is set forth in the *Declaration of Tyson de Souza of Seadrill New Finance Limited in Support of Chapter 11 Petitions, First Day Motions, the 363 Motion, and an Order Approving the Disclosure Statement for, and Confirming, the Debtors' Joint Prepackaged Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code*, filed on January 11, 2022 [Docket No. 6], incorporated herein by reference.

### III.  <u>RELIEF REQUESTED</u>

9.     The NSNCo Reorganized Debtors desire to employ the law firm of Jackson Walker LLP (the "<u>Firm</u>"), 1401 McKinney Street, Suite 1900, Houston, Texas 77010, (713) 752-4200 (telephone), (713) 752-4221 (facsimile), to serve as their co-counsel and conflicts counsel in these cases, in accordance with the conditions set forth in that certain Engagement Letter between the

USTP (Seadrill) Ex. 13
Page 3 of 51

3

NSNCo Debtors and the Firm, as of September 10, 2020 (the "Engagement Letter"), a copy of which is attached as **Exhibit A**.

10.    In support of this Application, the NSNCo Reorganized Debtors submit the Declaration of Matthew D. Cavenaugh (the "Cavenaugh Declaration"), a partner of the Firm, which is attached as **Exhibit B** and the declaration of Tyson de Souza, Authorized Representative of Seadrill New Finance Limited, which is attached hereto as **Exhibit C** (the "De Souza Declaration").

A.    **Necessity for Retention of Co-Counsel and Conflicts Counsel and Scope of Services**

11.    The NSNCo Reorganized Debtors have determined that the retention of co-counsel and conflicts counsel is necessary to the successful administration of these chapter 11 cases and that the Firm's employment would be in the best interest of the estates.  The Firm's complex chapter 11 experience, as well as its extensive practice before this Court, and knowledge of the Bankruptcy Local Rules and practices, make it substantively and geographically ideal to efficiently serve the needs of the NSNCo Debtors.  The Firm regularly represents chapter 11 debtors in the Southern District of Texas and throughout Texas, and is therefore well qualified by its experience to serve as co-counsel to the NSNCo Debtors in these proceedings.

12.    By separate application, the NSNCo Reorganized Debtors have also asked the Court to approve the retention of Kirkland & Ellis LLP and Kirkland & Ellis International LLP ("K&E") as lead counsel for the Debtors.  The Firm has discussed the division of responsibilities with K&E and will avoid duplication of efforts.  To specifically disclose the division of labor, and to avoid unnecessary duplication of services, the Firm is proposed to provide primarily the

following services for its engagement in these chapter 11 cases as local and conflicts counsel to

the NSNCo Debtors:

- provide legal advice and services regarding local rules, practices, and procedures, including Fifth Circuit law;

- provide certain services in connection with administration of the chapter 11 cases, including, without limitation, preparing agendas, hearing notices, witness and exhibit lists, and hearing binders of documents and pleadings;

- review and comment on proposed drafts of pleadings to be filed with the Court;

- at the request of the NSNCo Debtors, appear in Court and at any meeting with the United States Trustee, and any meeting of creditors at any given time on behalf of the NSNCo Debtors as their local and conflicts bankruptcy co-counsel;

- perform all other services assigned by the NSNCo Debtors to the Firm as local and conflicts bankruptcy co-counsel; and

- provide legal advice and services on any matter on which K&E may have a conflict or as needed based on specialization.

**B.      The Firm's Qualifications**

13.      The NSNCo Reorganized Debtors seek to retain the Firm as set forth herein because

of the Firm's recognized and extensive experience and knowledge of chapter 11 business

reorganization as well as its experience practicing in Texas and in this District.

14.      As set forth in the Cavenaugh Declaration, the Firm, and certain of the Seadrill

Limited Debtors (the "2017 Seadrill Debtors") entered into an engagement letter dated August 29,

2017 for the cases filed in 2017 (the "2017 Cases").  The Firm has continued to provide

post-confirmation representation to those 2017 Seadrill Debtors with respect to the 2017 Cases as

well as to the Seadrill Limited Debtors in the Seadrill RigCo/IHCo Cases.

15.      In addition, as also set forth in the Cavenaugh Declaration, the Firm entered into an

engagement letter dated November 29, 2020 to provide legal services to the Seadrill Partners

Debtors in the Seadrill Partners Cases.  The Firm has continued to provide legal representation to the Seadrill Partners Debtors in the Seadrill Partners Cases.

16.    The Firm has been actively involved in many major chapter 11 cases and has represented many debtors in districts throughout Texas, including recently in the Southern District of Texas, for example:  *In re Sheridan Holding Company I, LLC, et al.* Case No. 20-31884 (DRJ) (Bankr. S.D. Tex. Mar. 23, 2020); *In re Whiting Petroleum Corporation.* Case No. 20-32021 (DRJ) (Bankr. S.D. Tex. April 1, 2020); *In re Carlson Travel, Inc.,* Case No. 21-90017 (MI) (Bankr. S.D. Tex. Nov. 11, 2021); and *In re Katerra, Inc.*, Case No. 21-31861 (DRJ) (Bankr. S.D. Tex. June 6, 2021).

17.    In preparing for its representation of the NSNCo Debtors in these chapter 11 cases as co-counsel and conflicts counsel, the Firm has become familiar with the NSNCo Debtors' business and the potential legal issues that may arise in the context of these cases.  The NSNCo Reorganized Debtors believe that the Firm is well qualified to represent the NSNCo Debtors in these chapter 11 cases in a timely and efficient manner.

**C.**    **Compensation**

18.    The proposed arrangement for compensation is set forth in the Engagement Letter. *See* **Exhibit A**.  The Firm's fees are determined on the basis of time billed at hourly rates. The Firm's hourly rates vary with the experience and seniority of its attorneys and paralegals, and are adjusted on October 1 of each year.  Work is assigned among attorneys and other professionals so as to meet the NSNCo Debtors' needs, including timing requirements, in an economically efficient manner, typically resulting in blended rates of approximately $644 an hour or less. The Firm did not vary from, or agree to any alternatives to, its standard or customary billing arrangements for this engagement.

19.    Expenses related to the Firm's services will be included in the Firm's applications for compensation, which may include third-party disbursements, such as travel expenses, messenger charges, filing and recording fees, and other costs.  It is the Firm's intent to bill such expenses at the Firm's cost.  Certain other expenses, such as photocopying, computerized research and long distance tolls, will be billed in accordance with the Firm's standard schedule of charges. To the extent there may be large third-party disbursements, such as expert fees and expenses, mediation and arbitration fees, deposition costs, and substantial travel expenses, the Firm may ask that the NSNCo Debtors be responsible for paying them directly, rather than through the Firm.

20.    The Firm's customary fees and expenses incurred in connection with this representation are to be paid out of the NSNCo Debtors' estates.  The Firm will apply to this Court for allowance of compensation and reimbursement of expenses in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Bankruptcy Local Rules, and any other orders of the Court.  The NSNCo Debtors will be jointly and severally liable for all fees and expenses incurred by the Firm for services rendered to the NSNCo Debtors pursuant to the Engagement Letter.

21.    Matthew D. Cavenaugh's hourly rate is $950.  The rates of other restructuring attorneys in the Firm range from $435.00 to $985.00 an hour, and the paraprofessional rates range from $195.00 to $265.00 per hour.  These rates are consistent with rates that the Firm charges in other comparable chapter 11 cases, with no variation based upon the geographical location of a case.

**D.    The Firm is Disinterested**

22.    To the best of the NSNCo Reorganized Debtors' knowledge, these attorneys have no interest adverse to the NSNCo Debtors, or to the NSNCo Debtors' bankruptcy estates, and are disinterested.  The Firm has no connections with the NSNCo Debtors, the NSNCo Debtors'

USTP (Seadrill) Ex. 13
Page 7 of 51

7

creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any other person employed in the office of the United States Trustee herein, except as disclosed in the Cavenaugh Declaration. The Cavenaugh Declaration demonstrates that although the Firm represents and has represented the 2017 Seadrill Debtors in their 2017 Cases, the Seadrill Partners in the Seadrill Partners Cases, the Seadrill Limited Debtors in the Seadrill RigCo/IHCo Cases, and several of the NSNCo Debtors' creditors or affiliates of the NSNCo Debtors' creditors, those matters are not substantially related to the Debtors' current chapter 11 cases; the representations are concluded; the representation is of an affiliate; or the representations and the claims of those creditors are immaterial and *de minimis*.

**E.     Supporting Authority**

23.     The NSNCo Reorganized Debtors seek approval to retain the Firm as set forth pursuant to § 327(a) of the Bankruptcy Code. Section 327(a) provides that a debtor, subject to court approval:

> [m]ay employ one or more attorneys, accountants, appraiser, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title.

11 U.S.C. § 327(a). In addition, Rule 2014(a) of the Federal Rules of Bankruptcy Procedure requires that an application for retention include the following: (1) specific facts showing the necessity for the employment; (2) the name of the firm to be employed; (3) the reasons for the selection; (4) the professional services to be rendered; (5) any proposed arrangement for compensation; and (6) to the best of the applicant's knowledge, all of the Firm's connections with the debtor, creditor, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any personnel employed in the office of the United States Trustee.

USTP (Seadrill) Ex. 13
Page 8 of 51

31729584v.1 151218/00003

24.     The NSNCo Reorganized Debtors believe that for all the reasons stated herein the retention and employment of the Firm is warranted.  Furthermore, as stated in the Cavenaugh Declaration, the Firm is a "disinterested person" within the meaning of § 101(14) of the Bankruptcy Code, as required by § 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the NSNCo Debtors, and has no connection to the NSNCo Debtors, their creditors, or other parties in interest except as set forth in the Cavenaugh Declaration.  The NSNCo Reorganized Debtors request the Application be approved.

The NSNCo Reorganized Debtors request that this Court enter an Order allowing the retention of Jackson Walker LLP as co-counsel and conflicts counsel to the NSNCo Debtors, effective as of the Petition Date, upon the terms described in this Application, and such other relief as is just.

Dated: February 8, 2022

/s/ Tyson de Souza
Tyson de Souza
Authorized Representative,
Seadrill New Finance Limited

USTP (Seadrill) Ex. 13
Page 9 of 51

31729584v.1 151218/00003

**Certificate of Service**

I certify that on February 8, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Matthew D. Cavenaugh*
Matthew D. Cavenaugh

USTP (Seadrill) Ex. 13
Page 10 of 51

31729584v.1 151218/00003

**Exhibit A**

**Engagement Letter**

USTP (Seadrill) Ex. 13
Page 11 of 51

31729584v.1 151218/00003



Matthew D. Cavenaugh
(713) 752-4284
mcavenaugh@jw.com

September 10, 2020

**<u>Via Electronic Delivery</u>**
sandra.redding@seadrill.com

Sandra Redding, General Counsel & SVP
Seadrill Limited and Seadrill Rig Holding Company Ltd.

Re:    Retention of Local and Conflicts Counsel

Ms. Redding:

**_GENERAL_**.  We are very pleased that you have asked us to represent Seadrill Limited and its affiliated entities listed on Exhibit A appended to this letter (collectively, "Client") in connection with its consideration of strategic alternatives, including a potential restructuring. Please note, the Firm's representation is only of Client; the Firm does not and will not represent any direct or indirect shareholder, director, officer, partner, employee, affiliate, or joint venturer of Client or of any other entity.

This retention letter (this "Agreement") sets forth the terms of Client's retention of Jackson Walker LLP to provide legal services and constitutes an agreement between the Firm and Client (collectively, the "Parties," and each a "Party"). This Agreement sets forth the Parties' entire agreement for rendering professional services for the current matter, as well as for all other existing or future matters (collectively, the "Engagement"), except where the Parties otherwise agree in writing.

**_FEES_**. Our fees are determined principally on the basis of our time at hourly rates. Our hourly rates vary with the experience and seniority of our attorneys and legal assistants, and are adjusted by us from time to time. Naturally, we try to assign work among our attorneys and other professionals so as to meet the client's needs, including timing requirements, in an economically efficient manner. I currently expect that I will be the principal lawyer involved in this matter. Our individual hourly rates fall in the range set forth in the below table, which also shows the ranges applicable to the Firm's other lawyers and paraprofessionals.

USTP (Seadrill) Ex. 13
Page 12 of 51

Sandra Redding
September 10, 2020
Page 2

| Billing Category | Fee Range (USD) |
|---|---|
| Partners | $600-895 |
| Associates | $325-510 |
| Paraprofessionals | $175-185 |

Although the Firm will attempt to estimate fees to assist Client in its planning if requested, such estimates are subject to change and are not binding unless otherwise expressly and unequivocally stated in writing.

*__EXPENSES__*. Reasonable expenses related to our services will be included in our statements. They may include third-party disbursements, such as travel expenses, messenger charges, and filing and recording fees, and other costs, such as certain overtime assistance and special postage. It is our intent to bill such expenses to the client at our cost. Certain other expenses, such as photocopying, computerized research and long distance tolls, will be billed in accordance with our standard schedule of charges. To the extent there may be large third-party disbursements, such as expert fees and expenses, mediation and arbitration fees, deposition costs, and substantial travel expenses, at our option, we may ask that the client be responsible for paying them directly, rather than through us, provided that the client will only be responsible for such advance payment if it so agrees in advance in writing. Client may request supporting documentation for any expense included on any statement and will not be required to reimburse such expense until reasonably satisfactory supporting documentation is provided.

*__STATEMENTS__*. Our statements are rendered monthly and are due upon receipt (subject to bankruptcy court approval, if and as required). If there is any question concerning a bill, we ask that it be raised within thirty (30) days. In the event that our statements are not timely paid, we reserve the right to suspend our services until satisfactory payment arrangements are made, or if necessary, to terminate such services.

*__RETAINER__*. Considering the nature and scope of the matters for which Client has engaged us, we are requesting a $300,000 retainer at this time. We anticipate applying this retainer to all outstanding fees and work in process immediately prior to a filing of any restructuring proceeding, and holding the balance until the completion of the representation. When our representation is completed, we will apply the balance of the retainer against our final statement and refund any excess to you.

*__CLIENT__*. In this engagement, our principal representation is of Client as local and conflicts counsel to assist your primary reorganization counsel Kirkland & Ellis ("__KE__"). Unless specifically agreed to by us in a letter like this one, we will not be representing other persons or entities, including any directors, shareholders, officers or related entities, or their subsidiaries, affiliates, or shareholders in connection with a restructuring proceeding. Client is free to terminate

USTP (Seadrill) Ex. 13
Page 13 of 51

Sandra Redding
September 10, 2020
Page 3

_____

this engagement at any time, as are we. If the engagement is terminated, Client will remain responsible for the payment of fees and expenses incurred until termination in accordance with this agreement, and, if court approval is required, both of us will cooperate seeking it.

　　　　***CONFLICTS***. Based on information provided to us, the Firm currently represents the following entities or affiliates of the following entities that may have direct or indirect claims against Client.

　　　　ZB, N.A. dba Amegy Bank
　　　　Citibank, N.A.
　　　　Itau BBA Columbia S.A. Corporacion Financiera
　　　　BBVA Compass Bank
　　　　BNP Paribas
　　　　Credit Suisse
　　　　Danske Capital
　　　　HSBC Bank Nevada NA
　　　　Key Bank National Association
　　　　Goldman Sachs
　　　　Kohlberg Kravis Roberts
　　　　Bank of America, NA
　　　　Royal Bank of Canada
　　　　SpareBank 1 SR-Bank ASA
　　　　SpareBank 1 Finans Nord-Norge AS
　　　　Wells Fargo NA
　　　　The Capital Group Companies
　　　　JP Morgan Chase
　　　　Morgan Stanley
　　　　State Street
　　　　Capital One, N.A.
　　　　Liberty Mutual Insurance Co.
　　　　Chubb
　　　　BMO Harris Bank
　　　　Exelon Entities
　　　　ACE Insurance
　　　　State of Texas (and all related entities)

　　　　Your agreement to this retention agreement constitutes your acknowledgement of the Firm's ongoing relationship with these entities, your waiver of any actual or potential conflict with the Firm's continuing representation of these entities only on substantially unrelated matters. In addition, you acknowledge that the Firm's representation of Client will carve out any matters or issues directly adverse to these existing Firm clients, or to other existing Firm clients that may be

USTP (Seadrill) Ex. 13
Page 14 of 51

Sandra Redding
September 10, 2020
Page 4

_____

identified as the representation progresses, and that any such issues will be handled by KE, or other conflicts counsel as the case may be, except as set forth in a separate written agreement amongst you, the Firm and these entities. In addition, Bank of America, N.A. and Wells Fargo Bank, N.A. have outside counsel guidelines that require written conflicts waivers that the Firm is seeking to obtain. These form written conflict waivers prohibit the Firm from acting directly adverse to Bank of America, N.A. and Wells Fargo Bank, N.A., such as in connection with an adversary proceeding filed against these entities as well as requiring an ethical wall between the lawyers acting on your behalf and the lawyers acting on behalf of these two clients.

_**CELL PHONE AND E-MAIL COMMUNICATION.**_ The Firm hereby informs Client and Client hereby acknowledges that the Firm's attorneys sometimes communicate with their clients and their clients' professionals and agents by cellular telephone, that such communications are capable of being intercepted by others and therefore may be deemed no longer protected by the attorney-client privilege, and that Client must inform the Firm if Client does not wish the Firm to discuss privileged matters on cellular telephones with Client or Client's professionals or agents.

The Firm hereby informs Client and Client hereby acknowledges that the Firm's attorneys sometimes communicate with their clients and their clients' professionals and agents by unencrypted e-mail, that such communications are capable of being intercepted by others and therefore may be deemed no longer protected by the attorney-client privilege, and that Client must inform the Firm if Client wishes to institute a system to encode all e-mail between the Firm and Client or Client's professionals or agents.

_**RESTRUCTURING CASES**_. If it becomes necessary for Client to commence a restructuring case under chapter 11 of the U.S. Bankruptcy Code (a "Restructuring Case"), the Firm's ongoing employment by Client will be subject to the approval of the court with jurisdiction over the petition. If necessary, the Firm will take steps necessary to prepare the disclosure materials required in connection with the Firm's retention as lead restructuring counsel. In the near term, the Firm will begin conflicts checks on potentially interested parties as provided by Client.

If necessary, the Firm will prepare a preliminary draft of a schedule describing the Firm's relationships with certain interested parties (the "Disclosure Schedule"). The Firm will give Client a draft of the Disclosure Schedule once it is available. Although the Firm believes that these relationships do not constitute actual conflicts of interest, these relationships must be described and disclosed in Client's application to the court to retain the Firm.

If in the Firm's determination a conflict of interest arises in Client's Restructuring Case requiring separate conflicts counsel, then Client will be required to use separate conflicts counsel in those matters.

Sandra Redding
September 10, 2020
Page 5

_____

      ***NO GUARANTEE OF SUCCESS.*** It is impossible to provide any promise or guarantee about the outcome of Client's matters. Nothing in this Agreement or any statement by Firm staff or attorneys constitutes a promise or guarantee. Any comments about the outcome of Client's matter are simply expressions of judgment and are not binding on the Firm.

      ***CONSENT TO USE OF INFORMATION.*** In connection with future materials that, for marketing purposes, describe facets of the Firm's law practice and recite examples of matters the Firm handles on behalf of clients, Client agrees that, if those materials avoid disclosing Client's confidences and secrets as defined by applicable ethical rules, they may identify Client as a client, may contain factual synopses of Client's matters, and may indicate generally the results achieved.

      ***CONTACT PERSON***. Unless you otherwise direct, I will be your principal contact at this Firm. However, if at any time you wish to address concerns regarding this engagement with someone other than me, please feel free to contact Wade Cooper, our Managing Partner.

      ***GOVERNING LAW***. This engagement will be governed by Texas law. In addition, there may be times when we hold or transfer money on the client's behalf. In those situations, our relationship will also be subject to a variety of Texas and U.S. government requirements, including reporting requirements.

      ***MISCELLANEOUS.*** This Agreement sets forth the Parties' entire agreement for rendering professional services. It can be amended or modified only in writing and not orally or by course of conduct. Each Party signing below is jointly and severally responsible for all obligations due to the Firm and represents that each has full authority to execute this Agreement so that it is binding. This Agreement may be signed in one or more counterparts and binds each Party countersigning below, whether or not any other proposed signatory ever executes it. If any provision of this Agreement or the application thereof is held invalid or unenforceable, the invalidity or unenforceability shall not affect other provisions or applications of this Agreement which can be given effect without such provisions or application, and to this end the provisions of this Agreement are declared to be severable. Any agreement or waiver contained herein by Client extends to any assignee or successor in interest to Client.

      We will do our best to provide Client with the legal services reasonably necessary to achieve a result satisfactory to Client. However, the outcome of any transaction or lawsuit is subject to uncertainties and risks, and we make no promises or guarantees concerning the outcome. Once again, we are very pleased to have the opportunity to represent Client. Please confirm acceptance of the terms of our engagement by signing a copy of this letter in the space provided below, and return a copy to me along with the requested retainer. For your reference I have included an invoice with wiring instructions for the $300,000 retainer.

Sandra Redding
September 10, 2020
Page 6

_____

      If you have any questions concerning this letter or the engagement, please do not hesitate to call.

                            Sincerely,

                            Matthew D. Cavenaugh

Agreed to and accepted this ___30___ day of ___September___, 2020.

SEADRILL LIMITED, on behalf of itself and its wholly-owned direct and indirect subsidiaries:

By: _SfRedding_____

Name: _Sandra Redding_____

Title: _General Counsel, Senior Vice President and Company Secretary_

THE STATE BAR OF TEXAS INVESTIGATES AND PROSECUTES PROFESSIONAL MISCONDUCT COMMITTED BY TEXAS ATTORNEYS. ALTHOUGH NOT EVERY COMPLAINT AGAINST OR DISPUTE WITH A LAWYER INVOLVES PROFESSIONAL MISCONDUCT, THE STATE BAR'S OFFICE OF GENERAL COUNSEL WILL PROVIDE YOU WITH INFORMATION ABOUT HOW TO FILE A COMPLAINT. PLEASE CALL 1-800-932-1900 TOLL-FREE FOR MORE INFORMATION.

## Exhibit A
## Subsidiaries and Affiliates

ASIA OFFSHORE RIG 1 LIMITED
ASIA OFFSHORE RIG 2 LIMITED
ASIA OFFSHORE RIG 3 LIMITED
ATLAS DRILLING (S) PTE LTD
BRIGHTFUL OUTLOOOK SDN BHD
BROVIG UK LIMITED
BROVIG-RDS LIMITED
CRYSTAL PRODUCTION UK LIMITED
DUNWILCO (1580) LIMITED
EASTERN DRILLING AS
EMPRESA DE SERVICOS E SONDAGENS DE ANGOLA
GULFDRILL LLC
LETS LOG SERVICOS INTEGRADOS DE LOGISTICA LTDA
NEW SDRL LIMITED
NORTH ATLANIC CASTOR LTD
NORTH ATLANTIC ALPHA LTD
NORTH ATLANTIC CREW AS
NORTH ATLANTIC CREWING LTD
NORTH ATLANTIC DRILLING LTD
NORTH ATLANTIC DRILLING UK LTD
NORTH ATLANTIC ELARA II LTD
NORTH ATLANTIC ELARA LTD
NORTH ATLANTIC EPSILON LTD
NORTH ATLANTIC LINUS CHARTERER LTD
NORTH ATLANTIC MANAGEMENT AS
NORTH ATLANTIC MANAGEMENT LLC
NORTH ATLANTIC NAVIGATOR LTD
NORTH ATLANTIC NORWAY LTD
NORTH ATLANTIC PHOENIX LTD
NORTH ATLANTIC POLLUX LTD
NORTH ATLANTIC RIGEL LTD
NORTH ATLANTIC SUPPORT SERVICES LIMITED
NORTH ATLANTIC VENTURE LTD
NORTHERN DRILLING OPERATIONS LTD (NODL)
ODFJELL DRILLING SERVICES COMPANY LIMITED
ODFJELL INVEST II LTD
RDS RESOURCE LIMITED
RESERVOIR DEVELOPMENT SERVICES LIMITED
RIVER CHART LIMITED
SAPURA DIAMANTE GMBH
SAPURA JADE GMBH
SAPURA NAVEGACAO MARITIMA SA
SAPURA ONIX GMBH
SAPURA RUBI GMBH
SAPURA TOPAZIO GMBH
SCORPION BRAZIL LTD
SCORPION COURAGEOUS LTD
SCORPION DEEPWATER B.V.
SCORPION DEEPWATER LTD
SCORPION DRILLING LTD
SCORPION FREEDOM LTD
SCORPION INTERNATIONAL LTD
SCORPION INTREPID LTD
SCORPION METOJAN LTD
SCORPION MIDDLE EAST LTD

26809038v.1 151218/00001

SCORPION NEDERLANDSE B.V.
SCORPION OFFSHORE INC
SCORPION OFFSHORE LTD
SCORPION OFFSHORE MALAYSIA SDN BHD
SCORPION RESOLUTE LTD
SCORPION RIGS LTD
SCORPION SERVICOS OFFSHORE LTDA
SCORPION USA EXPATS, INC
SCORPION VIGILANT LTD
SDS DRILLING LTD
SEA DRAGON DE MEXICO S DE R.L. DE CV
SEABRAS HOLDINGS GMBH
SEABRAS RIG HOLDCO KFT
SEABRAS RIG HOLDCO KFT., SWISS BRANCH
SEABRAS RIG HOLDING GMBH
SEABRAS SAPURA HOLDCO LTD
SEABRAS SAPURA HOLDING GMBH
SEABRAS SAPURA PARTICIPACOES LTDA
SEABRAS SAPURA PLSV HOLDING GMBH
SEABRAS SAPURA TALENT LTD
SEABRAS SERVICOS DE PETROLEO SA
SEADRILL - FINTECH UK LTD
SEADRILL (DALIAN) CONSULTING CO LTD
SEADRILL ABU DHABI OPERATIONS LIMITED
SEADRILL ALPHA LTD
SEADRILL AMA OPERATIONS LTD
SEADRILL AMERICAS INC
SEADRILL AMERICAS, INC
SEADRILL ANGOLA LDA
SEADRILL ANGOLA LTDA
SEADRILL AQUILA LTD
SEADRILL ARCHER HOLDCO LIMITED
SEADRILL ARIEL LTD
SEADRILL AURIGA HUNGARY KFT
SEADRILL AURIGA HUNGARY KFT., SWISS BRANCH
SEADRILL AURIGA UK LTD
SEADRILL AURIGA UK LTD - DMCC BRANCH
SEADRILL AUSTRALIA PTE LTD
SEADRILL BIANCA LTD
SEADRILL BRUNEI LTD
SEADRILL CALLISTO LTD
SEADRILL CANADA LTD
SEADRILL CAPELLA LTD
SEADRILL CAPELLA MIGERIA LTD
SEADRILL CAPITAL SPARES POOL AS
SEADRILL CAPRICORN HOLDCO LIMITED
SEADRILL CAPRICORN HOLDINGS LLC
SEADRILL CAPRICORN HOLDINGS LLC - UK BRANCH
SEADRILL CAPRICORN LTD
SEADRILL CAPRICORN LTD - DMCC BRANCH
SEADRILL CARINA LTD
SEADRILL CASTOR LTD
SEADRILL CASTOR PTE LTD
SEADRILL CHINA OPERATIONS LTD S.A.R.I.
SEADRILL CJ70 LTD
SEADRILL ... IMON HOLDINGS LTD
... RAGEOUS (S) PTE LTD
SEADRILL COURAGEOUS DE MEXICO S. DE R.L. DE CV.

USTP (Seadrill) Ex. 13
Page 20 of 51

SEADRILL CRESSIDA LTD
SEADRILL CREWING EUROPE LTD
SEADRILL DEEPWATER CHARTERER LTD
SEADRILL DEEPWATER CONTRACTING LTD
SEADRILL DEEPWATER CREWING LTD
SEADRILL DEEPWATER DRILLSHIP LTD
SEADRILL DEEPWATER DRILLSHIP LTD (ARUBA BRANCH)
SEADRILL DEEPWATER DRILLSHIP LTD (CYPRUS BRANCH)
SEADRILL DEEPWATER DRILLSHIP LTD (GABON BRANCH)
SEADRILL DEEPWATER HOLDINGS LTD
SEADRILL DEEPWATER RIGS LTD
SEADRILL DEEPWATER UNITS LTD
SEADRILL DEEPWATER UNITS PTE LTD
SEADRILL DEEPWATERS MANANGEMENT LTD
SEADRILL DEFENDER (S) PTE LTD
SEADRILL DEFENDER DE MEXICO S. DE R.L. DE CV
SEADRILL DIOME LTD
SEADRILL DIONE LTD
SEADRILL DORADO LTD
SEADRILL DRACO LTD
SEADRILL ECLIPSE LTD
SEADRILL ELARA LTD
SEADRILL EMINENCE LTD
SEADRILL EQUATORIAL GUINEA LTD
SEADRILL EUROPE MANAGEMENT AS
SEADRILL FAR EAST LIMITED
SEADRILL FREEDOM LTD
SEADRILL GCC OPERATIONS LTD
SEADRILL GEMINI LTD
SEADRILL GENERAL HOLDINGS LTD
SEADRILL GHANA OPERATIONS LTD
SEADRILL GHANA OPERATIONS LTD - GHANA BRANCH
SEADRILL GHANA OPERATIONS LTD - IVORY COAST BRANCH
SEADRILL GLOBAL SERVICES LTD
SEADRILL GULF OPERATIONS AURIGA LLC
SEADRILL GULF OPERATIONS NEPTUNE LLC
SEADRILL GULF OPERATIONS SIRIUS LLC
SEADRILL GULF OPERATIONS VELA LLC
SEADRILL HOLDINGS MEXICO SA DE CV
SEADRILL HOLDINGS SINGAPORE PTE LTD
SEADRILL HUNGARY KFT
SEADRILL HUNGARY KFT., SWISS BRANCH
SEADRILL HYPERION LTD
SEADRILL INDONESIA LTD
SEADRILL INSURANCE LTD
SEADRILL INTERNATIONAL LIMITED
SEADRILL INTERNATIONAL LIMITED - INDIA BRANCH
SEADRILL INTERNATIONAL LTD - THAILAND BRANCH
SEADRILL INTERNATIONAL RESOURCING DMCC
SEADRILL INTREPID (S) PTE LTD
SEADRILL INTREPID DE MEXICO S. DE R.L. DE CV
SEADRILL INVEST II LTD
SEADRILL INVEST III LTD
SEADRILL INVESTMENT HOLDING COMPANY LIMITED
SEADRILL IRELAND LTD
SEADRILL JACK UP HOLDING LTD
SEADRILL JACK UP I B.V.
SEADRILL JACK UP II B.V.

SEADRILL JACK UP OPERATIONS DE MEXICO S DE R.L. DE CV
SEADRILL JACK-UPS CONTRACTING LTD
SEADRILL JACK-UPS LTD
SEADRILL JACK-UPS NIGERIA LIMITED
SEADRILL JACK-UPS OPERATIONS LTD
SEADRILL JU NEWCO BERMUDA LIMITED
SEADRILL JUPITER LTD
SEADRILL JV GHANA LIMITED
SEADRILL KOREA SERVICES LTD
SEADRILL LABUAN LTD
SEADRILL LEASING B.V.
SEADRILL LEO LTD
SEADRILL LIBRA LTD
SEADRILL LIMITED
SEADRILL LOGISTICS DE MEXICO S DE R.L. DE CV
SEADRILL MANAGEMENT (S) PTE LTD
SEADRILL MANAGEMENT AME LTD
SEADRILL MANAGEMENT LTD
SEADRILL MEMBER HOLDCO LIMITED
SEADRILL MEMBER LLC
SEADRILL MEXICO HOLDING LTD
SEADRILL MEXICO UK LTD
SEADRILL MIMAS LTD
SEADRILL MIRA HUNGARY KFT
SEADRILL MIRA LTD
SEADRILL MIRANDA LTD
SEADRILL MOBILE UNITS (NIGERIA) LIMITED
SEADRILL MOBILE UNITS UK LIMITED
SEADRILL NEPTUNE HUNGARY KFT
SEADRILL NEW FINANCE LIMITED
SEADRILL NEWFOUNDLAND OPERATIONS LTD
SEADRILL NIGERIA DEEPWATER CONTRACTING LIMITED
SEADRILL NIGERIA OPERATIONS LIMITED
SEADRILL NORTH ATLANTIC HOLDINGS LIMITED
SEADRILL NORTH SEA CREWING LTD
SEADRILL NORTHERN OPERATIONS LTD
SEADRILL NORWAY CREW AS
SEADRILL NORWAY OPERATIONS LTD
SEADRILL OBERON (S) PTE LTD
SEADRILL OBERON DE MEXICO S DE R.L. DE CV
SEADRILL OFFSHORE AS
SEADRILL OFFSHORE MALAYSIA SDN BHD
SEADRILL OFFSHORE NIGERIA LIMITED
SEADRILL OFFSHORE SINGAPORE PTE LTD
SEADRILL OPCO SUB LLC
SEADRILL OPCO SUB LLC (UK BRANCH)
SEADRILL OPERATING GP LLC
SEADRILL OPERATING LP
SEADRILL OPERATING LP HOLDCO LIMITED
SEADRILL OPERATIONS DE MEXICO S DE R.L. DE CV
SEADRILL ORION LTD
SEADRILL PARTNERS B.V.
SEADRILL PARTNERS FINCO, LLC
SEADRILL PARTNERS LABUAN LTD
SEADRILL PARTNERS LLC
SEADRILL PARTNERS LLC (UK BRANCH)
SEADRILL PARTNERS LLC HOLDCO LIMITED
SEADRILL PARTNERS MALAYSIA SDN. BHD

SEADRILL PARTNERS OPERATING LLC
SEADRILL PARTNERS SERVICOS DE PERFURACAO LTDA.
SEADRILL PEGASUS (S) PTE LTD
SEADRILL PHOENIX LTD
SEADRILL POLARIS LIMITED - ANGOLA BRANCH
SEADRILL POLARIS LTD
SEADRILL POLARIS LTD - EQUATORIAL GUINEA BRANCH
SEADRILL POLARIS LTD - GABON BRANCH
SEADRILL POLARIS LTD - NIGERIA BRANCH
SEADRILL PROSPERO LTD
SEADRILL PROTEUS LTD
SEADRILL RHEA LTD
SEADRILL RIG HOLDING COMPANY LIMITED
SEADRILL RIGEL LTD
SEADRILL SATURN LTD
SEADRILL SAUDI I B.V.
SEADRILL SAUDI II B.V.
SEADRILL SAUDI LIMITED COMPANY
SEADRILL SEABRAS SP HOLDCO LIMITED
SEADRILL SEABRAS SP UK LIMITED
SEADRILL SEABRAS SR HOLDCO LIMITED
SEADRILL SEABRAS UK LIMITED
SEADRILL SEADRAGON UK LIMITED
SEADRILL SEAMEX 2 DE MEXICO S DE RL DE CV
SEADRILL SEAMEX SC HOLDCO LIMITED
SEADRILL SERVICOS DE PETROLEOS LTDA
SEADRILL SEVAN HOLDINGS LIMITED
SEADRILL SIRIUS UK LTD
SEADRILL SIRIUS UK LTD - DMCC BRANCH
SEADRILL SKR HOLDCO LIMITED
SEADRILL T-15 LTD
SEADRILL T-16 LTD
SEADRILL TELESTO LTD
SEADRILL TELLUS LTD
SEADRILL TENDER RIGS CONTRACTING LTD
SEADRILL TETHYS LTD
SEADRILL TITAN LTD
SEADRILL TITANIA (S) PTE LTD
SEADRILL TITANIA DE MEXICO S. DE R.L. DE CV
SEADRILL TITANIA S.A.R.I.
SEADRILL TREASURY UK LIMITED
SEADRILL TRITON LTD
SEADRILL TUCANA LTD
SEADRILL UK CREWING LTD
SEADRILL UK LTD
SEADRILL UK OPERATIONS LIMITED
SEADRILL UK OPERATIONS LTD
SEADRILL UK SUPPORT SERVICES LTD
SEADRILL UMBRIEL LTD
SEADRILL URANUS LTD
SEADRILL US GULF LLC
SEADRILL VELA HUNGARY KFT
SEADRILL VELA HUNGARY KFT., SWISS BRANCH
SEADRILL VELA UK LTD
SEADRILL VELA UK LTD - DMCC BRANCH
SEADRILL VENCEDOR LTD
SEADRILL VENCEDOR LTD - INDONESIA BRANCH
SEADRILL VENUS LTD

USTP (Seadrill) Ex. 13
Page 23 of 51

SEADRILL-FINTECH LTD
SEAMEX HOLDING B.V.
SEAMEX LTD
SEVAN BRASIL LTD
SEVAN DEVELOPER LTD
SEVAN DRILLER LIMITED
SEVAN DRILLER LTD
SEVAN DRILLING LIMITED
SEVAN DRILLING NORTH AMERICA LLC
SEVAN DRILLING PTE LTD
SEVAN DRILLING RIG II AS
SEVAN DRILLING RIG II PTE LTD
SEVAN DRILLING RIG IX PTE LTD
SEVAN DRILLING RIG V AS
SEVAN DRILLING RIG V PTE LTD
SEVAN DRILLING RIG VI AS
SEVAN DRILLING RIG VI PTE LTD
SEVAN INVESTIMENTOS DO BRASIL LTDA
SEVAN LOUISIANA HUNGARY KFT
SEVAN MARINE SERVICOS DE PERFURACAO LTDA
SMEDVIG INSURANCE LIMITED
SMEDVIG ROBRAY SERVICES PTE LTD
SOAS SERVICOS DE PETROLEO LTDA
SONADRILL ANGOLA (SU), LDA
SONADRILL DMCC
SONADRILL HOLDING LTD
TL OFFSHORE PLSV1 LTD
TL OFFSHORE PLSV2 LTD
TL OFFSHORE PLSV3 LTD
TL OFFSHORE PLSV4 LTD
TL OFFSHORE PLSV5 LTD

USTP (Seadrill) Ex. 13
Page 24 of 51

**Exhibit B**

**Cavenaugh Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEADRILL NEW FINANCE LIMITED, *et al.*,[1] | ) | Case No. 22-90001 (DRJ) |
|  | ) |  |
| Reorganized Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**DECLARATION OF MATTHEW D. CAVENAUGH IN
SUPPORT OF THE REORGANIZED DEBTORS' APPLICATION FOR ENTRY OF
AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT
OF JACKSON WALKER LLP AS CO-COUNSEL AND CONFLICTS COUNSEL**

The undersigned proposed attorney for the above-captioned debtors and debtors in possession hereby submits this verified statement of disinterestedness pursuant to Bankruptcy Rule 2014(a) in support of the *Reorganized Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Jackson Walker LLP as Co-Counsel and Conflicts Counsel* (the "Application").[2]

1.      My name is Matthew D. Cavenaugh.  I am over the age of 18 years, I am competent to make this declaration, and I have personal knowledge of the facts stated herein.  Each and every statement contained herein is true and correct.

2.      I am an attorney admitted to practice in the State of Texas, and in this Court.

---

[1]  The NSNCo Reorganized Debtors in these chapter 11 cases are:  Seadrill New Finance Limited; Seadrill SKR Holdco Limited; Seadrill JU Newco Bermuda Limited; Seadrill Seabras SP UK Limited; Seadrill Mobile Units UK Limited; Seadrill Partners LLC Holdco Limited; Seadrill Member LLC; Seadrill Seadragon UK Limited; Seadrill SeaMex 2 de Mexico S. de R.L. de C.V.; Sevan Drilling Rig VI AS; Sevan Drilling Rig VI Pte. Ltd.; and Seadrill Seamex SC Holdco Limited.  The location of NSNCo Reorganized Debtor Seadrill New Finance Limited's principal place of business and the NSNCo Reorganized Debtors' service address in these chapter 11 cases is Par-la-Ville Place, 14 Par-la-Ville Road, Hamilton HM 08, Bermuda.

[2]  Capitalized terms used but not otherwise defined herein have the meanings set forth in the Application.

USTP (Seadrill) Ex. 13
Page 26 of 51

1

31729584v.1 151218/00003

3.     I am a partner in the law firm of Jackson Walker LLP (the "<u>Firm</u>").  The Firm maintains offices for the practice of law in seven Texas cities, including one at 1401 McKinney Street, Suite 1900, Houston, Texas 77010.  The Firm's main telephone number is (713) 752-4200 and the Firm's main facsimile number is (713) 752-4221.

4.     In conjunction with the NSNCo Reorganized Debtors' retention of the Firm, I directed a search of the Firm's conflicts system for each of the NSNCo Debtors' creditors and insiders (collectively, the "<u>Potential Parties in Interest</u>") that are listed on **<u>Schedule 1</u>**.

5.     The Firm may represent other affiliates whose identities and affiliation did not show up on the conflicts system.  Further, the Firm based its review of its conflicts system on entities whom the NSNCo Debtors identified as creditors.  It is possible that there are creditors whom the NSNCo Debtors did not identify in their records that are clients of the Firm.  The following summarizes the findings gleaned from my review of the information available on the Firm's conflicts system divided into current clients of the Firm that are also creditors of the NSNCo Debtors, former clients, and affiliates of current clients of the Firm that are also creditors of the NSNCo Debtors, and my and the Firm's connections with the Debtors and their current and former officers, directors, and professionals.

**A.     <u>The Firm's Prior Relationship to the NSNCo Debtors</u>**

6.     The Firm and the Debtors in the 2017 Cases entered into an engagement letter dated August 29, 2017 for the 2017 Cases.  The Firm has continued to provide post-confirmation representation to those debtors and the NSNCo Debtors after their emergence from the 2017 Cases.

7.     Then, on September 10, 2020, the Firm and Seadrill Limited, on behalf of itself and its wholly owned subsidiaries, including the NSNCo Debtors, entered into the Engagement Letter relevant to these chapter 11 cases (the "<u>Engagement Letter</u>").  The Firm and has been providing

USTP (Seadrill) Ex. 13
Page 27 of 51

2

representation to the Seadrill Limited Debtors in the Seadrill RigCo/IHCo Cases on an ongoing basis.

8.      In addition, the Firm entered into an engagement letter dated November 29, 2020 for the Seadrill Partners Cases with respect to the Seadrill Partners Debtors.  The Firm continued to provide limited legal representation to the Seadrill Partners Debtors in the Seadrill Partners Cases on a post-confirmation basis.

**B.      Current Clients of the Firm that are Creditors of the NSNCo Debtors**

9.      The Firm currently represents or has represented entities or affiliates of entities that may have direct or indirect claims or interests against one or more of the NSNCo Debtors that are listed on the attached **Schedule 2**.  The Firm's ongoing representation of the Schedule 2 entities do not involve or relate to the NSNCo Debtors or these cases.  The determination of whether a client is a "former client" is based on the date of last activity in the Firm's billing software system being five (5) years or more prior to the Petition Date herein.  The designation of a former client may not foreclose a continuing attorney-client privilege.

10.      In addition, the Firm currently represents entities or affiliates of such entities that may have direct or indirect claims against or interests in one or more of the NSNCo Debtors on matters unrelated to the NSNCo Debtors or these cases, which are also set forth on Schedule 2.

11.      In the event that any matters or issues arise that are directly adverse to these current clients of the Firm, these matters or issues will be handled by Kirkland & Ellis LLP and Kirkland & Ellis International LLP, or other conflicts counsel, as appropriate.

12.      None of the preceding current clients individually represents more than 2% of the Firm's annual revenues.

13.     The Firm previously represented, but does not currently represent, other potential creditors or affiliates of potential creditors of the NSNCo Debtors as reflected on <u>Schedule 2</u>.

**C.     <u>Creditors of the NSNCo Debtors that are Adverse to the Firm's Clients</u>**

14.     The Firm represents, or has represented in the past, clients that are adverse or potentially adverse to numerous creditors (or affiliates of creditors) of the NSNCo Debtors.

**D.     <u>The Firm's Connections with the NSNCo Debtors, Officers, and Professionals</u>**

15.     Luci Johnson-Davis, with the United States Trustee's Office in Houston, was previously employed by the Firm.

16.     The Firm has in the past, and is likely in the future, to have common clients and connections with the Debtors' prepetition and post-petition attorneys, accountants, and other professionals.  None of those connections are material or present any conflict of interest.

17.     Except as set forth herein, neither I nor the Firm have had any connection with the above-named NSNCo Debtors, or insiders or affiliates of the NSNCo Debtors, the NSNCo Debtors' creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any other person employed in the Office of the United States Trustee, and are disinterested persons within the meaning of 11 U.S.C. § 101(14), to the best of my knowledge.

18.     The Firm shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the NSNCo Debtors' chapter 11 cases in compliance with §§ 330 and 331 of the Bankruptcy Code, and applicable provisions of the Bankruptcy Rules, Bankruptcy Local Rules, and any other applicable procedures and orders of the Court.

**Attorney Statement Pursuant to the U.S. Trustee Fee Guidelines**

19.     The following is provided in response to the request for additional information set

forth in Paragraph D.1 of the U.S. Trustee Fee Guidelines.

| | |
|---|---|
| **Question**: | Did the Firm agree to any variations from, or alternatives to, the Firm's standard billing arrangements for this engagement? |
| **Answer**: | No.  The Firm and the NSNCo Debtors have not agreed to any variations from, or alternatives to, the Firm's standard billing arrangements for this engagement.  The rate structure provided by the Firm is appropriate and is not significantly different from (a) the rates that the NSNCo Debtors charge for other non-bankruptcy representatives or (b) the rates of other comparably skilled professionals. |
| **Question**: | Do any of the Firm professionals in this engagement vary their rate based on the geographical location of the Debtors' chapter 11 cases? |
| **Answer**: | No.  The hourly rates used by the Firm in representing the NSNCo Debtors are consistent with the rates that the Firm charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case. |
| **Question**: | If the Firm has represented the Debtors in the 12 months prepetition, disclose the Firm's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If the Firm's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference. |
| **Answer**: | My hourly rate is $950.  The rates of other restructuring attorneys in the Firm range from $435 to $985 an hour and the paraprofessional rates range from $195 to $265 per hour. |
| **Question**: | Have the Debtors approved the Firm's budget and staffing plan, and if so, for what budget period? |
| **Answer**: | The Firm has not prepared a budget and staffing plan. |

20.     The Firm will periodically review both the changes in identifiable parties in interest

of the NSNCo Debtors and clients of the Firm as such information becomes available or relevant,

and will update this disclosure as appropriate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of February, 2022.

/s/ *Matthew D. Cavenaugh*
Matthew D. Cavenaugh

USTP (Seadrill) Ex. 13
Page 31 of 51

31729584v.1 151218/00003

## Schedule 1

**Schedule of Searched Parties**

USTP (Seadrill) Ex. 13
Page 32 of 51

**Bondholders - Indenture Trustee**
Deutsche Bank Trust Company Americas

**Contract Counter-Parties**
Abn Amro Bank Nv
Accounting And Corporate Regulatory Authority
Advokatfirmaet Thommessen As
Archer Bch (Canada) Ltd
Archer Limited
Archer Norge As
Archer Topaz Limited
Archer Topaz Ltd
Aristeia Capital Llc
Asia Research & Capital Management Ltd
Banco Do Brasil Sa
Bank Of America Na
Bank Of China Ltd
Bank Of Tokyo Mitsubishi Ufj Ltd
Banske Bank Norwegian Branch
Bnp Paribas
Cathay United Bank
Centerbridge Credit Partners Master Aiv Iii Lp
Centerbridge Credit Partners Master Lp
Centerbridge Special Credit Partners Ii Aiv Iii Lp
Centerbridge Special Credit Partners Ii Lp
Centerbridge Special Credit Partners Iii Aiv Iii Lp
Centerbridge Special Credit Partners Iii Lp
Cescon Berrieu Flesch & Barreto Advogados
China Development Bank Corporation
Citibank Europe Plc
Conyers Dill & Pearman Ltd
Cooperatieve Rabobank Ua
Ct Lien Solutions
Danske Bank As
Deutsche Bank Trust Company Americas
Df King & Co Inc
Dnb Bank Asa
Dz Bank Ag
Eksportkreditt Norge As
Ernst & Young Llp
Export Import Bank Of China
Hemen Investments Ltd
Hogan Lovells Bstl Sc
Industrial And Commercial Bank Of China (Europe) Sa, Amsterdam Branch
Ing Bank A Branch Of Ing-Diba Ag
Ing Bank Nv

Ing Bank Nv A Branch Of Ing-Diba Ag
Ing Bank Nv London Branch
Itau Bba International Plc
Itau Unibanco Sa Nassau Branch
Kfw Ipex Bank Gmbh
Kirkland & Ellis Llp
Legalinx Limited
Limay Drilling Rigs Limited
Morgan Stanley & Co Llc
Mufg Bank Limited
Nibc Bank Nv
Nine Masts Capital Limited
Nordea Bank Ab (Publ) Filial I Norge
Nordea Bank Ab London Branch
North Atlantic Helene Ltd
North Atlantic Kari Ltd
Pricewaterhousecoopers As
Pricewaterhousecoopers Llp
Rajah & Tann Singapore Llp
Saos Servicoes De Petroleo Ltda
Saville & Co
Saville Notaries Llp
Schonherr Rechtsanwalte Gmbh
Scotiabank Europe Plc
Seadrill Capital Spares Pool As
Seadrill Gulf Operations Auriga Llc
Seadrill Gulf Operations Vela Llc
Seadrill Partners Llc
Seadrill Vela Hungary Kft
Sevan Drilling As
Sevan Drilling Asa
Sevan Drilling Management As
Sevan Drilling Rig V As
Sfl Deepwater Ltd
Sfl Hercules Ltd
Sfl Linus Ltd
Slaughter And May
Sparebank 1 Sr Bank Asa
Standard Chartered Bank
Standard Chartered Bank Malaysia Berhad
Standard Chartered Bank Offshore Labuan
Sumitomo Mitsui Banking Corporation
Swedbank Ab (Publ)
Wilmington Trust National Association

**Current and Former Directors and Officers**
Name on file

USTP (Seadrill) Ex. 13
Page 33 of 51

| | |
|---|---|
| Name on file | Tokyo Marine Hcc |
| Name on file | Volante |
| Name on file | Wr Berkley |
| Name on file | |
| Name on file | **Known Affiliates** |
| Name on file | Asia Offshore Drilling Limited |
| Name on file | Asia Offshore Rig 1 Limited |
| Name on file | Asia Offshore Rig 2 Limited |
| Name on file | Asia Offshore Rig 3 Limited |
| Name on file | Atlas Drilling (S) Pte Ltd |
| Name on file | Brightful Outlook Sdn Bhd |
| Name on file | Brovig Uk Limited |
| Name on file | Brovig-Rds Limited |
| Name on file | But Seadrill Indonesia Ltd |
| Name on file | But Seadrill Offshore As - Indonesia Branch |
| Name on file | But Seadrill Offshore As (Indonesia Br, Berani) |
| Name on file | But Seadrill Tender Rig Indonesia Ltd |
| Name on file | But Seadrill Vencedor Ltd |
| Name on file | Crest Tender Rigs Pte Ltd. |
| Name on file | Crystal Production Uk Limited |
| Name on file | Deep Sea Drilling Ltd |
| Name on file | Dunwilco (1580) Limited |
| Name on file | Dusavik Barnehage Da |
| Name on file | Eastern Drilling As |

**Governmental / Regulatory Agencies**

Empresa De Servicos E Sondagens De Angola

H M Revenue & Customs (Hmrc)

Golden Dream Shipping Company Ltd (Cyprus)

Inland Revenue Authority Of Singapore

Golden Wisdom Shipping Company Ltd

Kemneren I Oslo

Gulf Drilling International Ltd

Skatt Øst Oslo

Gulfdrill Llc

Gw Drilling Services Bv

**Insurance Parties**

Hh Global Alliance Investments Ltd

Argoglobal

Kencana Marine Drilling Sdn Bhd

Aspen

Kencana Marine Rig 1 (Labuan) Pte Ltd

Aviva

Kencana Marine Rig 2 (Labuan) Pte Ltd

Awac

Kencana Marine Rig 3 (Labuan) Pte Ltd

Axa Xl

Lets Log Servicos Integrados De Logistica Ltda

Beazley

Mermaid Maritime Public Company Limited

Berkshire Hathaway

New Sdrl Limited

Hiscox

North Atlantic Castor Ltd

Liberty

North Atlantic Alpha Ltd

Navigators

North Atlantic Crew

Newline

North Atlantic Crew As

Qbe

North Atlantic Crewing Ltd

Riskpoint/Markel

North Atlantic Drilling Ltd

Sompo

North Atlantic Drilling Uk Ltd

Talbot

North Atlantic Elara Ii Ltd

North Atlantic Elara Ltd

USTP (Seadrill) Ex. 13
Page 34 of 51

North Atlantic Epsilon Ltd
North Atlantic Helene Ltd
North Atlantic Kari Ltd
North Atlantic Linus Charterer Ltd
North Atlantic Linus Ltd
North Atlantic Management As
North Atlantic Management International As
North Atlantic Management Llc
North Atlantic Navigator Ltd
North Atlantic Norway Ltd
North Atlantic Phoenix Ltd
North Atlantic Pollux Ltd
North Atlantic Rigel Ltd
North Atlantic Support Services Limited
North Atlantic Venture Ltd
Northern Drilling Operations Ltd (Nodl)
Odfjell Drilling Services Company Limited
Odfjell Drilling Services Llc
Odfjell Invest Ii Ltd
Petrodrill Holdings Inc.
Pt Nordrill Indonesia
Rds Resource Limited
Reservoir Development Services Limited
Rig Finance Ii Ltd
River Chart Limited
Sapura Diamante Gmbh
Sapura Jade Gmbh
Sapura Navegacao Maritima Sa
Sapura Onix Gmbh
Sapura Rubi Gmbh
Sapura Topazio Gmbh
Sapurakencana Drilling Pte. Ltd
Sapurakencana Drilling Resources Ltd
Scorpion Arabia Ltd
Scorpion Brazil Ltd
Scorpion Courageous Ltd
Scorpion Deepwater B.V.
Scorpion Deepwater Ltd
Scorpion Defender Ltd
Scorpion Drilling Ltd
Scorpion Freedom Ltd
Scorpion International Ltd
Scorpion International Ltd - Oman Branch
Scorpion Intrepid Ltd
Scorpion Labuan Ltd
Scorpion Middle East Ltd
Scorpion Nederlandse B.V.

Scorpion Nederlandse Bv - Venezuela Branch
Scorpion Offshore Inc
Scorpion Offshore Ltd
Scorpion Offshore Malaysia Sdn Bhd
Scorpion Resolute Ltd
Scorpion Resolute Ltd - Bangladesh Branch
Scorpion Rigs Ltd
Scorpion Rigs Ltd - Columbia Branch
Scorpion Rigs Ltd - Congo Branch
Scorpion Rigs Ltd (Gabon Branch)
Scorpion Servicos Offshore Ltda
Scorpion Usa Expats, Inc
Scorpion Vigilant Ltd
Scorpion Vigilant Ltd - Trinidad Branch
Sds Drilling Ltd
Sds Drilling Ltd - Brunei Branch
Sea Dragon De Mexico S De R.L. De Cv
Seabras Holdings Gmbh
Seabras Rig Holdco Kft
Seabras Rig Holdco Kft., Swiss Branch
Seabras Rig Holdco Ltd.
Seabras Rig Holding Gmbh
Seabras Sapura Holdco Ltd
Seabras Sapura Holding Gmbh
Seabras Sapura Participacoes Ltda
Seabras Sapura Plsv Holding Gmbh
Seabras Sapura Talent Ltd
Seabras Servicos De Petroleo Sa
Seadragon Ii Ltd.
Seadrill - Fintech Uk Ltd
Seadrill (Dalian) Consulting Co Ltd
Seadrill Abu Dhabi Operations Limited
Seadrill Alliance Ltd
Seadrill Alpha Ltd
Seadrill Ama Operations Ltd
Seadrill Americas Inc
Seadrill Americas, Inc
Seadrill Angola Lda
Seadrill Angola Ltda
Seadrill Aquila Ltd
Seadrill Archer Holdco Limited
Seadrill Ariel Ltd
Seadrill Ariel Ltd - Congo Branch
Seadrill Asia Ltd (Thailand)
Seadrill Auriga Hungary Kft
Seadrill Auriga Hungary Kft
Seadrill Auriga Hungary Kft., Swiss Branch

USTP (Seadrill) Ex. 13
Page 35 of 51

Seadrill Auriga Ltd
Seadrill Auriga Uk Ltd
Seadrill Auriga Uk Ltd - Dmcc Branch
Seadrill Australia Pte Ltd
Seadrill Bianca Ltd
Seadrill Brunei Limited - Brunei Branch
Seadrill Brunei Ltd
Seadrill Callisto Ltd
Seadrill Canada Ltd
Seadrill Capella Ltd
Seadrill Capella Migeria Ltd
Seadrill Capital Spares Pool As
Seadrill Capricorn Holdco Limited
Seadrill Capricorn Holdings Llc
Seadrill Capricorn Holdings Llc - Uk Branch
Seadrill Capricorn Ltd
Seadrill Capricorn Ltd - Dmcc Branch
Seadrill Carina Ltd
Seadrill Castor Ltd
Seadrill Castor Pte Ltd
Seadrill China Operations Ltd S.A.R.I.
Seadrill Cj70 Ltd
Seadrill Common Holdings Ltd
Seadrill Courageous (S) Pte Ltd
Seadrill Courageous De Mexico S. De R.L. De Cv.
Seadrill Cressida Ltd
Seadrill Crewing Europe Ltd
Seadrill Deepwater Charterer Ltd
Seadrill Deepwater Contracting Ltd
Seadrill Deepwater Crewing Ltd
Seadrill Deepwater Drillship Ltd
Seadrill Deepwater Drillship Ltd (Aruba Branch)
Seadrill Deepwater Drillship Ltd (Cyprus Branch)
Seadrill Deepwater Drillship Ltd (Gabon Branch)
Seadrill Deepwater Holdings Ltd
Seadrill Deepwater Rigs Ltd
Seadrill Deepwater Units Ltd
Seadrill Deepwater Units Pte Ltd
Seadrill Deepwaters Manangement Ltd
Seadrill Defender (S) Pte Ltd
Seadrill Defender De Mexico S. De R.L. De Cv
Seadrill Diome Ltd
Seadrill Dione Ltd
Seadrill Dorado Ltd
Seadrill Draco Ltd

Seadrill Eclipse Ltd
Seadrill Egypt Operations Ltd
Seadrill Elara Ltd
Seadrill Eminence Ltd
Seadrill Equatorial Guinea Ltd
Seadrill Esperanza Ltd.
Seadrill Europe Management As
Seadrill Far East Limited
Seadrill Far East Ltd - Thailand Branch
Seadrill Freedom Limited - Trinidad Branch
Seadrill Freedom Ltd
Seadrill Gcc Operations Ltd
Seadrill Gcc Operations Ltd - Saudi Branch
Seadrill Gemini Ltd
Seadrill General Holdings Ltd
Seadrill Ghana Operations Ltd
Seadrill Ghana Operations Ltd - Ghana Branch
Seadrill Ghana Operations Ltd - Ivory Coast Branch
Seadrill Global Services Ltd
Seadrill Global Services Ltd - Dmcc Branch
Seadrill Global Services Ltd - Dubai Jafza Branch
Seadrill Gulf Operations Auriga Llc
Seadrill Gulf Operations Neptune Llc
Seadrill Gulf Operations Sirius Llc
Seadrill Gulf Operations Vela Llc
Seadrill Holdings Mexico Sa De Cv
Seadrill Holdings Singapore Pte Ltd
Seadrill Hungary Kft
Seadrill Hungary Kft., Swiss Branch
Seadrill Hyperion Ltd
Seadrill Indonesia Ltd
Seadrill Insurance Ltd
Seadrill International Limited
Seadrill International Limited - India Branch
Seadrill International Limited (Hk)
Seadrill International Ltd - Thailand Branch
Seadrill International Resourcing Dmcc
Seadrill Intrepid (S) Pte Ltd
Seadrill Intrepid De Mexico S. De R.L. De Cv
Seadrill Invest I Ltd
Seadrill Invest Ii Ltd
Seadrill Invest Iii Ltd
Seadrill Invest Ltd
Seadrill Investment Holding Company Limited
Seadrill Ireland Ltd
Seadrill Ivory Coast Operations Ltd.

USTP (Seadrill) Ex. 13
Page 36 of 51

Seadrill Jack Up Holding Ltd
Seadrill Jack Up I B.V.
Seadrill Jack Up Ii B.V.
Seadrill Jack Up Ii B.V. - Venezuela Branch
Seadrill Jack Up Operations De Mexico S De R.L. De Cv
Seadrill Jack-Ups Contracting Ltd
Seadrill Jack-Ups Ltd
Seadrill Jack-Ups Nigeria Limited
Seadrill Jack-Ups Operations Ltd
Seadrill Janus Limited (Cyprus)
Seadrill Jaya Limited
Seadrill Jaya Ltd
Seadrill Ju Newco Bermuda Limited
Seadrill Juno Ltd
Seadrill Jupiter Ltd
Seadrill Jv Ghana Limited
Seadrill Korea Services Ltd
Seadrill Labuan Leasing Ltd
Seadrill Labuan Ltd
Seadrill Larissa Limited (Cyprus)
Seadrill Leasing B.V.
Seadrill Leo Ltd
Seadrill Libra Ltd
Seadrill Limited
Seadrill Logistics De Mexico S De R.L. De Cv
Seadrill Management (S) Pte Ltd
Seadrill Management Ame Ltd
Seadrill Management Ame Ltd - Dmcc Branch
Seadrill Management Ame Ltd - Dubai Branch
Seadrill Management Ame Ops Prep Ltd
Seadrill Management As
Seadrill Management As (Norway)
Seadrill Management Ltd
Seadrill Management Services Ltd (Bvi)
Seadrill Member Holdco Limited
Seadrill Member Llc
Seadrill Menang Ltd
Seadrill Mexico Holding Ltd
Seadrill Mexico Uk Ltd
Seadrill Mimas Ltd
Seadrill Mira Hungary Kft
Seadrill Mira Ltd
Seadrill Miranda Ltd
Seadrill Mobile Units (Nigeria) Limited
Seadrill Mobile Units Uk Limited
Seadrill Navigator Ltd

Seadrill Neptun Ltd (Bermuda)
Seadrill Neptune Hungary Kft
Seadrill Neptune Hungary Kft., Swiss Branch
Seadrill New Finance Limited
Seadrill Newfoundland Operations Ltd
Seadrill Nigeria Deepwater Contracting Limited
Seadrill Nigeria Operations Limited
Seadrill Norge Holding As
Seadrill North Atlantic Holdings Limited
Seadrill North Sea Crewing Ltd
Seadrill Northern Operations Limited - Norway Branch
Seadrill Northern Operations Ltd
Seadrill Norway Crew As
Seadrill Norway Operations Ltd
Seadrill Oberon (S) Pte Ltd
Seadrill Oberon De Mexico S De R.L. De Cv
Seadrill Oberon Ltd
Seadrill Offshore As
Seadrill Offshore Malaysia Sdn Bhd
Seadrill Offshore Nigeria Limited
Seadrill Offshore Singapore Pte Ltd
Seadrill Opco Sub Llc
Seadrill Opco Sub Llc (Uk Branch)
Seadrill Operating Gp Llc
Seadrill Operating Lp
Seadrill Operating Lp Holdco Limited
Seadrill Operations De Mexico S De R.L. De Cv
Seadrill Operations Limited (Abu Dhabi Branch)
Seadrill Orion Ltd
Seadrill Partners B.V.
Seadrill Partners Contracting Ltd
Seadrill Partners Deepwater Services Ltd
Seadrill Partners Finco, Llc
Seadrill Partners Labuan Ltd
Seadrill Partners Llc
Seadrill Partners Llc (Uk Branch)
Seadrill Partners Llc Holdco Limited
Seadrill Partners Malaysia Sdn. Bhd
Seadrill Partners Operating Llc
Seadrill Partners Servicos De Perfuracao Ltda.
Seadrill Pegasus (S) Pte Ltd
Seadrill Pegasus Ltd
Seadrill Pelaut Ltd
Seadrill Phoenix Ltd
Seadrill Polaris Limited - Angola Branch
Seadrill Polaris Ltd

USTP (Seadrill) Ex. 13
Page 37 of 51

Seadrill Polaris Ltd - Equatorial Guinea Branch
Seadrill Polaris Ltd - Gabon Branch
Seadrill Polaris Ltd - Nigeria Branch
Seadrill Prospero Ltd
Seadrill Proteus Ltd
Seadrill Rhea Ltd
Seadrill Rig Holding Company Limited
Seadrill Rig Services Sdn Bhd
Seadrill Rigel Ltd
Seadrill Saturn Ltd
Seadrill Saturn Ltd (Ivory Coast Branch)
Seadrill Saudi I B.V.
Seadrill Saudi Ii B.V.
Seadrill Saudi Limited Company
Seadrill Sdn Bhd
Seadrill Sdn Bhd (West Defender)
Seadrill Seabras Sp Holdco Limited
Seadrill Seabras Sp Uk Limited
Seadrill Seabras Sr Holdco Limited
Seadrill Seabras Uk Limited
Seadrill Seadragon Uk Limited
Seadrill Seamex 2 De Mexico S De Rl De Cv
Seadrill Seamex Sc Holdco Limited
Seadrill Servicos De Petroleos Ltda
Seadrill Setia Ltd (Bermuda)
Seadrill Sevan Holdings Limited
Seadrill Sirius Uk Ltd
Seadrill Sirius Uk Ltd - Dmcc Branch
Seadrill Skr Holdco Limited
Seadrill T-11 Ltd
Seadrill T-12 Ltd
Seadrill T-15 Ltd
Seadrill T-16 Ltd
Seadrill T-17 Ltd
Seadrill T-18 Ltd
Seadrill T-4 Ltd
Seadrill T-7 Ltd
Seadrill Telesto Limited - India Branch
Seadrill Telesto Ltd
Seadrill Tellus Ltd
Seadrill Tender Rig Indonesia Ltd
Seadrill Tender Rig Ltd (Bermuda Branch)
Seadrill Tender Rigs Contracting Ltd
Seadrill Tender Rigs Pte Ltd (Singapore Branch)
Seadrill Tethys Ltd
Seadrill Titan Ltd
Seadrill Titania (S) Pte Ltd

Seadrill Titania De Mexico S. De R.L. De Cv
Seadrill Titania Limited
Seadrill Titania S.A.R.I.
Seadrill Treasury Uk Limited
Seadrill Triton Ltd
Seadrill Tucana Ltd
Seadrill Uk Crewing Ltd
Seadrill Uk Ltd
Seadrill Uk Operations Limited
Seadrill Uk Operations Ltd
Seadrill Uk Support Services Ltd
Seadrill Umbriel Ltd
Seadrill Uranus Ltd
Seadrill Us Gulf Llc
Seadrill Vela Hungary Kft
Seadrill Vela Hungary Kft., Swiss Branch
Seadrill Vela Ltd
Seadrill Vela Uk Ltd
Seadrill Vela Uk Ltd - Dmcc Branch
Seadrill Vencedor Ltd
Seadrill Vencedor Ltd - Indonesia Branch
Seadrill Venus Ltd
Seadrill Vietnam Ltd
Seadrill-Fintech Ltd
Seamex Holding B.V.
Seamex Ltd
Sevan Brasil Ltd
Sevan Developer Ltd
Sevan Driller Limited
Sevan Driller Ltd
Sevan Drilling Asa
Sevan Drilling Invest As
Sevan Drilling Limited
Sevan Drilling Management As
Sevan Drilling North America Llc
Sevan Drilling Pte Ltd
Sevan Drilling Rig Ii As
Sevan Drilling Rig Ii Pte Ltd
Sevan Drilling Rig Iv Pte Ltd
Sevan Drilling Rig Ix As
Sevan Drilling Rig Ix Pte Ltd
Sevan Drilling Rig V As
Sevan Drilling Rig V Pte Ltd
Sevan Drilling Rig Vi As
Sevan Drilling Rig Vi Pte Ltd
Sevan Drilling Rig Vii Pte Ltd
Sevan Drilling Rig Viii As

USTP (Seadrill) Ex. 13
Page 38 of 51

Sevan Drilling Rig Viii Pte Ltd
Sevan Investimentos Do Brasil Ltda
Sevan Louisiana Hungary Kft
Sevan Louisiana Hungary Kft., Swiss Branch
Sevan Marine Servicos De Perfuracao Ltda
Sfl Deepwater Ltd
Sfl Hercules Ltd
Sfl Linus Ltd
Smedvig Insurance Limited
Smedvig Robray Services Pte Ltd
Soas Servicos De Petroleo Ltda
Sociedade Nacional De Combustiveis De Angola
Empresa Publica
Sonadrill Angola (Su), Lda
Sonadrill Dmcc
Sonadrill Holding Ltd
Sonadrill Holding Ltd (Uk)
Sonangol
Sonangol Libongos Limited
Sonangol Quenguela Ltd
Spl Ltd
Subsea Drilling Iii Ltd (Cyprus)
Subsea Drilling Iv Ltd (Cyprus)
Subsea Drilling V Inc
Tioman Drilling Co. Sdn. Bhd.
Tl Offshore Plsv1 Ltd
Tl Offshore Plsv2 Ltd
Tl Offshore Plsv3 Ltd
Tl Offshore Plsv4 Ltd
Tl Offshore Plsv5 Ltd
Varia Perdana Sdn. Bhd.
West Bollsta Inc
West Mira Inc

**Noteholders**
Altana Wealth S.A.M. (Crescent 3 Ltd, Altana
Distressed Opportunities Fund)
Canyon Capital
Carmignac Gestion S.A.
Farmstead Capital Management, Llc
Frost Investment Advisors, Llc
Geveran Investments Limited
Hemen Investments Ltd
Lodbrok Capital Llp
Melqart Asset Management (Uk) Ltd
Millais (Millais Limited)

Rit Capital Partners (J. Rothschild Capital
Management Limited)
Sefton Place (Sefton Place Fund)
Tonka Capital
Wilfrid Aubrey (Wilfrid Investment Partners Lp)

**Ordinary Course Professionals**
Aca94 Capital Ltd
Akin Gump Strauss Hauer & Feld Llp
Alix Partners
Arctic Offshore Rig
Conyers Dill & Pearman
Deutsche Bank Trust Company Americas
Ducera Partners
Finance & Risk Services Ltd
Haynes & Boone
Mazars
Morgan Lewis
Resor
Thommessen
Von Webeser
**Vendors**
Aca94 Capital Ltd.
Advokatfirmaet Thommessen As
Akin Gump Strauss Hauer & Feld Llp
Alixpartners Uk Llp
Arctic Offshore International As
Boardroom Business Solutions Pte Ltd.
Boardroom Corporate & Advisory Services Pte
Ltd
Bronnoysundregistrene
Cescon, Barrieu, Flesch & Barreto Sociedade De
Advogados
Control Risk Group
Conyers Dill & Pearman Pte Ltd
D.F. King & Co. Inc.
David C L Frauman
Davy Investment Fund Services
Deutsche Bank
Ducera Partners Llc
Ernst & Young Llp
Finance & Risk Services Ltd
Hmrc Cumbernauld
Kirkland & Ellis Llp
Mancera, S.C.
Mazars, Llp.
Morgan, Lewis & Bockius Llp

USTP (Seadrill) Ex. 13
Page 39 of 51

Nordea Bank Norge Asa
Oslo Kemnerkontor
Pareto Offshore As
Paul, Weiss, Rifkind, Wharton & Garrison Llp
Pricewaterhousecoopers  Llp
Pricewaterhousecoopers Llp
Prime Clerk Llc
Resor N.V
Rystad Energy Asia Pte. Ltd
Saville & Co
Skatteetaten
Slaughter And May
Von Wobeser & Sierra Sc

USTP (Seadrill) Ex. 13
Page 40 of 51

31729584v.1 151218/00003

**Schedule 2**

| JW Client Name | Name Checked Against Database | Relation to Debtors | Status |
|---|---|---|---|
| Apen Insurance | Aspen | Insurance | Client |
| Archer Limited | Archer Limited | Contract Counterparties | Client |
| Asia Offshore Drilling LTD (Bermuda) | Asia Offshore Drilling LTD | Affiliate | Client |
| Aspen Beverage Group | Aspen | Insurance | Client |
| Aspen Developers Texas, LLC | Aspen | Insurance | Client |
| Aspen Wood | Aspen | Insurance | Client |
| AXA XL | AXA XL | Insurance | Client |
| Bank of America, N.A. | Bank of America, N.A. | Contract Counterparties | Client |
| Beazley Group | Beazley Group | Insurance | Client |
| Berkshire Hathaway | Berkshire Hathaway | Insurance | Client |
| Berkshire Hathaway Automotive | Berkshire Hathaway | Insurance | Client |
| BNP Paribas | BNP Paribas | Contract Counterparties | Client |
| Name on file | Name on file | Director/Officer | Client |
| Cathay Industries | Cathay United Bank | Contract Counterparties | Client |
| Centerbridge Partners, L.P. | Centerbridge Credit Partners Master AIV III LP | Contract Counterparties | Client |
| China Development Bank | China Development Bank | Contract Counterparties | Client |
| Citibank, N.A. | Citibank Europe PLC | Contract Counterparties | Client |
| Cooperative Rabobank U.A. New York Branch | Cooperative Rabobank NA | Contract Counterparties | Client |
| Danske Capital | Danske Bank AS | Contract Counterparties | Client |
| Frost Capital Group | Frost Investment Advisors, LLC | Noteholders | Client |
| HCC Global Financial Products | Tokyo Marine Hcc | Insurance | Client |
| Hiscox USA | Hiscox | Insurance | Client |
| ING | ING Bank NV | Contract Counterparties | Client |
| ...ombia S.A. | Itau BBA International | Contract | Client |

USTP (Seadrill) Ex. 13
Page 41 of 51

1

| JW Client Name | Name Checked Against Database | Relation to Debtors | Status |
|---|---|---|---|
| Corporacion Financiera | PLC | Counterparties | |
| Liberty Bank | Liberty | Insurance | Client |
| Liberty Healthcare Corporation | Liberty | Insurance | Client |
| Liberty Insurance Underwriters, Inc. | Liberty | Insurance | Client |
| Liberty Mutual Fire Insurance Company | Liberty | Insurance | Client |
| Liberty Oilfield Services | Liberty | Insurance | Client |
| Liberty Power Corp. LLC | Liberty | Insurance | Client |
| Liberty Source L.P. | Liberty | Insurance | Client |
| Markel Service Incorporated | Riskpoint/Markel | Insurance | Client |
| Morgan Stanley | Morgan Stanley & Co LLC | Contract Counterparties | Client |
| Morgan Stanley and JPM Capital Corporation | Morgan Stanley & Co LLC | Contract Counterparties | Client |
| Northern Offshore Drilling Services U.S. Inc. | Northern Drilling Operations LTD. | Affiliate | Client |
| Odfjell Drilling AS | Odfjell Drilling AS | Affiliate | Client |
| Paul, Weiss, Rifkind, Wharton Garrison | Paul, Weiss, Rifkind, Wharton Garrison | Vendor | Client |
| Rabobank and Commerzbank | Cooperative Rabobank NA | Contract Counterparties | Client |
| RIT Capital Partners plc | RIT Capital Partners | Noteholder | Client |
| Scorpion Oil Tools, Inc. | SCORPION DRILLING LTD | Affiliate | Client |
| Seville Dodgen & Company, PLLC | Saville Notaries LLP | Contract Counterparties | Client |
| SKATT Asesores Fiscales, S.C. | SKATT ØST OSLO | Governmental Agencies | Client |
| Sompo America Insurance Company | Sompo | Insurance | Client |
| SpareBank 1 Finans Nord-Norge AS | SpareBank 1 SR-Bank ASA | Contract Counterparties | Client |
| SpareBank 1 SR-Bank ASA | SpareBank 1 SR-Bank ASA | Contract Counterparties | Client |
| Sumitomo Mitsui Banking Corporation | Sumitomo Mitsui Banking Corporation | Contract Counterparties | Client |
| Tappeto Volante International, Inc. | Volante | Insurance | Client |

USTP (Seadrill) Ex. 13
Page 42 of 51

2

| JW Client Name | Name Checked Against Database | Relation to Debtors | Status |
|---|---|---|---|
| The Liberty Hill Independant | Liberty | Insurance | Client |
| UFG Union Bank, N.A. | MUFG Bank Limited | Affiliate | Client |

USTP (Seadrill) Ex. 13
Page 43 of 51

31729584v.1 151218/00003

**Exhibit C**

**De Souza Declaration**

USTP (Seadrill) Ex. 13
Page 44 of 51

31729584v.1 151218/00003

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL NEW FINANCE LIMITED, *et al.*,[1] | ) | Case No. 22-90001 (DRJ) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF TYSON DE SOUZA IN SUPPORT**
**OF THE REORGANIZED DEBTORS' APPLICATION FOR ENTRY**
**OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT**
**OF JACKSON WALKER LLP AS CO-COUNSEL AND CONFLICTS COUNSEL**

I, Tyson de Souza, hereby declare under penalty of perjury:

1.      I am an Authorized Representative of Seadrill New Finance Limited ("NSNCo") and the Group Financial Controller and Vice President of Seadrill Management Ltd.  NSNCo is an exempted company organized under the laws of Bermuda and is a debtor and debtor in possession in the above-captioned cases along with eleven of its direct and indirect subsidiaries and certain Seadrill Limited subsidiaries (collectively, the "NSNCo Reorganized Debtors," and before the effective date, the "NSNCo Debtors").  I have served in a number of positions within finance, commercial, and restructuring during my eight years with Seadrill.  Prior to that, I trained as a chartered accountant and spent seven years with PricewaterhouseCoopers, providing audit and assurance services to a variety of global clients.

---

[1]     The NSNCo Reorganized Debtors in these chapter 11 cases are:  Seadrill New Finance Limited; Seadrill SKR Holdco Limited; Seadrill JU Newco Bermuda Limited; Seadrill Seabras SP UK Limited; Seadrill Mobile Units UK Limited; Seadrill Partners LLC Holdco Limited; Seadrill Member LLC; Seadrill Seadragon UK Limited; Seadrill SeaMex 2 de Mexico S. de R.L. de C.V.; Sevan Drilling Rig VI AS; Sevan Drilling Rig VI Pte. Ltd.; and Seadrill Seamex SC Holdco Limited.  The location of NSNCo Reorganized Debtor Seadrill New Finance Limited's principal place of business and the NSNCo Reorganized Debtors' service address in these chapter 11 [...]-Ville Place, 14 Par-la-Ville Road, Hamilton HM 08, Bermuda.

USTP (Seadrill) Ex. 13
Page 45 of 51

31729584v.1 151218/00003

2.      I submit this declaration (this "Declaration") in support of the *Reorganized Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Jackson Walker LLP as Co-Counsel and Conflicts Counsel* (the "Application").[2]  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

**The NSNCo Debtors' Selection of Counsel**

3.      The NSNCo Debtors recognized that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure that bankruptcy professionals are subject to the same client-driven market forces, scrutiny, and accountability as professionals in non-bankruptcy engagements.

4.      To that end, the review process utilized by the NSNCo Debtors here assessed potential counsel based on their expertise in the relevant legal issues and in similar proceedings. Jackson Walker LLP ("Jackson Walker") was retained by Seadrill Limited and certain of its debtor affiliates in connection with the 2017 Seadrill Limited chapter 11 proceedings brought before this Court, in which NSNCo was formed, and then again in 2020 in connection with the 2021 Seadrill Limited chapter 11 proceedings, and is accordingly uniquely qualified to represent the NSNCo Debtors.

5.      Ultimately, the NSNCo Debtors retained Jackson Walker because of its extensive experience in corporate reorganizations, both out-of-court and under chapter 11 of the Bankruptcy Code.  More specifically, Jackson Walker is and was familiar with the NSNCo Debtors' business operations and many of the potential legal issues that might have arisen in the context of these chapter 11 cases.  I believe that Jackson Walker is and was both well qualified and uniquely able to represent the NSNCo Debtors in these chapter 11 cases in an efficient and timely manner.

---

USTP (Seadrill) Ex. 13
Page 46 of 51[2] ...rms used but not otherwise defined herein shall have the meanings set forth in the Application.

31729584v.1 151218/00003

## Rate Structure

6.     I, or employees of the NSNCo Debtors that reported to me, were responsible for supervising outside counsel retained by the NSNCo Debtors in the ordinary course of business. Jackson Walker informed the NSNCo Debtors that its rates for bankruptcy representations are comparable to the rates Jackson Walker charges for non-bankruptcy representations. As discussed below, I, or employees of the NSNCo Debtors that reported to me, were responsible for reviewing the statements regularly submitted by Kirkland, and can confirm that the rates Jackson Walker charged the NSNCo Debtors in the prepetition period are the same as the rates Jackson Walker will charge the NSNCo Debtors in the postpetition period.

## Cost Supervision

7.     The NSNCo Debtors recognize that in the course of a large chapter 11 case like these chapter 11 cases, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the NSNCo Debtors, the NSNCo Reorganized Debtors, and Jackson Walker. The NSNCo Reorganized Debtors further recognize that it is their responsibility to monitor closely the billing practices of NSNCo Debtors' counsel to ensure the fees and expenses paid by the estate remain consistent with the NSNCo Debtors' expectations and the exigencies of the chapter 11 cases.

8.     As the NSNCo Debtors did prepetition, the NSNCo Reorganized Debtors will continue to bring discipline, predictability, client involvement, and accountability to the counsel fees and expenses reimbursement process. I have supervised and will continue to supervise and communicate with Jackson Walker regarding the periods of time involved, the level of the attorneys and professionals that will work on various matters, and the average hourly rates for the attorneys and professionals for various matters.

USTP (Seadrill) Ex. 13
Page 47 of 51

31729584v.1 151218/00003

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  February 8, 2022                    Respectfully submitted,
London, England

                                            _/s/ Tyson de Souza_
                                            Tyson de Souza
                                            Seadrill New Finance Limited
                                            Authorized Representative

USTP (Seadrill) Ex. 13
Page 48 of 51

31729584v.1 151218/00003

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL NEW FINANCE LIMITED, *et al.*,[1] | ) Case No. 22-90001 |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) Re: Docket No: ___ |

**ORDER GRANTING THE REORGANIZED DEBTORS' APPLICATION FOR ENTRY**
**OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT**
**OF JACKSON WALKER LLP AS CO-COUNSEL AND CONFLICTS COUNSEL**

CAME ON FOR CONSIDERATION the *Application for Entry of an Order Authorizing the Retention and Employment of Jackson Walker LLP as Co-Counsel and Conflicts Counsel* (the "Application")[2] filed by Seadrill New Finance Limited, *et al.* (collectively, the "NSNCo Reorganized Debtors," and before the effective date, the "NSNCo Debtors"). The Court, having reviewed the Application, and the supporting documents thereto, and finding that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, that the Application was properly filed and served, that this is a core proceeding pursuant to 28 U.SC. § 157(b); and that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, and based upon good and sufficient cause appearing therefor; it is ORDERED THAT:

1.      The NSNCo Reorganzied Debtors are authorized to retain Jackson Walker LLP as co-counsel and conflicts counsel upon the terms and conditions set forth in the Application as

---

[1]    The NSNCo Reorganized Debtors in these chapter 11 cases are:  Seadrill New Finance Limited; Seadrill SKR Holdco Limited; Seadrill JU Newco Bermuda Limited; Seadrill Seabras SP UK Limited; Seadrill Mobile Units UK Limited; Seadrill Partners LLC Holdco Limited; Seadrill Member LLC; Seadrill Seadragon UK Limited; Seadrill SeaMex 2 de Mexico S. de R.L. de C.V.; Sevan Drilling Rig VI AS; Sevan Drilling Rig VI Pte. Ltd.; and Seadrill Seamex SC Holdco Limited.  The location of NSNCo Reorganized Debtor Seadrill New Finance Limited's principal place of business and the NSNCo Reorganized Debtors' service address in these chapter 11 cases is Par-la-Ville Place, 14 Par-la-Ville Road, Hamilton HM 08, Bermuda.

[2]    [Capitalized ter]ms used but not otherwise defined herein shall have the meanings set forth in the Application.

USTP (Seadrill) Ex. 13
Page 49 of 51

1

modified herein.

2.      Jackson Walker LLP shall apply for compensation for professional services rendered and reimbursement of expenses in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, applicable provisions of the Bankruptcy Rules, the Bankruptcy Local Rules, and any fee and expense guidelines or orders of this Court.  For billing purposes, Jackson Walker LLP shall keep its time in one tenth (1/10) hour increments.  Jackson Walker LLP will use its best effort to avoid any duplication of services provided by any of the Debtors' other chapter 11 professionals in these chapter 11 cases.

3.      Jackson Walker LLP will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Jackson Walker LLP will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Fed. R. Bankr. P. 2014(a).

4.      Jackson Walker, LLP shall not charge a markup to the NSNCo Debtors with respect to fees billed by contract attorneys ("Contractors") who are hired by Jackson Walker LLP to provide services to the NSNCo Debtors, and shall ensure that any such Contractors that are attorneys are subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code and Bankruptcy Rules.

5.      To the extent the Application, Cavenaugh Declaration, or the De Souza Declaration is inconsistent with this Order, the terms of this Order shall govern.

6.      Notwithstanding anything to the contrary in the Application, Jackson Walker LLP shall not be entitled to reimbursement for fees and expenses incurred in connection with any objection to its fees absent further order of this Court.

7.      Jackson Walker LLP shall file a supplemental declaration with this Court and give

USTP (Seadrill) Ex. 13
Page 50 of 51

2

31729584v.1 151218/00003

not less than ten (10) business days' notice to the NSNCo Reorganized Debtors, U.S. Trustee, and the Official Committee of Unsecured Creditors prior to any increases in the rates set forth in the Application.  The supplemental declaration shall explain the basis for the requested rate increases in accordance with 11 U.S.C. § 330(a)(3)(F) and state whether the Debtors have consented to the rate increase.  The U.S. Trustee retains all rights to object to any hourly rate increases on all grounds, including the reasonableness standard set forth in § 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to § 330 of the Bankruptcy Code.

8.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.      This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

SIGNED this _____ day of _____, 2022.


_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

USTP (Seadrill) Ex. 13
Page 51 of 51

31729584v.1 151218/00003