United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 11, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL NEW FINANCE LIMITED, *et al.*,[1] | ) Case No. 22-90001 |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) Re: Docket No: 94 |

**ORDER GRANTING THE REORGANIZED DEBTORS' APPLICATION FOR ENTRY
OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT
OF JACKSON WALKER LLP AS CO-COUNSEL AND CONFLICTS COUNSEL**

CAME ON FOR CONSIDERATION the *Application for Entry of an Order Authorizing the Retention and Employment of Jackson Walker LLP as Co-Counsel and Conflicts Counsel* (the "Application")[2] filed by Seadrill New Finance Limited, *et al*. (collectively, the "NSNCo Reorganized Debtors," and before the effective date, the "NSNCo Debtors"). The Court, having reviewed the Application, and the supporting documents thereto, and finding that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, that the Application was properly filed and served, that this is a core proceeding pursuant to 28 U.SC. § 157(b); and that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, and based upon good and sufficient cause appearing therefor; it is ORDERED THAT:

1. The NSNCo Reorganzied Debtors are authorized to retain Jackson Walker LLP as co-counsel and conflicts counsel upon the terms and conditions set forth in the Application as

---

[1] The NSNCo Reorganized Debtors in these chapter 11 cases are: Seadrill New Finance Limited; Seadrill SKR Holdco Limited; Seadrill JU Newco Bermuda Limited; Seadrill Seabras SP UK Limited; Seadrill Mobile Units UK Limited; Seadrill Partners LLC Holdco Limited; Seadrill Member LLC; Seadrill Seadragon UK Limited; Seadrill SeaMex 2 de Mexico S. de R.L. de C.V.; Sevan Drilling Rig VI AS; Sevan Drilling Rig VI Pte. Ltd.; and Seadrill Seamex SC Holdco Limited. The location of NSNCo Reorganized Debtor Seadrill New Finance Limited's principal place of business and the NSNCo Reorganized Debtors' service address in these chapter 11 cases is Par-la-Ville Place, 14 Par-la-Ville Road, Hamilton HM 08, Bermuda.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

USTP (Seadrill) Ex. 14
Page 1 of 3

1

31729584v.1 151218/00003

modified herein.

2. Jackson Walker LLP shall apply for compensation for professional services rendered and reimbursement of expenses in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, applicable provisions of the Bankruptcy Rules, the Bankruptcy Local Rules, and any fee and expense guidelines or orders of this Court. For billing purposes, Jackson Walker LLP shall keep its time in one tenth (1/10) hour increments. Jackson Walker LLP will use its best effort to avoid any duplication of services provided by any of the Debtors' other chapter 11 professionals in these chapter 11 cases.

3. Jackson Walker LLP will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Jackson Walker LLP will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Fed. R. Bankr. P. 2014(a).

4. Jackson Walker, LLP shall not charge a markup to the NSNCo Debtors with respect to fees billed by contract attorneys ("Contractors") who are hired by Jackson Walker LLP to provide services to the NSNCo Debtors, and shall ensure that any such Contractors that are attorneys are subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code and Bankruptcy Rules.

5. To the extent the Application, Cavenaugh Declaration, or the De Souza Declaration is inconsistent with this Order, the terms of this Order shall govern.

6. Notwithstanding anything to the contrary in the Application, Jackson Walker LLP shall not be entitled to reimbursement for fees and expenses incurred in connection with any objection to its fees absent further order of this Court.

7. Jackson Walker LLP shall file a supplemental declaration with this Court and give

USTP (Seadrill) Ex. 14
Page 2 of 3

31729584v.1 151218/00003

not less than ten (10) business days' notice to the NSNCo Reorganized Debtors, U.S. Trustee, and the Official Committee of Unsecured Creditors prior to any increases in the rates set forth in the Application. The supplemental declaration shall explain the basis for the requested rate increases in accordance with 11 U.S.C. § 330(a)(3)(F) and state whether the Debtors have consented to the rate increase. The U.S. Trustee retains all rights to object to any hourly rate increases on all grounds, including the reasonableness standard set forth in § 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to § 330 of the Bankruptcy Code.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Signed: March 11, 2022.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

USTP (Seadrill) Ex. 14
Page 3 of 3

31729584v.1 151218/00003