United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 07, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL NEW FINANCE LIMITED, *et al.*,[1] | ) | Case No. 22-90001 |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | Re: Docket No. 99 |

## FINAL ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES

The Court has considered the *First and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the Debtors for the Period From January 11, 2022 Through January 12, 2022* (the "Application") filed by Jackson Walker LLP (the "Applicant").

The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $48,353.75 for the period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this order are approved on a final basis.

3. The Reorganized Debtors are authorized to disburse any unpaid amounts allowed by paragraphs 1 or 2 of this Order.

**Signed: June 06, 2022.**

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The NSNCo Reorganized Debtors in these chapter 11 cases are: Seadrill New Finance Limited; Seadrill SKR Holdco Limited; Seadrill JU Newco Bermuda Limited; Seadrill Seabras SP UK Limited; Seadrill Mobile Units UK Limited; Seadrill Partners LLC Holdco Limited; Seadrill Member LLC; Seadrill Seadragon UK Limited; Seadrill SeaMex 2 de Mexico S. de R.L. de C.V.; Sevan Drilling Rig VI AS; Sevan Drilling Rig VI Pte. Ltd.; and Seadrill Seamex SC Holdco Limited. The location of NSNCo Reorganized Debtor Seadrill New Finance Limited's principal place of business and the NSNCo Reorganized Debtors' service address in these chapter 11 cases is Par-la-Ville Place, 14 Par-la-Ville Road, Hamilton HM 08, Bermuda.

USTP (Seadrill) Ex. 15
Page 1 of 1

31876169v.4 151218/00004