| | WITNESS AND EXHIBIT LIST<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION<br><br>**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez** | | | | |
|---|---|---|---|---|---|
| **Main Case No:** | 4:23-CV-4787-AM | | | | |
| **Name of Debtor:** | Professional Fee Matters Concerning The Jackson Walker Law Firm | | | | |
| **Adversary Case No:** | | | | | |
| **Style of Adversary:** | | | | | |
| | **Amends** | | **Supplements** | | |
| **State whether this amends or supplements a previously filed Witness & Exhibit list** | **Date** | **ECF No.** | **Date** | **ECF No.** | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Hearing/Trial Date:** | March 18, 2026 | | | | |
| **Hearing Time:** | 9:00 a.m. | | | | |
| **Party's Name:** | Randy W. Williams, Chapter 7 Trustee | | | | |
| **Attorney's Name:** | C. Alexander Higginbotham | | | | |
| **Attorney's Phone:** | 281-884-9269 | | | | |
| **Nature of Proceeding(s):** | **CM/ECF No.** | **Matter** | | | |
| | 57 | Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| **WITNESS LIST** | |
|---|---|
| **Lay Witnesses:** | ==Randy W. Williams, Trustee== |
| | The Trustee reserves the right to designate rebuttal witnesses, if necessary, as well as call and/or examine any witness(es) designated by any other party to this hearing. |
| **Expert Witnesses:** | |

**Form No. 1-100**

Last Revised August 13, 2025

| | |
|---|---|
| | |
| **REBUTTAL/ IMPEACHMENT WITNESSES** | |
| **Lay Witnesses:** | The Trustee reserves the right to designate rebuttal witnesses, if necessary, as well as call and/or examine any witness(es) designated by any other party to this hearing. |
| **Expert Witnesses:** | |

| | | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| 1. | Motion to Compromise dkt 57 with Settlement Agreement and Release dkt 58 | | | |
| 2. | Notice dkt 295 Case No. 21-30936 | | | |
| 3. | Notice dkt 296 Case No. 21-30936 | | | |
| 4. | Notice dkt 298 Case No. 21-30936 | | | |
| 5. | Certificate of Service dkt 299 Case No. 21-30936 | | | |
| 6. | Application to Employ dkt 68 and Exhibits Case No. 21-30936 and Order Approving Same at dkt 131 | | | |
| 7. | Final Application for Compensation dkt 234 Case No. 21-30936 | | | |
| 8. | Order Granting Final Fee Application of Jackson Walker LLP dkt 241 Case No. 21-30936 | | | |
| 9. | U.S. Trustee Motion for Relief dkt 254 with Exhibits   Case No. 21-30936 | | | |
| 10. | US Trustee's Amended and Supplemental Motion for Relief from Judgment Pursuant to FRCP 60(B)(6) and FRBP 9024 Approving Retention and Compensation Applications of Jackson Walker LLP, Sanctions, and Related Relief dkt 284 with Exhibits Case No. 21-30936 | | | |
| 11. | U.S. Trustee's First Set of Interrogatories served 01/23/2026 | | | |
| 12. | U.S. Trustee's First Requests for Production served 01/23/2026 | | | |
| 13. | Main Case Docket for Case No. 21-30936 | | | |
| 14. | Claims Docket for Case No. 21-30936 | | | |

**Form No. 1-100**

Last Revised August 13, 2025

| | | | | |
|---|---|---|---|---|
| 15. | R. Rich May 5, 2025 email to RWW | | | |
| 16. | Docket for Adversary Proceeding No. 20-3309 | | | |
| 17. | Dockets 42, 46, 47 and 110 in Adversary Proceeding No. 20-3309 | | | |
| 18. | Docket 33 in Appeal No. 21-3369 | | | |
| 19. | Timeline demonstrative Exhibit | | | |
| 20. | The Trustee reserves the right to offer and/or rely on exhibit(s) identified and/or offered by other parties to this matter | | | |
| **REBUTTAL/IMPEACHMENT EXHIBITS** | | | | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

By: /s/ *Randy W. Williams*
Randy W. Williams, Trustee
State Bar No. 21566850
7924 Broadway
Suite 104
Pearland, Texas 77581
rww@bymanlaw.com
281 884 9262

Chapter 7 Trustee

**Form No. 1-100**

Last Revised August 13, 2025