United States District Court
Southern District of Texas
**ENTERED**
March 04, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 4:23-CV-4787 |
| Professional Fee Matters Concerning the § | |
| Jackson Walker Law Firm § | |

# ORDER
## STRIKING WITNESS AND EXHIBIT LIST
*Regarding ECF No. 208*

The Witness and Exhibit List filed by the Chapter 7 Trustee, Randy W. Williams on March 3, 2026[1], although timely filed, fails to comply General Order 2021-5, paragraph 4. Additionally, it fails to state whether the Witness and Exhibit List amends or supplements a previously filed Witness and Exhibit list by providing the date and ECF Number in the appropriate box. Accordingly, it is therefore

**ORDERED**: that

1. The Witness and Exhibit List filed by the Chapter 7 Trustee, Randy W. Williams on March 3, 2026[2] is **STRUCK.**
2. The Chapter 7 Trustee, Randy W. Williams is granted leave to timely file a proper Witness and Exhibit List which complies with General Order 2021-5, paragraph 4 no later than 12:00 noon, Central Standard Time Thursday, March 5, 2026 failure of which the Chapter 7 Trustee, Randy W. Williams will not be permitted to seek leave to amend the Witness and Exhibit List or use any Witness and Exhibit List at any hearing before this Court as it pertains to the pending "Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019."[3]
3. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

   **SIGNED March 4, 2026**

_____
**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**

---

[1] ECF No. 208.
[2] *Id.*
[3] ECF No. 57.