Form No. 9017-1(c)(2)(B)
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 4:23-CV-4787** |
| | § | |
| **Professional Fee Matters Concerning the** | § | |
| **Jackson Walker Law Firm** | § | |

## NOTICE OF INTENT TO ADDUCE TESTIMONY FROM A REMOTE LOCATION BY TELEPHONE AND VIDEO TECHNOLOGY

1. This Notice is filed pursuant to BLR 9017-1(c)(2)(B) by Steven Balasiano in his capacity as the Plan Administrator for Stage Stores, Inc. and Specialty Retailers, Inc.

2. This Notice pertains to the matters scheduled for hearing or trial in this case on March 18, 2026, at 9:00 a.m. (CT).

3. Mr. Balasiano is required to testify at the scheduled hearing or trial, and intends to testify by telephone and video technology.

4. **Any party-in-interest may object to this notice within 3 days of its filing on the Court's docket. If no party-in-interest files a timely objection, the Court will allow the identified witnesses to give testimony remotely using the Court's telephone and video technology. If the Court does not authorize the testimony to be taken remotely, the Court will schedule a date for the witness's testimony to be given live in open court. Both the witness(es) and the objector must appear in person at the scheduled date.**

Dated: March 11, 2026

**COLE SCHOTZ P.C.**

*/s/ Daniel F.X. Geoghan*
Daniel F.X. Geoghan (Texas Bar No. 24126280)
901 Main Street, Suite 4120
Dallas, TX 75202
Telephone: (469) 557-9390
Facsimile: (469) 533-1587
Email: dgeoghan@coleschotz.com

- and -

Seth Van Aalten, Esq. (Admitted *Pro Hac Vice*)
Sarah A. Carnes, Esq. (Admitted *Pro Hac Vice*)
Amanda A. Tersigni, Esq.

1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
Email: svanaalten@coleschotz.com
　　　　scarnes@coleschotz.com
　　　　atersigni@coleschotz.com

*Counsel to Steven Balasiano as Plan Administrator of Stage Stores, Inc., et al.*

**Southern District of Texas Notice  Intent to Adduce Testimony From A Remote Location  By Telephone And Video Technology**

**(Last amended July 28, 2003)**