IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>PROFESSIONAL FEE MATTERS CONCERNING THE JACKSON WALKER LAW FIRM | Civil Action No. 4:23-cv-04787 |

**NOTICE OF WITHDRAWAL OF LITIGATION TRUSTEE'S MOTION FOR ENTRY OF AN ORDER APPROVING SETTLEMENT AGREEMENT WITH JACKSON WALKER LLP**

[Relates to ECF No. 100]

TO THE HONORABLE CHIEF JUDGE ALIA MOSES:

Michael I. Goldberg, in his capacity as the Trustee of the GWG Litigation Trust (the "Litigation Trustee"), files this Notice of Withdrawal (the "Withdrawal Notice") of the Litigation Trustee's Motion for Entry of an Order Approving Settlement Agreement with Jackson Walker LLP (the "Settlement Motion") [ECF No. 100], filed on October 3, 2025, and respectfully states the following:

**BACKGROUND**

1. On April 20, 2022 and October 31, 2022, GWG Holdings, Inc. and its affiliated debtors (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas.

2. On June 20, 2023, the Bankruptcy Court entered its Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Further Modified Second Amended Joint Chapter 11 Plan (the "Confirmation Order"). The Confirmation Order established the GWG Litigation Trust and appointed Michael I. Goldberg as the Litigation Trustee.

1

3. On October 3, 2025, the Litigation Trustee filed the Settlement Motion, seeking entry of an order approving a settlement agreement (the "Proposed Settlement") by and among the Litigation Trustee and Jackson Walker LLP ("Jackson Walker"), pursuant to which Jackson Walker would pay $405,000 to resolve all claims the GWG Litigation Trust has or may have against Jackson Walker [ECF No. 100].

4. On October 24, 2025, certain objectors[1] filed their Objection to the Litigation Trustee's Motion for Entry of an Order Approving Settlement Agreement with Jackson Walker LLP [ECF No. 105].

5. On October 31, 2025, the Litigation Trustee filed his Reply Brief in Support of the Settlement Motion [ECF No. 106].

6. On November 5, 2025, Elizabeth C. Freeman filed her notice of resignation as Wind Down Trustee [ECF No. 2772]. On January 14, 2026, Tom A. Howley was appointed as the Successor Wind Down Trustee [ECF No. 2815]. The Litigation Trustee has conferred with the Successor Wind Down Trustee concerning the Proposed Settlement and he prefers that it be withdrawn.

7. On January 14, 2026, Judge Rodriguez held a status conference to determine the appropriate course of action for hearing and ruling on the pending 9019 motions involving Jackson Walker, including the GWG Settlement Motion [ECF No. 155]. The deadline for the U.S. Trustee to file his objection to the GWG Settlement Motion is April 1, 2026, and responses are due April 14, 2026.

---

[1] Gary Peterson, Chris Nakashima, John English, Jaquetta English, LT-1 Exchange Trust, LT-2 Exchange Trust, LT-3 Exchange Trust, LT-4 Exchange Trust, LT-5 Exchange Trust, LT-6 Exchange Trust, LT-7 Exchange Trust, LT-8 Exchange Trust, LT-9 Exchange Trust, LT-12 Exchange Trust, LT-14 Exchange Trust, LT-15 Exchange Trust, LT-17 Exchange Trust, LT-18 Exchange Trust, LT-19 Exchange Trust, and LT-20 Exchange Trust.

8. By order dated February 5, 2026 [ECF No. 181], Your Honor approved and adopted the Report and Recommendation of Chief United States Bankruptcy Judge Eduardo V. Rodriguez [ECF No. 169], which found that the Proposed Settlement intertwines with Jackson Walker's still-pending Final Fee Application and therefore recommended that the Settlement Motion be heard concurrently with the consolidated trial on the U.S. Trustee's Vacatur Motions.[2] Your Honor ordered that the Settlement Motion remain abated until Your Honor reviews Chief Judge Rodriguez's forthcoming report and further recommendations on the consolidated trial.

9. The Settlement Motion has not been ruled upon by the Court.

### **NOTICE OF WITHDRAWAL**

10. By this Notice, the Litigation Trustee hereby withdraws the Settlement Motion [ECF No. 100] and all related exhibits filed therewith without prejudice, including:

   a. Exhibit A [ECF No. 100-1] (Settlement Agreement and Release);
   b. Exhibit B [ECF No. 100-2] (Settlement and Distribution Estimates);
   c. Exhibit C [ECF No. 100-3] (Settlement and Distribution Estimate for GWG Litigation); and
   d. Exhibit D [ECF No. 100-4] (Proposed Order).

11. The Litigation Trustee further withdraws the Reply Brief in Support of the Settlement Motion [ECF No. 106].

12. As a result of this withdrawal, the Proposed Settlement between the Litigation Trustee and Jackson Walker is terminated, the Litigation Trustee reserves all rights, claims, and causes of action the Litigation Trust has or may have against Jackson Walker, and Jackson Walker has reserved all of its rights, claims, and defenses.

---

[2] The Vacatur Motions are defined in the Referral Order [ECF No. 109].

## CONCLUSION

**WHEREFORE**, the Litigation Trustee respectfully provides notice of the withdrawal of the Litigation Trustee's Motion for Entry of an Order Approving Settlement Agreement with Jackson Walker LLP [ECF No. 100] and all related filings and exhibits.

**Dated**: March 12, 2026                                   **REID COLLINS & TSAI LLP**

By: */s/ Nathaniel J. Palmer*
    William T. Reid, IV
    Tex. Bar No. 00788817
    S.D. Tex. Bar No. 17074
    Nathaniel J. Palmer (admitted *pro hac vice*)
    Tex. Bar No. 24065864
    Taylor A. Lewis (admitted *pro hac vice*)
    Tex. Bar No. 24138317
    1301 S. Capital of Texas Hwy
    Building C, Suite 300
    Austin, Texas 78746
    (512) 647-6100
    wreid@reidcollins.com
    npalmer@reidcollins.com
    tlewis@reidcollins.com

*Counsel for the GWG Litigation Trustee*

## CERTIFICATE OF SERVICE

I, Nathaniel J. Palmer, certify that on March 12, 2026, I caused a true and correct copy of this Motion to Withdraw the Motion for Entry of an Order Approving Settlement Agreement to be served by the Court's CM/ECF system on all parties entitled to notice.

    */s/ Nathaniel J. Palmer*
    Nathaniel J. Palmer