# WITNESS AND EXHIBIT LIST

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | | | | |
|---|---|---|---|---|
| **Main Case No:** | 4:23-CV-4787-AM | | | |
| **Name of Debtor:** | *In re: Professional Fee Matters Concerning the Jackson Walker Law Firm* | | | |
| **Adversary Case No:** | N/A | | | |
| **Style of Adversary:** | N/A | | | |

| **State whether this amends or supplements a previously filed Witness & Exhibit list** | **Amends** || **Supplements** ||
|---|---|---|---|---|
| | **Date** | **ECF No.** | **Date** | **ECF No.** |
| | 03/03/2026 | 188 | N/A | N/A |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| **Hearing/Trial Date:** | March 17 – 19, 2026 |
| **Hearing Time:** | 9:00 a.m. (Prevailing Central Time) |
| **Party's Name:** | Steven Balasiano, in his capacity as Plan Administrator of Stage Stores, Inc. and Specialty Retailers, Inc. (the "Plan Administrator") |
| **Attorney's Names:** | Daniel F.X. Geoghan<br>Sarah Carnes |
| **Attorney's Phone:** | (646) 563-8925<br>(646) 563-8958 |

| | **CM/ECF No.** | **Matter** |
|---|---|---|
| **Nature of Proceeding(s):** | 108 | Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019, including all exhibits thereto |
| | 172 | U.S. Trustee's Objection to Stage Stores, Inc.'s Motion for Entry of Order Approving Compromise of Controversy Under Bankruptcy Rule 9019 |
| | 174 | Response of Plan Administrator for Stage Stores, Inc., et al. to the U.S. Trustee's Objection to His Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019 |
| | | |

|  |  |
|---|---|
|  |  |
|  |  |
|  |  |

| WITNESS LIST ||
|---|---|
| **Lay Witnesses:** | Steven Balasiano |
|  | Any witness listed, offered, or called by any other party |
|  | Any witness required for rebuttal or impeachment |
|  |  |
|  |  |
| **Expert Witnesses:** |  |
|  |  |
|  |  |

| REBUTTAL/ IMPEACHMENT WITNESSES ||
|---|---|
| **Lay Witnesses:** |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Expert Witnesses:** |  |
|  |  |
|  |  |
|  |  |
|  |  |

|  |  | FOR COURT USE ONLY |||
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| **Stage Bankruptcy Docket (Bankr. S.D. Tex., Case No. 20-32564)** |||||
| 1. | Voluntary Petition for Stage Stores, Inc. [Docket No. 1] |  |  |  |
| 2. | Application of Jackson Walker LLP as Co-Counsel and Conflicts Counsel for the Debtors and Debtors in Possession, including all exhibits thereto [Docket No. 385] |  |  |  |
| 3. | Order Granting the Application of Debtors and Debtors-in-Possession to Retain Jackson |  |  |  |

| Ex. No. | Description | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| | | OFFERED | OBJECTION | DISPOSITION |
| | Walker LLP as Co-Counsel and Conflicts Counsel for the Debtors and Debtors in Possession [Docket No. 583] | | | |
| 4. | Order Confirming the Joint Second Amended Chapter 11 Plan of Stage Stores, Inc. and Specialty Retailers, Inc. [Docket No. 705] | | | |
| 5. | Notice of Jackson Walker LLP's First Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Co-Counsel and Conflicts Counsel to the Debtors for the Period from May 10, 2020 Through May 31, 2020 [Docket No. 750] | | | |
| 6. | Notice of Jackson Walker LLP's Second Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Co-Counsel and Conflicts Counsel to the Debtors for the Period from June 1, 2020 Through June 30, 2020 [Docket No. 758] | | | |
| 7. | Notice of Jackson Walker LLP's Third Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Co-Counsel and Conflicts Counsel to the Debtors for the Period from July 1, 2020 Through July 31, 2020 [Docket No. 759] | | | |
| 8. | Notice of Jackson Walker LLP's Fourth Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Co-Counsel and Conflicts Counsel to the Debtors for the Period from August 1, 2020 Through August 14, 2020 [Docket No. 878] | | | |
| 9. | Amended Notice of (A) Entry of Order Confirming the Joint Second Amended Chapter 11 Plan of Stage Stores, Inc. and Specialty Retailers, Inc., and (B) Occurrence of Effective Date [Docket No. 898] | | | |
| 10. | Summary and Jackson Walker LLP's First and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the Debtors for the Period from May 10, 2020 Through August 14, 2020 | | | |

| Ex. No. | Description | For Court Use Only | | |
|---|---|---|---|---|
| | | Offered | Objection | Disposition |
| | [Docket No. 931] | | | |
| 11. | Order Approving Jackson Walker LLP's First and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the Debtors for the Period from May 10, 2020 Through August 14, 2020 [Docket No. 983] | | | |
| 12. | United States Trustee's Motion for Relief from Judgment or Order Pursuant to Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving any Jackson Walker Applications for Compensation and Reimbursement of Expenses (the "Rule 60(b)(6) Motion"), including all exhibits thereto [Docket No. 1216] | | | |
| 13. | Preliminary Response of Jackson Walker LLP to Recent Filings by Office of the United States Trust, including all exhibits thereto [Docket No. 1219] | | | |
| 14. | U.S. Trustee's Amended and Supplemental Rule 60(b)(6) Motion, including all exhibits thereto [Docket 1241] | | | |
| 15. | Jackson Walker's Response in Opposition to the United States Trustee's Amended and Supplemental Rule 60(b)(6) Motion, including all exhibits thereto [Docket No. 1258] | | | |
| 16. | United States Trustee's Reply to Jackson Walker LLP's Response in Opposition to Amended and Supplemental Rule 60(b)(6) Motion, including all exhibits thereto [Docket No. 1261] | | | |
| 17. | Jackson Walker LLP's Sur-Reply in Support of Its Opposition to the U.S. Trustee's Amended and Supplemental Rule 60(b)(6) Motion [Docket No. 1272] | | | |
| 18. | Wind-Down Debtors' Joint to the United States Trustee's Rule 60(b)(6) Motion [Docket No. 1280] | | | |
| **Jackson Walker Fee Matter Docket (S.D. Tex., Case No. 23-4787)** | | | | |
| 19. | Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule | | | |

| Ex. No. | Description | For Court Use Only | | |
|---|---|---|---|---|
| | | Offered | Objection | Disposition |
| | 9019, including all exhibits thereto [Docket No. 108] | | | |
| 20. | U.S. Trustee's Objection to Stage Stores, Inc.'s Motion for Entry of Order Approving Compromise of Controversy Under Bankruptcy Rule 9019 [Docket No. 172] | | | |
| 21. | Response of Plan Administrator for Stage Stores, Inc., et al. to the U.S. Trustee's Objection to His Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019 [Docket No. 174] | | | |
| 22. | Transcript of Hearing held on May 22, 2025 before the Honorable Alia Moses, Chief United States District Judge [Docket No. 82] | | | |
| 23. | Notice of Filing of Revised Exhibit A (Settlement Agreement) To Motion of Steven Balasiano, as Plan Administrator, For Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019, including all exhibits thereto [Docket No. 228] | | | |
| **Miscellaneous** | | | | |
| 24. | Cole Schotz Engagement Letter with Steven Balasiano as Plan Administrator dated November 2, 2020 [STAGE000001-000006] | | | |
| 25. | Letter from the Honorable Marvin Isgur to Chief United States District Judge Randy Crane dated September 20, 2024 [Case No. 24-1523, Docket No. 1] | | | |
| 26. | Any exhibits listed, designated, or offered by any other party | | | |
| 27. | Any exhibits necessary for rebuttal | | | |

| **Rebuttal/Impeachment Exhibits** | | | | |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

| | | | |
|---|---|---|---|
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |

## RESERVATION OF RIGHTS

The Plan Administrator reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the hearing.

*[Remainder of Page Intentionally Left Blank]*

Dated: March 12, 2026　　　　　　　　**COLE SCHOTZ P.C.**

　　　　　　　　　　　　　　　　　*/s/ Daniel F.X. Geoghan*
　　　　　　　　　　　　　　　　　Daniel F.X. Geoghan (Texas Bar No. 24126280*)*
　　　　　　　　　　　　　　　　　901 Main Street, Suite 4120
　　　　　　　　　　　　　　　　　Dallas, TX 75202
　　　　　　　　　　　　　　　　　Telephone: (469) 557-9390
　　　　　　　　　　　　　　　　　Facsimile: (469) 533-1587
　　　　　　　　　　　　　　　　　Email: dgeoghan@coleschotz.com

　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　　Seth Van Aalten, Esq. (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　Sarah A. Carnes, Esq. (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　Amanda A. Tersigni, Esq.
　　　　　　　　　　　　　　　　　1325 Avenue of the Americas, 19th Floor
　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　Telephone: (212) 752-8000
　　　　　　　　　　　　　　　　　Facsimile: (212) 752-8393
　　　　　　　　　　　　　　　　　Email: svanaalten@coleschotz.com
　　　　　　　　　　　　　　　　　　　　　scarnes@coleschotz.com
　　　　　　　　　　　　　　　　　　　　　atersigni@coleschotz.com

　　　　　　　　　　　　　　　　　*Counsel to Steven Balasiano as Plan*
　　　　　　　　　　　　　　　　　*Administrator of Stage Stores, Inc., et al*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 12, 2026, I caused a true and correct copy of the foregoing Witness and Exhibit List to be filed with the Court and served via the Court's CM/ECF notification system upon all parties registered to receive such electronic notices in this case.

                                                     */s/ Daniel F.X. Geoghan*
                                                     Daniel F.X. Geoghan