## *Schedule 1*

**Deposition of Alan Carr, Co-Plan Administrator of the J.C. Penny Wind-Down Debtors**
**(February 9, 2026)**

| UST DESIGN. NO. | UST PAGE: LINE | JCP/JW OBJECTIONS | JCP/JW COUNTER DESIGNS. | UST OBJS. TO JW/JCP COUNTERS | ADDL. UST COUNTERS, IF APPLIC. |
|---|---|---|---|---|---|
| 1 | 9:12 – 9:17 | Not witness testimony; Irrelevant (FRE 402) | | JW and JCP counter-designations at 17:8-17:17 do not fall within original question scope | |
| 2 | 14:19 – 14:23 | | | | |
| 3 | 16:2 – 16:21 | | 16:22 – 17:17 (FRE 106; Fed. R. Civ. P. 32(a)(6)) | Form objections preserved only as to question at 39:12-13 | |
| 4 | 31:19 – 31:25 | | | | |
| 5 | 38:18 – 39:21 | Irrelevant (FRE 402); Constitutes testimony on a matter as to which the witness lacks personal knowledge (FRE 602); Assumes a fact not in evidence; Calls for speculation. | | | |
| 6 | 40:21 – 41:4 | Calls for legal conclusion; Calls for speculation; Irrelevant (FRE 402); Constitutes testimony on a matter as to which the witness lacks personal knowledge (FRE 602); Assumes a fact not in evidence. | 41:4 – 41:9 [only to extent objections are overruled for optional completeness (FRE 106; Fed R. Civ. P. 32(a)(6))] | | |

| UST DESIGN. NO. | UST PAGE: LINE | JCP/JW OBJECTIONS | JCP/JW COUNTER DESIGNS. | UST OBJS. TO JW/JCP COUNTERS | ADDL. UST COUNTERS, IF APPLIC. |
|---|---|---|---|---|---|
| 7 | 43:11 – 43:14 | | | | |
| 8 | 43:23 – 44:7 | Irrelevant (FRE 402); Constitutes testimony on a matter as to which the witness lacks personal knowledge (FRE 602); Assumes a fact not in evidence; Calls for speculation. | | No objections raised by JW or JCP during deposition | |
| 9 | 56:3 – 57:14 | | 57:15 – 58:7 (FRE 106; Fed. R. Civ. P. 32(a)(6)) | JW and JCP counter-designations regarding decreasing risk do not fall within original question scope regarding risk elimination | |
| 10 | 58:9 – 58:12 | | | | |
| 11 | 59:12 – 60:3 | | | | |
| 12 | 62:2 – 62:7 | | | | |
| 13 | 74:1 – 74:4 | | | | |
| 14 | 78:8 – 78:14 | Calls for speculation; Incomplete hypothetical; Irrelevant (FRE 402); Assumes a fact not in evidence. | 77:22 – 78:6 [only to extent objections are overruled for optional completeness (FRE 106; Fed. R. Civ. P. 32(a)(6))] | JW and JCP counter-designations regarding impairment of UST do not fall within original question scope of accepting additional funds | |

**30(b)(6) Deposition of Jackson Walker LLP**
**(February 17, 2026)**

| UST DESIGN. NO. | UST PAGE: LINE | JCP/JW OBJECTIONS | JCP/JW COUNTER DESIGNS. | UST OBJS. TO JW/JCP COUNTERS | ADDL. UST COUNTERS, IF APPLIC. |
|---|---|---|---|---|---|
| 1 | 10:9-10:14 | Not witness testimony; Irrelevant (FRE 402) | 10:19 – 11:3 [only to extent objections are overruled for optional completeness (FRE 106; Fed. R. Civ. P. 32(a)(6))] | | |
| 2 | 12:11-12:14 | Irrelevant (FRE 402) | | | |
| 3 | 15:24 - 16:4 | Irrelevant (FRE 402) | | | |
| 4 | 22:8-22:19 | Irrelevant (FRE 402) | 23:1 – 23:3; 23:21 – 23:25 [only to extent objections are overruled for optional completeness (FRE 106; Fed. R. Civ. P. 32(a)(6))] | | |
| 5 | 25:5-25:11 | Irrelevant (FRE 402) | 25:12 – 25:14 [only to extent objections are overruled for optional completeness (FRE 106; Fed. R. Civ. P. 32(a)(6))] | | |

| UST DESIGN. NO. | UST PAGE: LINE | JCP/JW OBJECTIONS | JCP/JW COUNTER DESIGNS. | UST OBJS. TO JW/JCP COUNTERS | ADDL. UST COUNTERS, IF APPLIC. |
|---|---|---|---|---|---|
| 6 | 25:15-26:9 | Irrelevant (FRE 402); Confusing /Incomplete hypothetical (FRE 403); Speculation (FRE 602); Calls for legal conclusion (FRE 701) | 26:14 – 26:19; 27:2 – 27:5; 27:14 – 27:17 [only to extent objections are overruled for optional completeness (FRE 106; Fed. R. Civ. P. 32(a)(6))] | No objections raised by JW and JCP during deposition | 26:10-13; 26:20-15; 27:7-12 |
| 7 | 29:6 - 29:17 | Irrelevant (FRE 702); Vague / Confusing (FRE 403); Calls for legal conclusion (FRE 704); Attorney-Client Privilege (FRE 502); Misleading (FRE 403) | 30:12 – 30:17 [only to extent objections are overruled for optional completeness (FRE 106; Fed. R. Civ. P. 32(a)(6))] | | |
| 8 | 30:18-30:20 | Irrelevant (FRE 402); Assumes facts not in evidence / Lack of foundation (FRE 602) | 30:12 – 30:17; 31:1 – 31:5 [only to extent objections are overruled for optional completeness (FRE 106; Fed. R. Civ. P. 32(a)(6))] | No objections raised by JW and JCP during deposition | |
| 9 | 31:6-31:8 | Irrelevant (FRE 402); Assumes facts not in evidence / Lack of foundation (FRE 602) | 31:1 – 31:5 [only to extent objections are overruled for optional completeness (FRE 106 Fed. R. Civ. P. 32(a)(6))] | No objections raised by JW and JCP during deposition | |

| UST DESIGN. NO. | UST PAGE: LINE | JCP/JW OBJECTIONS | JCP/JW COUNTER DESIGNS. | UST OBJS. TO JW/JCP COUNTERS | ADDL. UST COUNTERS, IF APPLIC. |
|---|---|---|---|---|---|
| 10 | 37:7-38:7 | Irrelevant (FRE 402); Calls for legal conclusion (FRE 704) | | No objections raised by JW and JCP during deposition | |
| 11 | 38:13-40:18 | Irrelevant (FRE 402); Mischaracterization / Unfair Prejudice (FRE 403); Best evidence (FRE 1002); Calls for legal conclusion (FRE 704) | 41:12 – 41:16; 42:1 – 42:10 [only to extent objections are overruled for optional completeness (FRE 106; Fed R. Civ. P. 32(a)(6))] | Except 39:2-5, no objections raised by JW and JCP during deposition | 41:24-25 |
| 12 | 43:24-44:4 | Irrelevant (FRE 402) | | | |
| 13 | 46:9-46:20 | Irrelevant (FRE 402); Confusing / Incomplete hypothetical (FRE 403); Speculation (FRE 602); Assumes facts not in evidence / Lack of foundation (FRE 602); Vague (FRE 403) | | No objections raised by JW and JCP during deposition to 46:16-20 | |

| UST DESIGN. NO. | UST PAGE: LINE | JCP/JW OBJECTIONS | JCP/JW COUNTER DESIGNS. | UST OBJS. TO JW/JCP COUNTERS | ADDL. UST COUNTERS, IF APPLIC. | |
|---|---|---|---|---|---|---|
| 14 | 47:9-48:10 | Irrelevant (FRE 402); Speculation (FRE 602); Vague / Confusing / Incomplete hypothetical (FRE 403); Assumes facts not in evidence / Lack of foundation (FRE 602); Harassing (FRE 403); Not witness testimony | 51:21 – 52:4; 52:8 – 52:21 [only to extent objections are overruled for optional completeness (FRE 106; Fed R. Civ. P. 32(a)(6))] | Except 48:2-10, no objections raised by JW and JCP during deposition. Also, JW and JCP counter-designations regarding deposition Exhibit 16 do not fall within original question scope because Exhibit had yet to even be marked. | 51:12-20, 52:5-7 | |
| 15 | 52:23-53:7 | Irrelevant (FRE 402); Harassing (FRE 403); Vague (FRE 403) Speculation (FRE 602); Assumes facts not in evidence / Lack of foundation (FRE 602) | | | | |
| 16 | 53:24-54:15 | Irrelevant (FRE 402); Vague (FRE 403); Speculation (FRE 602); Confusing / Incomplete hypothetical (FRE 403); Assumes facts not in evidence / Lack of foundation (FRE 602); | | | | |