**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: § § | |
| Professional Fee Matters Concerning the § Jackson Walker Law Firm § § § | Civil Action No. 4:23-CV-4787-AM |

## <u>JOINT STIPULATION</u>

TO CHIEF UNITED STATES BANKRUPTCY JUDGE EDUARDO V. RODRIGUEZ:

Kevin M. Epstein, the United States Trustee for Region 7 (the "<u>U.S. Trustee</u>"), the Settling Parties[1] and Jackson Walker LLP ("<u>Jackson Walker</u>", and together with the U.S. Trustee and the Settling Parties, the "<u>Parties</u>") file this Joint Stipulation in connection with the evidentiary hearings on (I) "[w]hether an alternative [to approval] exists that would best serve the interests of the affected parties while preserving the merits of the Vacatur Motions"; and (II) the Settlement Motions identified in the January 14, 2026 *Order Setting In-Person Evidentiary Hearing*, Dkt. No. 156.  The Parties stipulate as follows:

1.      Jackson Walker contends that the Vacatur Motions assert estate claims. The U.S. Trustee contends that the Vacatur Motions seek independent and distinct relief from claims the estates may hold.

---

[1] The Settling Parties include: (1) Old Copper Company Inc. F/K/A J. C. Penney Company Inc. and Copper Sub Corporation, Inc. F/K/A J. C. Penney Corporation, Inc., As Wind Down Debtors In J. C. Penney Direct Marketing Services LLC, by and through its Plan Administrators; (2) Steven Balasiano, solely in his capacity as Plan Administrator for each of the wind-down debtors in the jointly administered cases of Stage Stores, Inc.; (3) Seadrill Partners, LLC Reorganized Debtors and the Seadrill Limited Reorganized Debtors; (4) Randy W. Williams, Chapter 7 trustee for Brilliant Energy, LLC; (5) David Dunn, Liquidation Trustee for the Basic Energy Liquidation Trust; (6) David Dunn, Plan Agent and sole manager, sole director, sole officer and sole representative of 4E Brands Northamerica LLC; (7) Patrick Bartels, as Trustee for the Strike Liquidating Trust; (8) Patrick Bartels, as Plan Agent for the Wind-Down Debtor In re Auto Plus Auto Sales LLC (formerly In re IEH Auto Parts Holding, LLC, et al.); and (9) Sungard AS New Holdings, LLC, the wind-down debtor, by and through Drivetrain LLC, the Plan Administrator.

2.    The Parties acknowledge and agree that the Settlement Agreements do not address or adjudicate the issues in the preceding paragraph.

3.    The Parties recognize that the Settlement Agreements do not limit, restrict, or affect any court's duties or authority to adjudicate the Vacatur Motions.  If the court orders monetary relief in the Vacatur Motions in any of the settling cases over Jackson Walker's pending objections to the U.S. Trustee's standing or Jackson Walker's other pending objections, the post-confirmation entities and/or the chapter 7 estate of Brilliant Energy, LLC, as applicable, will not be precluded from accepting payment of funds from Jackson Walker.

4.    Jackson Walker may seek to introduce into evidence any Settlement Agreement at a trial on the Vacatur Motions, and the U.S. Trustee has the right to oppose such offer into evidence.

5.    Nothing obligates nor precludes a court from considering the Settlement Agreement in adjudicating any relief sought by the U.S. Trustee in its Vacatur Motions, and both Jackson Walker's and the U.S. Trustee's rights are preserved in all respects.

6.    The stipulations made herein resolve the U.S. Trustee's objections to the Settlement Agreements entered into between Jackson Walker and the Settling Parties.

Dated: March 19, 2026                          Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**      **KEVIN M. EPSTEIN**
                                      **UNITED STATES TRUSTEE**
*/s/ Jason L. Boland*                 **REGION 7, SOUTHERN AND WESTERN**
Jason L. Boland (SBT 24040542)        **DISTRICTS OF TEXAS**
*Attorney-in-Charge*
Federal I.D. No. 37238                */s/ Millie Aponte Sall*
William Greendyke (SBT 08390450)      MILLIE APONTE SALL
Federal I.D. No. 576573               Assistant U.S. Trustee
Julie Harrison (SBT 24092434)         Tex. Bar No. 01278050/Fed. ID No. 11271
Federal I.D. No. 3017799              VIANEY GARZA
Maria Mokrzycka (SBT 24119994)        Trial Attorney

2

Federal I.D. No. 3610759
1550 Lamar, Suite 2000
Houston, Texas 77010
Telephone:  (713) 651-5151
jason.boland@nortonrosefulbright.com
william.greendyke@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com
maria.mokrzycka@nortonrosefulbright.com

Paul Trahan (SBT 24003075)
Federal I.D. No. 563869
Emily Wolf (SBT 24106595)
Federal I.D. No. 3892373
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
paul.trahan@nortonrosefulbright.com
emily.wolf@nortonrosefulbright.com


-and-


**RUSTY HARDIN & ASSOCIATES, LLP**
Russell Hardin, Jr. (SBT 08972800)
*Attorney-in-Charge*
Federal I.D. No. 19424
Jennifer E. Brevorka (SBT 24082727)
Federal I.D. No. 1725400
Emily Smith (SBT 24083876)
Federal I.D. No. 1890677
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
rhardin@rustyhardin.com
jbrevorka@rustyhardin.com
esmith@rustyhardin.com


*Counsel for Jackson Walker LLP*


-and-


**McCLOSKEY ROBERSON WOOLLEY, PLLC**

*/s/ Thomas A. Woolley, III*
Thomas A. Woolley, III

Tex. Bar No. 24083057/Fed. ID No. 1812278
LAURA D. STEELE
Trial Attorney
Wis. Bar No. 1065702/Fed. ID No. 3878215
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4650 – Telephone
(713) 718-4670 – Fax
Email: millie.sall@usdoj.gov
        vianey.garza@usdoj.gov
        laura.steele@usdoj.gov


**HAYNES AND BOONE, LLP**

By:  */s/ Eli O. Columbus*
Ian T. Peck, State Bar No. 24013306
Eli O. Columbus, State Bar No. 24028062
Jordan E. Chavez, State Bar No. 24109883
HAYNES AND BOONE, LLP
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
Telephone: 214.651.5000
Facsimile:  214.651.5940
Email: ian.peck@haynesboone.com
Email: eli.columbus@haynesboone.com
Email: jordan.chavez@haynesboone.com


-and-


David Trausch, State Bar No. 24113513
**HAYNES AND BOONE, LLP**
1221 McKinney Street, Suite 4000
Houston, TX 77010
Telephone: 713-547-2000
Email: david.trausch@haynesboone.com


*COUNSEL FOR OLD COPPER COMPANY, INC. F/K/A J. C. PENNEY COMPANY, INC. AND COPPER SUB CORPORATION, INC. F/K/A J. C. PENNEY CORPORATION, INC*


-and-


*/s/ Philip G. Eisenberg*
Philip G. Eisenberg


3

SBOT: 24042193
Timothy M. McCloskey
SBOT: 13417650
Carissa N. Brewster
SBOT: 24122933
190 TC Jester Blvd., Suite 400
Houston, TX 77007
713-337-3900
713-337-3915 (fax)
Tmccloskey@mrwpllc.com
Rwoolley@mrwpllc.com
cbrewster@mrwpllc.com

*Counsel for Patrick Bartels as Trustee for the Strike Liquidating Trust and as Plan Agent for the Wind-Down Debtor In re Auto Plus Auto Sales LLC*

-and-

**BYMAN & ASSOCIATES, PLLC**

*/s/ Randy W. Williams, Chapter 7 Trustee*
Randy W. Williams
(Texas State Bar No. 21566850)
7924 Broadway, Suite 104
Pearland, TX 77581
281-884-9269 Office Phone
281-884-9263 Fax
rww@bymanlaw.com

*Chapter 7 Trustee for Brilliant Energy*

-and-

**BONDS ELLIS EPPICH SCHAFER JONES LLP**

*/s/ Ken Green*
Ken Green (Texas State Bar No. 24036677)
Aaron M. Guerrero (Texas State Bar No. 24050698)
Bryan Prentice (Texas State Bar No. 24099787)
402 Heights Boulevard
Houston, Texas 77007

Texas Bar Number 24033923
Simon R. Mayer
Texas Bar Number 24060243
**TROUTMAN PEPPER LOCKE LLP**
600 Travis Street, Suite 2800
Houston, TX 77002
Telephone: 713-226-1200
Facsimile: 713-226-3717
Email: phil.eisenberg@troutman.com
        simon.mayer@troutman.com

*Attorneys for the Seadrill Partners, LLC Reorganized Debtors and the Seadrill Limited Reorganized Debtors*

-and-

**COLE SCHOTZ P.C.**

*/s/ Daniel F. X. Geoghan*
Daniel F.X. Geoghan (Texas Bar No. 24126280)
**COLE SCHOTZ P.C.**
901 Main Street, Suite 4120
Dallas, TX 75202
Telephone: (469) 557-9390
Facsimile: (469) 533-1587
Email: dgeoghan@coleschotz.com

-and-

Seth Van Aalten, Esq. (Admitted Pro Hac Vice)
Sarah A. Carnes, Esq. (Admitted Pro Hac Vice)
Bryant P. Churbuck, Esq.
**COLE SCHOTZ P.C.**
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
Email: svanaalten@coleschotz.com
        scarnes@coleschotz.com
        bchurbuck@coleschotz.com

*Counsel to Steven Balasiano as Plan Administrator of Stage Stores, Inc., et al*

-and-

4

(713) 335-4990 telephone
(832) 740-1411 facsimile
ken.green@bondsellis.com
aaron.guerrero@bondsellis.com
bryan.prentice@bondsellis.com

**COUNSEL FOR DAVID DUNN,
LIQUIDATION TRUSTEE FOR THE
BASIC ENERGY LIQUIDATION
TRUST AND AS PLAN AGENT OF 4E
BRANDS NORTHAMERICA LLC**

**COLE SCHOTZ P.C.**

*/s/ Daniel F. X. Geoghan*
Daniel F.X. Geoghan (Texas Bar No. 24126280)
901 Main Street, Suite 4120
Dallas, TX 75202
Telephone: (469) 557-9390
Email: dgeoghan@coleschotz.com

-and-

Mark Tsukerman
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Email: mtsukerman@coleschotz.com

*Counsel to the Sungard Wind-Down Debtors and
the Plan Administrator*

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2026, I caused a copy of this Joint Stipulation to be served by the Electronic Case Filing System for the United States District Court for the Southern District of Texas.

*/s/ Jason L. Boland*
Jason L. Boland

5