IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Professional Fee Matters Concerning | § | Civil Action No. 4:23-cv-04787 |
| the Jackson Walker Law Firm | § | |
| | § | |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Leah M. Graham is withdrawn as counsel for Jackson

Walker LLP in the above-captioned case. Ms. Graham is no longer with the law firm of RUSTY

HARDIN & ASSOCIATES, LLP and, as such, should be removed from the official mailing matrix and

service list in this case.

PREVIOUS
Leah M. Graham
**RUSTY HARDIN & ASSOCIATES, LLP**
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800
Email: lgraham@rustyhardin.com

CURRENT
Leah M. Graham
**SORRELS LAW**
230 Westcott Street, Suite 100
Houston, Texas 77007
Telephone: (713) 496-1100
Facsimile: (713) 238-9500
Email: leah@sorrelslaw.com

*Notice of Withdrawal of Counsel*                                                      **Page 1**

Respectfully submitted,

**RUSTY HARDIN & ASSOCIATES, LLP**

   */s/ Russell Hardin, Jr.*
Russell Hardin, Jr. (SBT 08972800)
   Attorney-in-Charge
   Federal I.D. No. 19424
Jennifer E. Brevorka (SBT 24082727)
   Federal I.D. No. 1725400
Emily Smith (SBT 24083876)
   Federal I.D. No. 1890677
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas  77010
Telephone: (713) 652-9000
rhardin@rustyhardin.com
jbrevorka@rustyhardin.com
esmith@rustyhardin.com

***Co-Counsel for Jackson Walker LLP***

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2026, I caused a copy of this Notice of Withdrawal of Counsel to be served by the Electronic Case Filing System for the United States District Court for the Southern District of Texas.

   */s/ Russell Hardin, Jr.*
Russell Hardin, Jr.