**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 4:23-cv-4787** |
| **Professional Fee Matters Concerning the** | § | |
| **Jackson Walker Law Firm** | § | |

**NOTICE OF DESIGNATION OF TRIAL TESTIMONY IN THE MATTER OF**
**AUTO PLUS AUTO SALES LLC[1]**

TO THE HONORABLE EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE:

Kevin M. Epstein, the United States Trustee for Region 7 ("U.S. Trustee"), Patrick Bartels, Plan Agent for the Auto Plus Auto Sales LLC Wind-Down Debtors ("Plan Agent"),[2] and Jackson Walker LLP, by and through their respective counsel (collectively, the "Parties"), file this notice regarding the designation of trial testimony elicited from the March 17, 2026, Rule 9019 motion hearing of *In re Strike, LLC* (Case No. 21-90054).

The Plan Agent provides the designations below from the *Strike* Rule 9019 motion hearing which, by agreement of the Parties, may be incorporated into the record for the *Auto Plus* Rule 9019 motion hearing.

| Designation No. | Strike Trial Testimony Transcript Designations |
|---|---|
| 1 | P. 175, Line 10 - Line 24 |
| 2 | P. 180, Line 24 - Page 181, Line 14 |
| 3 | P. 181, Line 23 - Page 182, Line 3 |
| 4 | P. 182, Line 4-14 |
| 5 | P. 182, Line 25-P. 183, Line 8 |
| 6 | P. 184, Line 3 - Page 185, Line 2 |
| 7 | P. 193, Line 20 - Page 194, Line 9 |

---

[1] Relates to *In re Auto Plus Auto Sales LLC* (formerly *In re IEH Auto Parts Holding, LLC, et al.*), Bankruptcy Case No. 23-90055 (formerly Bankruptcy Case No. 23-90054).

[2] References to "Debtors," "Auto Plus," or "IEH" includes each of the following: IEH Auto Parts Holding LLC; AP Acquisition Company Clark LLC; AP Acquisition Company Gordon LLC; AP Acquisition Company Massachusetts LLC; AP Acquisition Company Missouri LLC; AP Acquisition Company New York LLC; AP Acquisition Company North Carolina LLC; AP Acquisition Company Washington LLC; Auto Plus Auto Sales LLC; IEH AIM LLC; IEH Auto Parts LLC; IEH Auto Parts Puerto Rico, Inc.; and IEH BA LLC.

Because the March 19, 2026, stipulation among the Parties resolved the U.S. Trustee's objection to the *Auto Plus* Rule 9019 motion (*see* ECF No. 170; ECF No. 255), the U.S. Trustee does not intend to submit designations unless directed to by the Court.

Date: April 2, 2026

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE, REGION 7

By: */s/ Laura D. Steele*
Millie Aponte Sall, Assistant U.S. Trustee
Tex. Bar No. 01278050/Fed. ID No. 11271
Vianey Garza, Trial Attorney
Tex. Bar No. 24083057/Fed. ID No. 1812278
Laura D. Steele, Trial Attorney
Wis. Bar No. 1065702/Fed. ID No. 3878215
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4650 – Telephone
(713) 718-4670 – Fax
Email: millie.sall@usdoj.gov
        vianey.garza@usdoj.gov
        laura.steele@usdoj.gov

Date: April 2, 2026

**McCLOSKEY ROBERSON WOOLLEY, PLLC**
*Attorneys for Patrick Bartels, Plan Agent for the Auto Plus Auto Sales LLC Wind-Down Debtors*

By: */s/ Carissa N. Brewster*
Thomas A. Woolley, III
SBOT: 24042193
Timothy M. McCloskey
SBOT: 13417650
Carissa N. Brewster
SBOT: 24122933
190 TC Jester Blvd., Suite 400
Houston, TX 77007
713-337-3900
713-337-3915 (fax)
rwoolley@mrwpllc.com
tmccloskey@mrwpllc.com
cbrewster@mrwpllc.com

Date: April 2, 2026

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Jason L. Boland*
Jason L. Boland (SBT 24040542)
*Attorney-in-Charge*
Federal I.D. No. 37238
William Greendyke (SBT 08390450)
Federal I.D. No. 576573
Julie Harrison (SBT 24092434)
Federal I.D. No. 3017799
Maria Mokrzycka (SBT 24119994)
Federal I.D. No. 3610759
1550 Lamar, Suite 2000
Houston, Texas 77010
Telephone:  (713) 651-5151
jason.boland@nortonrosefulbright.com
william.greendyke@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com
maria.mokrzycka@nortonrosefulbright.com

Paul Trahan (SBT 24003075)
Federal I.D. No. 563869
Emily Wolf (SBT 24106595)
Federal I.D. No. 3892373
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
paul.trahan@nortonrosefulbright.com
emily.wolf@nortonrosefulbright.com

**RUSTY HARDIN & ASSOCIATES, LLP**
Russell Hardin, Jr. (SBT 08972800)
*Attorney-in-Charge*
Federal I.D. No. 19424
Jennifer E. Brevorka (SBT 24082727)
Federal I.D. No. 1725400
Emily Smith (SBT 24083876)
Federal I.D. No. 1890677
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
rhardin@rustyhardin.com
jbrevorka@rustyhardin.com
esmith@rustyhardin.com

*Counsel for Jackson Walker LLP*