**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Professional Fee Matters Concerning | § | Case No. 4:23-CV-4787 |
| the Jackson Walker Law Firm | § | |
| | § | |
| | § | |
| | § | |

**JOINT EMERGENCY MOTION OF JACKSON WALKER LLP AND THE UNITED
STATES TRUSTEE FOR ENTRY OF AN ORDER EXTENDING DEADLINES**
[Relates to Dkt. No. 287]

**EMERGENCY RELIEF HAS BEEN REQUESTED.  IF THE COURT
CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU
WILL HAVE LESS THAN 21 DAYS TO ANSWER.  IF YOU OBJECT TO
THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE
EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD
FILE AN IMMEDIATE RESPONSE.**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT
YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY
CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU
AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A
RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST
FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE
THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY
THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A
TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT
FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND
HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE
HEARING.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT
MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE
THE MOTION AT THE HEARING.**

**REPRESENTED   PARTIES   SHOULD   ACT   THROUGH   THEIR
ATTORNEY.**

**RELIEF IS REQUESTED NOT LATER THAN 5:00 PM (PREVAILING
CENTRAL TIME) ON JULY 20, 2026.**

305784931.2                                      - 1 -

**TO THE HONORABLE UNITED STATES CHIEF BANKRUPTCY JUDGE:**

Jackson Walker LLP ("Jackson Walker") and the United States Trustee (the "U.S. Trustee", and together with Jackson Walker, the "Parties") file this *Joint Emergency Motion for Entry of an Order Extending Deadlines* (the "Motion"), requesting that this Court extend the deadlines set forth in the July 14, 2026 *Order for Non-Evidentiary Scheduling Conference* [Dkt. No. 287] (the "Order") by sixty (60) days.  In support of this Motion, the Parties respectfully state as follows:

1.      With the encouragement of this Court during the March 17-19, 2026, settlement hearings, the Parties were able to negotiate and file the *Joint Stipulation* [Dkt. No. 255] which led to the resolution of the U.S. Trustee's objections to the Settlement Agreements between Jackson Walker and the Settling Parties (each term as defined in the Joint Stipulation).[1]

2.      Encouraged by the progress made at those hearings, the Parties built on that momentum and engaged in substantive settlement discussions to potentially resolve the U.S. Trustee's Vacatur Motions.

3.      In that spirit and following the March 17-19, 2026, settlement hearings, the Parties participated in ongoing and frequent settlement discussions, and on June 29th and June 30th, the Parties convened an in-person, two-day meeting in San Antonio where material progress was made.  Following that in-person meeting, the Parties have held weekly video conferences—the most recent of which was on July 16th—and represent that progress continues to be made.

4.      While the Parties have not yet reached  a complete resolution, each is hopeful that, with additional time, an agreement may be reached that would avoid the need for this Court, the

---

[1] On July 10, 2026, this Court issued its Report and Recommendation to the United States District Court (the "R&R") recommending approval of the various private party settlement agreement.  The R&R is currently pending before Chief Judge Moses for consideration.

Parties, and other parties in interest[2] to expend considerable time and resources on litigating the merits of the U.S. Trustee's Vacatur Motions, including related issues like the Standing Motions.

5.    Based on the progress made to date, the Parties jointly and respectfully request that the Court extend the deadlines set forth in the Order by sixty (60) days.  The Parties are mindful of this Court's instruction that changes to the Order will only be granted for good cause shown and only in very limited circumstances, and the Parties jointly submit that their active, ongoing settlement discussions—and the progress made to date—constitute precisely the kind of compelling circumstance that justifies a brief extension.  No party in interest will be prejudiced by this extension; to the contrary; a negotiated resolution would serve the interests of all estates and parties involved.

6.    The Parties further commit to filing a joint written progress report with the Court no later than sixty(60) days from the date of any order granting this Motion, or sooner in the event that a settlement is reached.

7.    The Parties respectfully request emergency consideration of this Motion in accordance with Bankruptcy Local Rule 9013-1(i).  An emergency exists due to the upcoming deadlines set forth in the Order, beginning on July 21, 2026.

---

[2] In advance of filing this Motion, the parties in interest identified in the Order received a draft of this Motion.  As of this filing, no party in interest has opposed the relief requested herein, which Jackson Walker and the U.S. Trustee believe will avoid the need for such parties to expend greater resources.

Date: July 17, 2026

Respectfully Submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: */s/  Jason L. Boland*
Jason L. Boland (SBT 24040542)
Julie G. Harrison (SBT 24092434)
Maria Mokrzycka (SBT 24119994)
1550 Lamar Street, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
jason.boland@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com
maria.mokrzycka@nortonrosefulbright.com

-and-

**RUSTY HARDIN & ASSOCIATES, LLP**

Russell Hardin, Jr. (SBT 08972800)
Emily Smith (SBT 24083876)
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
rhardin@rustyhardin.com
esmith@rustyhardin.com

*Counsel for Jackson Walker LLP*

**KEVIN M. EPSTEIN**
**UNITED STATES TRUSTEE**
Region 7, Southern and Western
Districts of Texas

*/s/ Millie A. Sall*
Millie Aponte Sall, Assistant U.S. Trustee
Tex. Bar No. 01278050/Fed. ID No. 11271
Vianey Garza, Trial Attorney
Tex. Bar No. 24083057/Fed. ID No. 1812278
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4650 – Telephone
(713) 718-4670 – Fax
Email:millie.sall@usdoj.gov
        vianey.garza@usdoj.gov

305784931.2

- 4 -

**CERTIFICATE OF ACCURACY**

I hereby certify that the facts and circumstances described in the above pleading giving rise to the emergency request for relief are true and correct to the best of my knowledge, information, and belief.

*/s/ Jason L. Boland*
Jason L. Boland


*/s/ Millie Sall*
Millie Sall


**CERTIFICATE OF SERVICE**

I hereby certify that on July [ ], 2026, I caused a copy of the foregoing Motion to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on all parties registered to receive such service.

*/s/ Jason L. Boland*
Jason L. Boland

305784931.2

- 5 -