**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Professional Fee Matters Concerning the | § | Civil Action No. 4:23-CV-4787-AM |
| Jackson Walker Law Firm | § | |
| | § | |

### JACKSON WALKER LLP'S NOTICE REGARDING STANDING BRIEFING

In advance of the scheduling conference scheduled on August 4, 2026 as ordered in this Court's *Order for Non-Evidentiary Scheduling Conference*, Jackson Walker LLP submits this Notice to provide the Court with the attached **Exhibit A**, which includes references to all briefing in which Jackson Walker contends that the U.S. Trustee lacks standing to pursue the relief sought in the Vacatur Motions.

In summary, Jackson Walker challenged the U.S. Trustee's standing in its Response and Sur-Reply filed in each of the Affected Cases, which are identified in Exhibit A below.  The U.S. Trustee responded to Jackson Walker's standing challenge in its Reply filed in each of the Affected Cases.  Both the U.S. Trustee and Jackson Walker filed briefs specifically addressing the U.S. Trustee's standing in the *In re La Forta – Gestao e Investmentos* and *In re Altera Infrastructure Project Services LLC, et al.* cases.[1]

*[Remainder of Page Intentionally Left Blank]*

---

[1] After holding a hearing on September 16, 2024, Judge Isgur ordered specific briefing "on whether the United States Trustee had standing to seek a return of the fees in light of the plan provision vesting all recoveries in the Reorganized Debtors" to be filed in only these two cases by agreement.  *See* Case No. 22-90129, Dkt. No. 139 p.32-33; Dkt. No. 134; Case No. 22-90126, Dkt. Nos. 341 & 348.

1

Dated:  July 21, 2026

**NORTON ROSE FULBRIGHT US LLP**     **RUSTY HARDIN & ASSOCIATES, LLP**

*/s/ Jason L. Boland*
Jason L. Boland (SBT 24040542)       Russell Hardin, Jr. (SBT 08972800)
Federal I.D. No. 37238               *Attorney-in-Charge*
Julie Harrison (SBT 24092434)        Federal I.D. No. 19424
Federal I.D. No. 3017799             Jennifer E. Brevorka (SBT 24082727)
Maria Mokrzycka (SBT 24119994)       Federal I.D. No. 1725400
Federal I.D. No. 3610759             Emily Smith (SBT 24083876)
1550 Lamar, Suite 2000               Federal I.D. No. 1890677
Houston, Texas 77010                 5 Houston Center
Telephone:  (713) 651-5151           1401 McKinney, Suite 2250
jason.boland@nortonrosefulbright.com Houston, Texas 77010
julie.harrison@nortonrosefulbright.com  Telephone: (713) 652-9000
maria.mokrzycka@nortonrosefulbright.com rhardin@rustyhardin.com
                                     jbrevorka@rustyhardin.com
Paul Trahan (SBT 24003075)           esmith@rustyhardin.com
Federal I.D. No. 563869
98 San Jacinto Blvd., Suite 1100     *Counsel for Jackson Walker LLP*
Austin, Texas 78701
Telephone: (512) 474-5201
paul.trahan@nortonrosefulbright.com

*Counsel for Jackson Walker LLP*

### CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2026, a true and correct copy of the foregoing was filed via the CM/ECF system which served the document on all counsel of record.

*/s/ Jason L. Boland*
Jason L. Boland