**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **Professional Fee Matters Concerning the** | § | **Civil Action No. 4:23-cv-04787** |
| **Jackson Walker Law Firm** | § | |
| | § | |

**UNITED STATES TRUSTEE'S SUMMARY AND**
**SUPPLEMENT OF BRIEFING ON STANDING**

Kevin M. Epstein, United States Trustee for Region 7 ("U.S. Trustee"), pursuant to the Court's July 14, 2026, Order [ECF No. 287] files this Summary and Supplement of Briefing on Standing regarding the Affected Bankruptcy Cases.[1]

### A.　　Prior Briefing and Proceedings on Standing

The Court ordered that the parties specifically identify any briefing on standing that has been filed in any of the Affected Bankruptcy Cases. U.S. Trustee adopts **Exhibit A** filed by Jackson Walker LLP ("Jackson Walker") pursuant to the July 14, 2026, Order, as a comprehensive list of such briefing. [ECF No. 291-1]. For completeness, the U.S. Trustee adds the following pleadings that include briefing on standing:

| Bankruptcy Case | Pleadings |
|---|---|
| *In re GWG Holdings, Inc., et al.,* Case No. *22-90032* | **ECF No. 2463**: United States Trustee's Reply to Jackson Walker LLP's Response in Opposition to the United States Trustee's Motion for (1) Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(B)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving the Compensation Applications of Jackson Walker LLP, (2) Sanctions, and (3) Related Relief, Section II.F. [Relates to ECF No. 2460]. |
| *In re Honx, Inc.* 22-90035 | **ECF No. 1467:** United States Trustee's Reply to Jackson Walker LLP's Response in Opposition to the United States Trustee's Motion for (1) Relief from Judgment Pursuant to |

---

[1] As defined in the District Court's November 12, 2025, Order, ECF No. 109.

| | Federal Rule of Civil Procedure 60(B)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving the Compensation Applications of Jackson Walker LLP, (2) Sanctions, and (3) Related Relief, Section II.G. [Relates to ECF No. 1456]. |
|---|---|

The U.S. Trustee also identifies the stipulations made on the record at the December 9, 2025, hearing and Court Minutes which reference Jackson Walker's agreement that (i) the parties' briefing applies to all Affected Bankruptcy Cases [*see* Dec. 9, 2025, Hrg. Tr. 97:16-19][2], and (ii) the U.S. Trustee has standing to seek vacatur of Jackson Walker's employment and fee orders [*id*. at 100:2-23]. Jackson Walker disputes that the U.S. Trustee has standing to seek disgorgement of money. [*Id*.] As to this narrow remaining issue, the Court indicated a willingness to grant the parties the ability to present additional argument and evidence at a merits trial if the U.S. Trustee prevailed on vacatur. [Dec. 9, 2025, Virtual ECF Entry (Item #8. Standing)].

### B.    Supplemental Authority

Following the above briefing and proceedings, the U.S. District Court for the Southern District of Texas decided *Epstein v. Container Store Group, Inc. (In re Container Store Group, Inc.)*, 676 B.R. 356, 368-71 (S.D. Tex. 2026) (rejecting a challenge to the U.S. Trustee's standing), *cross-appeal docketed*, No. 26-20166, (5th Cir. Apr. 24, 2026). The U.S. Trustee attaches a copy of this decision for the Court's reference as **Supplement 1.**

*[signature follows]*

---

[2] The December 9, 2025, hearing transcript is available on the docket in *In re Professional Fee Matters Concerning the Jackson Walker Law Firm*, S.D. Tex. Bankr. Case No. 23-645 at ECF No. 656.

Date: July 21, 2026

Respectfully Submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE


*/s/ Laura D. Steele*
Millie Aponte Sall, Assistant U.S. Trustee
Tex. Bar No. 01278050/Fed. ID No. 11271
Laura D. Steele, Assistant U.S. Trustee (Detail)
Wis. Bar No. 1065702/Fed. ID No. 3878215
Vianey Garza, Trial Attorney
Tex. Bar No. 24083057/Fed. ID No. 1812278
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4650 – Telephone
(713) 718-4670 – Fax
Email: millie.sall@usdoj.gov
         laura.steele@usdoj.gov
         vianey.garza@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 21, 2026, a copy of the foregoing pleading was served on all parties entitled to electronic notice through the Court's CM/ECF system.

*/s/ Laura D. Steele*
Laura D. Steele
