**UNITED STATES DISTRICT COURT SOUTHERN**
**DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In Re:** | § § § § § | **Case No.:** <br> **4:23-CV-4787-AM** |
| **Professional Fee Matters Concerning** <br> **the Jackson Walker Law Firm** | | |

**WITNESS AND EXHIBIT LIST**

| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | |
|---|---|
| **Main Case No:**  4:23-CV-4787-AM | **Name of Debtor:**  *In re EXCO Resources, Inc., et al.*, Case No. 18-30155; *In re Westmoreland Coal Company Asset Corp., et al.*, Case No. 18-35689; *In re Jones Energy, Inc., et al.*, Case No. 19-32112; *In re Sanchez Energy Corporation, et al.*, Case No. 19-34508; *In re McDermott International, Inc., et al.*, Case No. 20-30336; *In re Sheridan Production Partners I-A, L.P., et al.*, Case No. 20-31886; *In re Whiting Petroleum Corporation, et al.*, Case No. 20-32021; *In re Neiman Marcus Group LTD LLC, et al.*, Case No. 20-32519: *In re Stage Stores, Inc., et al.*, Case No. 20-32564; *In re J. C. Penney Direct Marketing Services LLC, et al.*, Case No. 20-20184; *In re Energy Services Puerto Rico, LLC, et al.*, Case No. 20-32680; *In re Chesapeake Exploration, LLC, et al.*, Case No. 20-33239; *In re Covia Finance Company LLC, et al.*, Case No. 20-33302; *In re Volusion, LLC*, Case No. 20-50082; *In re Denbury Holdings, Inc., et al.*, Case No. 20-33812; *In re TMW Merchants LLC, et al.*, Case No. 20-33916; *In re iQor Holdings Inc., et al.*, Case No. 20-34500; *In re Tug Robert J. Bouchard, Corporation, et al.*, Case No. 20-34758; *In re Mule Sky LLC, et al.*, Case No. 20-35561;*In re Seadrill Operating GP, LLC*, Case No. 20-35760; *In re Seadrill Limited, et al.*, Case No. 21-30427; *In re Brilliant Energy, LLC*, Case No. 21-30936; *In re Katerra, Inc., et al.*, Case No. 21-31861;*In re Basic Energy Services, Inc., et al.*, Case No. 21-90002; *In re Strike LLC, et al.*, Case No. 21-90054; *In re Seadrill Member LLC, et al.*, Case No. 22-90002; *In re 4E* |

|  | *Brands Northamerica LLC*, Case No. 22-50009; *In re Sungard AS New Holdings, LLC, et al.*, Case No. 22-90018; *In re La Forta – Gestao e Investmentos*, Case No. 22-90126; *In re Altera Infrastructure Project Services LLC, et al.*, Case No. 22-90129; *In re Auto Plus Auto Sales LLC, et al.*, Case No. 23-90055; *In re GWG Holdings, Inc., et al.*, Case No. 22-90032; *In re Honx, Inc.*, Case No. 22-90035 |
|---|---|
| **Adversary No:** NA | **Style of Adversary:** NA |
|  |  |
| **Witnesses:** |  |
| Any witness listed, designated, or called by any other party | **Judge:** Chief U.S. Bankruptcy Judge Eduardo V. Rodriguez |
| **Rebuttal/Impeachment Witnesses:** | **Courtroom Deputy**: |
| Any witness required for rebuttal/impeachment | **Hearing Date:** August 4, 2026 |
|  | **Hearing Time**: 1:30 p.m. (CT) |
|  | **Party's Name**: U.S. Trustee |
|  | **Attorney's Name:** Millie Sall; Vianey Garza; Laura D. Steele |
|  | **Attorney's Phone:** (713) 718-4650 |
|  | **Nature of Proceeding:** Non-Evidentiary Scheduling Conference in accordance with this Court' *Order for Non-Evidentiary Scheduling Conference* [ECF No. 287] |

## EXHIBITS

| Ex.# | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Any exhibit listed, designated, or offered by any other party |  |  |  |  |
| 2. | Any rebuttal or impeachment exhibits |  |  |  |  |

[*Signature follows*]

RESPECTFULLY SUBMITTED,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE REGION 7


By: */s/ Laura D. Steele*

    Millie Aponte Sall, Assistant U.S. Trustee
    Tex. Bar No. 01278050/Fed. ID No. 11271
    Vianey Garza, Trial Attorney
    Tex. Bar No. 24083057/Fed. ID No. 1812278
    Laura D. Steele, Assistant United States Trustee (Detail)
    Wis. Bar No. 1065702/Fed. ID No. 3878215
    515 Rusk, Suite 3516
    Houston, Texas 77002
    (713) 718-4650 – Telephone
    (713) 718-4670 – Fax
    Email:  millie.sall@usdoj.gov
            vianey.garza@usdoj.gov
            laura.steele@usdoj.gov