**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Professional Fee Matters Concerning the | § | Civil Action No. 4:23-CV-4787-AM |
| Jackson Walker Law Firm | § | |
| | § | |

**NOTICE OF SETTLEMENT TERM SHEET BETWEEN JACKSON WALKER LLP
AND THE UNITED STATES TRUSTEE**

**PLEASE TAKE NOTICE** Jackson Walker LLP ("JW") and Kevin M. Epstein, United States Trustee for Region 7 (the "U.S. Trustee" and, together with JW, the "Parties") have agreed to a Settlement Term Sheet, a copy of which is attached hereto as **Exhibit A**, setting forth the principal settlement terms between the Parties to resolve the Litigation (as defined therein).

*[Remainder of Page Intentionally Left Blank]*

Dated: August 2, 2026

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Jason L. Boland (signed by permission)*
Jason L. Boland (SBT 24040542)
Federal I.D. No. 37238
Julie Harrison (SBT 24092434)
Federal I.D. No. 3017799
Maria Mokrzycka (SBT 24119994)
Federal I.D. No. 3610759
1550 Lamar, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
jason.boland@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com
maria.mokrzycka@nortonrosefulbright.com

-and-

**RUSTY HARDIN & ASSOCIATES, LLP**

Russell Hardin, Jr. (SBT 08972800)
*Attorney-in-Charge*
Federal I.D. No. 19424
Jennifer E. Brevorka (SBT 24082727)
Federal I.D. No. 1725400
Emily Smith (SBT 24083876)
Federal I.D. No. 1890677
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
rhardin@rustyhardin.com
jbrevorka@rustyhardin.com
esmith@rustyhardin.com

*Counsel for Jackson Walker LLP*

**KEVIN M. EPSTEIN**
**UNITED STATES TRUSTEE**
Region 7, Southern and Western
Districts of Texas

*/s/ Vianey Garza*
Millie Aponte Sall, Assistant U.S. Trustee
Tex. Bar No. 01278050/Fed. ID No. 11271
Vianey Garza, Trial Attorney
Tex. Bar No. 24083057/Fed. ID No. 1812278
Laura D. Steele, Assistant U.S. Trustee (Detail)
Wis. Bar No. 1065702/Fed. ID No. 3878215
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4650 – Telephone
(713) 718-4670 – Fax
Email: millie.sall@usdoj.gov
　　　 vianey.garza@usdoj.gov
　　　 laura.steele@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2026, a true and correct copy of the foregoing was filed via the CM/ECF system which served the document on all counsel of record.

*/s/ Vianey Garza*
Vianey Garza

2