**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re:<br><br>Professional Fee Matters Concerning the Jackson Walker Law Firm | §<br>§<br>§<br>§<br>§<br>§ | Case No. 4:23-CV-4787 |

**UNOPPOSED EXPEDITED MOTION OF JACKSON WALKER LLP**
**<u>TO WITHDRAW ITS STANDING ARGUMENTS</u>**
[Related to Dkt. No. 303]

**EXPEDITED RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EXPEDITED BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EXPEDITED CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**RELIEF IS REQUESTED NOT LATER THAN 5:00 PM (PREVAILING CENTRAL TIME) ON AUGUST 31, 2026.**

**TO THE HONORABLE UNITED STATES CHIEF BANKRUPTCY JUDGE:**

Jackson Walker LLP ("Jackson Walker") files this *Unopposed Expedited Motion of Jackson Walker LLP to Withdraw its Standing Arguments* (the "Motion"). In support of this Motion, Jackson Walker respectfully states as follows:

1. As this Court is aware, Jackson Walker has argued that the United States Trustee (the "U.S. Trustee") lacks standing to assert estate claims and causes of action against Jackson Walker (the "Standing Arguments").

2. On July 14, 2026, the Court entered an *Order for Non-Evidentiary Scheduling Conference* [Dkt. No. 287], setting a non-evidentiary status conference on the Standing Arguments and the scheduling of an in-person trial on the merits of the U.S. Trustee's Vacatur Motions.[1]

3. On July 17, 2026, Jackson Walker and the U.S. Trustee jointly filed a *Joint Emergency Motion for Entry of an Order Extending Deadlines* [Dkt. No. 289] (the "Emergency Motion"), seeking a sixty-day extension of the status conference to allow Jackson Walker and the U.S. Trustee to continue settlement discussions in light of material progress that had been made as of that date.

4. On July 20, 2026, the Court entered an order denying the Emergency Motion [Dkt. No. 290] (the "Order Denying Continuance"). In its Order Denying Continuance, the Court noted that "[i]f Jackson Walker no longer wishes to prosecute its Standing Arguments, it may do so by filing an appropriate motion to do so." *See* Order Denying Continuance, Dkt. No. 290, at p. 4.

---

[1] The Vacatur Motions are defined in the Court's *Report and Recommendation to the United States District Court* ("Report and Recommendation"), Dkt. No. 286 at 24, nn.31, 32.

5. On August 2, 2026, the U.S. Trustee filed a *Notice of Settlement Term Sheet between Jackson Walker LLP and the U.S. Trustee* [Dkt. No. 301], disclosing the material terms of a proposed settlement between Jackson Walker and the U.S. Trustee.

6. On August 4, 2026, the Court held a status conference and entered two orders: (i) an *Order for an In-Person Evidentiary Hearing* [Dkt. No. 303] (the "Standing Argument Order"), scheduling briefing deadlines and an evidentiary hearing on the Standing Arguments for September 9, 2026; and (ii) an *Order Scheduling an In-Person Trial* [Dkt. No. 304] (the "Trial Scheduling Order"), setting various pre-trial and trial deadlines related to the U.S. Trustee's Vacatur Motions and objections to final fee applications.

7. As the parties represented in their prior Emergency Motion, Jackson Walker and the U.S. Trustee have continued to negotiate in good faith toward a comprehensive settlement. The parties are actively working to finalize the motion to approve the settlement and related consent order.

8. In the context of those ongoing settlement discussions and related documentation of the parties' settlement, the U.S. Trustee has requested that Jackson Walker withdraw its Standing Arguments. Jackson Walker has agreed to do so.

9. Jackson Walker therefore moves to withdraw its Standing Arguments. The withdrawal of Jackson Walker's Standing Arguments will not affect any other dates or deadlines set forth in the Court's Trial Scheduling Order, and neither Jackson Walker nor the U.S. Trustee seek to abate any dates or deadlines established by this Court in the Trial Scheduling Order at this time.

10. Jackson Walker respectfully requests that this Motion be considered on an expedited basis. Expedited consideration is warranted because, absent prompt relief, Jackson Walker, the U.S. Trustee, and other parties in interest may be required to expend substantial time and resources to prepare for and attend the evidentiary hearing on the Standing Arguments

currently scheduled for September 9, 2026. Granting this Motion on an expedited basis will resolve Jackson Walker's Standing Arguments, thereby conserving the resources of the parties and the Court by obviating the need for further briefing and a hearing on arguments that Jackson Walker no longer intends to pursue.

**WHEREFORE**, Jackson Walker respectfully requests that the Court grant this Motion, enter an order deeming Jackson Walker's Standing Arguments withdrawn, and grant such other and further relief as the Court deems just and proper.

[*Reminder of Page Intentionally Left Blank*]

Date: August 25, 2026

Respectfully Submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Jason L. Boland*
Jason L. Boland (SBT 24040542)
Julie G. Harrison (SBT 24092434)
Maria Mokrzycka (SBT 24119994)
1550 Lamar Street, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
jason.boland@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com
maria.mokrzycka@nortonrosefulbright.com

-and-

**RUSTY HARDIN & ASSOCIATES, LLP**

Russell Hardin, Jr. (SBT 08972800)
Emily Smith (SBT 24083876)
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
rhardin@rustyhardin.com
esmith@rustyhardin.com

*Counsel for Jackson Walker LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2026, I caused a copy of the foregoing Motion to be served via the Electronic Case Filing System for the United States District Court for the Southern District of Texas on all parties registered to receive such service.

*/s/ Jason L. Boland*
Jason L. Boland