**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 4:23-cv-4787** |
| **Professional Fee Matters Concerning the** | § | |
| **Jackson Walker Law Firm** | § | |

**STIPULATION EXTENDING U.S. TRUSTEE'S DEADLINE TO RESPOND TO KATERRA, INC.'S RULE 9019 MOTION FOR ORDER APPROVING COMPROMISE AND SETTLEMENT (RELATES TO ECF NO. 324)**

This Stipulation is made by and among Kevin M. Epstein, the United States Trustee for Region 7 ("**U.S. Trustee**"), Daniel R. Williams, in his capacity as Plan Administrator (the "**Plan Administrator**") for the estates of Katerra, Inc. and its affiliated debtors (collectively, the "**Debtors**" or "**Wind-Down Debtors**"), and Jackson Walker LLP ("**Jackson Walker**").

WHEREAS, on September 24, 2026, the Plan Administrator filed a *Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019 Between Jackson Walker, LLP and Daniel R. Williams, Plan Administrator of Katerra, Inc.* and attached Settlement Agreement (the "**Motion to Compromise**"). Based on the notice language in the Motion to Compromise, the current deadline to respond to the Motion to Compromise would be October 15, 2026.

WHEREAS, the U.S. Trustee asked, and the Plan Administrator agreed, to extend any deadline by which the U.S. Trustee must respond to the Motion to Compromise. Jackson Walker has no objection to the U.S. Trustee's request.

Accordingly, the U.S. Trustee and the Plan Administrator agree that the deadline to respond to the Motion to Compromise shall be October 21, 2026.

[*Signatures follow*]

**AGREED:**

Date: October 15, 2026

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE, REGION 7

*<u>/s/ Laura D. Steele</u>*
Millie Aponte Sall, Assistant U.S. Trustee
Tex. Bar No. 01278050/Fed. ID No. 11271
Vianey Garza, Trial Attorney
Tex. Bar No. 24083057/Fed. ID No. 1812278
Laura D. Steele, Assistant U.S. Trustee
(Detail)
Wis. Bar No. 1065702/Fed. ID No. 3878215
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4650 – Telephone
(713) 718-4670 – Fax
Email:millie.sall@usdoj.gov
vianey.garza@usdoj.gov
laura.steele@usdoj.gov

Date: October 15, 2026

**FOX ROTHSCHILD LLP**

*<u>/s/ Trey A. Monsour (with permission)</u>*
Trey A. Monsour, Esq.
(Tex. Bar No. 14277200)
Fox Rothschild LLP
Saint Ann Court
2501 North Harwood Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 231-5796
Facsimile: (972) 404-0516
2727 Revere Street #2048
Houston, TX 77098
Mobile: (713) 927-7469
E-mail: tmonsour@foxrothschild.com

-and-

Michael A. Sweet (admitted pro hac vice)
345 California Street, Suite 2200
San Francisco, California 94104

Telephone: (415) 364-5540
Facsimile: (415) 391-4436
Email: msweet@foxrothschild.com

-and-

Gordon E. Gouveia (admitted pro hac vice)
321 North Clark Street, Suite 1600
Chicago, IL 60654
Telephone: (312) 980-3816
Facsimile: (312) 517-9201
Email: ggouveia@foxrothschild.com
Counsel to the Plan Administrator

Date: October 15, 2026

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Jason L. Boland (with permission)*
Jason L. Boland (SBT 24040542)
*Attorney-in-Charge*
Federal I.D. No. 37238
William Greendyke (SBT 08390450)
Federal I.D. No. 576573
Julie Harrison (SBT 24092434)
Federal I.D. No. 3017799
Maria Mokrzycka (SBT 24119994)
Federal I.D. No. 3610759
1550 Lamar, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
jason.boland@nortonrosefulbright.com
william.greendyke@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com
maria.mokrzycka@nortonrosefulbright.com

Paul Trahan (SBT 24003075)
Federal I.D. No. 563869
Emily Wolf (SBT 24106595)
Federal I.D. No. 3892373
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
paul.trahan@nortonrosefulbright.com

emily.wolf@nortonrosefulbright.com

**RUSTY HARDIN & ASSOCIATES, LLP**

Russell Hardin, Jr. (SBT 08972800)
*Attorney-in-Charge*
Federal I.D. No. 19424
Leah M. Graham (SBT 24073454)
Federal I.D. No. 2192848
Jennifer E. Brevorka (SBT 24082727)
Federal I.D. No. 1725400
Emily Smith (SBT 24083876)
Federal I.D. No. 1890677
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
rhardin@rustyhardin.com
lgraham@rustyhardin.com
jbrevorka@rustyhardin.com
esmith@rustyhardin.com

*Counsel for Jackson Walker LLP*

**CERTIFICATE OF SERVICE**

I certify that on October 15, 2026, a copy of the foregoing pleading was served on all parties entitled to electronic notice through the Court's CM/ECF system.

*/s/ Laura D. Steele*
Laura D. Steele