**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re:<br><br>Professional Fee Matters Concerning the Jackson Walker Law Firm | §<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:23-CV-4787-AM |

# JACKSON WALKER LLP'S NOTICE IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Jackson Walker LLP ("Jackson Walker") submits this Notice in response to the Court's *Order to Show Cause* entered in *In re Diebold Holding Company, Inc.*, et al., Case No. 23-90602 (Dkt. No. 429) (the "Order"). Paragraph 4 of the Order directs that Jackson Walker file a list of all cases commencing between January 1, 2020 and the present, other than the current cases listed in Civil Action No. 4:23-cv-4787, *In re Professional Fee Matters Concerning the Jackson Walker Law Firm*, in which Jackson Walker has appeared as counsel, co-counsel, and/or conflicts counsel for the debtor(s) in the Southern District of Texas Bankruptcy Courts, in which it filed retention applications, Bankruptcy Rule 2014(a) disclosures, and in which retention orders were entered, and in which former Judge David R. Jones was either the presiding judge or the court-appointed mediator.

For each such case, the Order further directs Jackson Walker to: (a) list the case number and name of the lead case; (b) cite to the date and CM/ECF number on which each retention application, Bankruptcy Rule 2014(a) disclosure statement, retention order, fee application, fee order, and, where applicable, mediation order, was entered; (c) state the total amount of the pre-petition retainer; (d) state the total amount of fees drawn down pre-petition and to whom they were paid; (e) state the total amount of fees and expenses awarded post-petition and, to the extent

applicable, post-confirmation; (f) state the overall total of the fees and expenses sought and awarded to date; and (g) include a brief statement on the current status of the case.

A list of such cases is included below.

**1. Nielsen & Bainbridge, LLC, et al., Case No. 23-90071**

- **Retention application and Rule 2014 disclosures filed:** March 10, 2023. *See* Dkt. No. 273.
- **Retention order entered:** April 25, 2023. *See* Dkt. No. 394.
- **First and final fee application filed:** August 8, 2023. *See* Dkt. No. 716.
- **Fee order entered:** October 4, 2023. *See* Dkt. No. 753.
- **Prepetition Retainer:** $50,000.00 plus $24,332.00 in anticipated filing fees. *See* Dkt. No. 273.
- **Fees drawn down pre-petition and paid to Jackson Walker LLP:** $41,535.50 in fees and $24,438.79 in expenses (combined $65,974.29). *See* Dkt. No. 273. Jackson Walker holds a retainer balance of $0.00.
- **Fees awarded post-petition:** $143,315.00 in fees and $7,664.28 in expenses (combined $150,979.28). *See* Dkt. No. 753.
- **Fees paid post-confirmation:** $22,475.00 in fees and $278.00 in expenses (combined $22,753.00).
- **Total fees and expenses paid:** $207,325.50 in fees and $32,381.07 in expenses (combined $239,706.57). No amounts, pre-petition, post-petition, or post-confirmation, were paid to Ms. Freeman, and Ms. Freeman was not retained during these periods.
- **Status of Case:**
  - A *Final Decree Closing Certain of the Chapter 11 Cases* was entered on August 22, 2023, filed at Dkt. No. 730, closing the Lead Case and leaving open the Remaining Case of Dwelling & Decor LLC, Case No. 23-90070.
  - The Remaining Case is currently pending before Judge Lopez.
  - The U.S. Trustee did not file a Vacatur Motion in any of the jointly administered cases, and no party in interest objected to Jackson Walker's fee application. No order referring the jointly administered cases to the Miscellaneous Proceeding has been entered.

**2. Sorrento Therapeutics, Inc., et al., Case No. 23-90085**

- **Retention application and Rule 2014 disclosures filed:** March 15, 2023. *See* Dkt. No. 231.

- **Retention order entered:** April 27, 2023. *See* Dkt. No. 541.

- **First interim fee application filed:** July 23, 2023 (period February 13–May 31, 2023). *See* Dkt. No. 1092.

- **First interim fee order entered:** August 24, 2023. *See* Dkt. No. 1234.

- **Second interim and final fee application filed:** June 10, 2024 (interim period June 1, 2023–April 10, 2024; final period February 13, 2023–April 10, 2024). *See* Dkt. No. 2259. No fee order entered.

- **Prepetition Retainer:** $250,000.00. *See* Dkt. No. 231.

- **Fees drawn down pre-petition and paid to Jackson Walker LLP:** $12,850.00 in fees and $3,750.00 in expenses (combined $16,600.00). *See* Dkt. No. 231. Of this $16,600.00, $3,750.00 was paid to Ms. Freeman pre-petition. Jackson Walker holds a retainer balance of $233,400.00.

- **Fees awarded post-petition:** $1,146,335.00 in fees and $13,859.88 in expenses (combined $1,160,194.88) was awarded through the first interim fee order. *See* Dkt. No. 1234. An additional $216,982.40 in fees and $1,705.72 in expenses (combined $218,688.12) has been paid to Jackson Walker pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 442] (the "Interim Compensation Order") and Jackson Walker's monthly fee statements. *See* Dkt. Nos. 1236 and 1273. Amounts subject to the second interim and final fee application ($1,322,491.50 in fees and $16,951.43 in expenses, totaling $1,339,442.93) remain outstanding to the extent not paid under the Interim Compensation Order. All amounts, totaling $2,499,637.81, remain pending for final allowance.

- **Fees paid post-confirmation:** $0.00.

- **Total fees and expenses paid:** $1,335,341.50 in fees and $20,701.43 in expenses sought (combined $1,356,042.93). Of this $1,356,042.93, $3,750.00 was paid to Ms. Freeman pre-petition. No amounts were paid to Ms. Freeman post-petition or post-confirmation, and Ms. Freeman was not retained during these periods. $1,120,754.81 in combined fees and expenses remains unpaid.

- **Status of Case:**

  - Jackson Walker's second interim and final fee application, Dkt. No. 2259, is currently pending before Judge Lopez.

  - The U.S. Trustee did not file a Vacatur Motion in any of the jointly administered cases.

- On February 15, 2024, Judge Lopez referred "discovery and pretrial matters regarding [Timothy Culberson's] Emergency FRCP 60(b)(6) and Rule 9024 Motion for Relief from All Orders Approving Applications for Fees and Expenses with Respect to Jackson Walker LLP (Docket No. 1656)" to the Bankruptcy Miscellaneous Proceeding, Case No. 23-00645, but retained "all other matters that are pending in the Sorrento chapter 11 cases," including any settlement and the ultimate trial on Mr. Culberson's motion. *See* Dkt. Nos. 1877 and 1899. Pursuant to Chief Judge Rodriguez's *First Amended Comprehensive Scheduling, Pre-Trial & Trial Order*, Case No. 23-645, Dkt. No. 76, discovery related to Mr. Culberson's motion closed on October 10, 2024. No trial scheduling order has been entered by Judge Lopez.

- On April 17, 2026, Judge Lopez recused from a specific motion filed by M3 Advisory Partners LP, *see* Dkt. No. 2675, related to the Jones-Freeman Relationship, and Judge Perez was assigned to preside over the motion. Judge Perez issued his Memorandum Opinion on June 21, 2026, *see* Dkt. No. 2711, and an appeal is currently pending. *See* Dkt. No. 6722.

- All other issues in the case remain pending before Judge Lopez.

**3. Avaya Inc., et al., Case No. 23-90088**

- **Retention application and Rule 2014 disclosures filed:** March 10, 2023. *See* Dkt. No. 293.
- **Retention order entered:** March 22, 2023. *See* Dkt. No. 346.
- **First and final fee application filed:** June 6, 2023. *See* Dkt. No. 430.
- **Fee order entered:** July 5, 2023. *See* Dkt. No. 454.
- **Prepetition Retainer:** $375,000.00 plus $36,498.00 in anticipated filing fees. *See* Dkt. No. 293.
- **Fees drawn down pre-petition and paid to Jackson Walker LLP:** $123,682.00 in fees and $56,748.00 in expenses (combined $180,430.00). Of this $180,430.00, $20,250.00 was paid to Ms. Freeman pre-petition. Jackson Walker holds a retainer balance of $210,867.90.
- **Fees awarded post-petition:** $92,198.00 in fees and $1,365.59 in expenses (combined $93,563.59).
- **Fees paid post-confirmation:** $19,918.50 in fees and $281.60 in expenses (combined $20,200.10).
- **Total fees and expenses:** $235,798.50 in fees and $58,395.19 in expenses (combined $294,193.69). Of this $294,193.69, $20,250.00 was paid to Ms. Freeman pre-petition. No amounts were paid to Ms. Freeman post-petition or post-confirmation, and Ms. Freeman was not retained during these periods.

- **Status of Case:**
  - A *Final Decree Closing Certain of the Chapter 11 Cases* was entered on August 11, 2023, filed at Dkt. No. 481, closing the Lead Case and leaving open the Remaining Case of Avaya Holdings LLC, Case No. 23-90095.
  - A *Final Decree Closing the Chapter 11 Case of Avaya Holdings LLC* was entered on November 28, 2023, closing all cases. *See* Case No. 23-90095, Dkt. No. 9.
  - The U.S. Trustee did not file a Vacatur Motion in any of the jointly administered cases, and no party in interest objected to Jackson Walker's fee application. No order referring the jointly administered cases to the Miscellaneous Proceeding has been entered.

**4. Venator Materials PLC, et al., Case No. 23-90301**

- **Retention application and Rule 2014 disclosures filed:** June 14, 2023. *See* Dkt. No. 227.
- **Retention order entered:** August 8, 2023. *See* Dkt. No. 415.
- **First and final fee application filed:** September 22, 2023. *See* Dkt. No. 476.
- **Fee order entered:** October 30, 2023 (entered by Judge Lopez). *See* Dkt. No. 529.
- **Prepetition Retainer:** $275,000.00. *See* Dkt. No. 227.
- **Fees drawn down pre-petition and paid to Jackson Walker LLP:** $105,927.00 in fees and $49,173.51 in expenses (combined $155,100.51). Jackson Walker holds a retainer balance of $0.00.
- **Fees awarded post-petition:** $129,797.50 in fees and $6,009.18 in expenses (combined $135,806.68). *See* Dkt. No. 529.
- **Fees paid post-confirmation:** $52,168.50 in fees and $225.50 in expenses (combined $52,394.00).
- **Total fees and expenses:** $287,893 in fees and $55,408.19 in expenses (combined $343,301.19). No amounts, pre-petition, post-petition, or post-confirmation, were paid to Ms. Freeman, and Ms. Freeman was not retained during these periods.
- **Status of Case:**
  - A *Final Decree Closing Certain of the Chapter 11 Cases* was entered on December 14, 2023, filed at Dkt. No. 600, closing all cases.
  - The U.S. Trustee did not file a Vacatur Motion in any of the jointly administered cases, and no party in interest objected to Jackson Walker's fee application. No order referring the jointly administered cases to the Miscellaneous Proceeding has been entered.

**5. Diebold Holding Company, Inc., et al., Case No. 23-90602**

- **Retention application and Rule 2014 disclosures filed:** July 3, 2023. *See* Dkt. No. 208.
- **Retention order entered:** July 27, 2023. *See* Dkt. No. 279.
- **First and final fee application filed:** September 25, 2023. *See* Dkt. No. 320. No fee order entered.
- **Prepetition Retainer:** $435,000.00.
- **Fees drawn down pre-petition and paid to Jackson Walker LLP:** $201,685.50 in fees and $42,642.00 in expenses (combined $244,327.50). *See* Dkt. No. 208. Of this $244,327.50, $27,000.00 was paid to Ms. Freeman pre-petition. Jackson Walker holds a retainer balance of $188,928.00.
- **Fees awarded post-petition:** $154,167.00 in fees and $5,570.83 (combined $159,737.83) requested in the first and final fee application. *See* Dkt. No. 320. On order from Judge Isgur, *see* Dkt. No. 334, Jackson Walker filed a supplement to its fee application. *See* Dkt. No. 349. Jackson Walker further requested a continuance of the hearing on its fee application, which Judge Isgur granted and continued "to a future date to be set by the Court." *See* Dkt. Nos. 351, 352.

  On August 27, 2026, the Remaining Reorganized Debtor filed a motion for, among other things, approval of Jackson Walker's fee application. *See* Dkt. No. 412. The motion indicated that Jackson Walker voluntarily agreed to reduce the amount requested to $100,000.00, and that the U.S. Trustee takes no position on the proposed fee reduction given that it did not object to Jackson Walker's fee application. *Id.* Judge Isgur held a hearing on the motion on September 24, 2026, following which on October 1, 2026, Jackson Walker's fee application was reassigned to Chief Judge Rodriguez. *See* Dkt. Nos. 422 and 428.

  No amounts have been paid to Jackson Walker post-petition and post-confirmation.
- **Fees paid post-confirmation:** $34,184.50 in fees and $838.80 in expenses (combined $35,023.30).
- **Total fees and expenses:** $390,037.00 in fees and $49,051.63 in expenses sought (combined $439,088.63). Of this $439,088.63, $27,000.00 was paid to Ms. Freeman pre-petition. No amounts were paid to Ms. Freeman post-petition or post-confirmation, and Ms. Freeman was not retained during these periods.
- **Status of Case:**
  - A *Final Decree* was entered on September 24, 2026, filed at Dkt. No. 423. The Final Decree: (1) ordered Jackson Walker to deposit $100,000 of its retainer into a Jones Day IOLTA account pending further order regarding the settlement with Jackson Walker and to refund the remainder of the retainer; (2) ordered that the Court has recused on issues regarding the Jackson Walker fees and that the matter should be presented by the Clerk to Chief Judge Rodriguez; and (3) closing all cases.

- On October 1, 2026, Jackson Walker's fee application was reassigned to Chief Judge Rodriguez. *See* Dkt. No. 428.

- The U.S. Trustee did not file a Vacatur Motion in any of the jointly administered cases, and no party in interest objected to Jackson Walker's fee application. No order referring the jointly administered cases to the Miscellaneous Proceeding has been entered.

**6. Genesis Care Pty Limited, et al., Case No. 23-90614**

- **Retention application and Rule 2014 disclosures filed:** July 3, 2023. *See* Dkt. No. 237.
- **Retention order entered:** August 24, 2023. *See* Dkt. No. 585.
- **First and final fee application filed:** April 1, 2024. *See* Dkt. No. 1671.
- **Fee order entered:** June 10, 2024 (entered by Judge Isgur). *See* Dkt. No. 1812.
- **Prepetition Retainer:** $295,000.00. *See* Dkt. No. 237.
- **Fees drawn down pre-petition and paid to Jackson Walker LLP:** $95,556.50 in fees and $103,090.00 in expenses (combined $198,646.50). *See* Dkt. No. 237. Of this $198,646.50, $7,500.00 was paid to Ms. Freeman pre-petition. Jackson Walker holds a retainer balance of $0.00.
- **Fees awarded post-petition:** $354,813.50 in fees and $4,597.22 in expenses (combined $359,410.72). *See* Dkt. No. 1671.
- **Fees paid post-confirmation:** $181,447.00 in fees and $3,582.92 in expenses (combined $185,029.92).
- **Total fees and expenses:** $631,817.00 in fees and $111,270.14 in expenses (combined $743,087.14). Of this $743,087.14, $7,500.00 was paid to Ms. Freeman pre-petition. No amounts were paid to Ms. Freeman post-petition or post-confirmation, and Ms. Freeman was not retained during these periods.
- **Status of Case:**
  - A *Final Decree Closing Certain of the Chapter 11 Cases* was entered on April 8, 2024, filed at Dkt. No. 1687, closing all of the cases except for the Remaining Case.
  - On September 14, 2016, the GUC Trustee filed a Final Distribution Schedule with respect to unsecured claims and indicated its intention to complete any necessary wind-up activities. *See* Dkt. No. 2125.
  - The Remaining Case remains pending before Judge Isgur.
  - The U.S. Trustee did not file a Vacatur Motion in any of the jointly administered cases, and no party in interest objected to Jackson Walker's fee application. No

order referring the jointly administered cases to the Miscellaneous Proceeding has been entered.

7. **Center for Autism and Related Disorders, LLC, et al., Case No. 23-90709**

- **Retention application and Rule 2014 disclosures filed:** July 11, 2023. *See* Dkt. No. 197.
- **Retention order entered:** August 8, 2023. *See* Dkt. No. 300.
- **First and final fee application filed:** September 25, 2023. *See* Dkt. No. 359.
- **Fee order entered:** October 30, 2023 (entered by Judge Lopez). *See* Dkt. No. 384.
- **Prepetition Retainer:** $115,000.00. *See* Dkt. No. 197.
- **Fees drawn down pre-petition and paid to Jackson Walker LLP:** $99,871.00 in fees and $14,690.00 in expenses (combined $114,561.00). *See* Dkt. No. 197. Of this $114,561.00, $6,000.00 was paid to Ms. Freeman pre-petition. Jackson Walker holds a retainer balance of $439.00.
- **Fees awarded post-petition:** $117,422.50 in fees and $3,266.78 in expenses (combined $120,689.28). *See* Dkt. No. 384.
- **Fees paid post-confirmation:** $324,844.20 in fees and $1,710.42 in expenses (combined $326,554.62).
- **Total fees and expenses:** $542,137.70 in fees and $19,667.20 in expenses (combined $561,804.90). Of this $561,804.90, $6,000.00 was paid to Ms. Freeman pre-petition. No amounts were paid to Ms. Freeman post-petition or post-confirmation, and Ms. Freeman was not retained during these periods.
- **Status of Case:**
    - On August 16, 2024, Jackson Walker filed a Motion to Substitute Counsel and to Withdraw. Dkt. No. 513. Judge Lopez granted the motion on September 4, 2024. Dkt. No. 522.
    - As of July 23, 2025, the Wind-Down Debtors had completed the claims resolution process, made distributions to creditors in accordance with the Plan, and largely completed the wind-down of the Wind-Down Debtors' affairs pursuant to the plan, with only two pending matters remaining. *See* Dkt. No. 605.
    - The cases remain pending before Judge Lopez.
    - The U.S. Trustee did not file a Vacatur Motion in any of the jointly administered cases, and no party in interest objected to Jackson Walker's fee application. No order referring the jointly administered cases to the Miscellaneous Proceeding has been entered.

**8. AppHarvest Products, LLC, et al., Case No. 23-90745**

- **Retention application and Rule 2014 disclosures filed:** August 21, 2023. *See* Dkt. No. 247.
- **Retention order entered:** September 14, 2023. *See* Dkt. No. 470.
- **First and final fee application filed:** December 12, 2023. *See* Dkt. No. 673.
- **Fee order entered:** January 24, 2024 (entered by Judge Lopez). *See* Dkt. No. 703.
- **Prepetition Retainer:** $350,000.00. *See* Dkt. No. 247.
- **Fees drawn down pre-petition and paid to Jackson Walker LLP:** $34,031.00 in fees and $29,856.00 in expenses (combined $63,887.00). *See* Dkt. No. 247. Of this $63,887.00, $9,000.00 was paid to Ms. Freeman pre-petition. Jackson Walker holds a retainer balance of $95,106.92.
- **Fees awarded post-petition:** $192,058.50 in fees and $2,524.93 in expenses (combined $194,583.43) requested. *See* Dkt. No. 673. Jackson Walker received informal comments and questions from the U.S. Trustee, and, as a result, agreed to reduce the fees requested in its fee application by $1,808.75, which reduction resolved the U.S. Trustee's informal objection. *See* Dkt. No. 702. Ultimately, $190,249.75 in fees and $2,524.93 in expenses (combined $192,774.68) was awarded. *See* Dkt. No. 703.
- **Fees paid post-confirmation:** $866,185.50 in fees and $3,989.04 in expenses (combined $870,174.54).
- **Total fees and expenses:** $1,090,466.25 in fees and $36,369.97 in expenses (combined $1,126,836.22). Of this $1,126,836.22, $9,000.00 was paid to Ms. Freeman pre-petition. No amounts were paid to Ms. Freeman post-petition or post-confirmation, and Ms. Freeman was not retained during these periods.
- **Status of Case:**
    - A *Final Decree Closing Certain of the Chapter 11 Cases* was entered on December 13, 2023, filed at Dkt. No. 675, closing all of the cases except for the Lead Case.
    - The claims objection bar date occurred on June 29, 2026, and the Plan Administrator is preparing to or has recently made plan distributions. *See* Dkt. Nos. 1139 and 1155.
    - The Lead Case remains pending before Judge Lopez.
    - The U.S. Trustee did not file a Vacatur Motion in any of the jointly administered cases, and no party in interest objected to Jackson Walker's fee application. No order referring the jointly administered cases to the Miscellaneous Proceeding has been entered.

**9. Condor Inversiones SpA, et al., Case No. 23-90761**

- **Retention application and Rule 2014 disclosures filed**: September 11, 2023. *See* Dkt. No. 141.
- **Retention order entered:** October 4, 2023. *See* Dkt. No. 156.
- **Fee application:** none filed due to case dismissal (described below).
- **Prepetition Retainer:** $250,000.00.
- **Fees drawn down pre-petition and paid to Jackson Walker LLP:** $96,675.50 in fees and $13,244.00 in expenses (combined $109,919.50). *See* Dkt. No. 141. Of this $109,919.50, $7,500.00 was paid to Ms. Freeman pre-petition. Jackson Walker holds a retainer balance of $0.00.
- **Fees awarded post-petition:** none due to case dismissal (described below).
- **Fees paid post-dismissal:** $157,298.50 in fees and $5,296.34 in expenses (combined $162,594.84).
- **Total fees and expenses:** $253,974.00 in fees and $18,540.34 in expenses (combined $272,514.34). Of this $272,514.34, $7,500.00 was paid to Ms. Freeman pre-petition. No amounts were paid to Ms. Freeman post-petition or post-dismissal, and Ms. Freeman was not retained during these periods.
- **Status of Case:**
  - On October 20, 2023, the Debtors filed an *Emergency Motion for Entry of Orders (I) Authorizing and Approving Case Settlement and Settlement of Claims Asserted in Adversary Proceeding Number 23-3164; (II) Voluntarily Dismissing These Chapter 11 Cases; and (III) Granting Related Relief*. Dkt. No. 164. Judge Isgur entered an order approving the Debtors' motion and dismissing the case on November 1, 2023. Dkt. No. 207.
  - The U.S. Trustee did not file a Vacatur Motion in any of the jointly administered cases. No order referring the jointly administered cases to the Miscellaneous Proceeding has been entered.

Additionally and out of an abundance of caution, Jackson Walker discloses the below Chapter 15 cases over which former Judge Jones presided. Because these cases were filed under Chapter 15 of the Bankruptcy Code, Jackson Walker was not required to file retention or fee applications.

**10. Technicolor S.A., Case No. 20-33113**

- Jackson Walker was paid a total of $17,047.50 in fees and $1,796.50 in expenses (combined $18,844).

- **Status of Case:** The case was closed on September 14, 2020. *See* Dkt. No. 70.

**11. Selecta Finance UK Limited, Case No. 20-34947**

- Jackson Walker was paid a total of $32,436 in fees and $3,680.35 in expenses (combined $36,116.35).
- **Status of Case:** The case was closed on December 16, 2020. *See* Dkt. No. 76.

Dated: October 15, 2026

Respectfully submitted,

| | |
|---|---|
| **NORTON ROSE FULBRIGHT US LLP** | **RUSTY HARDIN & ASSOCIATES, LLP** |
| */s/ Jason L. Boland*<br>Jason L. Boland (SBT 24040542)<br>*Attorney-in-Charge*<br>Federal I.D. No. 37238<br>Julie Harrison (SBT 24092434)<br>Federal I.D. No. 3017799<br>Maria Mokrzycka (SBT 24119994)<br>Federal I.D. No. 3610759<br>1550 Lamar, Suite 2000<br>Houston, Texas 77010<br>Telephone: (713) 651-5151<br>jason.boland@nortonrosefulbright.com<br>julie.harrison@nortonrosefulbright.com<br>maria.mokrzycka@nortonrosefulbright.com | Russell Hardin, Jr. (SBT 08972800)<br>*Attorney-in-Charge*<br>Federal I.D. No. 19424<br>Jennifer E. Brevorka (SBT 24082727)<br>Federal I.D. No. 1725400<br>Emily Smith (SBT 24083876)<br>Federal I.D. No. 1890677<br>5 Houston Center<br>1401 McKinney, Suite 2250<br>Houston, Texas 77010<br>Telephone: (713) 652-9000<br>rhardin@rustyhardin.com<br>jbrevorka@rustyhardin.com<br>esmith@rustyhardin.com |
| *Counsel for Jackson Walker LLP* | *Counsel for Jackson Walker LLP* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2026, I caused a copy of this Notice to be served by the Electronic Case Filing System for the United States District Court for the Southern District of Texas.

*/s/ Jason L. Boland*
Jason L. Boland