**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 4:23-cv-4787** |
| **Professional Fee Matters Concerning the Jackson Walker Law Firm** | § | |
| | § | |

**JOINT STIPULATION REGARDING KATERRA, INC.'S SETTLEMENT AGREEMENT WITH JACKSON WALKER LLP (RELATES TO ECF NO. 324)**

Kevin M. Epstein, the United States Trustee for Region 7 (the "**U.S. Trustee**"), Daniel R. Williams, in his capacity as Plan Administrator (the "**Plan Administrator**") for the estates of Katerra, Inc. and its affiliated debtors (collectively, the "**Debtors**" or "**Wind-Down Debtors**"), and Jackson Walker LLP ("**Jackson Walker**," and together with the U.S. Trustee and the Plan Administrator, the "**Parties**") by and through their respective counsel, hereby file this joint stipulation to the *Motion for Order Approving Compromise and Settlement Pursuant to Bankruptcy Rule 9019 Between Jackson Walker, LLP and Daniel R. Williams, Plan Administrator of Katerra, Inc.* and attached Settlement Agreement (the "**Settlement Agreement**"). The Parties stipulate as follows:

1. The stipulations herein are in lieu of and resolve the objections that the U.S. Trustee would have filed regarding the Settlement Agreement.
2. The Parties recognize that the Settlement Agreement does not limit, restrict, or affect any court's duties or authority to adjudicate the Vacatur Motion brought by the U.S. Trustee in the Debtors' cases. If the court orders monetary relief in the Vacatur Motion[1] filed in the

[1] On November 2-3, 2023, the U.S. Trustee filed motions that sought, among other relief, the vacatur of orders approving JW's retention as counsel and/or JW's fee applications, pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure, in certain of the Affected Cases where (a)

Debtors' cases over Jackson Walker's pending objections, the Plan Administrator will not be precluded from accepting payment of funds from Jackson Walker.

3. Jackson Walker may seek to introduce into evidence the Settlement Agreement at a trial on the Vacatur Motion, and the U.S. Trustee has the right to oppose such offer into evidence.

4. Nothing obligates nor precludes a court from considering the Settlement Agreement in adjudicating any relief sought by the U.S. Trustee in its Vacatur Motion, and both Jackson Walker's and the U.S. Trustee's rights are preserved in all respects.

Date: October 19, 2026

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE, REGION 7

*/s/ Laura D. Steele*
Millie Aponte Sall, Assistant U.S. Trustee
Tex. Bar No. 01278050/Fed. ID No. 11271
Vianey Garza, Trial Attorney
Tex. Bar No. 24083057/Fed. ID No. 1812278
Laura D. Steele, Assistant U.S. Trustee
(Detail)
Wis. Bar No. 1065702/Fed. ID No. 3878215
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4650 – Telephone
(713) 718-4670 – Fax
Email:millie.sall@usdoj.gov
vianey.garza@usdoj.gov
laura.steele@usdoj.gov

Date: October 19, 2026

**FOX ROTHSCHILD LLP**

*/s/ Trey A. Monsour (with permission)*
Trey A. Monsour, Esq. (Tex. Bar No. 14277200)
Fox Rothschild LLP
Saint Ann Court

former Judge Jones served as the presiding judge or court-appointed mediator, and (b) JW served as estate or committee-retained counsel (collectively, the "**Vacatur Motions**").

2501 North Harwood Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 231-5796
Facsimile: (972) 404-0516
2727 Revere Street #2048
Houston, TX 77098
Mobile: (713) 927-7469
E-mail: tmonsour@foxrothschild.com

-and-

Michael A. Sweet (admitted pro hac vice)
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436
Email: msweet@foxrothschild.com

-and-

Gordon E. Gouveia (admitted pro hac vice)
321 North Clark Street, Suite 1600
Chicago, IL 60654
Telephone: (312) 980-3816
Facsimile: (312) 517-9201
Email: ggouveia@foxrothschild.com
Counsel to the Plan Administrator

Date: October 19, 2026

**NORTON ROSE FULBRIGHT US LLP**

*<u>/s/ Jason L. Boland (with permission)</u>*
Jason L. Boland (SBT 24040542)
*Attorney-in-Charge*
Federal I.D. No. 37238
William Greendyke (SBT 08390450)
Federal I.D. No. 576573
Julie Harrison (SBT 24092434)
Federal I.D. No. 3017799
Maria Mokrzycka (SBT 24119994)
Federal I.D. No. 3610759
1550 Lamar, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
jason.boland@nortonrosefulbright.com
william.greendyke@nortonrosefulbright.com

julie.harrison@nortonrosefulbright.com
maria.mokrzycka@nortonrosefulbright.com

Paul Trahan (SBT 24003075)
Federal I.D. No. 563869
Emily Wolf (SBT 24106595)
Federal I.D. No. 3892373
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
paul.trahan@nortonrosefulbright.com
emily.wolf@nortonrosefulbright.com

**RUSTY HARDIN & ASSOCIATES, LLP**
Russell Hardin, Jr. (SBT 08972800)
*Attorney-in-Charge*
Federal I.D. No. 19424
Jennifer E. Brevorka (SBT 24082727)
Federal I.D. No. 1725400
Emily Smith (SBT 24083876)
Federal I.D. No. 1890677
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
rhardin@rustyhardin.com
jbrevorka@rustyhardin.com
esmith@rustyhardin.com

*Counsel for Jackson Walker LLP*

**CERTIFICATE OF SERVICE**

I certify that on October 19, 2026, a copy of the foregoing stipulation was served on all parties entitled to electronic notice through the Court's CM/ECF system.

*<u>/s/ Laura D. Steele</u>*
Laura D. Steele