**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re:<br><br>Professional Fee Matters Concerning the Jackson Walker Law Firm | §<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:23-CV-4787-AM |

**JACKSON WALKER LLP'S SUPPLEMENT TO NOTICE IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

Jackson Walker LLP ("Jackson Walker") submits this *Supplement to Notice in Response to the Court's Order to Show Cause* entered in *In re Diebold Holding Company, Inc.*, et al., Case No. 23-90602 (Dkt. No. 429) (the "Order"), and supplements its prior Notice as follows:

Paragraph 4 of the Order directs that Jackson Walker file a list of all cases commencing between January 1, 2020 and the present, other than the current cases listed in Civil Action No. 4:23-cv-4787, *In re Professional Fee Matters Concerning the Jackson Walker Law Firm*, in which Jackson Walker has appeared as counsel, co-counsel, and/or conflicts counsel for the debtor(s) in the Southern District of Texas Bankruptcy Courts, in which it filed retention applications, Bankruptcy Rule 2014(a) disclosures, and in which retention orders were entered, and in which former Judge David R. Jones was either the presiding judge or the court-appointed mediator.

For each such case, the Order further directs Jackson Walker to: (a) list the case number and name of the lead case; (b) cite to the date and CM/ECF number on which each retention application, Bankruptcy Rule 2014(a) disclosure statement, retention order, fee application, fee order, and, where applicable, mediation order, was entered; (c) state the total amount of the pre-petition retainer; (d) state the total amount of fees drawn down pre-petition and to whom they were paid; (e) state the total amount of fees and expenses awarded post-petition and, to the extent

applicable, post-confirmation; (f) state the overall total of the fees and expenses sought and awarded to date; and (g) include a brief statement on the current status of the case.

Jackson Walker files this Supplemental Notice to add the following case to the list contained in Jackson Walker's original Notice. In the below case, Jackson Walker served as co-counsel and conflicts counsel to the debtors.

**1. In re MLCJR LLC, Case No. 23-90324**

- **Retention application and Rule 2014 disclosures filed:** June 16, 2023. *See* Dkt. No. 433.
- **Retention order entered:** July 10, 2023. *See* Dkt. No. 602.
- **Third interim and final fee application filed:** March 29, 2024. *See* Dkt. No. 1810.
- **Fee order entered:** On April 18, 2024, Crosby Energy Services, Inc., Danos, LLC, and Westwind Helicopters, Inc. (the "Objecting Creditors") objected to the final fee applications of Jackson Walker, Latham & Watkins LLP, and Alvarez & Marsal North America, LLC. *See* Dkt. No. 1827. Following an August 19, 2024 evidentiary hearing, Judge Lopez deferred ruling on Jackson Walker's final fee application "after the conclusion of litigation held by the Office of the United States Trustee." *See* Dkt. No. 2259, Sept. 25, 2024 Hr'g Tr. 4:12-15. Jackson Walker's final fee application remains pending.
- **Prepetition Retainer:** $283,596.00 plus $16,404.00 in anticipated filing fees. *See* Dkt. No. 433.
- **Fees drawn down pre-petition and paid to Jackson Walker LLP:** $157,367.00 in fees and $16,455.64 in expenses. Additionally, Ms. Freeman was paid $11,250.00 for her prepetition work. The retainer balance currently held by Jackson Walker is $114,927.36.
- **Fees awarded post-petition:** $461,040.00 in fees and $7,164.94 in expenses (combined $468,204.94). $294,946.50 in fees and $4,075.29 in expenses (combined $299,021.79) was awarded through the first interim fee order. *See* Dkt. No. 1119. $166,093.50 in fees and $3,089.65 in expenses (combined $169,183.15) was awarded through the second interim fee order. *See* Dkt. No. 1471.
- **Total fees and expenses paid:** $461,040.00 in fees and $7,164.94 in expenses (combined $468,204.94). No amounts were paid to Ms. Freeman post-petition or post-conversion, and Ms. Freeman was not retained during these periods. On March 29, 2024, Jackson Walker filed its third interim and final application seeking $166,862.50 in fees and $4,041.66 in expenses, and approval, on a final basis, of prior interim allowances of compensation and reimbursement of expenses.. $170,904.16 in combined fees and expenses remains unpaid.

- **Status of Case:**

  - The case is currently pending before Judge Lopez, and Jackson Walker's final fee application remains pending.

  - This case was originally identified on the U.S. Trustee's exhibit listing potential affected cases [*see, e.g.,* Exhibit 6 to the Vacatur Motion, *In re In re Chesapeake Energy Corporation, et al.*, Case No. 20-33233, ECF No. 4514] but the U.S. Trustee ultimately did not file a Vacatur Motion or fee objection in the MLCJR cases or in any of the related jointly administered cases. The only objection to Jackson Walker's fee application was that filed by the Objecting Creditors, who asserted administrative insolvency; that objection did not address Jackson Walker's retention application, disclosures, or issues relating to Ms. Freeman who was no longer with the firm at the time the case was filed. Neither Judge Lopez, the Objecting Creditors, nor the U.S. Trustee sought to transfer Jackson Walker's pending final fee application to the Miscellaneous Proceeding, and no order referring these jointly administered cases to the Miscellaneous Proceeding has been entered.

Dated: October 19, 2026

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Jason L. Boland*
Jason L. Boland (SBT 24040542)
*Attorney-in-Charge*
Federal I.D. No. 37238
Julie Harrison (SBT 24092434)
Federal I.D. No. 3017799
Maria Mokrzycka (SBT 24119994)
Federal I.D. No. 3610759
1550 Lamar, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
jason.boland@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com
maria.mokrzycka@nortonrosefulbright.com

*Counsel for Jackson Walker LLP*

**RUSTY HARDIN & ASSOCIATES, LLP**

Russell Hardin, Jr. (SBT 08972800)
*Attorney-in-Charge*
Federal I.D. No. 19424
Jennifer E. Brevorka (SBT 24082727)
Federal I.D. No. 1725400
Emily Smith (SBT 24083876)
Federal I.D. No. 1890677
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
rhardin@rustyhardin.com
jbrevorka@rustyhardin.com
esmith@rustyhardin.com

*Counsel for Jackson Walker LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, I caused a copy of this Notice to be served by the Electronic Case Filing System for the United States District Court for the Southern District of Texas.

*/s/ Jason L. Boland*
Jason L. Boland