United States District Court
Southern District of Texas
**ENTERED**
October 26, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 4:23-CV-4787** |
| **Professional Fee Matters Concerning the** | § | |
| **Jackson Walker Law Firm** | § | |

**ORDER**
**SETTING ELECTRONIC HEARINGS**
***Regarding ECF Nos. 324, 329 and 335***

1. On **Thursday, November 12, 2026, at 2:30 p.m. (Central Standard Time)**, an electronic evidentiary hearing on the "Unopposed Expedited Motion of The Law Office Of Liz Freeman To Withdraw Its Fee Application With Prejudice And For Modification Of The Trial Scheduling Order" ("*Motion To Withdraw*"), ECF No. 335, in the IEH Auto Parts Holding, LLC, ("*IEH Auto Parts*")[1], cases filed on October 23, 2026 by The Law Office of Liz Freeman. *See* ECF No. 335, n.1; and "Motion For Order Approving Compromise And Settlement Pursuant To Bankruptcy Rule 9019 Between Jackson Walker, LLP and Daniel R. Williams, Plan Administrator Of Katerra, Inc. ECF No. 324, and "Joint Stipulation Regarding Katerra, Inc.'s Settlement Agreement With Jackson Walker, LLP. ECF No. 329 shall be held before the United States Bankruptcy Court, Houston Division. **For persons wishing to appear in person, the hearing will be conducted from the United States Courthouse, 10th Floor Courtroom, 1701 W. Business Hwy 83, 10th Floor Courtroom, McAllen, TX 78501**.

2. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

3. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at 832-917-1510, conference room number 999276 and (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.

4. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

5. For any witness and exhibits, parties must utilize Form 1-100 Witness & Exhibit List which can be located on this Court's home page at https://www.txs.uscourts.gov/content/chief-united-states-bankruptcy-judgeeduardo-v-rodriguez

[1] *See* ECF No. 335, n. 1.

6. No later than **Wednesday, October 28, 2026**, the Law Office of Liz Freeman and Daniel R. Williams, in his capacity as Plan Administrator for the estates of Katerra, Inc. and its affiliated debtors must serve a copy of this Order on the United States Trustee and all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

**SIGNED October 26, 2026**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**