| WITNESS AND EXHIBIT LIST<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION<br><br>Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez | |
|---|---|
| **Main Case No:** | In re *Professional Fee Matters Concerning the Jackson Walker Law Firm*<br>Civil Action No. 4:23-CV-4787-AM |
| **Name of Debtor:** | *In re IEH Auto Parts Holding LLC, et al.*, Case No. 23-90054 (CML) (Bankr. S.D. Tex.) (jointly administered; the surviving case is *In re Auto Plus Auto Sales LLC*, Case No. 23-90055) |
| **State whether this amends or supplements a previously filed Witness & Exhibit list** | Amends — Date: N/A; ECF No.: N/A<br>Supplements — Date: N/A; ECF No.: N/A |
| **Hearing/Trial Date:** | November 12, 2026 |
| **Hearing Time:** | 2:30 p.m. (Central Standard Time) |
| **Party's Name:** | The Law Office of Liz Freeman, Applicant |
| **Attorney's Name:** | Tom Kirkendall |
| **Attorney's Phone:** | 713.703.3536 |
| **Nature of Proceeding(s):** | Electronic evidentiary hearing on the *Unopposed Expedited Motion of the Law Office of Liz Freeman to Withdraw Its Fee Application With Prejudice and for Modification of the Trial Scheduling Order* [ECF No. 335], set by this Court's *Order Setting Electronic Hearings Regarding ECF Nos. 324, 329 and 335* [ECF No. 336]. |

| WITNESS LIST | |
|---|---|
| **Lay Witnesses:** | None. The Law Office of Liz Freeman does not intend to call any witness and submits that the motion may be decided on the record. |
| **Expert Witnesses:** | None. |
| **REBUTTAL / IMPEACHMENT WITNESSES** | |
| **Lay Witnesses:** | Any witness required for rebuttal or impeachment of a witness called by another party. |
| **Expert Witnesses:** | None. |

| | | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| **EX. NO.**[1] | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| **1.** | Unopposed Expedited Motion of the Law Office of Liz Freeman to Withdraw Its Fee Application With Prejudice and for Modification of the Trial Scheduling Order [ECF No. 335] (filed October 23, 2026) | | | |
| **2.** | Proposed Agreed Order Withdrawing the First and Final Fee Application of the Law Office of Liz Freeman [ECF No. 335-1] (filed October 23, 2026) | | | |

## RESERVATION OF RIGHTS

The Law Office of Liz Freeman reserves the right to (i) amend or supplement this Witness and Exhibit List before the hearing; (ii) offer additional exhibits and call witnesses for rebuttal or impeachment; (iii) use any exhibit listed or offered by any other party; and (iv) ask the Court to take judicial notice of any document filed in this proceeding or in the IEH Auto Parts chapter 11 cases, including the First and Final Fee Application [Bankr. No. 23-90054, ECF No. 991], the United States Trustee's Objection [Bankr. No. 23-90054, ECF No. 1049], and the Scheduling Order [ECF No. 304].

Dated: November 10, 2026

Respectfully submitted,

/s/ Tom Kirkendall

Tom Kirkendall
Texas State Bar No. 11517300/SDTX Bar No. 02287
LAW OFFICE OF TOM KIRKENDALL
2 Violetta Ct
The Woodlands, TX 77381
713.703.3536 (mobile & text)
bigtkirk@gmail.com

COUNSEL FOR THE LAW OFFICE OF LIZ FREEMAN AND ELIZABETH C. FREEMAN

[1] To the extent any pleading identified in this list includes exhibits or attachments, the listing is intended to include all such exhibits and attachments.

## CERTIFICATE OF SERVICE

I certify that on November 10, 2026, a copy of this Witness and Exhibit List, together with the exhibits listed above, was served through the Electronic Case Filing System for the United States District Court for the Southern District of Texas on all parties registered to receive electronic notice in this proceeding, and was transmitted by email to counsel for the United States Trustee (Millie Aponte Sall, Laura D. Steele, Vianey Garza, and William J. Charboneau).

/s/ Tom Kirkendall
Tom Kirkendall

# EXHIBIT 1

Unopposed Expedited Motion of the Law Office of Liz Freeman to Withdraw Its Fee Application With Prejudice and for Modification of the Trial Scheduling Order [ECF No. 335]

Case 4:23-cv-04787 Document 34 Filed 10/23/26 in TXSD Page 1 of 17

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Civil Action No. 4:23-CV-4787 |
| Professional Fee Matters Concerning the Jackson Walker Law Firm | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| IEH Auto Parts Holding LLC, et al.,[1] | § | Case No. 23-90054 (CML) |
| | § | |
| Debtors. | § | (Jointly Administered) |

**UNOPPOSED EXPEDITED MOTION OF THE LAW OFFICE OF LIZ FREEMAN TO WITHDRAW ITS FEE APPLICATION WITH PREJUDICE AND FOR MODIFICATION OF THE TRIAL SCHEDULING ORDER**

**EXPEDITED RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EXPEDITED BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT EXPEDITED CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND**

[1] The Debtor entities in these chapter 11 cases, with the last four digits of each entity's federal tax identification number, were IEH Auto Parts Holding LLC (6529); AP Acquisition Company Clark LLC (4531); AP Acquisition Company Gordon LLC (5666); AP Acquisition Company Massachusetts LLC (7581); AP Acquisition Company Missouri LLC (7840); AP Acquisition Company New York LLC (7361); AP Acquisition Company North Carolina LLC (N/A); AP Acquisition Company Washington LLC (2773); Auto Plus Auto Sales LLC (6921); IEH AIM LLC (2233); IEH Auto Parts LLC (2066); IEH Auto Parts Puerto Rico, Inc. (4539); and IEH BA LLC (1428). The Debtors' service address was 112 Townpark Drive NW, Suite 300, Kennesaw, GA 30144.

**SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**RELIEF IS REQUESTED NOT LATER THAN NOVEMBER 16, 2026, SEVEN BUSINESS DAYS BEFORE THE NOVEMBER 25, 2026 DEADLINE FOR THE EXCHANGE OF WITNESS AND EXHIBIT LISTS UNDER THE COURT'S AUGUST 4, 2026 TRIAL SCHEDULING ORDER [ECF NO. 304].**

TO THE HONORABLE EDUARDO V. RODRIGUEZ,
CHIEF UNITED STATES BANKRUPTCY JUDGE:

The Law Office of Liz Freeman (the "Firm"), acting through its principal, Elizabeth C. Freeman ("Ms. Freeman"), withdraws with prejudice its fee application in the IEH Auto Parts cases and requests that the Court enter the proposed Agreed Order submitted with this motion (the "Agreed Order"), which approves the withdrawal and modifies the Court's August 4, 2026 trial scheduling order so that the United States Trustee's objection to the application is removed from the trial set to commence January 19, 2027. The United States Trustee does not oppose this motion and has approved the proposed Agreed Order filed with this motion as to form and substance.

## BACKGROUND

1. On November 11, 2023, the Firm filed its First and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel and Conflicts Counsel to the Debtors for the Period from January 31, 2023 Through June 16, 2023

(the "Fee Application") in the IEH Cases.[2] On January 29, 2024, Kevin M. Epstein, United States Trustee for Region 7 (the "U.S. Trustee"), filed his objection to the Fee Application (the "Objection").[3] No other party in interest objected. The Firm has received no compensation for services rendered in the IEH Cases, no reimbursement of expenses incurred in the IEH Cases, and nothing on account of the Fee Application.[4]

2. The Fee Application and the Objection are pending in this proceeding. The Scheduling Order sets the Objection as the first matter to be tried at the in-person trial commencing January 19, 2027, requires the parties to exchange witness and exhibit lists by November 25, 2026 and to file a joint proposed pretrial order by December 2, 2026, sets a final pretrial conference for December 9, 2026, and requires counsel for Ms. Freeman to appear in person at trial.[5] The Scheduling Order provides that changes to it may be made only by further order of the Court.[6]

3. The Firm has elected not to pursue compensation in the IEH Cases. The U.S. Trustee does not oppose the withdrawal of the Fee Application with prejudice and has approved the Agreed Order filed with this motion.

## RELIEF REQUESTED

4. The Firm withdraws the Fee Application with prejudice and requests that the Court enter the Agreed Order. The Agreed Order grants this motion and provides that the Fee Application is withdrawn with prejudice, with no compensation or reimbursement of expenses to Ms. Freeman or the Firm; recites that the Firm has received no compensation for services rendered or reimbursement of expenses incurred

[2] *In re IEH Auto Parts Holding LLC*, Bankr. No. 23-90054 (Bankr. S.D. Tex.), ECF No. 991 (the "IEH Cases").

[3] Bankr. No. 23-90054, ECF No. 1049.

[4] *See* Bankr. No. 23-90054, ECF No. 991, at 1 (summary cover sheet reflecting that no interim compensation has previously been awarded).

[5] Order Scheduling an In-Person Trial on the U.S. Trustee's Vacatur Motions and Objections to Final Fee Applications, ECF No. 304, ¶¶ 1–4, 6–7 (Aug. 4, 2026) (the "Scheduling Order").

[6] Scheduling Order ¶ 12.

in the IEH Cases; declares the Objection resolved; removes the Objection from the January 19, 2027 trial setting; provides that the requirements of the Scheduling Order no longer apply to the Firm, Ms. Freeman, and the U.S. Trustee as they relate to the Objection; and provides that nothing in it is a finding on any matter raised in the Objection. The U.S. Trustee does not oppose the relief requested.

**<u>BASIS FOR RELIEF</u>**

5. Federal Rule of Civil Procedure 41(a)(2), which applies to this contested matter through Federal Rules of Bankruptcy Procedure 7041 and 9014(c)(1), permits a matter to be dismissed at the request of the party that brought it by court order, on terms the Court considers proper, and provides that the dismissal is with prejudice where the order so states. The Court applied Rule 41(a) through those Bankruptcy Rules in resolving Jackson Walker's withdrawal of its standing arguments.[7] In the Fifth Circuit, a motion for voluntary dismissal "should be freely granted unless the non-moving party will suffer some plain legal prejudice other than the mere prospect of a second lawsuit."[8] The U.S. Trustee is the only party that has appeared in opposition to the Fee Application, and he does not oppose the withdrawal. Because the withdrawal is with prejudice, there is no prospect of a renewed request, and no term or condition is needed to protect any party. The Firm has received no compensation for services rendered or reimbursement of expenses incurred in the IEH Cases and will seek none.

6. The Firm presents the withdrawal and the requested modification of the Scheduling Order together in this motion for two reasons. First, Rule 41(a)(2)

---

[7] Fed. R. Civ. P. 41(a)(2) ("Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. . . . Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice."); Fed. R. Bankr. P. 7041, 9014(c)(1); *see* Order Resolving ECF No. 313, ECF No. 318, at 3 (Aug. 28, 2026) (applying Rule 41(a) to a withdrawal with prejudice in this proceeding through Rules 7041 and 9014(c)).

[8] *Elbaor v. Tripath Imaging, Inc.*, 279 F.3d 314, 317 (5th Cir. 2002) ("[A]s a general rule, motions for voluntary dismissal should be freely granted unless the non-moving party will suffer some plain legal prejudice other than the mere prospect of a second lawsuit.").

contemplates a court order. Second, the Objection remains on the Court's trial docket, and the Scheduling Order provides that changes to it may be made only by further order of the Court. The Agreed Order accomplishes both in one order.

7. The Objection is resolved. The only relief the Objection sought was denial of the Fee Application. With the Fee Application withdrawn with prejudice, there is no application to deny and no possibility that the request will be renewed. No party is prejudiced by an order so recognizing, and the U.S. Trustee agrees that the Objection is resolved.

## <u>REQUEST FOR EXPEDITED CONSIDERATION</u>

8. The Firm requests that the Court consider this motion on an expedited basis and approve the Agreed Order not later than November 16, 2026, seven business days before the November 25, 2026 deadline under the Scheduling Order for the exchange of witness and exhibit lists. Expedited consideration is appropriate because, absent an order before that deadline, the Firm, Ms. Freeman, and the U.S. Trustee must prepare and exchange witness and exhibit lists, prepare the joint proposed pretrial order due December 2, 2026, and prepare for the December 9, 2026 final pretrial conference, all for the trial of an objection to an application that has been withdrawn. The Court approved Jackson Walker's recent unopposed expedited motion to withdraw its standing arguments three days after it was filed.[9] The Firm submits that this motion may be decided without a hearing. If the Court prefers to hear the motion, the Firm requests that the hearing be set on or before November 16, 2026, and counsel for the Firm will appear.

[9] Unopposed Expedited Motion of Jackson Walker, LLP to Withdraw its Standing Arguments, ECF No. 313 (Aug. 25, 2026); Order Resolving ECF No. 313, ECF No. 318 (Aug. 28, 2026).

## CONCLUSION

9. The Firm requests that the Court enter the Agreed Order providing that the Fee Application is withdrawn with prejudice, removing the Objection from the January 19, 2027 trial setting, and relieving the Firm, Ms. Freeman, and the U.S. Trustee of the requirements of the Scheduling Order as they relate to the Objection, and grant such other relief as is just.

Respectfully submitted,

/s/ Tom Kirkendall

Tom Kirkendall
Texas Bar No. 11517300/SDTX Bar No. 02287
LAW OFFICE OF TOM KIRKENDALL
2 Violetta Ct
The Woodlands, TX 77381
713.703.3536 (mobile & text)
bigtkirk@gmail.com

COUNSEL FOR THE LAW OFFICE OF LIZ FREEMAN AND ELIZABETH C. FREEMAN

## CERTIFICATE OF CONFERENCE

Under Local Rule 7.1 of the Southern District of Texas, I certify that on October 19 and 22, 2026, I conferred with Millie Aponte Sall and Laura D. Steele, counsel for the United States Trustee, about the relief requested in this motion. The United States Trustee does not oppose the motion.

/s/ Tom Kirkendall
Tom Kirkendall

# CERTIFICATE OF SERVICE

The foregoing pleading was transmitted via electronic transmission on October 23, 2026 to respective counsel for the parties in this civil action:

Millie Aponte Sall
Laura D. Steele
Vianey Garza
William J. Charboneau
Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002
millie.sall@usdoj.gov
laura.steele@usdoj.gov
vianey.garza@usdoj.gov
joel.charboneau@usdoj.gov

COUNSEL FOR THE UNITED STATES TRUSTEE

Jason L. Boland
Julie G. Harrison
Maria Mokrzycka
Norton Rose Fulbright US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
jason.boland@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com
maria.mokrzycka@nortonrosefulbright.com

Rusty Hardin
Emily M. Smith
Rusty Hardin & Associates LLP
1401 McKinney Street, Suite 2250
Houston, TX 77010
rhardin@rustyhardin.com
esmith@rustyhardin.com

CO-COUNSEL FOR JACKSON WALKER L.L.P.

/s/ Tom Kirkendall
Tom Kirkendall

# EXHIBIT 2

Proposed Agreed Order Withdrawing the First and Final Fee Application of the Law Office of Liz Freeman [ECF No. 335-1]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Civil Action No. 4:23-CV-4787 |
| Professional Fee Matters Concerning the Jackson Walker Law Firm | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| IEH Auto Parts Holding LLC, et al.,[1] | § | Case No. 23-90054 (CML) |
| | § | |
| Debtors. | § | (Jointly Administered) |

**AGREED ORDER WITHDRAWING**
**THE LAW OFFICE OF LIZ FREEMAN'S FEE APPLICATION**
**IN THE IEH AUTO PARTS CASES WITH PREJUDICE**

Came on for consideration the Unopposed Expedited Motion of the Law Office of Liz Freeman (the "Firm") to Withdraw Its Fee Application With Prejudice and for Modification of the Trial Scheduling Order (the "Motion"). Kevin M. Epstein, United States Trustee for Region 7 (the "U.S. Trustee"), does not oppose the relief requested in the Motion and has agreed to the form and substance of this Agreed Order. The Court has reviewed the Motion and has concluded that the Agreed Order should be approved. It is therefore ORDERED that:

1. The Motion is GRANTED. The First and Final Fee Application of the Law Office of Liz Freeman [*In re IEH Auto Parts Holding LLC, et al.*, Bankr. No. 23-

[1] The Debtor entities in these chapter 11 cases, with the last four digits of each entity's federal tax identification number, were IEH Auto Parts Holding LLC (6529); AP Acquisition Company Clark LLC (4531); AP Acquisition Company Gordon LLC (5666); AP Acquisition Company Massachusetts LLC (7581); AP Acquisition Company Missouri LLC (7840); AP Acquisition Company New York LLC (7361); AP Acquisition Company North Carolina LLC (N/A); AP Acquisition Company Washington LLC (2773); Auto Plus Auto Sales LLC (6921); IEH AIM LLC (2233); IEH Auto Parts LLC (2066); IEH Auto Parts Puerto Rico, Inc. (4539); and IEH BA LLC (1428). The Debtors' service address was 112 Townpark Drive NW, Suite 300, Kennesaw, GA 30144.

90054, ECF No. 991] (the "Fee Application") is WITHDRAWN WITH PREJUDICE under Federal Rule of Civil Procedure 41(a)(2), made applicable by Federal Rules of Bankruptcy Procedure 9014(c)(1) and 7041. Neither the Firm nor Elizabeth C. Freeman ("Ms. Freeman") has received any compensation for services rendered, or reimbursement of expenses incurred, in the Chapter 11 cases of IEH Auto Parts Holding LLC and its affiliated debtors, Bankr. No. 23-90054 (the "IEH Cases"), and neither will seek any.

2. The U.S. Trustee's Objection to the Fee Application [Bankr. No. 23-90054, ECF No. 1049] (the "Objection") is RESOLVED, and no further proceedings will be held on it.

3. The Objection is REMOVED from the trial commencing January 19, 2027, under the Court's Order Scheduling an In-Person Trial dated August 4, 2026 [ECF No. 304] (the "Scheduling Order"). The requirements of that Scheduling Order pertaining to the Objection no longer apply to the Firm, Ms. Freeman, or the U.S. Trustee. The remaining provisions of that Scheduling Order are unchanged.

4. Nothing in this Agreed Order is a finding or adjudication on any matter raised in the Objection, and nothing in this Agreed Order is an admission by any party.

5. This Court retains jurisdiction to interpret and enforce this Agreed Order.

Agreed as to form and substance:

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE, REGION 7

By: /s/ Laura D. Steele
Millie Aponte Sall, Assistant U.S. Trustee
Laura D. Steele, Assistant U.S. Trustee (Detail)
Vianey Garza, Trial Attorney
William J. Charboneau, Trial Attorney
515 Rusk Street, Suite 3516
Houston, Texas 77002
(713) 718-4650 – Telephone

COUNSEL FOR THE UNITED STATES TRUSTEE

/s/ Tom Kirkendall
Tom Kirkendall
Texas State Bar No. 11517300/SDTX Bar No. 02287
LAW OFFICE OF TOM KIRKENDALL
2 Violetta Ct
The Woodlands, TX 77381
713.703.3536 (mobile & text)
bigtkirk@gmail.com

COUNSEL FOR THE LAW OFFICE OF LIZ FREEMAN AND ELIZABETH C. FREEMAN