# JOINT EXHIBIT LIST[1]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | In re Professional Fee Matters Concerning the Jackson Walker Law Firm<br>Civil Action No. 4:23-CV-4787-AM |
| **Name of Debtor:** | *In re EXCO Resources, Inc., et al.*, Case No. 18-30155; *In re Westmoreland Coal Company Asset Corp., et al.*, Case No. 18-35689; *In re Jones Energy, Inc., et al.*, Case No. 19-32112; *In re Sanchez Energy Corporation, et al.*, Case No. 19-34508; *In re McDermott International, Inc., et al.*, Case No. 20-30336; *In re Sheridan Production Partners I-A, L.P., et al.*, Case No. 20-31886; *In re Whiting Petroleum Corporation, et al.*, Case No. 20-32021; *In re Neiman Marcus Group LTD LLC, et al.*, Case No. 20-32519; *In re Stage Stores, Inc., et al.*, Case No. 20-32564; *In re J. C. Penney Direct Marketing Services LLC, et al.*, Case No. 20-20184; *In re Energy Services Puerto Rico, LLC, et al.*, Case No. 20-32680; *In re Chesapeake Exploration, LLC, et al.*, Case No. 20-33239; *In re Covia Finance Company LLC, et al.*, Case No. 20-33302; *In re Volusion, LLC*, Case No. 20-50082; *In re Denbury Holdings, Inc., et al.*, Case No. 20-33812; *In re TMW Merchants LLC, et al.*, Case No. 20-33916; *In re iQor Holdings Inc., et al.*, Case No. 20-34500; *In re Tug Robert J. Bouchard, Corporation, et al.*, Case No. 20-34758; *In re Mule Sky LLC, et al.*, Case No. 20-35561; *In re Seadrill Operating GP, LLC,* Case No. 20-35760; *In re Seadrill Limited, et al.*, Case No. 21-30427; *In re Brilliant Energy, LLC,* Case No. 21-30936; *In re Katerra, Inc., et al.*, Case No. 21-31861; *In re Basic Energy Services, Inc., et al.*, Case No. 21-90002; *In re Strike LLC, et al.*, Case No. 21-90054; *In re Seadrill Member LLC, et al.*, Case No. 22-90002; *In re 4E Brands Northamerica LLC*, Case No. 22-50009; *In re Sungard AS New Holdings, LLC, et al.*, Case No. 22-90018; *In re La Forta – Gestao e Investmentos,* Case No. 22-90126; *In re Altera Infrastructure Project Services LLC, et al.*, Case No. 22-90129; *In re Auto Plus Auto Sales LLC, et al.*, Case No. 23-90055; *In re GWG Holdings, Inc., et al.*, Case No. 22-90032; *In re HONX, Inc.*, Case No. 22-90035. |

**State whether this amends or supplements a previously filed Witness & Exhibit list**

| Amends | | Supplements | |
|---|---|---|---|
| **Date** | **ECF No.** | **Date** | **ECF No.** |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| **Hearing/Trial Date:** | January 19, 2027 | |
| **Hearing Time:** | 1:30 p.m. | |
| **Party's Name:** | United States Trustee and Jackson Walker LLP | |
| **Attorney's Name:** | Laura D. Steele<br>Joel Charboneau<br>Brian Thill<br>Spencer Ezell | Russell Hardin, Jr.<br>Emily Smith<br>Jennifer Brevorka<br>Jason L. Boland<br>Paul Trahan<br>Julie Harrison |

[1] The Parties stipulate to the authenticity of the documents listed in this Joint Exhibit List, but reserve all other evidentiary objections.

| | | |
|---|---|---|
| | Elvina Rofael<br>Vianey Garza<br>Millie Sall | Emily Wolf<br>Maria Mokrzycka |
| **Attorney's Phone:** | (713) 652-9000<br>(713) 651-5151 | |
| | | |
| **Nature of Proceeding(s):** | Trial regarding the United States Trustee's *Motion for (1) Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving the Retention and Compensation Applications of Jackson Walker LLP, (2) Sanctions, and (3) Related Relief* filed in the Affected Cases. | |

| | | **FOR COURT USE ONLY** | | |
|---|---|---|---|---|
| | | | | |
| **JOINT EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| | | | | |
| **1.** | Exco Voluntary Petition [Dkt. 1] | | | |
| **2.** | Exco Joint Administration Order [Dkt. 18] | | | |
| **3.** | Exco Retention App [Dkt. 382] | | | |
| **4.** | Exco Retention Order [Dkt. 526] | | | |
| **5.** | Jackson Walker's First Interim Application for Payment of Compensation and Reimbursement of Expenses [Dkt. 803] | | | |
| **6.** | Supplemental Declaration of Patricia B. Tomasco in Support of the Application for Order Authorizing the Employment and Retention [Dkt. 801] | | | |
| **7.** | Exco 1st Interim Fee App. Order [Dkt. 864] | | | |
| **8.** | Exco Mediation Order [Dkt. 894] | | | |
| **9.** | Exco 2nd Interim Fee App. [Dkt. 1069] | | | |
| **10.** | Exco Amended Plan [Dkt. 1102] | | | |
| **11.** | Westmoreland Joint Administration Order [Dkt. 71] | | | |
| **12.** | Westmoreland Voluntary Petition [Dkt. 1] | | | |
| **13.** | EXCO Order Granting Second Interim Fee Application [Dkt. 1161] | | | |
| **14.** | Westmoreland WLB Plan [Dkt. 294] | | | |
| **15.** | Westmoreland Retention App [Dkt. 376] | | | |
| **16.** | Westmoreland Retention Order [Dkt. 617] | | | |
| **17.** | Exco 3rd Interim Fee App. [Dkt. 1466] | | | |
| **18.** | Exco 3rd Interim Fee App. Order [Dkt. 1518] | | | |
| **19.** | Westmoreland WLB Amended Plan [Dkt. 1457] | | | |
| **20.** | Westmoreland WLB Amended Plan [Dkt 1532] | | | |

| | | | | |
|---|---|---|---|---|
| **21.** | Westmoreland WLB Confirmation Order [Dkt. 1561] | | | |
| **22.** | Westmoreland Notice of Effective Date [Dkt. 1608] | | | |
| **23.** | Westmoreland WMLP Plan [Dkt. 1612] | | | |
| **24.** | Westmoreland Final Decree (Certain Cases) [Dkt. 1671] | | | |
| **25.** | Westmoreland 1st Interim Fee App. [Dkt. 1726] | | | |
| **26.** | Jones Energy Voluntary Petition [Dkt. 1] 19-32112 | | | |
| **27.** | Westmoreland WLB Final Fee App [Dkt. 1731] | | | |
| **28.** | Jones Energy Plan [Dkt. 20] | | | |
| **29.** | Jones Energy Joint Administration Order [Dkt. 36] | | | |
| **30.** | Jones Energy Retention App [Dkt. 125] | | | |
| **31.** | Exco Disclosure Statement [Dkt. 1907] | | | |
| **32.** | Jones Energy Amended Plan [Dkt. 158] | | | |
| **33.** | Jones Energy Confirmation Order [Dkt. 180] | | | |
| **34.** | Jones Energy Retention Order [Dkt. 208] | | | |
| **35.** | Jones Energy Final Decree [Dkt. 218] | | | |
| **36.** | Jones Energy Notice of Effective Date [Dkt. 216] | | | |
| **37.** | Westmoreland WMLP Plan [Dkt. 1932] | | | |
| **38.** | Westmoreland WMLP Confirmation Order [Dkt. 1967] | | | |
| **39.** | Exco Plan [Dkt. 2103] | | | |
| **40.** | Westmoreland WMLP Final Decree [Dkt. 2099] | | | |
| **41.** | Exco Confirmation Order [Dkt. 2128] | | | |
| **42.** | Westmoreland Notice of Effective Date for WMLP Debtors [Dkt. 2068] | | | |
| **43.** | Exco Notice of Effective Date [Dkt. 2174] | | | |
| **44.** | Jones Energy Final Fee App [Dkt. 242] | | | |
| **45.** | Westmoreland WMLP Final Fee App [Dkt. 2162] | | | |
| **46.** | Jones Energy Final Fee Order [Dkt. 251] | | | |
| **47.** | Exco 4th Interim Fee App. [Dkt. 2268] | | | |
| **48.** | Sanchez Voluntary Petition [Dkt. 1] | | | |
| **49.** | Sanchez Joint Administration Order [Dkt. 27] | | | |
| **50.** | Exco Final Decree (Certain Cases) [Dkt. 2285] | | | |
| **51.** | Westmoreland WMLP Final Fee Order [Dkt. 2249] | | | |
| **52.** | Westmoreland 1st Interim Fee App. Order [Dkt. 2254] | | | |
| **53.** | Westmoreland WLB Final Fee Order [Dkt. 2280] | | | |
| **54.** | Exco Final Fee App [Dkt. 2304] | | | |
| **55.** | Westmoreland Supplemental Final Fee App. [Dkt. 2287] | | | |

| | | | | |
|---|---|---|---|---|
| **56.** | Westmoreland Supplemental Final Fee App. Order [Dkt. 2292] | | | |
| **57.** | Exco 4th Interim Fee App. Order [Dkt. 52] | | | |
| **58.** | Sanchez Retention Application [Dkt. 269] | | | |
| **59.** | Sanchez Retention Order [Dkt. 416] | | | |
| **60.** | Jones Energy Final Decree [Dkt. 275] | | | |
| **61.** | Sanchez 1st Interim Fee App. [Dkt. 841] | | | |
| **62.** | McDermott Voluntary Petition [Dkt. 1] | | | |
| **63.** | McDermott Joint Admin Order [Dkt. 57] | | | |
| **64.** | McDermott Plan [Dkt. 5] | | | |
| **65.** | Sanchez 1st Interim Fee App. Order [Dkt. 925] | | | |
| **66.** | McDermott Retention App [Dkt. 424] | | | |
| **67.** | McDermott Retention Order [Dkt. 591] | | | |
| **68.** | McDermott Confirmation Order [Dkt. 665] | | | |
| **69.** | Sheridan Amended Plan [Dkt. 11] | | | |
| **70.** | Sheridan Joint Administration Order [Dkt. 55] | | | |
| **71.** | Sheridan Voluntary Petition [Dkt. 1] | | | |
| **72.** | Sheridan Confirmation Order [Dkt. 76] | | | |
| **73.** | Sanchez Energy Corporation Order Appointing Chief Judge David R. Jones As Mediator) | | | |
| **74.** | Sheridan Notice of Effective Date [Dkt. 116] | | | |
| **75.** | Whiting Joint Admin Order [Dkt. 15] | | | |
| **76.** | Whiting Voluntary Petition [Dkt. 1] | | | |
| **77.** | Sheridan Retention App [Dkt. 130] | | | |
| **78.** | Sanchez Plan [Dkt. 1109] | | | |
| **79.** | Sanchez Disclosure Statement Order [Dkt. 1118] | | | |
| **80.** | Whiting Retention App [Dkt. 173] | | | |
| **81.** | Sheridan Final Fee App [Dkt. 162] | | | |
| **82.** | Whiting Plan [Dkt. 198] | | | |
| **83.** | Sanchez Amended Plan [Dkt. 1205] | | | |
| **84.** | Sanchez Confirmation Order [Dkt. 1212] | | | |
| **85.** | Whiting Retention Order [Dkt. 265] | | | |
| **86.** | Neiman Marcus Joint Admin Order [Dkt. 23] | | | |
| **87.** | Neiman Marcus Voluntary Petition [Dkt. 1] | | | |
| **88.** | Stage Stores Voluntary Petition [Dkt. 1] | | | |
| **89.** | Stage Stores Joint Admin Order [Dkt. 45] | | | |
| **90.** | JCPenney Joint Administration Order [Dkt. 4] | | | |
| **91.** | JCPenney Voluntary Petition [Dkt. 1] | | | |
| **92.** | JCPenney Complex Case Order [Dkt. 9] | | | |
| **93.** | JCPenney Complex Case Order [Dkt. 11] | | | |
| **94.** | Hornbeck Joint Admin Order [Dkt. 29] | | | |
| **95.** | Hornbeck Plan [Dkt. 7] | | | |
| **96.** | Hornbeck Voluntary Petition [Dkt. 1] | | | |
| **97.** | Stage Stores Plan [Dkt. 296] | | | |
| **98.** | Hornbeck Retention App [Dkt. 132] | | | |

| | | | | |
|---|---|---|---|---|
| **99.** | Neiman Marcus Retention Application [Dkt. 750] | | | |
| **100.** | Stage Stores Retention Application [Dkt. 385] | | | |
| **101.** | Neiman Marcus Plan [Dkt. 771] | | | |
| **102.** | JCPenney Retention App [Dkt. 685] | | | |
| **103.** | Hornbeck Confirmation Order [Dkt. 221] | | | |
| **104.** | Neiman Marcus Retention Order [Dkt. 1017] | | | |
| **105.** | Chesapeake Joint Admin Order [Dkt. 91] | | | |
| **106.** | Chesapeake Voluntary Petition [Dkt. 1] | | | |
| **107.** | Exco Notice of Effective Date [Dkt. 2172] | | | |
| **108.** | Covia Voluntary Petition [Dkt. 1] | | | |
| **109.** | JCPenney Supplemental Cavenaugh Declaration [Dkt. 899] | | | |
| **110.** | Covia Joint Administration Order [Dkt. 38] | | | |
| **111.** | McDermott Notice of Effective Date [Dkt. 970] | | | |
| **112.** | Sanchez Notice of Effective Date [Dkt. 1417] | | | |
| **113.** | Whiting Amended Plan [Dkt. 567] | | | |
| **114.** | JCPenney Retention Order [Dkt. 963] | | | |
| **115.** | Sanchez Final Fee App [Dkt. 1432] | | | |
| **116.** | Stage Stores Retention Order [Dkt. 583] | | | |
| **117.** | Hornbeck Retention Order [Dkt. 260] | | | |
| **118.** | Sheridan Final Fee Order [Dkt. 213] | | | |
| **119.** | Sheridan Retention Order [Dkt. 211] | | | |
| **120.** | Chesapeake Retention Application [Dkt. 370] | | | |
| **121.** | Hornbeck Fee App [Dkt. 270] | | | |
| **122.** | Covia Retention App [Dkt. 195] | | | |
| **123.** | Sanchez Final Fee Order [Dkt. 1502] | | | |
| **124.** | Volusion Voluntary Petition [Dkt. 1] | | | |
| **125.** | Sheridan Final Decree [Dkt. 221] | | | |
| **126.** | Denbury Joint Administration Order [Dkt. 15] | | | |
| **127.** | Denbury Plan [Dkt. 16] | | | |
| **128.** | Denbury Voluntary Petition [Dkt. 1] | | | |
| **129.** | Tailored Brands Voluntary Petition [Dkt. 1] | | | |
| **130.** | Tailored Brands Joint Admin Order [Dkt. 41] | | | |
| **131.** | Covia Plan [Dkt. 316] | | | |
| **132.** | Hornbeck Fee Order [Dkt. 283] | | | |
| **133.** | Chesapeake Retention Order [Dkt. 720] | | | |
| **134.** | Stage Stores Amended Plan [Dkt. 688] | | | |
| **135.** | McDermott Final Fee App [Dkt. 991] | | | |
| **136.** | Stage Stores Confirmation Order [Dkt. 705] | | | |
| **137.** | Whiting Confirmation Order [Dkt. 733] | | | |
| **138.** | Tailored Brands Plan [Dkt. 347] | | | |
| **139.** | Covia Retention Order [Dkt. 443] | | | |
| **140.** | Volusion Retention App [Dkt. 74] | | | |
| **141.** | Denbury Retention App [Dkt. 238] | | | |
| **142.** | Tailored Brands Retention App [Dkt. 496] | | | |
| **143.** | Whiting Notice of Effective Date [Dkt. 756] | | | |

| | | | | |
|---|---|---|---|---|
| **144.** | Denbury Amended Plan [Dkt. 268] | | | |
| **145.** | Denbury Confirmation Order [Dkt. 273] | | | |
| **146.** | Hornbeck Notice of Effective Date [Dkt. 308] | | | |
| **147.** | Neiman Marcus Amended Plan [Dkt. 1793] | | | |
| **148.** | Neiman Marcus Confirmation Order [Dkt. 1795] | | | |
| **149.** | McDermott Final Fee Order [Dkt. 1021] | | | |
| **150.** | iQor Joint Administration Order [Dkt. 22] | | | |
| **151.** | iQor Plan [Dkt. 50] | | | |
| **152.** | iQor Voluntary Petition [Dkt. 1] | | | |
| **153.** | Chesapeake Plan [Dkt. 1150] | | | |
| **154.** | McDermott Final Decree [Dkt. 1037] | | | |
| **155.** | Denbury Notice of Effective Date [Dkt. 311] | | | |
| **156.** | Exco Final Fee Order [Dkt. 122] | | | |
| **157.** | Denbury Final Decree [Dkt. 318] | | | |
| **158.** | Denbury Retention Order [Dkt. 323] | | | |
| **159.** | Hornbeck Final Decree [Dkt. 315] | | | |
| **160.** | Volusion Retention Order [Dkt. 94] | | | |
| **161.** | Neiman Marcus Effective Date [Dkt. 1906] | | | |
| **162.** | Bouchard Voluntary Petition 20-34682 [Dkt. 1] | | | |
| **163.** | iQor Retention App [Dkt. 154] | | | |
| **164.** | Bouchard Joint Admin Order [Dkt. 31] | | | |
| **165.** | Tailored Brands Retention Order [Dkt. 792] | | | |
| **166.** | Whiting Final Fee App [Dkt. 796] | | | |
| **167.** | iQor Amended Plan [Dkt. 173-1] | | | |
| **168.** | Covia Amended Plan [Dkt. 684] | | | |
| **169.** | iQor Confirmation Order [Dkt. 188] | | | |
| **170.** | JCPenney Plan [Dkt. 1591] | | | |
| **171.** | Bouchard Retention Application [Dkt. 173] | | | |
| **172.** | Denbury Final Fee App [Dkt. 363] | | | |
| **173.** | Stage Stores Notice of Effective Date [Dkt. 898] | | | |
| **174.** | Volusion DS & Plan [Dkt. 100] | | | |
| **175.** | Tailored Brands Mediation Order [Dkt. 1034] | | | |
| **176.** | Whiting Final Fee Order [Dkt. 840] | | | |
| **177.** | Neiman Marcus Final Fee App [Dkt. 2046] | | | |
| **178.** | Gulfport Voluntary Petition [Dkt. 1] | | | |
| **179.** | Stage Stores Final Fee App [Dkt. 931] | | | |
| **180.** | Tailored Brands Amended Plan [Dkt. 1210] | | | |
| **181.** | Tailored Brands Confirmation Order [Dkt. 1221] | | | |
| **182.** | Gulfport Joint Administration Order [Dkt. 4] | | | |
| **183.** | iQor Notice of Effective Date [Dkt. 225] | | | |
| **184.** | Volusion Amended Plan [Dkt. 121] | | | |
| **185.** | Volusion Confirmation Order [Dkt. 128] | | | |
| **186.** | Bouchard Retention Order [Dkt. 245] | | | |
| **187.** | iQor Retention Order [Dkt. 230] | | | |
| **188.** | Gulfport Plan [Dkt. 241] | | | |

| | | | | |
|---|---|---|---|---|
| **189.** | Tailored Brands Final Fee App [Dkt. 1276] | | | |
| **190.** | Chesapeake 1st Interim Fee App. [Dkt. 1928] | | | |
| **191.** | Denbury Final Fee Order [Dkt. 384] | | | |
| **192.** | Covia 1st Interim Fee App. [Dkt. 863] | | | |
| **193.** | Seadrill Partners Voluntary Petition [Dkt. 1] | | | |
| **194.** | Tailored Brands Notice of Effective Date [Dkt. 1298] | | | |
| **195.** | iQor Final Fee App [Dkt. 233] | | | |
| **196.** | Seadrill Partners Joint Admin Order [Dkt. 46] | | | |
| **197.** | Neiman Marcus Final Fee Order [Dkt. 2147] | | | |
| **198.** | Gulfport Retention App [Dkt. 390] | | | |
| **199.** | Covia Amended Plan (Modified) [Dkt. 1017] | | | |
| **200.** | Covia Confirmation Order [Dkt. 1029] | | | |
| **201.** | JCPenney Confirmation Order [Dkt. 2169] | | | |
| **202.** | JCPenney Amended Confirmation Order [Dkt. 2190] | | | |
| **203.** | Stage Stores Final Fee Order [Dkt. 983] | | | |
| **204.** | Chesapeake 1st Interim Fee App. Order [Dkt. 2583] | | | |
| **205.** | Seadrill Partners Retention Application [Dkt. 110] | | | |
| **206.** | Covia 1st Interim Fee App. Order [Dkt. 1066] | | | |
| **207.** | iQor Final Fee Order [Dkt. 252] | | | |
| **208.** | Tailored Brands Final Fee Order [Dkt. 1404] | | | |
| **209.** | Covia Final Decree [Dkt. 1070] | | | |
| **210.** | Covia Notice of Effective Date [Dkt. 1069] | | | |
| **211.** | Chesapeake Amended Plan [Dkt. 2833] | | | |
| **212.** | Seadrill Partners Retention Order [Dkt. 136] | | | |
| **213.** | Chesapeake Confirmation Order [Dkt. 2915] | | | |
| **214.** | Volusion Notice of Effective Date [Dkt. 158] | | | |
| **215.** | JCPenney Notice of Effective Date [Dkt. 2508] | | | |
| **216.** | Gulfport Retention Order [Dkt. 732] | | | |
| **217.** | Volusion Final Fee App [Dkt. 166] | | | |
| **218.** | JCPenney 1st Interim Fee App. [Dkt. 2561] | | | |
| **219.** | Chesapeake Notice of Effective Date [Dkt. 3058] | | | |
| **220.** | Seadrill Ltd Voluntary Petition [Dkt. 1] | | | |
| **221.** | Seadrill Ltd Joint Admin Order [Dkt. 27] | | | |
| **222.** | Seadrill Partners Plan [Dkt. 285] | | | |
| **223.** | Gulfport Plan [Dkt. 816] | | | |
| **224.** | Covia Final Fee App [Dkt. 1205] | | | |
| **225.** | Volusion Final Fee Order [Dkt. 172] | | | |
| **226.** | JCPenney 1st Interim Fee App. Order [Dkt. 2721] | | | |
| **227.** | Seadrill Ltd. Retention App [Dkt. 250] | | | |
| **228.** | JCPenney Final Fee App [Dkt. 2739] | | | |
| **229.** | Brilliant Voluntary Petition [Dkt. 1] | | | |

| | | | | |
|---|---|---|---|---|
| **230.** | Bouchard First Interim Fee App. [Dkt. 686] | | | |
| **231.** | Chesapeake Final Fee App [Dkt. 3303] | | | |
| **232.** | iQor Final Decree [Dkt. 318] | | | |
| **233.** | Neiman Marcus Final Decree [Dkt. 2371] | | | |
| **234.** | Seadrill Ltd Retention Order [Dkt. 302] | | | |
| **235.** | Covia Final Fee Order [Dkt. 1304] | | | |
| **236.** | JCPenney Final Fee Order [Dkt. 2874] | | | |
| **237.** | Brilliant Retention Application [Dkt. 68] | | | |
| **238.** | Gulfport 1st Interim Fee App. [Dkt. 1163] | | | |
| **239.** | Gulfport Amended Plan [Dkt. 1171] | | | |
| **240.** | Bouchard First Interim Fee Order [Dkt. 810] | | | |
| **241.** | Chesapeake Final Fee Order [Dkt. 3509] | | | |
| **242.** | Denbury Final Decree (all cases) [Dkt. 452] | | | |
| **243.** | Gulfport Confirmation Order [Dkt. 1262] | | | |
| **244.** | Bouchard Second Interim Fee Application [Dkt. 856] | | | |
| **245.** | Brilliant Sale Order [Dkt. 108] | | | |
| **246.** | Gulfport 1st Interim Fee App. Order [Dkt. 1381] | | | |
| **247.** | Seadrill Partners Confirmation Order [Dkt. 570] | | | |
| **248.** | Gulfport Notice of Effective Date [Dkt. 1393] | | | |
| **249.** | Seadrill Partners Notice of Effective Date [Dkt. 586] | | | |
| **250.** | Sanchez Final Decree [Dkt. 1944] | | | |
| **251.** | Brilliant Retention Order [Dkt. 131] | | | |
| **252.** | Katerra Voluntary Petition [Dkt. 1] 21-31861 | | | |
| **253.** | Katerra Joint Administration Order [Dkt. 33] | | | |
| **254.** | Seadrill Partners Final Decree [Dkt. 603] | | | |
| **255.** | Bouchard 2nd Interim Fee App. Order [Dkt. 966] | | | |
| **256.** | Bouchard Plan [Dkt. 988] | | | |
| **257.** | Chesapeake Final Decree [Dkt. 3812] | | | |
| **258.** | Gulfport Final Decree [Dkt. 1545] | | | |
| **259.** | Katerra Retention Application [Dkt. 289] | | | |
| **260.** | Brilliant 1st Interim Fee App. [Dkt. 149] | | | |
| **261.** | Gulfport Final Fee App [Dkt. 10] | | | |
| **262.** | JCPenney Final Decree [Dkt. 3167] | | | |
| **263.** | Seadrill Partners Final Fee App [Dkt. 643] | | | |
| **264.** | Katerra DIP Hearing Transcript [Dkt. 693] | | | |
| **265.** | Katerra Final DIP Order [Dkt. 630] | | | |
| **266.** | Seadrill Ltd Plan [Dkt. 862] | | | |
| **267.** | Brilliant 1st Interim Fee App. Order [Dkt. 170] | | | |
| **268.** | Katerra Retention Order [Dkt. 795] | | | |
| **269.** | Seadrill Partners Fee Order [Dkt. 690] | | | |
| **270.** | Basic Energy Joint Admin Order [Dkt. 14] | | | |
| **271.** | Basic Energy Voluntary Petition [Dkt. 1] | | | |
| **272.** | Bouchard Amended Plan [Dkt. 1293] | | | |

| | | | | |
|---|---|---|---|---|
| **273.** | Gulfport Final Fee Order [Dkt. 212] | | | |
| **274.** | Katerra Amended Plan [Dkt. 908] | | | |
| **275.** | Bouchard Confirmation Order [Dkt. 1319] | | | |
| **276.** | Bouchard Notice of Effective Date [Dkt. 1340] | | | |
| **277.** | Tailored Brands Final Decree [Dkt. 246] | | | |
| **278.** | Bouchard Final Decree [Dkt. 1389] | | | |
| **279.** | Exco Final Decree [Dkt. 523] | | | |
| **280.** | Seadrill Ltd 1st Interim Fee App. [Dkt. 1049] | | | |
| **281.** | Seadrill Ltd 2nd Interim Fee App. [Dkt. 1051] | | | |
| **282.** | Bouchard Final Fee App [Dkt. 29] | | | |
| **283.** | Katerra Plan [Dkt. 1338] | | | |
| **284.** | Katerra Confirmation Order [Dkt. 1372] | | | |
| **285.** | Seadrill Ltd Amended Plan [Dkt. 1109] | | | |
| **286.** | Seadrill Ltd Confirmation Order [Dkt. 1158] | | | |
| **287.** | Katerra Notice of Effective Date [Dkt. 1422] | | | |
| **288.** | Katerra 1st Interim Fee App. [Dkt. 1443] | | | |
| **289.** | Basic Energy Global Settlement Order [Dkt. 686] | | | |
| **290.** | Covia Final Decree (all cases) [Dkt. 1447] | | | |
| **291.** | Bouchard Final Fee Order [Dkt. 63] | | | |
| **292.** | Katerra Final Fee App [Dkt. 1523] | | | |
| **293.** | Strike Joint Administration Order [Dkt. 7] | | | |
| **294.** | Strike Voluntary Petition [Dkt. 1] | | | |
| **295.** | Seadrill Ltd 1st Interim Fee App. Order [Dkt. 1273] | | | |
| **296.** | Seadrill Ltd 2nd Interim Fee App. Order [Dkt. 1274] | | | |
| **297.** | Seadrill Ltd Final Fee App [Dkt. 1281] | | | |
| **298.** | Basic Energy Retention Application [Dkt. 809] | | | |
| **299.** | Katerra 1st Interim Fee App. Order [Dkt. 1547] | | | |
| **300.** | Strike Retention App [Dkt. 363] | | | |
| **301.** | Seadrill Ltd Final Fee Order [Dkt. 1340] | | | |
| **302.** | Seadrill NFL Amended Plan [Dkt. 17] | | | |
| **303.** | Seadrill NFL Joint Admin Order [Dkt. 5] | | | |
| **304.** | Seadrill NFL Plan [Dkt. 16] | | | |
| **305.** | Seadrill NFL Voluntary Petition [Dkt. 1] | | | |
| **306.** | Seadrill NFL Confirmation Order [Dkt. 62] | | | |
| **307.** | Basic Energy Retention Order [Dkt. 997] | | | |
| **308.** | Seadrill NFL Notice of Effective Date [Dkt. 88] | | | |
| **309.** | Katerra Final Fee Order [Dkt. 1639] | | | |
| **310.** | Strike Retention Order [Dkt. 661] | | | |
| **311.** | Seadrill NFL Retention Application [Dkt. 94] | | | |
| **312.** | Seadrill NFL Final Fee App [Dkt. 99] | | | |
| **313.** | 4E Brands Voluntary Petition [Dkt. 1] | | | |
| **314.** | Seadrill Ltd Notice of Effective Date [Dkt. | | | |

| | | | | |
|---|---|---|---|---|
| | 1399] | | | |
| **315.** | Seadrill NFL Retention Order [Dkt. 108] | | | |
| **316.** | Seadrill Ltd Final Decree [Dkt. 1423] | | | |
| **317.** | Seadrill NFL Final Decree [Dkt. 116] | | | |
| **318.** | Strike DS & Plan [Dkt. 898] | | | |
| **319.** | 4E Brands Retention Application [Dkt. 72] | | | |
| **320.** | Sungard Joint Administration Order [Dkt. 27] | | | |
| **321.** | Sungard Voluntary Petition [Dkt. 1] | | | |
| **322.** | GWG Petition [Dkt. 1] | | | |
| **323.** | HONX Petition [Dkt. 1] | | | |
| **324.** | 4E Brands Retention Order [Dkt. 120] | | | |
| **325.** | Sungard Retention App [Dkt. 211] | | | |
| **326.** | Strike Confirmation Order [Dkt. 1111] | | | |
| **327.** | GWG Retention App. [Dkt. 267] | | | |
| **328.** | HONX Retention App. [Dkt. 128] | | | |
| **329.** | Sungard DS & Plan [Dkt. 257] | | | |
| **330.** | Seadrill NFL Final Fee Order [Dkt. 121] | | | |
| **331.** | Strike Notice of Effective Date [Dkt. 1151] | | | |
| **332.** | Sungard Retention Order [Dkt. 291] | | | |
| **333.** | GWG Retention Order [Dkt. 410] | | | |
| **334.** | La Forta Voluntary Petition [Dkt. 1] | | | |
| **335.** | HONX Retention Order [Dkt. 186] | | | |
| **336.** | Basic Energy DS & Plan [Dkt. 1266] | | | |
| **337.** | Chesapeake Order Reopening Chapter 11 Case and Notice of the Effective Date [Dkt. 4382] | | | |
| **338.** | Strike 1st Interim Fee App. [Dkt. 1204] | | | |
| **339.** | La Forta Retention App [Dkt. 67] | | | |
| **340.** | Joint Stipulation and Agreed Order Appointing Co-Mediators and Governing Mediation Procedure [Dkt. No. 209] | | | |
| **341.** | Strike Final Fee App [Dkt. 1220] | | | |
| **342.** | 4E Brands DS & Plan [Dkt. 205] | | | |
| **343.** | Basic Energy Confirmation Order [Dkt. 1436] | | | |
| **344.** | La Forta Retention Order [Dkt. 86] | | | |
| **345.** | Altera Voluntary Petition [Dkt. 1] | | | |
| **346.** | Altera Joint Admin Order [Dkt. 33] | | | |
| **347.** | Sungard 1st Interim Fee App. [Dkt. 570] | | | |
| **348.** | Strike Final Fee Order [Dkt. 1248] | | | |
| **349.** | Basic Energy Notice of Effective Date [Dkt. 1454] | | | |
| **350.** | Altera Plan [Dkt. 183] | | | |
| **351.** | Basic Energy Final Fee App [Dkt. 1459] | | | |
| **352.** | Altera Retention Application [Dkt. 228] | | | |
| **353.** | Sungard 1st Interim Fee App. Order [Dkt. 649] | | | |
| **354.** | Altera Mediation Order [Dkt. 247] | | | |
| **355.** | Volusion Final Decree [Dkt. 331] | | | |
| **356.** | Basic Energy Final Fee Order [Dkt. 1511] | | | |

| | | | | |
|---|---|---|---|---|
| **357.** | McDermott Final Decree [Dkt. 1128] | | | |
| **358.** | 4E Brands 1st Interim Fee App. [Dkt. 317] | | | |
| **359.** | Altera Retention Order [Dkt. 321] | | | |
| **360.** | GWG 1st Interim Fee App. [Dkt. 829] | | | |
| **361.** | Sungard Confirmation Order [Dkt. 763] | | | |
| **362.** | 4E Brands Confirmation Order [Dkt. 353] | | | |
| **363.** | 4E Brands Notice of Effective Date [Dkt. 362] | | | |
| **364.** | La Forta 1st Interim Fee App. [Dkt. 146] | | | |
| **365.** | Altera Third Amended Plan [Dkt.516] | | | |
| **366.** | Altera Confirmation Order [Dkt. 533] | | | |
| **367.** | 4E Brands 1st Interim Fee App. Order [Dkt. 367] | | | |
| **368.** | GWG 1st Interim Fee App. Order [Dkt. 1046] | | | |
| **369.** | Sungard Notice of Effective Date [Dkt. 835] | | | |
| **370.** | La Forta Sale Order [Dkt. 160] | | | |
| **371.** | HONX 1st Interim Fee App. [Dkt. 495] | | | |
| **372.** | HONX 2nd Interim Fee App. [Dkt. 496] | | | |
| **373.** | Sungard Final Fee App [Dkt. 851] | | | |
| **374.** | Sungard 2nd Interim Fee App. [Dkt. 850] | | | |
| **375.** | 4E Brands Final Fee Application [Dkt. 391] | | | |
| **376.** | 4E Brands 2nd Interim Fee App. [Dkt. 389] | | | |
| **377.** | GWG Joint Chapter 11 Plan [Dkt. No. 1134] | | | |
| **378.** | Brilliant Final Fee App [Dkt. 234] | | | |
| **379.** | Katerra Final Decree [Dkt. 1899] | | | |
| **380.** | La Forta 1st Interim Fee App. Order [Dkt. 184] | | | |
| **381.** | HONX 1st Interim Fee App. Order [Dkt. 550] | | | |
| **382.** | HONX 2nd Interim Fee App. Order [Dkt. 551] | | | |
| **383.** | 4E Brands Final Fee Order [Dkt. 427-1] | | | |
| **384.** | Westmoreland WLB Final Decree [Dkt. 3356] | | | |
| **385.** | 4E Brands 2nd Interim Fee App. Order [Dkt. 428] | | | |
| **386.** | Brilliant Final Fee Order [Dkt. 241] | | | |
| **387.** | Sungard Final Fee Order [Dkt. 899] | | | |
| **388.** | Sungard Second Interim Fee Order [Dkt. 897] | | | |
| **389.** | Altera Notice of Effective Date [Dkt. 661] | | | |
| **390.** | Altera Final Decree [Dkt. 698] | | | |
| **391.** | Auto Plus Voluntary Petition [Dkt. 1] | | | |
| **392.** | Auto Plus Joint Admin Order [Dkt. 25] | | | |
| **393.** | Sungard Final Decree [Dkt. 935] | | | |
| **394.** | La Forta 2nd Interim Fee App. [Dkt. 206] | | | |
| **395.** | Altera Final Fee Application [Dkt. 20] | | | |
| **396.** | Auto Plus Retention Application [Dkt. 181] | | | |
| **397.** | GWG 2nd Interim Fee App. [Dkt. 1521] | | | |

| | | | | |
|---|---|---|---|---|
| **398.** | Altera Final Fee Order [Dkt. 40] | | | |
| **399.** | La Forta 2nd Interim Fee App. Order [Dkt. 215] | | | |
| **400.** | Auto Plus Retention Order [Dkt. 273] | | | |
| **401.** | Auto Plus Mediation Order [Dkt. 356] | | | |
| **402.** | La Forta Mediation Order [Dkt. 221] | | | |
| **403.** | Auto Plus DS & Plan [Dkt. 442] | | | |
| **404.** | GWG 2nd Interim Fee App. Order [Dkt. 1724] | | | |
| **405.** | IEH Debtor's 1st Amended Plan DKt. 465 | | | |
| **406.** | La Forta 3rd Interim Fee App. [Dkt. 227] | | | |
| **407.** | GWG 3rd Interim Fee App. [Dkt. 1878] | | | |
| **408.** | IEH.Debtor's 2nd Amended Plan Dkt. 687 | | | |
| **409.** | Auto Plus Confirmation Order [Dkt. 749] | | | |
| **410.** | Auto Plus Third Amended DS & Plan [Dkt. 738] | | | |
| **411.** | GWG Confirmation Order [Dkt. No. 1952] | | | |
| **412.** | La Forta 3rd Interim Fee App. Order [Dkt. 246] | | | |
| **413.** | GWG 3rd Interim Fee App. Order [Dkt. 2011] | | | |
| **414.** | GWG Notice of the Effective Date [Dkt. No. 2079] | | | |
| **415.** | La Forta 4th Interim Fee App. [Dkt. 255] | | | |
| **416.** | GWG Final Fee App. [Dkt. 2158] | | | |
| **417.** | La Forta Dismissal Order [Dkt. 277] | | | |
| **418.** | La Forta 4th Interim Fee App. Order [Dkt. 275] | | | |
| **419.** | La Forta Final Fee App [Dkt. 286] | | | |
| **420.** | Strike Mediation Order [Dkt. 1446] | | | |
| **421.** | Auto Plus Final Fee Application [Dkt. No. 911] | | | |
| **422.** | La Forta Final Fee Order [Dkt. 298] | | | |
| **423.** | Auto Plus Notice of Effective Date [Dkt. 922] | | | |
| **424.** | Auto Plus Final Fee Order [Dkt. 981] | | | |
| **425.** | La Forta Notice of Dismissal [Dkt. 302] | | | |
| **426.** | Auto Plus Final Decree [Dkt. 1043] | | | |
| **427.** | HONX Confirmation Order [Dkt. No. 1332] | | | |
| **428.** | HONX Notice of the Effective Date [Dkt. No. 1356] | | | |
| **429.** | Seadrill Partners Final Decree [Dkt. 890] | | | |
| **430.** | HONX Final Fee App. [Dkt. 1416] | | | |
| **431.** | Email from David Jones to Desenberg, Freeman, and Jones re: [no subject] DD000002-DD000003 | | | |
| **432.** | Email from David to David Jones, Elizabeth Freeman, Desenberg re: [no subject] DD000004-DD000005 | | | |
| **433.** | Email from D. Jones to Jones Freeman and Desenberg re: [no subject] DD000030- | | | |

| | | | | |
|---|---|---|---|---|
| | DD000031 | | | |
| **434.** | Email from D. Desenberg to Jones re: [no subject] DD000023-000024 | | | |
| **435.** | Email chain between L. Freeman and Desenberg re [no subject] DD000006-DD000008 | | | |
| **436.** | Email from Desenberg to David Jones RE: Misc DD000025 | | | |
| **437.** | Email chain between Desenberg and Simms re Emails Re Liz and David DD000067 -000068 | | | |
| **438.** | Email from Simms to Desenberg; Re: Emails Re Liz and David DD000069 | | | |
| **439.** | Dana Desenberg email to Nick Simms; RE: Emails Re Liz and David DD000073-DD000075 | | | |
| **440.** | Court Procedures 11-14-17 | | | |
| **441.** | Cavenaugh email to Freeman; cc'd Ruzinsky, Tomasco; RE: Questionnaire; JW_00007036-JW_00007043 | | | |
| **442.** | Email from M. Cavenaugh to M. Shaw JW_00016043-JW_00016050 | | | |
| **443.** | Email chain between Jones and Freeman JW_00026289 | | | |
| **444.** | Email from Freeman to Jones JW_00027805 | | | |
| **445.** | Email chain between L. Freeman and D. Jones JW_00027812 | | | |
| **446.** | Email chain between Freeman Jones and Polnick re: [no subject] JW_00027825 | | | |
| **447.** | Email chain between Freeman and Jones re [no subject] JW_00027834 | | | |
| **448.** | Email chain between Jones and Freeman JW_00027836 | | | |
| **449.** | Email from Freeman to Jones JW_00027843 | | | |
| **450.** | Email chain between Freeman and Jones JW_00027873 | | | |
| **451.** | Email chain between Freeman and Jones re [no subject] JW_00027897 | | | |
| **452.** | Email chain between Freeman and Jones JW_00027905 | | | |
| **453.** | March 6, 2021 email to Cavenaugh UST_3151; JW_00000172 | | | |
| **454.** | Cavenaugh email to Babcock JW_00000002-JW_00000003 | | | |
| **455.** | Email from Cavenaugh to Cowlishaw & Attachments JW_00015253-JW_00015254 | | | |
| **456.** | Cavenaugh email to Ruzinsky, Cowlishaw; FW: 20-03309 Receipt of Sealed Document placed in vault with attachments JW_00015914-JW_00015929 | | | |
| **457.** | Email and attachments re Documents Filed Today JW_00023514 | | | |
| **458.** | Cavenaugh email to Cowlishaw Re: documents filed today JW_00015945- | | | |

| | | | | |
|---|---|---|---|---|
| | JW_00015952 | | | |
| **459.** | Email to Freeman dated Aug. 26, 2021 Re: Draft Disqualification Letter to Holland & Knight JW_00000436-JW_00000441 | | | |
| **460.** | Email between Freeman and Cowlishaw Re: Request for Opinion JW_0002858 | | | |
| **461.** | Texts between N. Simms and G. George UST_3635-3637 | | | |
| **462.** | Email between Freeman and Cowlishaw re Question JW_00000446 | | | |
| **463.** | Cowlishaw email to Freeman; RE: Question JW_00000442-JW_00000443 | | | |
| **464.** | Email attaching Holland and Knight Letter dated Sept. 22, 2021 JW_00012066-JW_00012083 | | | |
| **465.** | Email from M. Cavenaugh to V. Polnick JW_00000262-JW_00000272 | | | |
| **466.** | June 2, 2022 opinion letter from Holland & Knight to Jackson Walker JW_00020335-JW_00020338 | | | |
| **467.** | Text messages between Ruzinsky, Cavenaugh, and Cooper JW_00020323-JW_00020324 | | | |
| **468.** | Judge Jones disclosure language JW_00023707 | | | |
| **469.** | TBLS - Find a Board Certified Lawyer Results - L. Freeman | | | |
| **470.** | April 18, 2018, Jackson Walker offer letter to Freeman JW_00022679-JW_00022681 | | | |
| **471.** | 2019 Income Partner Questionnaire for Freeman JW_00018107-JW_00018110 | | | |
| **472.** | 2020 Income Partner Questionnaire for Freeman JW_00018111-JW_00018114 | | | |
| **473.** | 2021 Equity Partner Questionnaire for Freeman JW_00018115-JW_00018117 | | | |
| **474.** | 40905 Email from M. Cavenaugh to L. Freeman JW_00023384 - JW_00023388 | | | |
| **475.** | Freeman email to Cowlishaw JW_00017318-JW_00017321 | | | |
| **476.** | Email chain between Freeman and Cowlishaw JW_00016056 - JW_00016059 | | | |
| **477.** | Cowlishaw email to Freeman JW_00017326-JW_00017329 | | | |
| **478.** | Email from P. Cowlishaw to Freeman JW_00017330-JW_00017333 | | | |
| **479.** | Email chain between Freeman and Cowlishaw JW_00018135- JW_00018136 | | | |
| **480.** | Email to Freeman JW_00018137 - JW_00018138 | | | |
| **481.** | Email from T. Booe to J. Brewer JW_00018271-JW_00018272 | | | |
| **482.** | Email chain between Brewer and Booe JW_00024241- JW_00024242 | | | |

| | | | | |
|---|---|---|---|---|
| **483.** | Van Deelen Notice of Recusal Hearing [Dkt. 34] | | | |
| **484.** | Anonymous letter sent to Van Deelen JW_00015946-JW_00015947 | | | |
| **485.** | Docket in Van Deelen v Dickson | | | |
| **486.** | Docket Activity Report | | | |
| **487.** | In re McDermott International, Inc., Van Deelen v. Dickson; Defendants' Emergency Motion to Seal [Dkt. 36] | | | |
| **488.** | Certificate of Service (pleading) [Dkt. 38] | | | |
| **489.** | Van Deelen Order Reassigning Motion to Recuse [Dkt. 40] | | | |
| **490.** | Transcript of Motion to Recuse Hearing before Judge Isgur | | | |
| **491.** | Van Deelen's Response to Defendants' Emergency Motion to Seal [No. 03309] [Dkt. 44] | | | |
| **492.** | Van Deelen Order Denying Recusal [Dkt. 42] | | | |
| **493.** | Order Granting Defendants' Emergency Motion to Seal [Dkt. 78] | | | |
| **494.** | Van Deelen Notice of Appeal [Dkt. 80] | | | |
| **495.** | Van Deelen Amended Notice of Appeal [Dkt. 87] | | | |
| **496.** | Van Deelen Dismissal of Adversary [Dkt. 81] | | | |
| **497.** | Motion to Supplement The Record on Appeal and, In the Alternative, Motion to Take Judicial Notice [Dist. Ct. Dkt. 19] | | | |
| **498.** | Order affirming Judge Isgur's order denying motion to recuse [Dkt. 102] | | | |
| **499.** | Van Deelen Docket Sheet District Court Case No. 21-cv-03369 | | | |
| **500.** | Amended Work Order 2015-3 | | | |
| **501.** | General Order 2016-1 - 2016-1 Work Order (Effective March 3, 2016) | | | |
| **502.** | 2016-2 - Work Order | | | |
| **503.** | 2016-3 Work Order | | | |
| **504.** | 2017-1 Work Order | | | |
| **505.** | General Order 2017-3 - Order establishing Complex Case Committee | | | |
| **506.** | General Order 2018-01 - Order Regarding Complex Case Assignment | | | |
| **507.** | United States Bankruptcy Court for the Southern District of Texas All Divisions - General Order 2018-5 - 2018-5 Work Order (Effective April 2, 2018) | | | |
| **508.** | General Order 2018-6 regarding Complex Case Committee | | | |
| **509.** | United States Bankruptcy Court for the Southern District of Texas All Divisions - General Order 2018-7 - 2018-7 Work Order (Effective August 20, 2018) | | | |

| | | | | |
|---|---|---|---|---|
| **510.** | United States Bankruptcy Court for the Southern District of Texas All Divisions - General Order 2019-1 - 2019 Work Order (Effective January 1, 2019) | | | |
| **511.** | U.S. Bankruptcy Court for the S.D. Texas General Order 2019-4 (Entered 7/19/2019, Effective August 14, 2019) | | | |
| **512.** | 2019-7 Order [regarding Complex Case Committee] | | | |
| **513.** | General Order 2020-01: Complex Case Administration | | | |
| **514.** | 2020-21 Order [regarding Complex Case Committee] | | | |
| **515.** | General Order 2021-01 - Order Temporarily Suspending Bankruptcy Local Rule 9037-1 Regarding the Filing of Sealed Documents | | | |
| **516.** | 2021-6 Order [regarding Complex Case Committee] | | | |
| **517.** | 2021-7 Order Vacating General Order 2021-1 Regarding the Filing of Sealed Documents | | | |
| **518.** | 2022-4 Order [regarding Complex Case Committee] | | | |
| **519.** | 2022-6 Order Designating Complex Case Panel | | | |
| **520.** | 2022-7 Work Order | | | |

*[Remainder of Page Intentionally Left Blank]*

Date: November 24, 2026

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Jason L. Boland*
Jason L. Boland (SBT 24040542)
*Attorney-in-Charge*
Federal I.D. No. 37238
Julie Harrison (SBT 24092434)
Federal I.D. No. 3017799
Maria Mokrzycka (SBT 24119994)
Federal I.D. No. 3610759
1550 Lamar, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
jason.boland@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com
maria.mokrzycka@nortonrosefulbright.com

Paul Trahan (SBT 24003075)
Emily Wolf (SBT 24106595)
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701 Telephone: (512) 474-5201
paul.trahan@nortonrosefulbright.com
emily.wolf@nortonrosefulbright.com

*Counsel for Jackson Walker LLP*

- and -

**RUSTY HARDIN & ASSOCIATES, LLP**
Russell Hardin, Jr. (SBT 08972800)
*Attorney-in-Charge*
Federal I.D. No. 19424
Jennifer E. Brevorka (SBT 24082727)
Federal I.D. No. 1725400
Emily Smith (SBT 24083876)
Federal I.D. No. 1890677
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
rhardin@rustyhardin.com
jbrevorka@rustyhardin.com
esmith@rustyhardin.com

*Co-Counsel for Jackson Walker LLP*

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE, REGION 7

*/s/ Laura D. Steele*
Millie Aponte Sall, Assistant U.S. Trustee
Tex. Bar No. 01278050/Fed. ID No. 11271
Vianey Garza, Trial Attorney
Tex. Bar No. 24083057/Fed. ID No. 1812278
Laura D. Steele, Assistant U.S. Trustee (Detail)
Wis. Bar No. 1065702/Fed. ID No. 3878215
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4650 – Telephone
(713) 718-4670 – Fax
Email: millie.sall@usdoj.gov
vianey.garza@usdoj.gov
laura.steele@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2026, I caused a copy of this Witness and Exhibit List to be served by the Electronic Case Filing System for the United States District Court for the Southern District of Texas.

*/s/ Julie Harrison*
Julie Harrison