ENTERED
07/24/2019

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| JONES ENERGY, INC. *et al.*[1] | ) | Case No. 19-32112 (DRJ) |
| Debtors. | ) | (Jointly Administered) |

**ORDER GRANTING JACKSON WALKER LLP'S FIRST INTERIM AND FINAL FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM APRIL 14, 2019 THROUGH MAY 6, 2019**
(Relates to ECF No. 242)

CAME ON FOR CONSIDERATION, the *First Interim and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the Debtors for the Period From April 14, 2019 Through May 6, 2019* (the "Application") filed by Jackson Walker LLP, and the Court having reviewed the Application, the matters contained therein and exhibits thereto, and being of the opinion that the attorneys' fees and expenses incurred should be allowed and paid by the Debtors, it is therefore

ORDERED, that JW is hereby allowed final approval of compensation for attorneys' fees in the amount of $92,854.00 and reimbursement of expenses incurred in the amount of $20,915.86 for the period from April 14, 2019 through May 6, 2019; it is further

ORDERED, that the Debtors are authorized to pay to JW the fees and expenses approved herein.

**Signed: July 23, 2019**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

23360083v.1 131083/00003